## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| DUNKIN' DONUTS FRANCHISED RESTAURANTS LLC,<br>a Delaware Limited Liability Company,<br>130 Royall Street, Canton, Massachusetts 02021<br><br>Plaintiff,<br><br>v.<br><br>CENTRAL BAKING COMPANY, INC.,<br>a Virginia Corporation,<br>1329 Kenilworth Avenue, Washington, D.C. 20019<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | C.A. No. _____ |

## DISCLOSURE OF CORPORATE AFFILIATIONS
## AND FINANCIAL INTERESTS PURSUANT TO LOCAL CIVIL RULE 7.1

Pursuant to Local Civil Rule 7.1, Plaintiff Dunkin' Donuts Franchised Restaurants LLC

("Dunkin' Donuts" or "Dunkin'") makes the following statement identifying all its parent

corporations, and listing any publicly held company that owns 10% or more of Dunkin' Donuts'

stock:

Corporate affiliations.

Plaintiff Dunkin' Donuts, a Delaware limited liability company, operates a franchise

system under the trade name "Dunkin' Donuts." Dunkin' Donuts Franchised Restaurants LLC is

a wholly-owned subsidiary of Dunkin' Brands, Inc., which in turn is a wholly-owned, indirect

subsidiary of Dunkin' Brands Holdings, Inc. DD IP Holder LLC, a Delaware limited liability

company, is a wholly owned subsidiary of Dunkin' Donuts Brands, Inc., and owns all of Dunkin'

Donuts Franchised Restaurants LLC's U.S. trademarks. Dunkin' Brands, Inc. does not do

business under any other name; however, its subsidiary, Mister Donut of America, Inc., formerly

franchised coffee and doughnut shops under the name "Mister Donut."

Dunkin' Donuts is unaware of any publicly held company that owns 10% or more of

Plaintiff's stock. Dunkin' Donuts is also unaware of the identity of any corporation,

unincorporated association, partnership or other business entity, not a party to the case, which

may have a financial interest in the outcome of this litigation.

Respectfully submitted,

_____
Stephen J. Vaughan (Bar No. 464136)
David E. Worthen
GRAY, PLANT, MOOTY, MOOTY
& BENNETT, P.A.
2600 Virginia Avenue, N.W.
Suite 1111
Washington, D.C. 20037
Telephone:    (202) 295-2200
Facsimile:    (202) 295-2250

*Attorneys for Plaintiff*
Dunkin' Donuts Franchised Restaurants LLC

Dated: October 25, 2006