UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

DUNKIN' DONUTS FRANCHISED )
  RESTAURANTS LLC, )
  a Delaware Limited Liability Company, )
130 Royall Street, Canton, Massachusetts 02021 )
)
                Plaintiff, )
)
v. )    C.A. No. _____
)
CENTRAL BAKING COMPANY, INC., )
  a Virginia Corporation, )
1329 Kenilworth Avenue, Washington, D.C. 20019 )
)
               Defendant. )
)

## PLAINTIFF DUNKIN' DONUTS FRANCHISED RESTAURANTS LLC'S MOTION FOR A PRELIMINARY INJUNCTION

Plaintiff Dunkin' Donuts Franchised Restaurants LLC ("Dunkin' Donuts or Dunkin'") hereby moves to enjoin its franchisee, Defendant Central Baking Company, Inc. to cease violating at its Dunkin' Donuts shop the standards for health, sanitation, and safety set forth in Defendant's Franchise Agreement with Dunkin' and Dunkin's operating manuals. At present, Defendant is in flagrant violation of those standards. For example, a recent inspection of Defendant's shop revealed numerous violations of health and safety standards, including evidence of insects (e.g. drain flies in yeast mixing areas); condensation over food products in the walk-in freezer; mildew between the three compartment sink and wall; and generally unclean and

poorly maintained premises. Despite requests by Dunkin' and ample opportunity to cure, Defendant refuses to correct this unacceptable situation. This is an action to effect an immediate cure of specific conditions currently posing a health or safety risk at Defendant's shop. These conditions are a material breach of the Franchise Agreement as well. Dunkin' does not seek an order mandating future compliance, but only the cessation of an existing condition.

1. Defendant is Dunkin' Donuts franchisees for a doughnut shop located at 1329 Kenilworth Avenue, Washington, D.C. 20019 ("Defendant's Shop") pursuant to a Franchise Agreement dated July 26, 2004.

2. A Dunkin' representative recently inspected Defendant's Shop and found numerous violations of health, sanitation, and safety standards. Despite notice by Dunkin' and ample opportunity to cure, Defendant has failed to correct this situation.

3. By this Motion, Dunkin seeks to enjoin Defendant to cease violating at Defendant's Shop the standards for health, sanitation, and safety set forth in the Franchise Agreement between the parties and Dunkin's operating manuals.

4. In support of this Motion, Dunkin' relies on the accompanying Memorandum of Law, certifications, and exhibits.

WHEREFORE, Plaintiff Dunkin' Donuts Franchised Restaurants LLC respectfully requests that the Court grant its motion for a preliminary injunction and enjoin Defendant to cease violating at Defendant's Shop Dunkin's standards for health, sanitation, and safety as identified on the Quality Assurance Food Safety & Sanitation Reinspection form dated October 3, 2006, within five (5) days of the date of the Court's Order.

Respectfully submitted,

_____
Stephen J. Vaughan (Bar No. 464136)
David E. Worthen
GRAY, PLANT, MOOTY, MOOTY
& BENNETT, P.A.
2600 Virginia Avenue, N.W.
Suite 1111
Washington, D.C. 20037
Telephone:    (202) 295-2200
Facsimile:    (202) 295-2250

*Attorneys for Plaintiff*
Dunkin' Donuts Franchised Restaurants LLC

Dated: October 25, 2006