## DUNKIN' DONUTS ADVERTISING EXPENDITURES

Source: Audits of Franchise Owners' Advertising and Sales Promotion Fund (since 1971)

| Year | Direct Fund (Franchisees) | National Ad Fund |
|---|---|---|
| 1971-1989 FY Nov. 1-Oct. 31 | | |
| 1971 | $ 913,605. | - |
| 1972 | $ 1,239,600. | - |
| 1973 | $ 1,537,500. | - |
| 1974 | $ 1,555,500. | - |
| 1975 | $ 1,913,900. | - |
| 1976 | $ 2,318,000. | - |
| 1977 | $ 3,148,200. | - |
| 1978 | $ 2,979,500. | $ 1,283,800. |
| 1979 | $ 3,852,300. | $ 2,930,900. |
| 1980 | $ 4,100,300. | $ 2,731,500. |
| 1981 | $ 5,246,200. | $ 3,680,300. |
| 1982 | $ 6,671,800. | $ 8,112,800. |
| 1983 | $ 9,985,400. | $ 9,190,400. |
| 1984 | $ 11,313,800. | $ 7,806,000. |
| 1985 | $ 13,924,500. | $ 7,010,600. |
| 1986 | $ 19,137,200. | $ 5,392,300. |
| 1987 | $ 23,457,900. | $ 3,375,400. |
| 1988 | $ 26,694,400. | $ 3,656,700. |
| 1989 | $ 24,731,200. | $ 6,005,700. |
| 1990 - 16 mos. (Oct. 28, 1989 - Feb. 23, 1991) | $ 34,671,100. | $ 8,990,900. |

EXHIBIT B

## DUNKIN' DONUTS ADVERTISING EXPENDITURES

Source: Audits of Franchise Owners' Advertising and Sales Promotion Fund (since 1971)

| Year | | |
|---|---|---|
| 1991 (Feb. 24, 1991 - Feb. 29, 1992) | $ 28,007,700. | $ 6,988,100. |
| 1993 | $ 34,447,200. | $ 10,203,000. |
| 1994 | $ 39,091,900. | $ 6,730,800. |
| 1995 - 18 mos. (Feb. 27, 1994 - Aug. 26, 1995) | $ 70,249,600 | $ 16,450,200 |
| 1996 | $ 48,781,865 | $ 7,114,017 |
| 1997 | $ 60,623,402 | $ 13,600,318 |
| 1998 | $ 67,519,361 | $ 14,764,528 |
| 1999 | $ 72,019,035 | $ 13,981,813 |
| 2000 | $ 78,315,903 | $ 15,221,716 |
| **TOTAL:** | $ 698,447,871 | $ 175,221,716 |

5222_1.WPD