CHAPTER **5**

# Operations Assessment for Customer Satisfaction (September, 1995)

**Overview** ........................................................................**5-2**

User's Guide Notes .................................................................5-2

What is the OACS? .................................................................5-2

What Does the OACS Measure? ..............................................5-2

Objective of the OACS .............................................................5-2

Customer Focus .....................................................................5-3

How Should the OACS be Used? .............................................5-3

Action Plans ..........................................................................5-4

Summary ..............................................................................5-4

**Operations Assessment for Customer Satisfaction Form...........5-5**

**OACS Line Item Definitions**

Section 1 – Store Appearance ...............................................5-7

Section 2 – Service ...............................................................5-16

Section 3 – Product Quality and Merchandising ....................5-20

Section 4 – Sanitation, Kitchen and Delivery ........................5-30

**Approved Equipment and Food Products List**

Approved Equipment .............................................................5-39

Class II Kitchen Equipment ....................................................5-43

Equipment in Test .................................................................5-44

Approved Cash Registers .......................................................5-45

Approved Food Products .........................................................5-46



# OPERATIONS ASSESSMENT for CUSTOMER SATISFACTION

## Overview
### User's Guide Notes

*The purpose of the Operations Assessment for Customer Satisfaction (OACS) User's Guide is to provide definition to the OACS process. The user's guide is a permanent part of the Network Administration Manual, but has been bound separately so that it can easily be removed from and replaced in the binder. The pictures herein are utilized to provide general direction/guidelines with regard to Dunkin' Donuts operating standard. This guide is intended for internal use only and should not be utilized for presentations to Zoning Boards and Landlords.*

## What is the OACS?

In a nutshell, the Operations Assessment for Customer Satisfaction:

- Provides focus on brand critical areas
- Evaluates operations with the customer's perspective in mind
- Measures the quality of our products
- Emphasizes learning
- Provides direction for improvement

## What Does the OACS Measure?

The Operations Assessment for Customer Satisfaction does not measure customer satisfaction. The only true method of measuring customer satisfaction is to talk to customers and listen to what they are saying. Customer focused operators do exactly that. Set aside some time each day to talk with your customers. Your customers desire excellent quality product, served by courteous, well trained employees, in a bright, pleasant environment. They will be more than happy to tell you what they like and don't like about your business. Keep an open, objective mind about what they have to say. You will be amazed at what you can learn!!

The OACS does, however, evaluate everything we do in our shops to ensure customer satisfaction. If we deliver what we promise in each line of the OACS form, the likelihood that our customers are satisfied is quite high. Our goal must always remain 100% customer satisfaction...100% of the time.

Additionally, Dunkin' Donuts conducts market research from time to time that provides us with customer feedback. Periodically, check with your Business Consultant or Field Marketing Manager to see if any research data is available for your specific market.

## Objective

The objective of the Operations Assessment for Customer Satisfaction (OACS) process is to assist Franchisees and Shop Managers in learning more about their individual operations. There are many, many activities that occur throughout each and every day in our shops. It is often easy to become so busy handling the day to day

activities that important details are overlooked.  The OACS process affords Franchisees and Shop Managers a tool that helps them remove the proverbial "blinders" and view their business as a customer.

## Customer Focus

Dunkin' Donuts strives to be customer focused.  Each and every thing we do in our shops should always be done with the customer in mind.  The customer, after all, is the one who keeps us in business.  Without the customer, we would be forced to close our doors.  Keeping the customer satisfied is the #1 goal to success as a Dunkin' Donuts operator.

Over the years, the Dunkin' Donuts organization has learned what it is that our customers do and do not like.  We have learned from listening to our customers.  The operational standards that exist and are measured in the OACS were developed by Franchisees and corporate personnel working together to make the system better.  They are time tested and proven to work.

We do not, however, think that we have learned all there is to learn.  We are continually looking for new ways to listen to our customers.  We are continually evaluating our systems to ensure they meet the customers needs and, when necessary, we make adjustments to the way we do business.

The OACS will provide both you and the company a picture of how we are executing the established standards.  In other words, the OACS measures how well we are implementing what our customers tell us they expect.

## How Should the OACS be Used?

It is important to understand that the Operations Assessment for Customer Satisfaction is a tool to enable learning and continuous improvement.   As a team, you and your Business Consultant will find that analyzing the feedback received from the OACS will enable you to take action on areas that may need improvement as well as establish pro-active plans for maintaining high operating standards for your customers.

The OACS is not limited to Business Consultant use only.   Franchisees and Shop Managers are expected to take responsibility for ensuring the best customer experience possible.  Your Business Consultant will actively conduct an OACS with you at least once a year.  It is not necessary to wait for your Business Consultant to visit your shop.  You will find that conducting your own OACS, on a regular schedule, enables you to keep a tight focus on your business.   Ask your Business Consultant  for a supply of OACS forms.  Your Business Consultant will be happy to review any OACS you conduct and provide coaching and counseling for you.  Multi-unit operators will also find self-inspections to be very beneficial in evaluating the performance of shop managers.

Your Business Consultant has access to several reports that provide summaries of OACS data for his or her market as well as for your individual store. This information is often shared at District Meetings. Talk with your Business Consultant about the availability of these reports and how they can assist you in managing your business.

## Action Plans

Action plans are important. Conducting an OACS without being committed to action lacks value and benefits little. Action Plans enable continuous improvement. Upon completion of an OACS, take a few minutes to analyze what needs to be done. List all action steps to be taken and assign a completion time for all. Franchisees need to follow up with their managers to ensure the action has been completed.

Incorporated into the OACS form are action-oriented helps. All line items have a space for additional comments and many include specific action that can be taken. Marking the appropriate action as the OACS is conducted will, in a sense, create an action plan as you go.

Also included in the OACS form is a reference guide to Dunkin' Donuts systems documentation. Each line item in the OACS is cross-referenced to the appropriate manual, wall chart or Training Toolbox module that will provide more information and direction.

## Summary

Make a fresh commitment to delivering a quality experience to each and every customer that enters your doors. Customer satisfaction is the responsibility of every person in the Dunkin' Donuts system. At the shop level, it begins with the Franchisee.
The OACS will assist you in delivering what the Dunkin' Donuts name promises.

# DUNKIN' DONUTS

## OPERATIONS ASSESSMENT FOR CUSTOMER SATISFACTION

OACS forms are electronically scanned and, therefore require some special attention:
- Use a number two pencil
- Darken inside the box
- Fold form in half only
- If you make a mistake, erase the error completely
- Do not staple anything to the form
- Do not overlap the marks into other boxes, because the scanner will read it
- Where numbers are required, please use block style numbers, staying within the limits of the box provided

| IMAGE TYPE | P | B | OC | OE | G | O | BR | CONFIGURATION TYPE | F | S | C | K | BR |
| PC# | | | | | | | | Date of Visit | M | M | D | D | Y | Y |

DDI Rep. Signature:  
F/EE Signature:

---

| SECTION I – STORE APPEARANCE | | | | SECTION III (continued) | | | |
| OACS Line Item | Pt | COMMENTS | ACTION | OACS Line Item | Pt | COMMENTS | ACTION |
| **Exterior** | | | | **Product Quality** | | | |
| Outside Signage | 2 0 | | Clean Repair Replace | **Coffee Quality** | | | |
| Exterior Lighting | 2 0 NA | | Clean Repair Replace | Grind Weight – Regular | 4 0 | | Increase Decrease |
| Landscaping | 2 0 NA | | Maintain Upgrade | Grind Weight – Decaf | 4 0 | | Increase Decrease |
| Parking Lot Condition | 2 0 NA | | Repair Seal Stripe | Grind Weight – Speciality | 4 0 NA | | Increase Decrease |
| Parking Lot Clean | 2 0 NA | | Sweep Wash | Sample vs. Grind Size | 4 0 | | Adjust Burr Tension |
| Dumpster, Trash Receptacles, Cigarette Urn | 2 0 NA | | Clean Repair Replace | Water Volume – 60 oz. | 4 0 | | Adjust Water Flow |
| Building and Sidewalk Condition | 2 0 NA | | Clean Repair Replace | Water Temperature – 190° to 200°F | 4 0 | | Adjust Brewer Thermostat |
| **Drive-Thru** | | | | Freshness – Brewed – 18 Minutes | 5 0 | | Establish Rotation System |
| Menu Board Area | 2 0 | | Clean Repair Replace | Freshness – Beans | 4 0 | | Use FIFO |
| Window | 2 0 | | Clean Repair Replace | Equipment Cleanliness | 4 0 | | Establish Cleaning Checklist |
| Communication System | 2 0 NA | | Clean Repair Replace | Approved Equipment | 4 0 | | Remove Replace |
| **Interior Appearance** | | | | **Other Beverages** | | | |
| Vestibule, Doors | 2 0 | | Clean Repair Replace | Iced Coffee | 4 0 | | |
| Floors, Corners, Baseboards | 2 0 | | Clean Repair Replace | Carb. and Non-Carb. Beverages | 2 0 NA | | Clean Repair Replace |
| Walls, Ceiling | 2 0 | | Clean Repair Replace | Juices and Milk | 2 0 NA | | |
| Lighting – Ceiling, DuraTrans | 2 0 | | Clean Repair Replace | **Donut Quality** | | | |
| Total Smoke Free Environment | 2 0 | | | Donut Taste | 4 0 | | Sour Stale |
| Aroma, Atmosphere, Temperature | 2 0 | | | Donut Appearance | 4 0 | | Shape Light/Dark Finish |
| Menu Board | 2 0 | | Clean Repair Replace | Donut Size/Shape | 4 0 | | Too Small Too Large |
| Sales Counter | 2 0 NA | | Clean Repair Replace | **Muffin Quality** | | | |
| Tables and Seating | 2 0 NA | | Clean Repair Replace | Proper Fruit Content | 4 0 | | Too Little Too Much |
| Trash Receptacles | 2 0 | | Clean Repair Replace | Proper Lowfat Process | 4 0 | | Use Liners Portion Control |
| Kitchen View | 2 0 | | | **Freshness Scheduling** | | | |
| Restrooms – Ladies | 2 0 NA | | Clean Repair Replace | Freshness – Donuts | 5 0 | | |
| Restrooms – Men | 2 0 NA | | Clean Repair Replace | Freshness – Muffins | 5 0 | | |

| SECTION II – SERVICE | | | | Freshness – Bagels | 5 0 | | |
| OACS Line Item | Pt | COMMENTS | ACTION | Freshness – Other Products | 5 0 | | |
| **Staff Personality and Service** | | | | Product Planning System | 3 0 | | Finish/VTA Records |
| Complete Uniform | 2 0 | | Wash Upgrade Replace | | | | |
| Employee Hygiene | 6 0 | | Hands Hair Face | SECTION IV – SANITATION, KITCHEN AND DELIVERY | | | |
| Courteous and Friendly | 4 0 | | | OACS Line Item | Pt | COMMENTS | ACTION |
| Communication with Customers | 4 0 | | | **Sanitation/Food Safety** | | | |
| Take Out – Acknowledge Customer | 2 0 | | | Sanitation System in Use | 4 0 | | Implement Training |
| Inquire | 2 0 | | | Gloves/Liquid Hand Sanitizer | 4 0 | | Implement Training |
| Suggestive Sell (50%) | 2 0 | | | Proper Thawing Procedures | 4 0 | | Implement Training |
| Fill the Order | 2 0 | | | Proper Portioning/Code Dates | 4 0 | | Implement Training |
| Ring the Order | 2 0 | | | Proper Egg Handling Procedures | 4 0 | | Implement Training |
| Thank the Customer | 2 0 | | | Refrig/Freezer Temps: | 4 0 | | Install Relocate Replace |
| Take Out – Speed of Service | 2 0 | | | Thermometers | | | |
| Drive Thru – Acknowledge Customer | 2 0 NA | | | Certified Food Handler | 3 0 | | Training |
| Inquire | 2 0 NA | | | Refrigerator Cleanliness | 4 0 | | Clean |
| Ring the Order | 2 0 NA | | | Freezer Cleanliness | 4 0 | | Clean |
| Suggestive Sell (50%) | 2 0 NA | | | Storage of Cleaning Agents | 2 0 | | Relocate Training |
| Fill the Order | 2 0 NA | | | Pest Control | 4 0 | | Contract |
| Thank the Customer | 2 0 NA | | | **Kitchen** | | | |
| Drive Thru – Speed of Service | 4 0 NA | | | Floors, Walls, Baseboards | 2 0 NA | | Clean Repair Replace |
| Customer Complaint Procedure | 3 0 | | | Ceiling and Lighting | 2 0 NA | | Clean Repair Replace |
| Employee Files Current | 2 0 | | App I-9 Orient W-2 | Mixer Equipment | 2 0 NA | | Clean Repair Replace |
| Employee Training Program | 2 0 | | | Cutting Equipment | 2 0 NA | | Clean Repair Replace |
| **In-Store Marketing** | | | | Proofing Equipment | 2 0 NA | | Clean Repair Replace |
| POP-Approved, Current | 2 0 | | Post Remove Relocate | Frying Equipment | 2 0 NA | | Clean Repair Replace |
| Supports Marketing Programs | 2 0 | | | Baking Equipment | 2 0 NA | | Clean Repair Replace |
| Executives Marketing Programs | 2 0 | | | Finishing Equipment | 2 0 NA | | Clean Repair Replace |
| Reader Boards | 2 0 NA | | Correct Change Remove | **Stockroom** | | | |
| Exterior POP | 2 0 NA | | Post Remove Replace | Floors, Walls, Baseboards | 2 0 NA | | Clean Repair Replace |
| | | | | Shelving | 2 0 NA | | Clean Repair Replace |
| SECTION III – PRODUCT QUALITY AND MERCHANDISING | | | | Organization | 2 0 NA | | Clean Repair Replace |
| OACS Line Item | Pt | COMMENTS | ACTION | **Delivery System** | | | |
| **Product Presentation** | | | | Vehicle – Clean In and Out | 2 0 NA | | Clean Repair |
| Proper Variety | 2 0 | | Above/Below Standards | Vehicle – Air Cond./Heat | 2 0 NA | | Repair |
| Product Appealing | 2 0 | | | Racks and Carriers Clean | 2 0 NA | | Clean Repair Replace |
| Display – Neat and Clean | 2 0 | | | Racks Covered/Self-contained | 2 0 NA | | Clean Repair Replace |
| Product Case | 2 0 | | Clean Repair Replace | Uniformed Driver | 2 0 NA | | Wash Upgrade Replace |
| Product Labels | 2 0 | | Clean Replace | | | | |
| Beverage Case | 2 0 NA | | Clean Repair Replace | | | | |
| Proper Product Packaging | 2 0 | | | | | | |

COMMENTS: _____

| | POSSIBLE PTS | –NA | | AVAILABLE PTS | PTS SCORED |
| SECTION I – STORE APPEARANCE | 46 | | | | |
| SECTION II – SERVICE | 74 | | | | |
| SECTION III – PRODUCT QUALITY AND MERCHANDISING | 104 | | | | |
| SECTION IV – SANITATION, KITCHEN AND DELIVERY | 62 | | | | |
| COMPOSITE SCORE = | TOTAL PTS | | | | |
| | 286 –NA | | | = | |

**DUNKIN' DONUTS**

Operations Assessment for Customer Satisfaction, Page 2

PC# [ ][ ][ ][ ][ ]

Date [M][M] [D][D] [Y][Y]

DIRECTIONS:   Print clearly, using block numbers.  (If CBTP scale unavailable, divide oz. by 16; e.g. 3.25 / 16 = .20.)

| COFFEE STANDARDS | Regular | Regular | Regular | Decaf | Decaf |
|---|---|---|---|---|---|
| Grind Weight (CBTP scale) | lb. | lb. | lb. | lb. | lb. |
| Water Volume | oz. | oz. | oz. | oz. | oz. |
| Water Temperature | °F | °F | °F | °F | °F |
| Sample vs. Grind Size | | | | | |
| Equipment Cleanliness | | | | | |

| COFFEE STANDARDS | Dark Roast | French Vanilla | Hazelnut | | |
|---|---|---|---|---|---|
| Grind Weight (CBTP scale) | lb. | lb. | lb. | lb. | lb. |
| Water Volume | oz. | oz. | oz. | oz. | oz. |
| Water Temperature | °F | °F | °F | °F | °F |
| Sample vs. Grind Size | | | | | |
| Equipment Cleanliness | | | | | |

Directions:  This section is to be completed in producing facilities ONLY. Print clearly, using block numbers.
Measurements must be in decimal form, to nearest quarter oz. or quarter inch.

| DONUT SIZE STANDARDS | Hand Cut  Y  N | Is Sample Glazed  Y  N | Height | Width | Weight |
|---|---|---|---|---|---|
| Yeast Rings | Y  N | Y  N | . in. | . in. | . oz. |
| Yeast Shells | Y  N | Y  N | . in. | . in. | . oz. |
| Cake Rings | Y  N | Y  N | . in. | . in. | . oz. |
| Chocolate Rings | Y  N | Y  N | . in. | . in. | . oz. |
| Coffee Rolls | | | . in. | . in. | . oz. |

**MISCELLANEOUS INFORMATION:**
Y   N
[ ][ ]   Is this shop participating in the Training Toolbox system?
[ ][ ]   Is there a cigarette machine in the shop?

**REGISTER INFORMATION:**

Make _____ Make _____ Make _____ Make _____
Model _____ Model _____ Model _____ Model _____
Serial _____ Serial _____ Serial _____ Serial _____

ADDITIONAL COMMENTS: _____
_____
_____

## HELP/REFERENCE INFORMATION

Key for Reference Section:  NA - NETWORK ADMINISTRATION  CS - CUSTOMER SERVICE  PD - PRODUCTION and DISTRIBUTION  HR - HUMAN RESOURCE and EMPLOYMENT LAW  LM - LOCAL MARKETING  HC - HAZARD COMMUNICATION  WC - WALL CHARTS

| OACS Line Item | Manuals | Other | Tool Box | OACS Line Item | Manuals | Other | Tool Box | OACS Line Item | Manuals | Other | Tool Box |
|---|---|---|---|---|---|---|---|---|---|---|---|
| **Exterior** | | | | Drive Thru – Speed of Service | NA 14; CS 3 | | | **Production Scheduling** | NA 1,2,14 | | |
| Outside Signage | NA 11,14 | | | Customer Complaint Procedure | CS 3-15,16 | | | Freshness – Donuts | | | |
| Exterior Lighting | NA 10,11,14 | | | Employee Fees Current | CS 3, HR | | | Freshness – Muffins | | | |
| Landscaping | NA 11,14 | | | Employee Training Program | HZ, HR | | Module 1 | Freshness – Bagels | | | |
| Parking Lot Condition | NA 10,11,14 | | | In-Store Marketing | LM | | | Freshness – Other Products | | | |
| Parking Lot Clean | NA 10,11,14 | | | POP-Approved, Current | NA 14 | | | Product Planning System | | | |
| Dumpster, Trash Receptacles, | NA 10,14 | | | Supports Marketing Programs | | | | Sanitation/Food Safety | | | Module 5 |
| Cigarette Urn | | | | Executives Marketing Programs | | | | Sanitation System Used | | WC | |
| Building and Sidewalk Condition | NA 10,11,14 | | | Reader Boards | NA 12 | | | Gloves/Liquid Hand Sanitizer | | | |
| **Drive-Thru** | | | | Exterior POP | | | | Proper Thawing Procedures | CS 6; NA 13 | | |
| Menu Board Area | NA 14 | | | **Product Presentation** | | | | Proper Portioning/Code Dates | CS 7 | WC | |
| Window | NA 10,14 | | | Proper Variety | NA 14 | WC | Module 3 | Proper Egg Handling Procedures | CS 7 | | |
| Communication System | | | | Product Appealing | NA 14; CS 2; | | | Refrig/Freezer Temps: | NA 10; CS 1 | | |
| **Interior Appearance** | | | | | PD 10-11 | WC | Module 3 | Thermometers | PD 1,2 | | |
| Vestibule, Doors | NA 10,11 | | | Display – Neat and Clean | NA 14 | WC | Module 3 | Certified Food Handler | | | |
| Floors, Corners, Baseboards | NA 10,11 | | | Product Case | NA 14; CS 9 | | | Refrigerator Cleanliness | NA 10; CS 1; | | |
| Walls, Ceilings | NA 10,11 | | | Product Labels | NA 14 | | | | PD 1,2 | | |
| Lighting – Ceiling, Dura Trans | NA 10,11 | | | Beverage Case | | | | Freezer Cleanliness | NA 10; CS 1; | | |
| Menu Board | NA 14 | | | Proper Product Packaging | NA 14 | | Module 2C | | PD 1 | | |
| Total Smoke Free Environment | | | | **Product Quality** | | | | Pest Control | | | |
| Aroma, Atmosphere, Temperature | NA 10,11,14 | | | **Coffee Quality** | | | Module 2D | Storage of Cleaning Agents | NA 10 | | |
| Sales Counter | NA 14; CS 9 | | | Grind Weight – Regular | NA 14; CS 4 | WC | | **Kitchen** | NA 10,11 | | Module 5 |
| Tables and Seating | NA 10,14 | | | Grind Weight – Decaf | NA 14; CS 4 | WC | | Floors, Walls, Baseboards | | | |
| Trash Receptacles | NA 10,14 | | | Grind Weight – Specialty | NA 14; CS 4 | WC | | Ceiling and Lighting | | | |
| Kitchen View | NA 14 | | | Sample vs. Grind Size | CS 4 | | | Mixer Equipment | | | |
| Restrooms – Ladies | NA 10,14 | | | Water Volume – 50 oz. | CS 4 | | | Cutting Equipment | PD 1 | | |
| Restrooms – Men | NA 10,14 | | | Water Temperature – 180° to 200°F | CS 4 | | | Proofing Equipment | PD 1 | WC | |
| **Store Personality and Service** | | | Module 2A,E | Freshness – Brewed – 18 Minutes | NA 14 | | | Frying Equipment | PD 1,2 | | |
| Complete Uniform | NA 14 | | Module 1 | Freshness – Beans | NA 14 | | | Baking Equipment | PD 1 | | |
| Employee Hygiene | NA 14 | WC | Module 1 | 10% Cream | NA 14 | | | Finishing Equipment | PD 1 | | |
| Courteous and Friendly | NA 14 | | | Equipment Cleanliness | CS 4,9 | | | **Stockroom** | NA 10,11 | | |
| Communication with Customers | NA 14; CS 3 | | | Approved Equipment | NA 14 | | | Floors, Walls and Baseboards | | | |
| Take Out – Acknowledge Customer | NA 14; CS 3 | | | **Other Beverages** | | | Module 2F | Ceiling and Lighting | | | |
| Inquire | NA 14; CS 3 | WC | | Iced Coffee | CS 4,9 | | | Shelving | PD 2 | | |
| Suggestive Sell (50%) | NA 14; CS 3 | WC | | Carb. and Non-Carb. Beverages | CS 5,9; NA 14 | | | Organization | PD 4 | | |
| Fill the Order | NA 14; CS 3,6,7,8 | WC | | Juices and Milk | CS 5,9; NA 14 | | | **Delivery System** | NA 9 | | Module 7 |
| Ring the Order | NA 14; CS 3 | WC | | **Donut Quality** | | | | Vehicle – Clean In and Out | PD 13 | | |
| Thank the Customer | NA 14; CS 3 | Module 2B | | | PD 3 to 11 | A,B,C | | Vehicle – Air Cond./Heat | | | |
| Take Out – Speed of Service | NA 14; CS 3 | | | Donut Taste | | WC | | Racks and Carriers Clean | | | |
| Drive Thru – Acknowledge Customer | NA 14; CS 3 | | | Donut Appearance | | WC | | Racks Covered/Self-contained | | | |
| Inquire | NA 14; CS 3 | WC | | Donut Size | | WC | | Uniformed Driver | | | |
| Ring the Order | NA 14; CS3 | Module 2B | | **Muffin Quality** | NA 14, PD 12 | | Module 6D | | | | |
| Suggestive Sell (50%) | NA 14; CS 3 | WC | | Proper Fruit Content | | | | | | | |
| Fill the Order | NA 14; CS 3,6,7,8 | WC | | Proper Low-Fat Process | | | | | | | |
| Thank the Customer | NA 14; CS 3 | WC | | | | | | | | | |

NOTICE:     The scoring on Dunkin' Donuts Operations Assessment for Customer Satisfaction (OACS) is for internal purposes only and is based on certain preliminary consumer surveys conducted for Brand Equity purposes. Dunkin' Donuts reserves the right to change the OACS at any time.
The Franchise Agreement requires you to comply with all of Dunkin' Donuts' standards at all times without regard to the OACS scores. An unsatisfactory score on any line item means that you are not in compliance with your Franchise Agreement which can lead to a notice of default and termination, even if your OACS scores are average or above average. For example, failure to comply with coffee quality standards may lead to termination even if that is the only deficiency in the shop.



# Section 1

# Store Appearance

## Exterior Appearance

### Outside Signage
### (building, pylon, drive-thru, directionals)



- Clean
- Fully lit with consistently colored bulbs
- No cracks or broken pieces on sign
- No paint peeling or cracking on post and frames
- No discoloration on sign face
- Sign matches the image of the store

### Exterior Lighting

- Canopy and parking lighting must be fully lit (ask to turn on) with consistent bulb brightness
- Exterior lighting must be sufficient to provide safety and discourage unwanted behavior
- Poles for lighting are painted proper image color; paint in good shape





# Exterior Appearance

## Landscaping

- Grass, shrubs, flower beds and trees must be free of trash, weeds and broken limbs
- Landscaping should be healthy and well groomed
- In season, landscaping should include colorful plants that enhance the image of the building
- In season, landscaped areas should be freshly mulched



## Parking Lot Condition

- Clearly striped
- Sealed, no potholes or large cracks
- Curb bumpers anchored if appropriate, not crumbling or broken;  painted, not peeling or chipped

## Parking Lot Clean

- Free of all trash
- Free of weed and grass growth
- In season, snow and ice is reasonably cleared



## Dumpster, Trash Receptacles and Cigarette Urns

*Dumpster*

- Free of excess dirt
- No trash outside of unit
- Dumpster door/lid is closed at all times
- If applicable, properly fenced; fence and gates in good condition
- Gates closed when not in use



# Exterior Appearance

*Trash Receptacles and Cigarette Urn*

- Approved trash receptacles clean and emptied as needed, must have lid and trash liners
- Cigarette urn provided at door; urn is clean and recently emptied

## Building and Sidewalk Conditions

*Building*

- Windows washed, free of cracks and scratches
- View from windows into stores is neat and orderly
- Aluminum framing is clean and in good condition
- Walls and doors are clean, in good repair, and properly painted; no graffiti, proper decals
- Roof system should be undamaged and painted; paint should be not be chipped or peeling
- Awnings should be clean, no rips, tears, dents or fading color; grid under awning or soffit should be clean, in good condition
- Maximum of 4 newspaper dispensers, clean



*Sidewalk*

- Sidewalks should be clean, free of trash, stains, and gum
- No uneven pavement; cracks are sealed
- In season, snow and ice are reasonably cleared

# Drive-Thru

## Menu Board Area

- If applicable, POP for current program is properly displayed
- Frame painted and not dented, no scratches
- Plexiglas on outside is clean, unbroken
- Fully lit with consistent bulb brightness
- No missing slats, copy is aligned (right justified)
- No mismatched slats;  menu slat and price colors match
- Clean, not faded, transparency which features products/items that can be offered to consumer



## Window Area

- If applicable, POP for current program is properly displayed
- No handwritten signs
- Windows are clean and in good operating condition, free of cracks
- View through window should be neat and orderly
- All exterior surfaces of Drive-Thru area are clean
- Pavement around drive-thru is clean and litter free



## Communication System

- If there is a communication system, it works properly
- Sound is clear both inside and outside
- If no communication system, it is recommended that some mechanism such as a bell, or vehicle identification loop is used

# Interior Appearance

## Vestibule/Doors

• Clean, free of trash, clean drains
• Baseboard condition clean, no mop lines
• Ceiling painted; fully lit with consistent bulb
  brightness
• Aluminum framing is clean and in good condition
• Glass clean; no damaged glass
• Door handles clean
• Decals in proper condition
• No unapproved signage

## Floors, Corners and
##      Baseboards

• Clean, free of trash, clean drains
• No missing, mismatched or damaged tiles
• Grouting should be proper, clean and in
  good condition
• Baseboard condition clean, no mop lines

## Walls, Ceilings

*Walls*
• Clean, no stains
• Aluminum framing/panels clean and in
  good condition
• No scratched paint
• No peeling, torn, ripped, stained or
  discolored wallpaper
*Ceilings*
• Ceiling tiles clean, no stains
• Approved, no missing tiles
• Replacement ceiling tiles match remainder
  of ceiling
• HVAC registers and return grilles are clean and
  free of buildup, painted if appropriate





# Interior Appearance

## Lighting — Ceiling & Dura-Trans

- Consistent bulb brightness
- No missing or burnt out bulbs (if chronic problem, check ballast)
- Properly sized bulbs
- Fixtures are clean, grates are clean
- Dura-Trans clean and fully illuminated



## Total Smoke Free Environment

- No ashtrays in the service area, production areas, stockroom or office
- No evidence of smoking anywhere in the shop



## Aroma, Temperature, Atmosphere

- No unpleasant odors
- Not less than 68° F during heating season; not more than 78° F during cooling season
- No loitering
- Non-offensive music at low volume is required
- No conflicting music from the back room
- Interior landscaping attractive



# Interior Appearance

## Menu Board

- Clean
- Fully lit with consistent bulb brightness
- No missing slats, titles on slats are aligned
- No mismatched slats; menu slat and price colors match
- Clean, not faded, transparency which features products/items that can be offered to consumer
- All price points displayed
- No handwritten signs
- POP not hindering visibility of menu items/prices



## Sales Counter

*Counters and Plexiglas*
- Counter is clean; good condition
- Condiment trays adequately filled; neat and tidy
- Plastic serving trays clean, lined with placemat
- Napkin dispensers clean, filled
- Approved cash registers; clean; visible display
- Plexiglas is clean and not cracked
- View through Plexiglas neat and orderly
- Approved seating



## Tables & Seating

*Tables*
- Tables and counters clean and undamaged (no carving, no stains, no burns, no cracks)
- All laminated surfaces are clean and not chipped

# Interior Appearance

*Seating*

• Clean

• No stained, torn, or damaged seat backs, stool tops

• No missing seatback cushions, all matching cushions

## Trash Receptacles

• No overflowing trash

• No leaking containers

• Clean

• Undamaged, unstained ("Thank you" is properly painted, no scratches or cracks)

## Kitchen View from Sales Area

• Door should be clean, properly painted or finished

• Nothing taped to kitchen door

• Baker's window, if altered:

  • Should match wall covering

  • Should be professionally finished

• Baker's window, if not altered:

  • Should have no scratches, no cracks, and be clean

  • Framing should be painted or properly finished

  • Door or Baker's windows should be:

  • Washed, no cracks, no scratches;

  • Should not covered with advertisements, newspaper, etc.

  • Area viewed through window should be neat, and clean with small wares properly stored



# Interior Appearance

## Restroom/Hallway

- Hall must be clean, fully lit
- Doors must be clean and in good condition with proper signage
- Floors
  - Clean, free of trash, clean drains
  - Grouting should be proper, clean and in good condition
  - No missing, mismatched or damaged tiles
  - No mop lines
- Walls
  - Clean, free of graffiti
  - Approved FRP or tile
- Ceiling
  - Ceiling tiles clean, no stains
  - Approved, no missing tiles
  - Replacement ceiling tiles match remainder of ceiling
  - HVAC registers and return grilles are clean and free of buildup, painted if appropriate
- No vending machines
- Employee hand washing signs
- Mirrors clean, no scratches, no cracks or discoloration
- Lighting is bright, no missing or burnt out bulbs, grates are clean
- Sinks and bowls are clean, working condition, no cracks, no stains
- Soap, towels, tissue must be available
- Electric hand dryers must be functioning (unless towels available)
- Trash receptacles must have lids clean, not overflowing







## Section 2

# Service

## Store Personality and Service

### Complete Uniforms

- All employees must be in approved
  Dunkin' Donuts uniform

*Female:*

- Jumper of moderate length with neutral nylons
  or shorts or pants with socks
- Polo shirt or oxford cloth shirt
- Hat or visor and a name tag
- Shoes should be solid color or leather sneakers
- Apron if working in the kitchen
- Items should be approved Dunkin' wear clean,
  free of holes and stains and fit properly

*Male:*

- Pants with socks
- Polo shirt or oxford cloth shirt
- Hat or visor and a name tag
- Shoes should be solid color or leather sneakers
- Apron if working in the kitchen
- Items should be approved Dunkin' wear, clean,
  free of holes and stains and fit properly



## Employee Hygiene

- Clean, well-groomed personal appearance:
  - Finger nails should be clean and
    properly manicured
  - Makeup should be moderate
  - Long hair tied back
  - No offensive perfume or body odors
  - Trimmed beards and mustaches, long hair
    tied back
  - Limited jewelry

# Store Personality and Service

## Courteous and Friendly

- Courteous: Greets customer with smile, "May I help you," "Thank you"
- Customers acknowledged ASAP



## Communications with Customers

- Must be able to clearly communicate in English.
- Polite, never rude
- Respectful of the customer
- No foul language

## Six Steps to Service — Take-Out

1. Acknowledge
2. Inquire
3. Suggestive sell or upsell to 50%+ of customers; must be specific.
4. Fill the order
   - Properly serves all items on menu
   - Ensures orders are complete
   - Consistently follows procedure
5. Ring the order
6. Thank the customer



## Speed of Service — Take-Out

- Order of coffee and a donut is processed (once at head of line) in one minute or less
- Front to back of line should not exceed 5 minutes



# Store Personality and Service

## Six Steps to Service — Drive-Thru

1. Acknowledge cars at speaker/window
2. Inquire and ring the order
3. Ring or recall the order
4. Suggestive sell or upsell to 50%+ of customers; must be specific.
5. Fill the order
   - Properly serves all items on menu
   - Ensures orders are complete
   - Consistently follows procedure
6. Thank the customer



## Speed of Service — Drive-Thru

- Wait in drive-thru line should not exceed 5 minutes
- Order of coffee and a donut is packaged (once order is received) in one minute or less
- Once car reaches window, sale is transacted in one minute or less



## Customer Complaint Procedure

- Customer focused service
- Employees trained to handle complaints
- Listen!!  Listen!! Listen!!
- Apologize
- Recovery (Make It Right!!)
- Never Argue
- End on a Positive Note

# Store Personality and Service

### Employee Training Program

- Is there a complete cross-training program being utilized?



### Employee Files Current

- Files for each employee
- Applications
- I-9 forms properly completed
- Orientation checklist

## In-Store Marketing

### POP - Approved, Current, Condition

- All signs are in good condition (not faded or torn)
- Maximum of two programs (all current)
- Proper display of current materials
- All professionally manufactured signs with prior approval of BC or Field Marketing Manager

### Support Marketing Programs

- Participates in all current market-endorsed programs

### Execution of Marketing Programs

- Fully informs/trains employees about programs
- Demonstrates and expects suggestive selling
- Properly displays premium items
- Properly programs register for programs

### Reader Board/Alpha Display

- Message is current, spelled properly, easily understood

### Exterior POP

- All signs, banners, and flags are in good condition (not faded or torn)
- Maximum of one program
- Proper display of current materials
- All professionally manufactured signs, approved by BC or Field Marketing Manager



**Section 3**

# Product Quality and Merchandising

## Product Presentation
### Proper Variety

| Full Producer | | | |
|---|---|---|---|
| Item | 7 am - 10 pm (# of Varieties) | 10 pm - 7 am (# of Varieties) | Minimum in Basket (# of Items) |
| Donuts | 30 varieties | 20 varieties | 6 donuts |
| Fancies | 5 | 3 | 4 |
| Munchkins | 5 (1 filled) | 3 (1 filled) | 2 dozen |
| Minis (optional) | 6 | 4 | 6 |
| Muffins | 5 | 3 | 6 (4 from 10 pm - 7 am) |
| Cookies | 3 | 3 | 4 |
| Brownies | 1 | 1 | 4 |
| Criossants | 3 | 2 | 4 |
| Bagels | 2 | 1 | 4 |
| Rolls | 1 | 1 | 4 |
| English Muffins | 1 | 1 | 4 |

### Minimum Variety Standard in Non-Traditional Distribution Units

• Non–traditional distribution units are defined as having a product display area less than 64 half baskets or a combination of less than 64 half baskets, munchkin trays and fancy trays.

• The minimum variety standard for all products in these stores will be prorated using the above table as a guideline.

• The minimum variety standards must be maintained at all times between 7 a.m. and 10 p.m.  Between 10 p.m. and 7 a.m., all minimum varieties may be reduced by 20%.



# Product Presentation

Example:
Small full service cart unit with available display capacity for 24-half baskets.
The minimum variety standards -- between the hours of 7 a.m. and 10 p.m. -- would be:

| | |
|---|---|
| 12 Varieties Donuts | 2 Varieties Munchkins |
| 2 Varieties Muffins | 2 Varieties Mini Donuts |
| 1 Variety Croissant | 2 Varieties Fancies |
| 1 Variety Bagel | 1 Variety Brownies |
| 1 Variety Cookie | 1 Variety English Muffin |
| | 1 Variety French Roll |

(Some varieties may have to be combined in a single display basket.)

*Exception:* In the event any minimum variety standard under 3 can be shown through accurate sales data not to enhance sales and profitability, the Franchisee after consulting with the Business Consultant may choose to eliminate that variety. At that time the Business Consultant will make an entry into the permanent shop file stating that particular minimum variety standard no longer applies to that particular unit of distribution.



## Product Appealing
• Finishing should be neat and attractive.
• Use of rich chocolate and light pastels
• Balance of color and decorations
• Filled product: Hole facing up, filling should not be dripping down sides
• Frosted product: Icing should have shiny coat, icing should not be dripping down sides, icing should be neatly spread
• Creme Filled: Hole facing up
• Glazed product: drip side facing up; glaze not cracking

# Product Presentation

## Display Neat and Clean

- No empty baskets
- Baskets/munchkin trays/fancies trays—clean, sanitary, no cracks
- Paper liners properly placed in all baskets/munchkin trays/fancies trays
- Product pulled forward in baskets and trays
- Product shingled to the left
- No stacking of any products (except munchkins, cake sticks and crullers)
- Muffins displayed in new plastic muffin liners with no empty liners in the baskets
- Muffin liners disposed of after each use



## Product Case

- Clean and in good condition
- Consistent bulb brightness
- No missing or burnt out bulbs (if chronic problem, check ballast)
- Properly sized bulbs
- Wax tissue/bag holder clean, good condition
- POP shelve clean and good condition

## Product Labels

- Matching set
- No handwritten labels
- No broken, worn, cracked labels
- Clean



## Beverage Case

- Clean
- Properly stocked
- Labels and pricing complete
- Properly lit

# Product Presentation

## Proper Product Packaging

- Proper package size used
- Product packaged neatly; product not damaged

*Donut Packaging*
- How are the shop personnel packaging donuts?
- Are they following the chart below?

| Quantity | Packaging |
|----------|-----------|
| 1–3 donuts | #4 Bag and sav-a-wrap |
| 4–6 donuts | #8 Bag and sav-a-wrap |
| 7–12 donuts | Box with sav-a-wrap if frosted (laid flat in box) |

*Beverage Packaging*
- Polite request of "How would you like your coffee?"
- Proper filling:  Add sugar and cream and then fill coffee to line/notch (if applicable)
- Marked lids if multiple orders

| Size | | Sugar (tsp.) | Creamer (shots) | Cream Amount |
|------|------|------|------|------|
| Extra Small | 6 oz. | 1 | 1 | 1/2 ounce |
| Small | 10 oz. | 2 | 2 | 1 ounce |
| Medium | 14 oz. | 3 | 3 | 1 1/2 ounces |
| Large | 20 oz. | 4 | 4 | 2 ounces |

- Cups and lids stacked and properly stored in service area
- Lids on ALL HOT beverages, regardless of eat-in or take-out
- Ice scoop always used to fill cups with ice
- Sugar and sweetener packets available
- Napkins, straws and stir sticks available
- Bag or tray offered



# Coffee Quality

## Grind Weight, *Regular*

• All Dunkin' Donuts regular coffee should dispense at 3.25 oz. (.20 on CBTP scale) per grind

## Grind Weight, *Dunkin' Decaf*

• Dunkin' Decaf coffee should dispense at 2.25 oz. (.14 on CBTP scale) per grind for a full pot
• Dunkin' Decaf coffee should dispense at 1 5/8 oz. (.10 on CBTP scale) per grind for 2/3 pot
• Dunkin' Decaf coffee should dispense at 1 1/8 oz. (.70 on CBTP scale) per grind for 1/3 pot

## Grind Weight, *Specialty*

• All Dunkin' Donuts specialty coffee should dispense at 3.25 oz. (.20 on CBTP scale) per grind

## Sample vs. Grind Size

• Match for all varieties (use same grind sample)

## Water Volume

• All brewers should dispense 60 fluid ounces of water for a full pot

## Water Temperature

• All brewers should dispense water at 196° to 200° F
  (Hold thermometer in water stream with sprayhead off.)

## Freshness — Brewed Coffee

• Coffee discarded 18 minutes after brewing
• Pot rotation system in use
• No combining pots
• No pre–ground coffee

# Coffee Quality

## Freshness – Beans

- Beans must be used within the following time period from the roasting date stamped on the package:
- Regular --- Plastic  -  use within 20 days
- Regular --- Foil  -  use within 45 days
- Decaf --- Foil  -  use within 6 months
- Dark Roast --- Foil  -  use within 6 months
- Flavored --- Foil  -  use within 6 months

## 18% Cream

- 18% butter fat light cream is used
- Approved portion pack creamers
- Cream is within expiration date on carton
- Cream is maintained at a safe  temperature  -  below 45° F



## Equipment Cleanliness

- Coffee machine free of dust, food debris and stain on top and side
- Coffee pots clean
- Brew basket unstained
- Brew head unstained, all holes free of lime deposit
- Grinder plastic face is clean and unbroken, top and sides are clean
- Creamer is clean, not leaking, ice packs (if appropriate) are used
- Coffee modules clean and tidy
- No unapproved equipment such as non–Bunn brewers, non–Bunn or non–Grindmaster grinders
- Station set up such that items served are easily accessible:  sugared, cream, coffee lid, napkin, stir stick, bag, grinder

# Coffee Quality

## Approved Equipment

• Properly equipped station:

  • coffee brewer

  • brew basket

  • coffee filters

  • creamer

  • sugar bowls

  • coffee bowls

    • black handle – regular

    • orange handle – decaf

    • gold handle – dark roast

    • green handle – hazelnut

    • cream handle – french vanilla



• Brewing capacity is inadequate if:

  • Customers waiting for product

  • Serving coffee prior to completion of brewing

  • Stacking brew basket of almost finished pot

# Other Beverages

## Iced Coffee

• Brewed according to proper process

• Freshness

• Equipment clean

## Carbonated and Non-Carbonated Beverages

• Proper temperature

• Equipment clean

## Juices and Milk

• Thawed in refrigerator

# Donut Quality

## Donut Taste

Taste a cake, yeast ring and chocolate donut and rate it according to:

|  | **Cake** | **Yeast** | **Chocolate** |
|---|---|---|---|
| **Flavor** | Nutmeg | Not sour | Chocolate Flavor |
| **Amount of Shortening** | No Excess | None Visible | No Excess |
| **Freshness** | Moist | Light & Airy | Moist |

## Donut Appearance

Review cake, yeast ring, yeast shell chocolate donut and coffee roll and rate it.

## Donut Size and Shape

**At full producers only** — Check that the height, width and weight of six donuts match spec. To be standard, 3 out of 4 types (cake rings, yeast rings, yeast shells, chocolate rings) of donuts must pass. To pass, a type of donut must pass the weight criteria and one other criteria.

**At all other locations** — Compare donut product to picture on next page.

|  | **Handcut Cake** | **Handcut Yeast Rings** | **Handcut Yeast Shells** | **Handcut Chocolate** | **Machine Cake** |
|---|---|---|---|---|---|
| Height | 7.75 – 9.25" | 9 – 9.25" | 9.25 – 9.5" | 7.75 – 9.25" | 7.75 – 9.25" |
| Width | 19.5 – 21.5" | 21 – 21.5" | 20 – 20.5" | 19.5 – 21.5" | 19.5 – 21.5" |
| Weight | 12 – 13.5 oz. | 9 – 10 oz. | 9.5 – 10.5 oz. | 12 – 13.5 oz. | 12.5 – 13.5 oz. |

|  | **Rondo Yeast Shell** | | **Rondo Yeast Ring** | |
|---|---|---|---|---|
| Height | 9.25 – 9.5" | | 8.5 – 9.25" | |
| Width | 20 – 20.5" | | 21 – 22.5" | |
| Weight | 9.5 – 10.5 oz. | | 9 – 10 oz. | |

# Yeast shell

# Yeast ring

# Cake ring

- **Boston Kreme**
- **Jelly**
- **Bavarian Kreme**

- **Glazed Raised**
- **Chocolate Frosted**

- **Chocolate Honey Dipped**
- **Old Fashioned Plain**
- **Double Chocolate**
- **Coconut**

**Actual size Product Silhouette Comparison Rings**

DUNKIN' DONUTS®



# Muffin Quality

## Proper Fruit Content

## Proper Low Fat Process

• Low fat liners used

• Only top of pans greased

• Proper portion control

# Freshness Scheduling

## Freshness — Donuts

• Cake products – 12 hour shelf life

• Yeast products – 12 hour shelf life

• French Crullers – 12 hour shelf life

## Freshness — Muffins

• 12 hour shelf life

## Freshness — Bagels

• 8 hour shelf life

## Freshness — Other Products

Cookies – 24 hour shelf life

Brownies – 24 hour shelf life

Croissants – 12 hour shelf life

English muffins – 8 hour shelf life

French rolls – 8 hour shelf life

## Product Planning System

• Does shop have a system to track orders and throwaways such that daily production volumes are changed based on product movement?

• Is the shop maintaining production reports, finishing schedules and throwaway records?

• Is the shop producing adequate product for case turnover?  Does day production simply "plug" or "fill-in" low or missing varieties?



# Section 4

# Sanitation, Kitchen & Delivery

## Sanitation and Food Safety

### Sanitation Systems in Use

- Is the full sanitation program being properly utilized to meet local health codes? This includes detergent, rinsing and sanitizing. ***Bleach is not acceptable.***
- A sanitizing agent is used on all items and surfaces that come in contact with food products either by immersion, sanitary wiping or spray
- Are proper safety issues being met?
- Is the store using a Dunkin' Donuts approved sanitation system?



### Gloves/Liquid Hand Sanitizer

- Are gloves/liquid hand sanitizer being utilized?
- Do employees use proper hand washing procedures?





# Sanitation and Food Safety

## Proper Thawing Procedures

- All product thawed under refrigeration
- Product thawed in separate containers
- Proper rotation (first in, first out)

## Proper Portioning/Code Dates

- Portioning area sanitized regularly
- Portion trays disposed after each use
- All items properly coded and within code date

## Proper Egg Handling Procedures

- Eggs properly refrigerated; not held at room temperature
- Hands washed after handling raw egg
- If wearing gloves, gloves changed after handling raw egg
- Paper egg bowls disposed after each use; no plastic egg bowls
- Egg wash discarded after use



## Refrigerator/Freezer Temperatures and Thermometers

- All refrigerators and freezers have working thermometers
- All refrigerators maintain temperature at 35° – 40°F
- All freezers maintain temperature at 0°F or below

## Certified Food Handler

- Is manager certified in Food Safety as recognized by the local health agency?

## Refrigerator Cleanliness

- Is it neatly organized (no items on the floor)?
- Are inner walls, racks and seals clean?

## Freezer Cleanliness

- Is it neatly organized (no items on the floor)?
- Are inner walls, racks and seals clean?

## Storage of Cleaning Agents

• All cleaning agents properly labeled
• Cleaning agents stored separately from food products
• Cleaning agents not stored above sink, food utensils, or food products

## Pest Control

• No evidence of insect or pest infestation

# Kitchen

## Floors, Walls, and Baseboards

*Floors*
• Clean, clean drains
• Grouting should be proper, clean, and in good condition
• No missing, or damaged tiles

*Walls*
• Clean
• Painted or finished properly (aluminum, ceramic tile, stainless steel, FRP) and in good condition.
• If painted, no peeling or chipping.

*Baseboards*
• No mop lines
• No missing or damaged cove tiles

## Ceiling and Lighting

• Ceiling tiles clean, no stains
• Approved, no missing tiles
• Replacement ceiling tiles match remainder of ceiling
• Safety shield on lighting or use of safety shatter–proof bulbs
• HVAC registers and return grilles are clean and free of buildup, painted if appropriate
• If drop ceiling, non–porous; if plaster ceiling, painted

# Kitchen

## *Mixer Equipment*

• Clean, painted







## Cutting Equipment

*Bench*

• If canvas (if permitted by health code), it has no rips or stains and is
  clean with no dough buildup.
• If no canvas, surface is smooth, no stains, no ingredient buildup
• Legs painted

*Belshaw Machine*

• Cams work smoothly
• Arm works smoothly

*Rondo*

• Free of dough and flour buildup
• Belt has no tears and stains

# Kitchen

## Proofing Equipment

*Proofer*
- Door shuts properly
- Clean inside and outside
- Odor free
- Works properly

*Racks*
- Wheels working
- No ingredient (frosting, etc.) buildup





## Frying Equipment

- Free of shortening buildup
- Fryolator properly boiled out within one month
- Fryolator filtered within the last 24 hours

## Baking Equipment

- Oven clean
- Doors shut properly
- Fan works properly

# Kitchen

## Finishing Equipment

*Glazer*
- Rack and rods free of honey dip buildup
- No excessive donut crumbs in dip





*Donut Filling Units*
- Each hopper should have a lid, no cracks or stains
- Spouts should be free of filling buildup, one set for each hopper
- Spouts should have hose/caps to prevent spillage
- Works properly

*Cold Dip Bins*
- No excessive buildup of food on containers
- No excessive donut crumbs

*Pastry Bags*
- Empty and clean unless finishing occurring
- Star tips not bent

*Frosting/Icing Bowls*
- Scraped down
- No dripping
- Free of buildup



# Stockroom

## Floors, Walls, and Baseboards

*Floors*
- Clean, clean drains
- Grouting should be proper, clean and in good condition
- No missing or damaged tiles

*Walls*
- Clean
- Painted or finished properly (aluminum, ceramic tile, stainless steel, FRP) and in good condition.
- If painted, no peeling or chipping.

*Baseboards*
- No mop lines
- No missing or damaged cove tiles



## Ceiling and Lighting

- Ceiling tiles clean, no stains
- Approved, no missing tiles
- Replacement ceiling tiles match remainder of ceiling
- Safety shield on lighting or use of safety shatter-proof bulbs
- HVAC registers and return grilles are clean and free of buildup, painted if appropriate
- If drop ceiling, non-porous;  if plaster ceiling, painted

## Shelving

- Stainless steel or painted wood or metal
- If painted, not chipped or peeling
- 6" clearance from floor

## Organization

- All stock neat and organized
- Nothing stored on the floor
- Ingredient bags and boxes are properly closed

# Delivery System

## Vehicle — Clean in and out

- Truck is clean outside and inside
- No smoking in product compartment

## Vehicle Air Conditioning/Heating

- Storage area is climate controlled

## Racks and Carriers Are Clean

## Racks Covered/self-contained

- Product is covered during delivery

## Driver is in Uniform

- Driver must meet same uniform requirements as other shop employees

# Approved Equipment For
# Food Preparation and Production
**(Major Items, Not Inclusive of All Items)**

# Kitchen Equipment

| Item | Manufacturer | Model # |
|------|-------------|---------|
| Mixer, 80 Quarts | Hobart | M802 |
| Mixer, 20 Quarts | Hobart | A200 |
| 80 Quart Bowl Adapter (for 140 qt. mixer) | Hobart | |
| 80 Quart Tinned Bowl | Hobart | |
| 80 Quart "B" Beater | Hobart | |
| 80 Quart Bowl Truck Painted | Hobart | |
| 80 Quart Dough Hook | Hobart | |
| 80 – 40 Quart Adapter for M802 | Hobart | |
| 40 Quart Tinned Bowl for M802 | Hobart | |
| 40 Quart "B" Beater for M802 | Hobart | |
| Floor Scale | Detecto | 4570 |
| Bench Scale | Penn Manufacturing | 1402 TB |
| Sheeter/Cutter (floor model) | Rondo | SS0685C – (144")<br>SS0687C – (156") |
| Donut Machine | Belshaw/DCA | Type "B" |
| 1 3/4", French Plunger | Belshaw/DCA | |
| 1 3/4", Donut Hole Plunger | Belshaw/DCA | |
| 2" Ring Plunger | Belshaw/DCA | |
| Donut Screen 23" x 23" | Wirefab | Stainless Steel |
| Aluminum Screen Carrier | Servolift/Eastern | DD4407-20 |
| Screen Racks Aluminum w/Casters | Servolift/Eastern | AA67-20 |
| Proofer (Left or Right Hinge) | Rondo/Lillnord | 2001-LH or 2001-RH And Previously Approved Servolift Eastern Proofers |
| Pass Thru Proofer | Rondo/Lillnord | 2 Rack – R105 – 180<br>4 Rack – R165 – 180<br>6 Rack – R225 – 180<br>8 Rack – 4285 – 180 |
| Fryer w/Built-In Filter (Gas) | Pitco | 24R-UFMDD And Previously Approved Pitco Fryers |
| Glazer with Pan | Rondo/Lillnord | 4362 |

# Kitchen Equipment, cont.

| Item | Manufacturer | Model # |
|------|--------------|---------|
| Convection Oven Glass Doors (Gas) | Blodgett | DFG-100-3 And Previously Approved Blodgett Ovens |
| Muffin Prep Table | Servolift/Eastern | SCT-80-S4 |
| Sheet Pan/Muffin Rack | Servolift/Eastern | ALTW-64-1826-18-3 |
| Muffin Pan Greaser | Advanced Baking Engineering | |
| Muffin Pans, 12 cup Glazed | Ekco Glaco | 520D |
| Aluminum Sheet Pans | Lincoln Manufacturing | 9002 |
| Finishing Table | Custom by supplier | |
| Finishing Product Storage Rack | Servolift/Eastern | WA70-13-5 |
| Power Base | Edhard | P4010 |
| FillerUnits, Clear 6 Quarts With Stainless Steel Spouts | Edhard | F5001 |
| Lectro Fill Power Base | Ragen | |
| 6 Quarts Filler With Stainless Steel Spouts | Ragen | |
| Munchkin Filler Spouts | Edhard | |
| Toppings Unit with Plastic Tray | Custom/Cambro | Trays – CW-22 |
| Mobile Spice Cart | Servolift/Eastern | DD4360 |
| Mobile Ingredient Bins w/Lid | Cambro | IB27 |
| Sugaring Bin w/Lid | Normandie | 600 |
| Enrober | Bloomfield | 6350 |
| Walk-In Combination Freezer/Cooler 6'x12'x7'7"H | Norlake | Per DD Specifications |
| Freezer (–10) 2 Section, Half Doors | Norlake | NH2SS4 |
| Freezer (10) 1 Section, Half Doors | Norlake | NR211SAS/1 |
| Refrigerator, Single Section | Norlake | |
| DD Measuring Device | Custom | SR2 |
| Portion Control Scale | Edlund | |

# Kitchen Small Wares

| Item | Manufacturer | Model # |
|------|--------------|---------|
| Cruller Cutter (Stainless steel) | Rochow Swirl | |
| Bismark Cutter (Stainless Steel) | Rochow Swirl | |
| Plain Donut Cutter 2 3/4" | Rochow Swirl | |
| Yeast Shell Cutter 2 1/2" | Rochow Swirl | |
| Dunkin' Cutter 2 3/4" | Rochow Swirl | |
| Hand Cutter – 5 Hole (Munchkins) | Rochow Swirl | |

## Kitchen Small Wares, cont.

| Item | Manufacturer | Model # |
|------|--------------|---------|
| Wooden Rolling Pin | | |
| #8 Disher | Hamilton Beach | 78-8 |
| #10 Disher | Hamilton Beach | 78-10 |
| #12 Disher | Hamilton Beach | 78-12 |
| #24 Disher | Polar Ware | T7342 |
| Aluminum Flour Scoop | Halco | B172 |
| Serrated Knife, 12" | Mundial | W5627-12E" |
| Serrated Knife, 10" | Mundial | W5627-10E" |
| Muffin Ingredient Container | Cambro | 200MCCW |
| Coffee and Dough Digital Therm. | Cooper | DFP450 |
| Shortening Thermometer | Cooper | 2238-14-3 |
| Oven Thermometer | Cooper | 24HP |

## Sales Area Equipment

| Item | Manufacturer | Model # |
|------|--------------|---------|
| Coffee Maker, with 2 Burners | Bunn-O-Matic | OL-35 20820-0002 |
| Decaf Coffee Maker with Interface | Bunn-O-Matic | OT-35DD 20830-0014 |
| Space Saver Coffee Maker 20 Amps | Bunn-O-Matic | CWT-single 12950.0156 |
| Space Saver Coffee Brewer 40 Amps | Bunn-O-Matic | CWT-Twin 23400.0004 |
| High Volume Iced Coffee Brewer | Bunn-O-Matic | IC3 |
| Holder/Dispenser for IC3 with Brew-thru Lid | Bunn-O-Matic | TD4-T 03250.0011 |
| Iced Tea/Coffee Dispenser for IC3 with Solid lid | Bunn-O-Matic | TD4-T 03250.0013 |
| Hot Water Dispenser | Bunn-O-Matic | HW2 02500.0001 |
| Coffee Grinder w/DD Logo | Grindmaster | 100DD |
| Dual Hopper/Dual Motor Coffee Grinder w/Interface | Bunn-O-Matic | DG-2 25700.0000 |
| Grinder with Interface | Bunn-O-Matic | G-9 05800.0008 |
| Dual Coffee Grinder, Modified for Decaf | Bunn-O-Matic | G-9 2HDDD 24250.0004 |
| Regular Coffee Bowls, Black | Bloomfield | 13847 |
| Decaf Coffee Bowls, Orange | Bloomfield | 13848 |
| Dark Roast Coffee Bowls, Gold | Bloomfield | 13861 |

# Sales Area Equipment, cont.

| Item | Manufacturer | Model # |
|---|---|---|
| Hazelnut, Coffee Bowls, Green | Bloomfield | 14219 |
| French Vanilla Coffee Bowls, Cream | Bloomfield | 14218 |
| Coffee Bowl Cleaning Brush | Sparta | 2051 |
| Condiment Bin for stirrers, sugar | L.D. Plastics | LDD003 |
| Drop-in Creamer with flange and Cold Plate | Server Products | 94120 DICSM |
| Grinder For Coffee–By–The–Pound | Bunn-O-Matic | G1 22104.0008 |
| Scale For Coffee–By–The–Pound | Detecto | AP-10CG |
| Hot Chocolate Dispenser | Jet Spray | HC-20 |
| Ice Bin w/Stainless Steel Cover | Delfield | 240 |
| Ice Machine | Scottsman Scottsman Cornelius Cornelius | AC125 AF 1AE AC-322-SS-MH AC-300-SS-MH |
| Pepsi Soda Dispenser | Cornelius | |
| 27" Undercounter Refrigerator | Delfield | 406-CA |
| 7'0" Refrigerator Section | Delfield | DD43A |
| 54'0" Refrigerator Section | Delfield | DD43A-1 |
| Microwave Oven, 1600 Watt DD Name Plate | Sharp | R-23FT And Previously Approved Sharp Microwaves |
| Conveyor Toaster | Holman | T710HDD |
| Bagel Toaster | Wells | BT-4C |
| Croissant/Bagel Cutting Board with Rubber Feet | L.D. Plastics | LDD 008 |
| Condiment Bins | L.D. Plastics | LDD006 LDD007 |
| Display Baskets 10"x26" | Wirefab | |
| Display Baskets 16"x26" | Wirefab | |
| Bagel Bins | Display World | |

# Class II Kitchen Equipment

## Additional Approved Equipment

| Item | Manufacturer | Model # |
|---|---|---|
| Mixer, 140 Quarts | Hobart | V1401 |
| "B" Beater for V1401, 80 qt. | Hobart | |
| Dough Hook for V1401, 80 qt. | Hobart | |
| Adapter for V1401, 40-80 qt. | Hobart | |
| Adapter for V1401, 80 qt. | Hobart | |
| Tinned Bowl for V1401, 40 qt. | Hobart | |
| "B" Beater for V1401, 40 qt. | Hobart | |
| Ingredient Chute for V1401 | Hobart | |
| Dough Press | Rondo/Oliver | 620 |
| Pass Through Proofer | Rondo | 4 rack – R105–180<br>6 rack – R225–180<br>8 rack – R165–180 |
| Compass Sheeter with Transfer System | Rondo | SFS697S |
| Tinned Bowl for V1401, 80 qt. | Hobart | |
| Static Proofer | Rondo | PA-22-D<br>PA-22-D<br>PA-22-D<br>PA-22-D |

# EQUIPMENT IN TEST AS OF SEPTEMBER 1995

## Kitchen Equipment

| Item | Manufacturer | Model # |
|---|---|---|
| 400 Semi-Automated Donut System | DCA | |
| Retarder-Proofer | Rondo/Lillnord | |
| Retarder-Bakery Processing Equipment (4 thru 20 rack capacity) | | |
| Kwik-Thaw Proofer | Baker's Aid | BAP-1-RIKT/s |
| Dough Press | Rondo | DISA/r |
| Bun Divider | Oliver | 623 |
| Static Proofer | Rondo | PA-22-D, PA-24-D, PA-26-D, PA-28-D |
| Econo Icer | Belshaw | HI-18F |
| Donut Sugaring Machine | Otto-Braun | SM60 |
| Electro Pneumatic Filler | Somerset Industries | EPF-1 |
| Water Chiller | Filtrine | PB-1501-SSD |
| Mark 1 Water Meter | Wat-A-Mat | PHI-617 |
| Muffin Depositor | Goodway | |
| Slim Line Rack Oven | Baker's Aid | Slim Line |

C H A P T E R **11**

# Building and Site Maintenance

Overview .................................................................................................**11-2**

Cleaning and Maintaining Your Building Site ...............................**11-3**

Landscaping With Shrubs.................................................................11-4
Flowers..............................................................................................11-5
Landscaping Lawns..........................................................................11-5
Landscaping Non-Pedestrian Surfaces............................................11-6
Landscaping With Trees...................................................................11-6
Parking Lot Paving and Curbs.........................................................11-7
Pylon and Fascia Signs....................................................................11-8
Yard Drainage..................................................................................11-8
Cesspool Sewage Disposal System..................................................11-9
Sewage Disposal for Septic Tanks..................................................11-10
Aluminum Roof Systems, Gutters and Downspouts.......................11-10
The Roof Deck................................................................................11-11
Aluminum Shop Front.....................................................................11-11
Glass Windows and Doors...............................................................11-12
Concrete Sidewalks and Curbs........................................................11-12
Acoustical Tile and Sheetrock Ceilings...........................................11-13
Wood Doors.....................................................................................11-13
Ceramic Tile Floor...........................................................................11-14
Vinyl Tile Floors..............................................................................11-14
Exterior Wall Surfaces.....................................................................11-15
Interior Wall Surfaces......................................................................11-16

Dunkin' Donuts Painting Maintenance. Guide Recommendations ...........**11-18**

Interior.............................................................................................11-18
Exterior............................................................................................11-18

Paint Schedule Specifications.......................................................**11-19**

Interior.............................................................................................11-19
Exterior............................................................................................11-20
Interior and Exterior Lighting.........................................................11-22
Fire Extinguishing System...............................................................11-23
Hoods...............................................................................................11-24
Make-up Air Systems.......................................................................11-24
Heating A/C System.........................................................................11-26

**DUNKIN'
DONUTS**®

<table>
<tr><td>Section<br>1</td><td># Overview</td></tr>
</table>

# Overview

This section of the Network Administration Manual describes how to keep the interior and exterior of your shop clean and well–maintained. It also provides information on sanitation and equipment maintenance.



# Section 2

# Cleaning and Maintaining Your Building Site

A clean, well-maintained shop attracts and helps retain customers. This chapter describes the components of your building and site that must be kept clean and in proper working condition to meet Dunkin' Donuts standards.

The discussion begins with a maintenance schedule for your building and site. The Franchisee is responsible for maintaining the building and site. In some instances you may wish to delegate responsibility to a porter or counter person or hire an outside service company.

> **Note:** When routine cleaning and maintenance no longer keep your shop in a condition that meets Dunkin' Donuts standards, consider remodeling. Your Business Consultant has full details on the Shop Enhancement Program, which will upgrade your shop.

## Area Lighting

Consists of high pressure sodium or mercury vapor flood-lights mounted on a 25-foot steel poles.

### Regular operational care

Wash concrete light pole base at least every month with a stiff broom and a heavy duty, highly alkaline all-purpose cleaner.

### Regular maintenance

Replace burned out or dull floodlights as needed, usually every 2 or 3 years.

Check all gaskets, electrical connections and ballasts when replacing lamps.

Remove rust and loose paint from the light pole with wire brush and spot prime with an alkyd resin primer coat and a finish coat (See Paint Schedule Specifications ).

Contact a lighting maintenance company to replace and maintain your lighting.

# Landscaping with Shrubs

Involves small scale plants that are evergreen or deciduous (non-evergreen), flowering or non-flowering.

## Regular operational care

Water at least twice a week if rainfall is insufficient. Check at least weekly for insects and damage.

Remove papers, litter, weeds, dead leaves, and other debris at least daily.

Maintain mulch within limits of shrub beds.

## Regular maintenance

Early Spring – Prune dead and broken branches with a clean cut, using pruning shears. Fertilize with a fertilizer appropriate to your region of the country.

Spring – Replenish mulch. Spray for insect control if insects attacked last year or if they are present now.

Summer – Water at least twice a week during dry periods.

Fall & Early Winter – Check depth of mulch and apply additional mulch if needed (3 inches). Water evergreen plants weekly.

Winter – To prevent loss of moisture, apply "wilt pruf" spray once every 2 to 3 weeks during periods of clear, cold weather. Repeat if heavy rains wash it away.

General – Replace dead plants with same type. If bed has more than 3 types, make appearance of bed more uniform and reduce future maintenance by replacing with type of plant that appears to grow best at the location. Size should be 2 to 3 feet (sometimes potted in 2 gal. pails). Spread a l/4 to l/2 inch layer of sand over areas of compacted soil and mix in surface.

Maintain shrubs according to instructions from a local nursery.

# Flowers

Used to landscape should include annuals (which are planted, grow, blossom, and die in one season) and perennials (which grow and blossom from year to year). All flowers add seasonal color to basic landscaping.

## Regular operational care

Plant in quantity between shrubs and at borders of beds. Add approximately 6 bushels of humus to every 100 sq. feet of garden soil.

Depending on climate, water at least 3 times a week during season. Contact a reputable nursery or landscape contractor for advice and assistance.

# Landscaping lawns

## Regular operational care

Check for Overall height of grass – maximum 2 inches.

Remove broadleaf weeds.

Use fences, signs and curbs to block pedestrian routes through planted areas.

## Regular maintenance:

Mow at least weekly during the growing season.

Trim edges, especially along walls, fences, curbing and pavements

Water when rainfall is insufficient.

Fertilize every Fall, following manufacturer's instructions. For compacted soil, rake 1/8 inch layer of sand into surface of soil.

Contact a nursery if you have problems.

# Landscaping non-pedestrian surfaces

Necessary if pedestrians walk on planted areas.

## Regular maintenance

Remove dead plants and prune broken branches.

Apply a finished "non-pedestrian" surface to the area. A 2 to 3 inch mulch of pine bark, or stone placed on a layer of polyethylene, will discourage traffic and provide a neat surface. If stone is used, it should be too small to break windows but large enough to discourage children playing. l/2 to 3/4 inch river stone usually is appropriate.

Place one or more large boulders near planted areas to prevent pedestrian traffic.

Maintaining fences and guard rails involves checking for missing slats and panels, broken or leaning fence slats and panels, dents in guard rails, rust on guard rails and posts, and the condition of fence surfaces.

## Regular maintenance

Straighten up and/or remove broken slats, panels or guard rails.

Paint guard rails and stain fences annually. (See Paint Schedule Specifications ).

Scrape off all loose paint and apply paint only during appropriate weather conditions. Repair or replace old slats with appropriate material from a local building supply yard.

Contact a fence contractor for specialized or major work.

# Landscaping with trees

Improves the image of your site dramatically.

## Regular operational care

Do not dump contaminants such as oil, grease, waste, soapy water, kerosene, turpentine, paint or stain, on the ground near a tree.

Do not park vehicles on earth over tree roots.

Water trees frequently and heavily during periods of drought.

Check the health of trees regularly. Look for leaf color, broken branches, scrapes, cavities, and small nail-size holes in the trunk.

Apply tree paint to scrapes.

## Regular maintenance

Fertilize trees every Spring with 10-6-4 fertilizer at a rate of 4 lbs. per inch of tree diameter at shoulder height.

During droughts, root feed trees with a special hose accessory or drive 2 inch diameter pipe vertically in the ground about 2 to 3 feet deep at 4 to 6 locations around the tree and pour water into holes for more efficient watering. Where vehicular or pedestrian traffic have compacted the earth over tree roots, install a brick or block pavement on a 1 inch sand bed. Joints should be 1/2 inch and filled with sand. Do not use mortar.

Contact a reputable tree expert if leaves turn an unnatural color, branches die, cavities are present, or small holes appear in the trunk.

# Parking lot paving and curbs

Constructed of various materials. The paving consists of bituminous concrete over well-compacted #2 crushed stone (thickness varies with geographic area). The sealer has two coats of coal tar pitch similar to Jennite J-16. The line stripes require 2 coats of highway white paint. Curbs can be made either of bituminous concrete or structural concrete.

## Regular operational care

Police paving area for papers, cups, and other litter at least twice daily.

Sweep daily.

Remove oil and gas stains at least weekly with a stiff broom and a 1 to 1 solution of heavy duty, highly alkaline all-purpose cleaner and hot water.

## Regular maintenance:

Repair pot holes and large cracks by removing the damaged material down to gravel or stone base. Add gravel or stone until base is level with surrounding gravel or stone base.

Rebuild with bituminous concrete to restore a smooth, level surface.

Reseal the repaired area with 2 coats of coal tar pitch similar to Jennite J-16.

After a thorough cleaning, reseal the parking lot at least once a year by applying one coat of coal tar pitch with a sand slurry finish similar to Jennite J-16

Machine repaint parking stripes on the new surface with Highway White paint similar to that manufactured by Glidden Paint Company. Apply 2 coats.

Be sure to conform to the requirements of the National Handicap Code for parking space and access.

Contact a paving contractor for repair work and a sealing company for sealing and stripe painting.

# Pylon and fascia signs

Have plastic faces and interior illumination.

## Regular operational care

Wash faces of signs at least once a year with an alcohol solution and anti-static cleaner. Such cleaning must be done by a professional and is covered normally in a maintenance contract with a sign company. Contract should cover emergency service for lamps, ballast and internal wiring as well as annual cleaning.

## Regular maintenance

Replace faulty lamps in signs as required.

Relamp at least every 3 years.

Replace plastic faces of signs when they become discolored or cracked.

Remove rust and loose paint from pylon sign pole and frames at least every 1 to 3 years depending on climate and repaint with an alkyd resin primer and finish coat. (See Paint Schedule Specifications)

Contact sign maintenance companies to replace and maintain your illuminated exterior signs. For more information, see your District Manager.

# Yard drainage

Includes cast iron frame catch basins (which are set in cement and sealed in place with asphalt paving) and drains.

## Regular operational care

Clean drains or catch basins at least weekly by removing any papers or foreign matter. Flush surface with a hose to insure water flows freely down drain.

## Regular maintenance

Remove rust from drain or catch basin at least yearly with a wire brush and repaint the exposed surface with an asphalt-type paint.

Reseal open joints at edges of frame at least once a year with a rubberized crack sealer. (Joints must be sealed to prevent frost damage to frame and foundation wall.)

Contact a local service if you cannot free a clogged drain or if rain water is not draining freely.

# Cesspool sewage disposal system

A precast concrete container (open on the bottom and with openings in the side) into which sewage is discharged directly. Check local health code for approval of this type of system.

Bacterial action: None.

Drainage purification: The liquid and solid waste permeate through the openings to the soil on the bottom and sides of the pit.

## Regular operational care

Do not dump grease into toilets, sinks or drains that lead to the cesspool. If grease or solids overflow to adjacent soil, use chemical enzymes to free soil of sludge.

Provide separate drainage for storm water and laundry.

## Regular maintenance

Check cesspools at least once a year. Have a sewage disposal contractor pump out the cesspool at least every 2 years.

# Sewage Disposal for Septic Tanks

Requires an enclosed, airtight concrete box with baffles forming 2 compartments. Sewage is discharged directly to the first compartment.
Bacterial action: Anaerobic (active without air) bacteria digest solid waste to form a highly compact sludge.

## Drainage purification

Solid waste remains in the septic tank and liquid is delivered to either a seepage pit (cesspool) or tile leaching field for gradual permeation into the soil.

## Regular operational care

Do not dump grease into toilets, sinks or drains that lead to the septic tank. Provide separate drainage for storm water and laundry.

## Regular maintenance

Check septic tank at least once a year to be sure sludge fills tank less than halfway.

A sewage disposal company should pump the septic tank free of sludge every 2 years or when the sludge reaches halfway up the tank.

# Aluminum roof systems, gutters and downspouts

The roof system is made up of an aluminum mansard parapet or a complete wood framed assembly. The gutters and downspouts are 0.050 gauge prefinished aluminum.

## Regular maintenance

Check roof system at least every 6 months to ensure all bolts and panels are secure and tight. Remove any leaves or accumulation of debris from the back of the roof parapet. Repaint shingles, divider panels, and metal bracing as required. Replace old and damaged gutters and downspouts as necessary.

Contact your local roofer to replace aluminum gutters and downspouts.

## The roof deck

Covered with built up tar and gravel or smooth surfaced roofing. The roof deck may include aluminum flashing and metal pitch pockets. (Contact your contractor or landlord for your shop's roof guarantee).

### Regular operational care

Remove debris from roof.

Do not penetrate roof with nails.

Obtain landlord's permission for any new openings or support.

### Regular maintenance

Keep pitch pockets full of pitch.

Check roof periodically for leaks, bubbles, popped nails or open felts over flashing, and edge cleats.

Watch ceiling tiles and walls for evidence of leaks.

Remove ceiling tile and check roof structure if tile is discolored.

Do not store any equipment on the roof.

For smooth surfaced roofing – resurface with coating of aluminized paint every 3 years.

Contact your local roofing contractor for repairs.

## Aluminum shop front

Includes the window and door frames

### Regular operational care

Wash aluminum window and door frames inside and out at the same time that glass is washed or at least twice weekly.

### Regular maintenance

Clean aluminum every 3 months with heavy duty all–purpose cleaner.

Repaint aluminum vestibule panels every 2 years or as required (See Paint Schedule Specifications).

Check the condition of the automatic door closer at least twice a year and adjust operation or replace if necessary. The action changes with the temperature.

Tighten all screws on aluminum threshold hinges and door push and pull plates at least every 6 months. Examine door weatherstripping every Fall and replace as required.

Contact a local store front contractor to replace any moving or other major parts of the shop front.

# Glass windows and doors

Typically include l/4 inch polished plate glass or 1/2" insulated in the sales area.

## Regular operational care

Wash all glass with glass cleaner at east twice a week. Spot clean daily or as necessary.

## Regular maintenance

Check glazing material for proper condition and repair or replace as necessary.

Check glass for hairline cracks and chips.In the case of insulated glass, check for moisture forming between the panels.

Contact your local store front contractor for repairs.

# Concrete sidewalks and curbs

Have a slightly rough finish.

## Regular operational care

Check for papers, cups and other debris at least twice daily.

Sweep.

Remove stains by washing with a stiff broom and a l to l solution of heavy duty all-purpose cleaner and hot water.

Remove especially stubborn stains with muriatic acid solution.

## Regular maintenance

To repair holes, flaking or damaged areas, remove loose particles with a wire brush. Clean area thoroughly with water.

Apply a concrete patch composed of Portland Cement, sand and any bonding agent.

Contact your local concrete contractor for extensive concrete repairs and resurfacing.

# Acoustical tile and sheetrock ceilings

Consist of 5/8 inch acoustical tiles placed on a 2 X 4 foot suspended metal grid system or l/2 inch gypsum board (sheetrock) nailed to the underside of strapping.

## Regular operational care

Dry wipe all ceilings at least once a week.

## Regular maintenance

Repaint all ceilings at least once a year (see Paint Schedule Specifications).

Wash tiles and grid first. If there are stains or discoloration in acoustical tile, check the roof for leaks.

To clean all stains or discolorations from acoustical tile, remove the stained panel and lightly sponge the surface with a 4 to l solution of heavy duty all–purpose cleaner and water.

If stains or discolorations persist, spray or roll paint the discolored or stained area with a white non-bridging paint (See Paint Schedule Specifications).

Blend the spray painted area into the surrounding tile surface. When replacing tile, match the color and pattern of the original.

Contact your local painting contractor for repainting.

# Wood doors

Are stain grade birch or lauan either hollow or solid core with two coats Devoe Wonder Wood Varnish Satin. Hollow metal doors are l8 gauge steel.

## Regular operational care

Damp sponge all doors every week.

Remove all stains and dirt with a solution of all purpose cleaner and water.

## Regular maintenance

Refinish all doors, tops and bottoms, at least every 3 years
(see Paint Schedule Specifications).

Check door hardware every 6 months for loose
hardware, such as hinges and knobs. Contact your local painting contractor.

# Ceramic tile floor

Sales area, entry, vestibule, front hall and toilets may be covered with 6 X 6 inch ceramic tiles. Kitchen floor is 6 X 6 inches X l/2 inch quarry tile.

## Regular operational care

Sweep sales area floor at least once every 2 hours.

Clean with a traction type cleaner.

Sweep kitchen floor after every production.

Sweep all other areas daily.

Wet mop sales area floor after each production.

Wet mop kitchen floor after each production.

Completely hose down kitchen floor at least once daily.

Wet mop tile floors in all other areas at least once daily.

## Regular maintenance

Remove all stains as required (see Stain Removal Chart.).

Replace all broken tiles to match existing tiles and repair loose cement joints between tiles as required. Use acid–resisting grout.

Contact your tile contractor for repairs or replacement.

# Vinyl tile floors

Storage rooms, closets and office are covered with l/8 inch vinyl asbestos tile flooring.

## Regular operational care

Sweep floors daily.

Wash floors daily with a solution of heavy duty all–purpose cleaner and warm water. Rinse with clean water.

## Regular maintenance

Replace chipped or broken tiles as required.

Contact your local resilient tile distributor or flooring contractor to repair or replace broken tiles.

# Exterior wall surfaces

The 4 exterior wall surfaces are Stone Aggregate, Concrete Block, Plywood Siding, or Brick. Stone Aggregate Size "C", round edges, set in epoxy matrix.

## Regular operational care

Check all outside walls at least once a week for chalk marks, crayon marks, grease, and stains.

To remove these discolorations, scrub the area with a stiff broom and a solution of heavy duty all–purpose cleaner and hot water.

## Regular maintenance

Spot replace missing stone to maintain even coverage of aggregate and wall surface. Use beige epoxy resin cement.

## *Concrete Block*

## Regular operational care

Same as Stone Aggregate.

## Regular maintenance

Repair cracks in joints as necessary.

Mortar to match split face block color.

Repaint rear wall concrete blocks at least every 3 years.

Refer to Paint Chart for specifications

Contact Masonry or Painting Contractor for repairs.

## *Plywood Siding*

## Regular operational care

Check all outside walls at least once a week for chalk marks, crayon marks, grease, and stains. To remove these discolorations, scrub the area with a stiff broom and a solution of heavy duty all–purpose cleaner and hot water.

## Regular maintenance

Restain plywood siding every three years. Use Cabot's Transparent Stain or Olympic Semi–Transparent Stain.

Contact: Carpentry or Painting Contractor.

## *Brick*

4" brick veneer with concrete block backup.

## Regular operational care

Same as Plywood Siding.

## Regular maintenance

Paint brick joints and repair cracks as necessary.

Contact: Masonry Contractor.

# Interior wall surfaces

Interior wall surfaces are Vinyl Coated wallcovering, Plastic Laminate Panels, Fiberglass Reinforced Panels, Ceramic Tile, Concrete Block, and Gypsum Board.

### *Vinyl Coated Wallcovering*

Used in New Image Sales Area. Tedlar coated custom design applied to gypsum board.

## Regular operational care

Spot clean walls with solution of all-purpose cleaner and warm water at least once a day.

Wash walls with a solution of all-purpose cleaner and water at least once per week. Rinse and dry (do not scour or use abrasives). To remove difficult stains, refer to Stain Removal Chart.

### *Fiberglass Reinforced Panels*

Used in old kitchens, toilets, hall.

## Regular operational care

Clean with damp sponge at least once per day.Remove hood, grease and stains with a solution of all-purpose cleaner and hot water at least once a week.

## Regular maintenance

Scrub and wash walls with a solution of all-purpose cleaner and hot water at least once a year.

## *Concrete Block*

Hollow load–bearing block with painted finish. Used in kitchen and storage areas.

## Regular operational care

Wash with a solution of all purpose cleaner and water at least once weekly.

Remove heavy food, grease and stains with a solution of all–purpose cleaner and water at least once a week. Rinse and dry.

To remove difficult stains, refer to Stain Removal Chart.

## Regular maintenance

Repaint block walls of storage room at least every 2 years.

Repaint concrete block walls in kitchen area with one coat of epoxy paint at least once a year.

Remove peeling paint, wash thoroughly and rinse. High moisture areas with bacteria growth require thorough preparation (See pages Paint Schedule Specifications.)

## *Gypsum Board*

Used in storage, office, utility and toilet areas.

## Regular operational care

Same as Concrete Block.

## Regular maintenance

Repaint walls at least every two years.

Use Devoe semi–gloss enamel (See Painting Maintenance Guide Recommendations).



## Section 3

# Dunkin' Donuts Painting Maintenance Guide Recommendations

## Interior

Surfaces to be painted include wood doors and frames, wood trim, wood shelving, wood pallets, steel doors and frames, steel sash, steel pipes, sheetrock walls and ceiling, and Marlite.

### Painting Cycle.

Under normal conditions, maintenance painting should be planned every 3 to 4 years over epoxy or enamel - every year over latex base.

## Exterior

Surfaces to be painted include wood soffit, wood beam fascia, redwood fascia, wood trim, steel doors and frames, steel sash, steel pipes, exhaust fan wall caps, concrete blocks, and light poles

### Painting Cycle.

Under normal conditions, maintenance painting should be planned every 2 to 3 years.

## Preparation and Application

### Interior and Exterior

Properly prepare surfaces for finish painting by washing, scraping, wire-brushing, or sanding.

Apply paint only to surfaces that are absolutely dry and free from grease, oil, dirt, rust, scale or loose material.

Fill joints and nail holes with putty, then prime and spot coat before applying finish coats. Sand between coats.

Apply full, uniform coats of proper thickness with a brush, roller or sprayer. Do not paint exterior surfaces in wet weather or in temperatures below 40° F.



| Section 4 | **Paint Schedule Specifications** |

## Interior

### Painted wood trim, door frames, pallets, shelving, plywood

#### All Shops

Spot Prime: Acrylic Enamel Undercoat

One coat: Acrylic Satin Enamel. Color match wall
colors

### Natural wood doors, stained wood trim, chair rail, valance

#### All Shops

One coat Wood Varnish, Satin, Color Clear

Special Coating Drywall, Walls and Blocks in Kitchen

*CURRENT IMAGE (Oak and Gray)*

No painting necessary.

*BRICK IMAGE and OLD IMAGE*

Spot Prime: Tru-Glaze Prime Coater

One Coat: Tru-Glaze, Color Coat

To coat Tru-Glaze surfaces with vinyl latex paint:

Prior to painting wash surface with strong detergent to roughen, rinse thoroughly, and apply one coat Devoe Acrylic Latex Satin Finish Enamel.

### Painted drywall ceilings and T-Bars for suspended ceiling

#### All Shops

Spot Prime: P.V.A. Wall Sealer

One Coat: Acrylic Satin Enamel Color White

T-Bars, Spot Prime:Metal Primer, Color White

## Painted Drywall, Walls and Blocks

### *All Shops*

Spot Prime: P.V.A Wall Sealer

One Coat: Acrylic Satin Enamel

## Sales area walls

*NEW IMAGE*

Vinyl coated wall fabric. Do not paint

*OLD IMAGE*

Marlite Spot Prime: P.V.A. Wall Sealer

One Coat: Acrylic Satin Enamel

## Sales area trim

### *All Shops*

To match walls

# Exterior

## Roof fascia, soffit on roof overhang and face of beam over masonry

### *All Shops*

Spot Prime: all weather wood undercoat

## Face of beam over aluminum of store front, steel door and frame (both sides) and metal vestibule panels, pylon sign poles, light poles and guard rails

### *All Shops*

Spot Prime: Zinc Dust Primer

*OLD IMAGE*

One Coat: Mirrolac Enamel U.C. S4 Elephant

*NEW IMAGE*

Exterior Semi-Gloss

## Exterior concrete block wall (smooth block)

### *All Shops*

One Coat: Exterior latex flat masonry paint
*NEW IMAGE and OAK IMAGE*
Color – Match side wall material
*OLD IMAGE*
Color – Match brick

## Steel Sash, Misc. Metal, Light Poles, Sign Poles

### *All Shops*

Spot Prime: Zinc Dust Primer
One Coat: Mirrolac Enamel, color to match adjacent surfaces

## Shake roof system and aluminum roof panel dividers or shingle frames on roof

### *All Shops*

Spot Prime: Zinc Dust Primer
One Coat: Barcelona Brown, Acrylic Latex

## Parking lot striping

### *All Shops*

Two Coats: "Bitubar", Color White, drying time 4–8 hours

## Concrete Bumper

### *All Shops*

Spot Prime: Exterior Latex Flat Masonry Paint
One Coat: Exterior Latex Flat Masonry Paint, Color White

## Exterior Siding and Fence

*OLD IMAGE*
2 Coats Cabot's #0369 or equivalent Olympic Stain
*NEW IMAGE*
Color Beige

# Interior and exterior lighting

Consists of Kitchen and storage area – strip fluorescent fixtures.

Sales area – fluorescent fixtures, acrylic diffusers, custom hanging fixtures.

Miscellaneous – incandescent "A" lamps or reflector–type.

Exterior soffit – strip fluorescent fixtures or recessed spotlights.

## Regular operational care

Dry wipe fluorescent fixtures at least once monthly by removing acrylic lens and applying a dry cloth around tubes and housing. Wash lens with a solution of all purpose cleaner and water.

## Regular maintenance

Replace burned out lamps as required.

Replace burned out ballasts as required.

Group relamp fluorescent fixtures at the same time to insure uniform lighting intensity.

Replace yellowed lenses with new acrylic lenses.

Dip plastic eggcrate diffuser in detergent solution.

Contact local maintenance company for group relamping service.

For more information check Yellow Pages.

**Note: Replacement globes and fixtures can be obtained from local electrical suppliers.**

# Fire extinguishing system

Consists of dry chemical protection for hood, duct and fryers.

## Regular operational care

Ensure that the manual control on wall can be reached at all times.

Do not disturb fusible link system in duct and hood.

Do not damage exposed parts of system.

Check gauge on cylinder. Gauge needle should be at "safe" position. If needle is not at "safe" position, call an authorized manufacturer's agent who will replace cylinder.

Remove dust and grease from piping and sprinkler heads.

Do not use corrosive type cleaners.

## Regular maintenance

Semi-annual inspection by an authorized manufacturer's agent is required. (Certificate will be sent to Fire Department and insurance rating authority by agent.)

# Exhaust fans

Belt driven, centrifugal fans constructed of heavy gauge aluminum.

## Regular maintenance

Most exhaust fan motors require minimum maintenance due to permanently sealed ball bearings.

Check belt.

Stock spare belt.

Contact your local electrician, heating contractor or the manufacturer's agent for parts or repairs.

# Hoods

Made of stainless steel with aluminum mesh or baffle type filters.

## Regular operational care

Remove filters weekly and wash with a solution of all-purpose cleaner and water. Do not use flammable solvents.

Rinse with forced hot water spray applied from rear of filter. Dry and replace securely in hood.

Scrape accumulated grease from gutters of hood at least once weekly.

Clean hood with aluminum and stainless steel cleaner and polish.

Never operate without filters. Do not restrict air intake passage.

## Regular maintenance

Employ professional cleaning company at least once every 6 months to clean grease from hood, from inside of duct and from fan and fan housing. Contact a chemical cleaning company after consulting the Yellow Pages.

# Make-up air systems

## Consist of 2 types:

Type I – Gas fired, roof top unit delivering 100% outside air with a capacity for adding 70°F of heat to temperature of delivered air.

Type 2– Double walled hood with intake and exhaust fans delivering 70% untempered outside air directly into the hood. Thirty percent of the make-up air comes from the heating and air conditioning unit. Hood has stainless steel liner, exterior painted steel. Hood filters are baffle type.

## Regular operational care

### *Type 1*

Change disposable filters or clean permanent filters at least monthly.

Remove dust and dirt from plenum chamber hanging from kitchen ceiling at least monthly.

Check access panels for weather-tightness.

## *Type 2*

Clean or change filters in intake fan at least monthly.

Remove hood filters weekly and wash with a solution of all–purpose cleaner and hot water. Rinse with forced hot water spray. Dry and replace securely in hood.

Remove accumulated grease from gutter of hood at least once weekly.

Clean liner with stainless steel cleaner and polish and clean painted surface with heavy duty all–purpose cleaner and water at least once weekly.

## Regular maintenance care

To be performed by a heating and air conditioning contractor.

### *For Type I and 2:*

Check motor for cleanliness at least once every four months. Remove dirt and grease from blower wheel and outside of motor and shaft. Lubricate through oil cups or grease fittings. Check fan, blower pulley and motor pulley to be sure they are secure to shafts. Check belt condition and tension. Ensure intake and discharge openings are free from grease and dirt.

### *For Type I:*

Check heat exchanger at least once a year. Remove soot within tubes with steel wool. Remove dust or grit on outside of lower parts of heat exchanger tubes with brush. At least once a year inspect burner for plugged parts.

Prior to heating season and at least twice during season, check pilot burner for flame height, color and intensity. Clean pilot burner if necessary. Check temperature rise capacity of unit, which should be at least 70°F.

### *For Type I and 2*

Employ professional cleaning company at least once every 6 months to clean grease from hood, from inside of duct and from fan and fan housing. Contact local heating contractor or maintenance service company.

# Heating A/C system

Consists of gas-fired roof-top forced warm air furnace and electric air-conditioning unit. Capacities vary with regional climactic requirements.

Location of filter may vary depending on age of shop.

## Regular operational care

Change throwaway filters monthly or clean permanent filters at least once a week.

Clean return air grille at least once a week.

Change damper system seasonally according to instructions given by original heating contractor. Do not change louvers.

Prevent unauthorized adjustments to thermostat.

Clean wall registers and ceiling diffusers at least once a month.

Ensure that access panels in units are secured.

## Regular maintenance

(to be performed by a professional heating and air conditioning contractor)

Oil motors semi-annually.

Tighten and adjust belts semi-annually.

Check accuracy of thermostat semi-annually.

Check distribution and volume of air through registers in early Spring and Fall and rebalance when indicated.

Check refrigeration cycle and proper operation of all heating controls in Spring.

Check heating cycle and proper operation of all heating controls in Fall.

Contact your local heating and air conditioning contractor (preferably, the original heating contractor).

# Water Heaters

Gas fired, made of glass or copper, and have a 50 gallon tank with 80 gallon recovery and 96,000 B.T.U. or higher.

### Regular operational care

Every 6 months check to be sure pilot is responsive, all burners function properly and provide a strong, steady blue flame. Keep heater free of dust, clothing, mops, brooms, etc., to prevent possibility of fire. Ensure heater base is uncluttered to allow for free circulation of air. Drain I bucket of water each month to remove sediment.

### Regular maintenance

Check flue for tightness.

Check fresh air intake for obstructions.

Check thermostat for accuracy by comparing the setting with the water temperature in the dishwasher.

Observe the pilot for proper operation.

Remove cover plate and check lining for weak spots.

Manually operate vacuum relief valve to be sure it functions freely.

Contact your local manufacturer's representative or plumbing contractor for parts or repairs.

# Floor Drains

Made of cast iron with removable sediment buckets. The cast iron grease trap has a removable sediment bucket and twist lock cap.

## Regular operational care

Remove and clean the sediment bucket from each floor drain after each floor washing.

## Regular maintenance

Remove the bucket from the grease trap and clean it thoroughly every 6 months.

Repair stopped-up and broken drain covers as required.

Contact your local contractor to free clogged drains.

C H A P T E R **13**

# Sanitation
# (Revised September, 1995)

Overview ................................................................................................ **13-2**

Food Safety and Sanitation .......................................................... **13-3**



# Section 1

# Overview

You have an ethical, legal and business obligation to provide safe, wholesome food for your customers.

● Your customers expect you to maintain a clean and sanitary shop.

● Regulatory authorities require that you maintain standards of food safety and sanitation.

● A citation, even an investigation by a regulatory authority can severely damage or destroy the reputation of a particular shop or the entire chain.

● Protecting the customer is not only the law, it is good business.

This chapter provides the framework for insuring safe food in your shop. Implement the following steps to protect your customers:

1. Become familiar with Food Code 1993.

2. Undertake formal training in food safety.

3. Prevent food contamination by implementing an in-shop food safety program that will prevent biological, chemical and physical hazards in food from the time it enters your shop until it is consumed by the customer.

4. Be aware of the eight most frequently cited factors that cause foodborne illness.

5. Recognize the distinction between cleaning and sanitizing equipment and surfaces.

6. Integrate food safety into your operation by instituting standardized procedures and by setting realistic objectives and measurements.

7. Set high standards of personal hygiene and operational cleanliness for your employees.

8. When hiring employees, consider hygiene, cleanliness and knowledge of food safety.

9. Be certain that all equipment and supplies for food safety training are available.

10. Make sure that all techniques and target areas for cleaning and sanitization are defined.

11. Use a crew meeting to introduce the food safety program to your employees.

12. Follow up and provide feedback to your employees once you initiate the program.

13. Practice effective management once the food safety program is implemented.

## Section 2

# Food safety and Sanitation

## Step 1

## Become Familiar with Food Code 1993.

The Food and Drug Administration of the U. S. Department of Health and Human Services has recently developed Food Code 1993. The recommendations in this model code do not become effective until endorsed and implemented by state or local governments. The Food Code creates new standards of food safety for all food operations. Adoption by state and local authorities is widely expected. This recap is presented to inform you and help to prepare you to meet both the public's and regulatory authorities' increasing demand for high standards of food safety in your operation.

The Food Code is divided into eight chapters on food safety plus seven annexes which provide supporting documentation on the chapters. The following is a summary of the major provisions of Food Code 1993:

SUMMARY OF FOOD CODE 1993

### Management and Personnel

● The person in charge of the food operation must be able to demonstrate knowledge of foodborne disease prevention, application of Hazard Analysis Critical Control Point (HACCP) principles, and the requirements of the Food Code.

● The person in charge is to have employees and applicants report diseases they have that can be spread through food, specifically if:

A. Diagnosed with an illness due to **Salmonella typhi, Shigella** spp., **Escherichia coli** 0157:H7, hepatitis A virus infection (IN THESE CASES, THE PERSON IN CHARGE MUST EXCLUDE THE EMPLOYEE FROM THE FOOD ESTABLISHMENT. THIS INCLUDES EMPLOYEES WHO HAVE HAD ONSET OF JAUNDICE WITHIN THE LAST SEVEN DAYS.); or

B. Has a symptom such as abdominal cramps or discomfort, diarrhea, fever, vomiting, loss of appetite or jaundice (THE PERSON IN CHARGE MUST RESTRICT RESTRICT THE FOOD EMPLOYEE FROM WORKING WITH EXPOSED FOOD; CLEAN EQUIPMENT, UTENSILS AND LINENS; AND UNWRAPPED SINGLE SERVICE ARTICLES IN THE FOOD ESTABLISHMENT.); or

C. Has an open boil or infected wound on the hands, wrists, exposed portions of the arms, or a similar wound inadequately bandaged anywhere on the body; or

D. Had a past illness from an infectious agent specified in Section A; or

E. Traveled out of the country within the last 50 calendar days; or

F.   Meets a high risk condition resulting in exposure to a confirmed disease outbreak.

● The person in charge must notify the regulatory authority of a food employee or an applicant who is diagnosed with or is suspected of having an illness due to: **Salmonella typhi, shigella** spp., **E. coli** 0157:H7, or hepatitis A virus infection.

## Handwashing and Personal Hygeine

### Handwashing

● Food employees must keep their hands and exposed portions of their arms clean.

● Except as specified below, food employees are to clean their hands and exposed portions of their arms with soap in a properly equipped handwash sink by vigorously rubbing together the surfaces of their lathered hands and arms for at least 20 seconds and thoroughly rinsing with clean water.  Employees should pay particular attention to the areas underneath the fingernails and between the fingers.



1. Use water as hot as the hands can comfortably stand.    2. Moisten hands, soap thoroughly, and lather to elbow.    3. Rub hands together, using friction for 20 seconds.    4. Rinse thoroughly under running water.    5. dry hands, using single-service towels or hot-air dryer.

● Special Handwash Procedures – After using the rest room, before beginning or returning to work, food employees must wash their hands **twice,** using the cleaning procedure specified above.

● When to wash – Food employees shall properly clean their hands and exposed portions of their arms at the following times:

A.   After touching bare human body parts other than clean hands and clean exposed portions of arms;

B.   After using the toilet room;

C.   After caring for or handling support animals;

D.   After coughing, sneezing, using a handkerchief or disposable tissue, using tobacco, eating or drinking;

E.   Immediately before engaging in food preparation including working with exposed food, clean equipment and utensils and unwrapped single–service and single–use articles;

F.   During food preparation, as often as necessary to remove soil and contamination and to prevent cross contamination when changing tasks;

G.   When switching between working with raw foods and working with ready-to-eat foods; or

H.   After engaging in other activities that contaminate the hands.

*Other Personal Hygeine Issues*

● Food employees shall keep their fingernails trimmed, filed and maintained so the edges and surfaces are smooth and cleanable.

● While preparing food, food employees may not wear jewelry on their arms and hands. ***This section does not apply to a plain ring such as a wedding band.***

● Food employees shall wear clean outer clothing.

● Employees are permitted to eat and drink only in designated areas where the contamination of exposed food, clean equipment, utensils, linens, and single-service items cannot occur.

● NOTE: Tobacco use is prohibited in all Dunkin' Donuts Operations.

● Food employees shall wear hair restraints such as hats, hair coverings or nets, beard restraints and clothing that covers body hair, that are designed and worn to effectively keep their hair from contaminating food. This section does not apply to employees that present a minimal risk of contaminating exposed food, utensils and surfaces (e.g., counter staff, cashiers and hostesses).

## Food

● Food shall be safe, unadulterated and honestly presented.

● Food must be obtained from sources that comply with law. Food prepared in a private home may not be used or offered for sale in a food establishment. Packaged food shall be labeled as specified by law.

● Milk and milk products must be obtained from sources that comply with Grade A standards according to law.

● Refrigerated, potentially hazardous food shall be at a temperature of 41°F (5°C) or below when received. Except that *fluid milk and milk products and shell eggs may be received at their respective temperatures according to laws governing their distribution.*

● Food may not contain unapproved food additives or additives that exceed amounts allowed in the Code of Federal Regulations.

● Shell eggs shall be clean and received whole and without cracks or checks.

● Food packages are to be in good condition and protect the integrity of the contents so that the food is not exposed to adulteration or potential contaminants.

● Ice for use as a food or a cooling medium shall be made from drinking water.

- Food employees may not contact exposed, ready–to–eat food with their bare hands and shall use suitable utensils such as deli tissue, spatulas, tongs or single–use gloves.  This restriction does not apply to washing fresh fruits and vegetables.

- Food shall be protected from cross contamination by:

  A. Separating raw foods during storage, preparation, holding and display from raw ready–to–eat food and cooked ready–to–eat food.

  B. Cleaning and sanitizing equipment and utensils as needed, especially between raw and ready–to–eat foods.

- Working containers holding food or food ingredients that are removed from their original packages for use in the establishment, such as flour, salt, spices and sugar shall be identified with the common name of the food.

- Food must be protected from contamination that may result from the addition of unsafe or unapproved food or color additives.

- Packaged food may not be stored in direct contact with ice or water if the food is subject to the entry of water.  Unpackaged food may only be stored in direct contact with drained ice.

- Food dispensing utensils must be stored in the food with their handles above the top of the food and the container; or on a clean surface when the utensil is sanitized at regular intervals; or in a running water dipper well.

- Store wiping cloths, between uses, in the required concentration of approved chemical sanitizer.

- If used, single–use gloves shall be used for only one task such as working with ready–to–eat food and discarded when damaged or soiled, or when interruptions occur in the operation.

- Protect food from contamination by storing the food in a clean, dry location where it is not exposed to contamination and at least 6 inches (15 cms) above the floor.

- Do not store food in locker rooms, toilet rooms, dressing rooms, garbage rooms, mechanical rooms, under unshielded sewer lines or under other sources of contamination.

- Protect food on display from contamination by the use of packaging, food sneeze guards, display cases, or other effective means.

- After being served to a consumer, food that is unused by the consumer shall be discarded.

- Cook shell eggs to an internal temperature of 145°F (63°C) for 15 seconds. Ready-to-eat foods such as processed meats, which come from an intact package, if heated, must also reach an internal temperature of 145°F (63°C).

- When microwave ovens are used, the food must be heated an additional 25°F (14°C) above required cooking temperatures to compensate for shorter cooking times.

- Reheating in a microwave requires that the food reach a temperature of at least 190°F (88°C).

- Potentially hazardous food must be rapidly reheated within 2 hours to an internal temperature of at least 165°F (74°C) for **15** seconds. Reheating is not permitted in hot holding devices such as steam tables.

- Potentially hazardous food shall be thawed using one of the following methods:

   A.  under refrigeration; or

   B.  completely submerged under running water at 70°F (21°C) or below; or

   C.  as part of the cooking process.

- Safe cooling practices require that cooked potentially hazardous food be cooled:

   A.  From 140°F (60°C) to 70°F (21°C) within 2 hours; and

   B.  From 70°F (21°C) to 41°F (5°C), or below, within 4 hours.

   Food may remain uncovered or loosely covered or loosely covered during cooling if protected from contamination.

- When prepared from ingredients at ambient temperature, such as reconstituted foods and canned tuna, foods must cool to 41°F (5°C) or below within 4 hours.

- When potentially hazardous foods are held for service, they must be 140°F (60°C) or above; or at 41°F (5°C) or below.

- Refrigerated, ready-to-eat, potentially hazardous food prepared and held for more than 24 hours in a food establishment shall be marked with the date of preparation. The food must be discarded if not sold within its designated shelf life.

● Time only, rather than time in conjunction with temperature, may be used as the public health control for a working supply of potentially hazardous food before cooking, or for ready-to-eat potentially hazardous food that is displayed or held for service for immediate consumption, if certain conditions exist.

● Food shall be offered for human consumption in a way that does not mislead or misinform the consumer.

● Food packaged in a food establishment shall be labeled according to law.

● Consumer information, such as nutritional information, and consumer warnings if required by law, shall be provided.

● If an undercooked food, such as eggs, is offered in a ready-to-eat form as a menu item, the permit holder shall inform consumers by brochures, or menu advisories, or other effective written means of the significantly increased risk associated with certain especially vulnerable consumers eating such undercooked foods.

● Food that may have been contaminated by an employee who has been restricted or excluded due to illness shall be discarded.

● Food that is contaminated by employees, consumers, or other persons through contact with their hands, bodily discharges, such as nasal or oral discharges, or other means, shall be discarded.

**Equipment and Utensils**

● Safe, durable, corrosion-resistant and nonabsorbent materials are to be used in the construction of utensils and food-contact surfaces of equipment.

● Hard maple or an equivalently hard, nonabsorbent wood may be used for cutting boards, cutting blocks, bakers' tables and utensils such as rolling pins and doughnut dowels.

● Surfaces where food is prepared must be smooth, free of breaks or open seams, nonabsorbent and easily cleanable.

● Food thermometers must be accurate to ± 1.8°F (± 1°C).

● Ambient air thermometers, such as those in refrigeration units, must be easily readable and accurate to ± 2.7°F (± 1.5°C).

● Equipment for cooling, heating or holding food shall be sufficient in number and capacity to provide safe food.

- A sink with at least 3 compartments shall be provided if washing, rinsing and sanitizing equipment and utensils is done manually. A two-compartment sink may be used if approved by the regulatory authority with certain restrictions.

## Water, Plumbing and Waste

- All fixtures and equipment that are required to use water shall have it provided under pressure.

- A plumbing system shall be designed, constructed and installed according to law.

- Handwash sinks must be equipped to provide water at a temperature of at least 110°F (43°C) through a mixing valve or combination faucet.

- Handwash sinks are to be located to allow convenient use by employees in food preparation, food dispensing and utensil washing areas. A handwash sink may not be used for purposes other than handwashing.

- Refuse, recyclables and returnables shall be stored in refuse containers which are durable, cleanable, insect- and rodent-resistant, leakproof and nonabsorbent.

## Physical Facilities

- Floors, walls and ceilings shall be designed, constructed and installed so they are smooth and easily cleanable.

- Light bulbs must be shielded, coated, or otherwise shatter-resistant in areas where there is exposed food, clean equipment or utensils.

- Devices that are used to electrocute flying insects shall be installed so that they are not located over food preparation areas. The device location should prevent dead insects from falling onto exposed food, clean equipment or utensils.

- Each handwash sink must have available a supply of soap, a nail brush and a hand-drying device or disposable towels.

- A service sink or curbed cleaning facility shall be provided.

- The premises must be kept clean and in good repair.

- Insects, rodents and other pests shall be controlled to minimize their presence within the physical facility and on the grounds around the building.

### Poisonous or Toxic Materials

● Containers of poisonous or toxic materials and personal care items must bear a legible manufacturer's label.

● Working containers used for storing poisonous or toxic materials, such as cleaners and sanitizers, shall be clearly identified with the common name of the material.

● Poisonous or toxic materials are to be stored so they may not contaminate food, equipment or utensils.

● Always use poisonous or toxic materials according to law and the Food Code. Follow the manufacturers' directions included in the labeling.

● Bait used for pest control must always be contained in a covered bait station.

### Compliance and Enforcement

● The regulatory authority may grant a variance to the Food Code if a health hazard will not result from the variance.

● Properly prepared plans and specifications must be submitted to the regulatory authority for approval prior to construction of a food establishment.

● A person may not operate a food establishment without a valid permit to operate issued by the regulatory authority.

● Upon acceptance of the permit issued by the regulatory authority, the operator is responsible for:

  • complying with the provisions of the Food Code

  • immediately contacting the regulatory authority to report an illness of an applicant or employee

  • immediately discontinuing operations and notifying the regulatory authority if an imminent health hazard may exist

  • allowing representatives of the regulatory authority access to the food establishment

  • complying with directives of the regulatory authority including time frames for corrective actions specified in inspection reports

  • being subject to the administrative, civil, injunctive and criminal remedies authorized under law for failure to comply with the Food Code or a directive of the regulatory authority.



**Step 2**

# Undertake formal training in Food Safety.

Dunkin' Donuts requires that all Franchisees and Shop Managers become certified in foodservice sanitation. This can be accomplished by participating in the National Restaurant Association's Educational Foundation's "SERVSAFE Serving Safe Food" certification course or approved food service sanitation program provided by your local health department.

Apart from the obvious moral responsibility to protect patrons and customers from foodborne illness, keeping the public healthy makes good sense. Establishing safe foodhandling practices increases profitability, helps maintain patronage, reduces legal liability, improves the operation's competitive position and promotes goodwill in the community.

Food safety certification is now required by many jurisdictions. Contact your regulatory authority to determine certification requirements and how they may be met.



**Step 3**

# Implement an In-Shop Food Safety Program that will Prevent Biological, Chemical and Physical Contamination of Food from the Time it Enters Your Shop Until it is Consumed by the Customer.

Follow the flow of food through your operation to identify critical control points where food can become contaminated or bacteria can grow.

You and your staff must monitor each of the following to protect food:

**Receiving Food Supplies**

● Inspect every delivered product. Reject any that show visible evidence of contamination.

● Dairy products and other potentially hazardous foods should be delivered at a temperature of 41°F (5°C) or below. Reject food that is at unsafe temperatures or beyond expiration dates.

● Reject all frozen products with evidence of thawing and refreezing or signs of deterioration. The presence of ice crystals is a sign that frozen food may have thawed.

● Reject soup cans with swelling, leaks, rust or dents.

● Reject any product whose packaging is punctured, ripped or shows signs of moisture.

● If you reject any raw materials, notify your BC and the Quality Control Department, which maintains a toll-free 24-hour hotline for shops that have problems with product quality.

## Food Storage

● Design and implement a system to insure that stock is rotated on a "first-in/first-out" basis by dating or numbering packages.

● Store items in a designated area – never in vestibules, hallways, rest rooms or under sewer lines.

● Store at least 6 inches (15cm) off the floor surface.

● Clean and sanitize food storage containers and maintain storage areas regularly.

● Food containers must be clean, moisture-proof and air-tight.

## Food Preparation

● Thaw foods under refrigeration.

● Use cleaned and sanitized equipment and utensils for food preparation.

● Be careful not to cross-contaminate raw foods with ready-to-eat foods.

● Train all personnel to prepare and serve product according to the procedures in these manuals.

● Use only pre-chilled ingredients to prepare processed spreads such as tuna salad.

● Eliminate hand contact with ready-to-eat food.

● Reinforce the importance of proper handwashing.

● Insist on proper personal hygiene and set a good example for your employees.

● Exclude or restrict foodhandlers who have illnesses which can be spread through food.

## Cooking

● Assure that all food is cooked to safe temperatures by using a probe thermometer to verify final cooking temperatures. Food cooked in a microwave must be heated an additional 25°F (14°C) due to the shorter cooking time and uneven cooking.

## Holding and Service

● Hold food at temperatures of 41°F (5°C) or below for cold holding or 140°F (60°C) or higher for hot holding. Use a probe thermometer to verify safe holding temperatures. Check hot holding temperatures at least once every 2 hours.

● Use clean and sanitary equipment to transfer and hold product.

## Cooling

● Cool hot food from 140°F (60°C) to 70°F (21°C) in 2 hours and from 70°F (21°C) to 41°F (5°C) or below within 4 hours.

## Reheating

● Reheat all food within 2 hours to 165°F (74°C) for 15 seconds.

---

**NOTE: Follow up and Monitor Procedures and Require Production People, Shift Leaders and Other Supervisors to do Likewise.**



**Step 4**

# Be Aware of the Top Eight Most Frequently Cited Factors that Cause Foodborne Illness.

- Failure to properly cool food.
- Failure to thoroughly heat or cook food.
- Infected employees who practice poor personal hygiene.
- Foods prepared a day or more before they are served.
- Raw, contaminated ingredients incorporated into foods that receive no further cooking.
- Foods allowed to remain in the temperature danger zone (between 41°F (5°C) and 140°F (60°C))
- Failure to reheat cooked food to temperatures that kill bacteria.
- Cross-contamination of cooked food with raw food, or by employees who mishandle food or through improperly cleaned and sanitized equipment.



**Step 5**

# Recognize the Distinction Between Cleanliness and Sanitation.

The Educational Foundation defines sanitation as "the creation and maintenance of healthful or hygienic conditions." In your donut shop, proper sanitation means wholesome food, handled in a hygienic environment so food is not contaminated with disease-causing or otherwise harmful agents.

- Sanitary means more than just clean. A clean surface is free of visible dirt. However, that "clean" surface may contain millions of microscopic bacteria or other harmful substances that can cause serious or life-threatening foodborne illnesses.

- Two things must happen to make a surface sanitary:

    A. It must be cleaned with an appropriate cleaning agent to remove all visible soil and dirt and rinsed with clear hot water, and

    B. The surface must be treated with heat or chemical agents long enough to reduce bacterial counts to a safe level. Surfaces should be allowed to air dry.

- Over the years, most food service establishments have concerned themselves with cleanliness. Now every franchise owner and shop manager must recognize that sanitation is an important part of a comprehensive food safety program.

| Step 6 | **Integrate Food Safety Into Your Operation by Instituting Standardized Procedures and by Setting Realistic Objectives and Measurements.** |
|---|---|

Strong training programs must begin with defined objectives and procedures.

● Ensure that your shop can pass regulatory inspections at all times, not just when they are scheduled.

● Use food temperature charts along with cleaning and sanitation work lists and ensure that they are completed properly.

● Measure your shop's performance on each OACS and regulatory inspections and strive to improve with each survey.

**NOTE:** Your OACS score is a direct result of your crew's performance. Target weak areas and take the necessary steps to improve them.

| Step 7 | **Set High Standards of Personal Hygiene and Operational Cleanliness for Your Employees.** |
|---|---|

Good personal hygiene and careful attention to standards for operational cleanliness can influence overall shop sanitation.

| Step 8 | **When Hiring Employees, consider Hygiene, Cleanliness and Knowledge of Food Safety.** |
|---|---|

● Select new employees who demonstrate an awareness of the need for personal cleanliness and hygiene, and a general understanding of principles of food safety.

● Train new employees to recognize that cleaning and sanitation are part of everyone's job.



## Step 9

# Before Training, Make Sure all Necessary Equipment and Supplies are Available.

● Proper cleaning and sanitation requires the availability of such equipment as brooms, mops, brushes, receptacles, spray bottles and protective clothing.

● Use only Dunkin' Donuts approved cleaning and sanitizing compounds purchased through your DCP.

Always follow the Material Safety Data Sheets (MSDS) and Manufacturer's directions when using any Dunkin' Donuts approved cleaning or sanitizing chemicals.

● You need at least 5 basic types of cleaning agents:

1. All-purpose cleaner – for general cleaning such as aluminum trim, counter tops and donut cases

2. Sanitizer – for sanitizing all food-contact surfaces

3. Heavy-duty degreaser – for hard-to-clean areas such as floors, fryers and sidewalks.

4. Dry powdered cleanser – for cleaning rest rooms and sinks

5. Chlorine bleach – for cleaning and sanitizing such items as brew baskets and silverware



## Step 10

# Make sure that All Techniques and Target Areas for Cleaning and Sanitizing are Clearly Defined.

● Post the baker's, counterperson's, finisher's and porter's work lists, and make sure people initial them.

● All areas within the shop should receive regular cleaning.

Cleaning means:

• Selecting the proper cleaning agent for the particular surface to be cleaned.

• Applying the cleaning agent with sufficient pressure for a long enough time to remove all soil and dirt from the surface, and

• Thoroughly rinsing the surface with clear hot water (this surface is now clean but not sanitized).

### Sanitizing Means:

- Sanitization means the application of cumulative heat or chemicals on cleaned food–contact surfaces that, when evaluated for efficacy, yield a reduction of microorganisms of public health importance at 99.9%.

- All food–contact surfaces require effective sanitizing.

- A surface must be cleaned properly before it is sanitized. Caked–on soil can often shield a surface from a sanitizing solution.

- Sanitizing reduces bacterial contamination in one of two ways:

  1. Heating a surface to a temperature sufficient to kill bacteria.

     a. If hot water is used, the surface being sanitized must be exposed to a temperature of 170°F (77°C) for a minimum of 30 seconds.

     b. Most regulatory authorities require a rinse cycle temperature of at least 180°F (82°C) for dishwashers.

  2. Chemical sanitizing for food contact surfaces.

     a. Follow the manufacturer's instructions.

     b. After adequate washing and rinsing, completely submerge the equipment/utensils in a sink containing the proper concentration of sanitizer for the proper exposure time as set forth in letter e. of this section.

     c. The following chemical concentrations for sanitization are required:

        **Chlorine -** 50 ppm at a minimum water temperature of 75°F (24°C). Water temperature and concentration may vary according to the pH of the water being used.

        **A quaternary ammonium compound solution** – a minimum water temperature of 75°F (24°C) and a concentration indicated by the manufacturer's use directions included in the labeling.

     d. Sink compartments must be large enough to accommodate total immersion of the equipment and utensils being cleaned and sanitized.

     e. Larger objects should be swabbed or sprayed with an approved detergent cleaner, rinsed with clear hot water and sprayed or swabbed with an adequate concentration of sanitizer with an exposure time of 10 seconds for a chlorine solution, or an exposure time of 30 seconds for other chemical sanitizers.

     f. Any sanitized surface needs to air–dry. Wiping the sanitized surface can result in recontamination.

     g. Prepare the sanitizing solution according to the manufacturer's instructions, and keep in mind that it loses strength after repeated use. Prepare fresh solutions as needed.

## NOTE:  Test Kits for Chemical Sanitizers or Hot Water Sanitization:

● **Many regulatory authorities now require that food facilities have test strips, test kits, or other devices that accurately measure the parts per million concentration of sanitizing solutions, and require heat sensitive tapes to monitor final rinse temperatures when hot water is used for sanitization.**

### PROPER SETUP FOR A TWO COMPARTMENT SINK



The procedure for a 2 compartment sink shall be as follows:

- First compartment    - thoroughly wash with hot water and detergent solution
- First compartment    - after draining detergent solution from this compartment thoroughly rinse utensils or equipment free of detergents or abrasives with clear hot water using a spray hose or faucet
- Second compartment  - sanitize with an approved sanitizer
- Drainboard             - airdry

### PROPER SETUP FOR A THREE COMPARTMENT SINK



The procedure for a 3 compartment sink shall be as follows:

- First compartment    - thoroughly wash with a hot water and detergent solution
- Second compartment  - rinse free of detergents or abrasives with clear hot water
- Third compartment    - sanitize with approved sanitizer
- Drainboard             - airdry



## Step 11

## Use a Crew Meeting to Introduce the Food Safety Program to Your Employees.

- Explain your objectives, such as safe food and a cleaner and more sanitary shop, and the attainment of higher SAGE scores and better results on regulatory inspections.
- Explain what sanitation is and the difference between clean and sanitary. Emphasize the importance of proper sanitation.
- Delegate specific cleaning duties and responsibilities. Explain each task and the frequency for each.
- Demonstrate the proper use of two and three compartment sinks.
- Explain the cleaning and sanitation work lists.
- Set shop objectives and emphasize the importance of meeting those objectives.
- Allow time to answer questions from your crew. Their understanding and commitment are crucial for you to meet your objectives.



## Step 12

## Follow Up and Provide Feedback to Your Employees Once You Initiate the Program.

- Keep yourself and your crew focused on particular objectives. You are responsible for food safety training of your staff.
- Do not allow bad habits to develop.
- Lead by example.



## Step 13

## Practice Effective Management Once the Food Safety Program is Implemented

After the crew meeting and initial training, the ultimate success of your food safety program depends on continued training and effective management.

- Provide on-going training for your staff.
  Reinforce safe food handling practices by telling your employees when they do well. If performance is poor, determine the reason and take steps to correct the problem.

- Monitor and follow–up on specific food safety objectives.
  Use the OACS, temperature control charts and self–inspection forms to monitor progress and performance.  Periodically report to your employees how well the shop is "measuring up" to performance goals.

- Effective management means managing your crew to meet your food safety objectives.  A successful food safety program can result in a decreased risk of foodborne illness, less chance of regulatory sanctions, and increased profitability for your shop.

C H A P T E R **14**

# Standards

**Finished Product and Beverage Standards**    **14-2**

Donut Products...................................................14-2
Muffins.................................................................14-4
Cookies and Brownies.......................................14-5
Croissants............................................................14-5
Bagels..................................................................14-6
French Rolls.........................................................14-6
English Muffins....................................................14-7
Coffee..................................................................14-7
Souper Soup (Bulk Type)...................................14-7
Single Serve Soup...............................................14-7
Bread and Butter................................................14-7
Iced Coffee..........................................................14-8
Iced Tea...............................................................14-8
Other Beverages.................................................14-8

**Shop Personality**    **14-9**

Uniforms..............................................................14-9
Appearance and Hygiene..................................14-9
Service.................................................................14-9
Set-up For Counter Service.............................14-10
Set-up For Express Service (Eat In)................14-11
Set-up For Express Service (Take Out)...........14-11

**Variety, Finishing, and Merchandising**    **14-11**

Donut Products.................................................14-11
Muffins...............................................................14-13
Cookies and Brownies.....................................14-13
Croissants..........................................................14-13
Bagels................................................................14-14
French Rolls.......................................................14-14
English Muffins..................................................14-14
Souper Soup......................................................14-14
Single Service Soup..........................................14-14
Coffee................................................................14-14
Display Standards in Non-Traditional Distribution Units....14-15

**Packaging**    **14-15**

Miscellaneous...................................................14-16

**Maintenance and Cleanliness**    **14-19**

Landscaping.......................................................14-19
Exterior of Shop................................................14-19
Sales Area and Equipment...............................14-20
Service Area and Equipment............................14-21
Rest Rooms........................................................14-23
Production Area and Equipment......................14-24

**Raw Materials Storage**    **14-26**

Stockroom and Equipment...............................14-26

**Quality Control**    **14-27**

Coffee Beans, Mixes, Sugars, and Toppings...14-27
Cookies and Brownies.......................................14-28
Sandwich Items.................................................14-28
Miscellaneous...................................................14-29
Packaging Requirements..................................14-29
Quality Control Problem Notification...............14-29

**Logo Use, Advertising, Premiums, Signage, Wholesale
and Branded Sales, Pricing**    **14-30**

**Equipment, Alterations, Unapproved Equipment,
Materials, and Products**    **14-31**

**Record Keeping**    **14-32**

Record Keeping and Accounting Reports.........14-32
3 Year Record Requirements.............................14-32
Gross Sales........................................................14-33
Compliance........................................................14-33
Cash Register Standards...................................14-33
Dunkin' Donuts Standards................................14-34

**DUNKIN'
DONUTS®**

# Finished Product and Beverage Standards

## Donut Products

### Yeast Raised Donuts

Flavor – Butter–like.

Crust Color – Golden brown with lighter band, not two–tone.

No excessive shortening absorption.

Texture – Even and smooth.

Shape/Appearance – Uniform and consistent, no major distortions or variations.

Shelf Life – 12 hours after frying.

Maximum Batch Size – 50 lbs. of mix.

### Yeast Raised Hand-Cut Rings

Height – 6 rings 9" – 9.25"

Width – 6 rings 21" – 21.5"

Weight –6 rings 9 oz. – 10 oz.

### Yeast Raised Hand-Cut Shells

Height – 6 shells 9.25" – 9.5"

Width – 6 shells 20" – 20.5"

Weight – 6 shells 9.5 oz. – 10.5 oz.

### Yeast Raised - Rondo® Process

Same as hand–cut except for the following:

Height – 6 rings 8.5" – 9.25"

Width – 6 rings 21" – 22.25"

### Cake Donuts

Flavor – Distinct nutmeg.

Crust Color – Golden brown, not two–tone.

No excessive shortening absorption.

Texture – Slightly open and even, no large air pockets.

Shape/Appearance – Uniform and consistent, no major distortions or variations.

Shelf Life – 8 hours after frying.

Maximum Batch Size – 25 lbs. of mix.

### Cake Donuts - Hand-Cut

Height – 6 rings 7.75" – 9.25"

Width – 6 rings 19.5" – 21.5"

Weight – 6 rings 12 oz. – 13.5 oz.

### Cake Donuts - Sanitary Donut Machine Process

Same as hand–cut except for the following:

Crust – Smooth, skin–like appearance, no cracking.

### Chocolate Donuts - Hand-Cut

Flavor – Chocolate–like.

Crust Color – Rich, deep chocolate.

No excessive shortening absorption.

Texture – Slightly open and even, no large air pockets.

Shape/Appearance – Uniform and consistent, no major distortions or variations.

Shelf Life – 8 hours after frying.

Maximum Batch Size – 25 lbs. of mix.

Height – 6 rings 7.75" – 9.25"

Width – 6 rings 19.5" – 21.5"

Weight – 6 rings 12 oz. – 13.5 oz.

# French Crullers

Flavor – Egg.

Crust Color – Light, golden brown.

No excessive shortening absorption.

Texture – Moist and airy.

Shape/Appearance – Uniform and consistent,
no major distortions
or variations.

Shelf Life – 12 hours after frying.

Maximum Batch Size – 10 lbs. of mix.

Height – 6 rings 10" – 11.5"

Width  – 6 rings 19" – 22"

Weight – 6 rings 5.5 oz. – 6.5 oz.

# Specialty Donuts

*Buttermilk, Whole Wheat, Cherry, Blueberry,
Oat Bran, Sour Cream*

Flavor – Varies by type.

No excessive shortening absorption.

Texture – Even, with swirl towards center of donut.

Shape/Appearance – Uniform and consistent,
no major distortions
or variations.

Shelf Life – 8 hours after frying.

Maximum Batch Size – 25 lbs. of mix.

Height – 6 rings 7.75" to 8"

Width  – 6 rings 19.5" – 21.25"

Weight – 6 rings 12 oz. – 13.5 oz.

# Munchkins

Flavor – Same as yeast raised, cake, chocolate
or specialty donuts.

Crust Color – Same as yeast raised, cake or chocolate
or specialty donuts.

No excessive shortening absorption.

Texture – same as yeast raised, cake, chocolate or
specialty donuts.

Shape/Appearance – Round and uniform.

Shelf Life – Cake, specialty cake and chocolate,
8 hours after frying.
– Yeast raised, 12 hours after frying.

Maximum Batch Size – Cake or chocolate 25 lbs.
of mix.
– Yeast raised 50 lbs. of mix.

# Cake, Specialty Cake and Chocolate Munchkins

Width – 12 munchkins 17.5" – 18.5"

Weight – 12 munchkins 4.75 oz. – 5.75 oz.

# Yeast Raised Munchkins

Width – 12 munchkins 21" – 22"

Weight – 12 munchkins 3 oz. – 4 oz.

# Fancies

Flavor – Same as yeast raised, cake or
chocolate donuts.

Crust Color – Same as yeast raised, cake or
chocolate donuts.

No excessive shortening absorption.

Texture – Varies by type.

Shape/Appearance – Should be uniform for type.

Shelf Life – Cake and chocolate, 8 hours
after frying.
– Yeast raised, 12 hours after frying.

Weight/Size – As specified in *Production and
Distribution Manual.*

# Mini Donut Products

Flavor – Same as yeast raised, cake, or
chocolate donuts.

Crust Color – Same as yeast raised,
cake or chocolate.

No excessive shortening absorption.

Texture – Same as yeast raised, cake or chocolate.

## Mini Donut Products (Con't.)

Shape/Appearance – Uniform and the same as their full size counterparts.

Shelf Life – Cake and Chocolate, 8 hours after frying.
– Yeast raised, 12 hours after frying.

Maximum Batch size – Cake or chocolate cake, 25 lbs. of mix.
– Yeast raised 50 lbs. of mix.

## Mini Cake and Chocolate Cake Rings

Height – 6 rings 7.25" – 7.75"

Width – 6 rings 13.5" – 14.5"

Weight – 6 rings 4.75 oz. – 5.25 oz.

## Mini Cake Sticks

Height – 6 end to end 19" – 21"

Width – 6 side by side 9.5" – 10.25"

Weight – 6 sticks 4.25 oz. – 5.75 oz.

## Yeast Raised Mini Eclairs

Height – 6 end to end 19.25" – 21.25"

Width – 6 side by side 9.75" – 10.25"

Weight – 6 mini eclairs 4.75 oz. – 5.75 oz.

## Yeast Raised Mini Coffee Rolls

Height – 6 rolls 8.25" – 8.75"

Width – 6 rolls 16.5" – 18"

Weight – 6 rolls 6 oz. – 6.5 oz.

## Yeast Raised Mini Fritters

Height – Irregular.

Width – Irregular.

Weight – 6 fritters 6 oz. – 6.5 oz.

## Icings, Glaze, Cremes (RTU and in shop-produced), Sugars, Toppings and Fillings

Icings – Clean, fresh and must provide a sheen when applied to product.

Glazes – Fresh daily. Free of donut crumbs.

Cremes – Clean and fresh.

Sugars – Clean and fresh. No build–up of filling particles.

Toppings – Clean and fresh.

Fillings – Clean and fresh, proper consistency.

**Fry Shortening** – Clean.
– Must not smoke or foam.
– Filter properly each day.
– Friolators properly boiled out at least monthly.

## Muffins

Muffins

Crown Size – Approximately 50% of product.

Proper Color – Varies by type. Blueberries should not bleed.

Texture – Coarse interior grain.

Shape/Appearance – Uniform and consistent with no major distortions or variations.

Proper Amount of Fruit – Must follow *Production and Distribution Manual* specifications.

Topping – Must match *Production and Distribution Manual* description.

Shelf Life – 12 hours after baking.

Maximum Batch Size – 18 dozen.

Height – 6 Blueberry, Corn or Honey Bran Muffins – 16" minimum.

Width – 6 Blueberry Muffins – 19" minimum.
– 6 Corn or Honey Bran Muffins – 19.5" minimum.

Weight – 6 Blueberry or Corn Muffins – 18 oz. minimum.
– 6 Honey Bran Muffins – 19 oz. minimum.

# Oat Bran Muffins

Height – 6 plain Oat Bran Muffins – 16.5" to 17"
6 Oat Bran Blueberry or Oat Bran Raisin
with Nut Muffins – 15.5" to 16"

Width – 6 plain Oat Bran Muffins – 19" to 20"
6 Oat Bran Blueberry or Oat Bran Raisin with
Nut Muffins – 17.5" to 18.5"

Weight – 6 plain Oat Bran Muffins – 20 oz. to 23 oz.
6 Oat Bran Blueberry or Oat Bran Raisin
Muffins – 21 oz. to 22 oz.

# Cookies and Brownies

**Note: Raw weights, except macaroons, are
controlled by the manufacturer. If the
product is substandard, follow Quality Control
procedures outlined on page 28
of this chapter.**

## Chunk Cookies

Color – Golden brown outer edges, lighter center,
golden brown bottom.

Texture – Firm and moist.

Shape/Appearance – Each cookie slightly different
depending on the random dis-
tribution of chunks.

Shelf Life – 24 hours after baking.

Width – 6 cookies side by side 17.5" to 20.5"

Weight – 6 cookies 8 oz. to 10.25 oz.

## Macaroons

Color – Light golden brown.

Texture – Sticky to the touch.

Shape/Appearance – Uniform and consistent with
no major distortions
or variations.

Shelf Life – 24 hours after baking.

Maximum Batch Size – 12 lbs.

Height – 6 macaroons 7.5" to 8"

Width – 6 macaroons side by side 19.5" to 20.5"

Weight – 6 macaroons 17 oz. to 18 oz.

# Fudge Nut Brownies

Color – Interior rich dark chocolate fudge color, exteri-
or slightly lighter.

Texture – Chewy.

Appearance – Unbroken skin covered with chopped
walnuts.

Shelf Life – 24 hours after thawing.

Size – One brownie 2" long, 1" high, 2 $\frac{3}{8}$" wide,
plus or minus $\frac{1}{16}$"

# Blondies

Color – Interior pale yellow, exterior light golden brown.

Texture – Chewy.

Appearance – Smooth surface broken by
chocolate chips.

Shelf Life – 24 hours after thawing.

Size – Same as fudge nut brownies.

# Peanut Butter Brownies

Color – Interior color slightly lighter, exterior rich
golden brown.

Texture – Chewy.

Appearance – Similar to blondie, with drizzled
chocolate frosting.

Shelf Life – 24 hours after thawing.

Size – Same as fudge nut brownies.

# Croissants

## Plain

Flavor – Butter-like, with the added taste of fresh
baked yeast bread.

Color – Interior pale yellow, almost white, exterior rich
golden brown.

Texture – Cut in half, the webbing is intricate
and open, due to layering of dough
and margarine.

Shape/Appearance – Horseshoe–like.
Ends must not touch.

Shelf Life – 12 hours after baking.

## Croissants Plain (Con't.)

Height – 3 croissants 6" –7.75"

Length – 3 croissants 15.5 –18.5"

Weight – 3 croissants 6.4– 7.75 oz.

## Chocolate and Almond

Flavor – Same as plain with added flavor of filling.

Color – Rich, golden brown.

Shape/Appearance – Rectangular.

Shelf Life – 12 hours after baking

Height – 3 chocolate or almond 5"

Length – 3 chocolate or almond 14"

Weight – 3 chocolate 8.5 oz., 3 almond 9 oz.

## Bagels

Flavor

*Onion* –   Pleasantly oniony with yeasty, slightly salty note.

*Plain* –   Slightly salty and yeast–like.

*Cinnamon Raisin* –   Combined sweet and slightly yeasty character, moderate raisin and cinnamon flavor.

Color –   Interior – creamy white. Exterior – Shiny and golden brown on top, lighter brown mid–section, toasted brown bottom.

Texture

*Plain and Cinnamon Raisin* –   Edges slightly compressed, more open cells and air pockets radiating toward interior. Grain is spongy to touch, will spring back after pressing.

*Onion* –   Orange–brown onion pieces evenly dispersed throughout.

Shape – Viewed from top, slightly oval. Viewed from side, slightly sloped.  Center hole defined but irregular.

Appearance

*Plain and Cinnamon Raisin*–   Top crust somewhat smooth with pinpoint bubbles, elongated in shape.

*Onion* –   Dehydrated onion and corn meal pieces noticeable and evenly distributed on surface.

Shelf Life – 8 hours after oven thawing.

Height – 3 bagels – 3.75" – 5.75"

Width  – 3 bagels – 11.25" to 12.75"

Weight – 3 bagels 9 oz.

## Cream Cheese

Kraft® Philadelphia Brand – 1oz. portion packs. This is the only acceptable cream cheese to serve with bagels.

## French Rolls

Flavor – Slightly sweet and yeasty.

Color – Interior – off–white. Exterior – rich golden brown, lighter in areas of slices with golden brown bottom.

Texture –Close cell structure, some larger air cells near outer edge. Grain slightly firm to touch.

Shape/Appearance – Round/oval, slightly collapsed.

Top Crust – Somewhat rough, slice indentations reflect the traditional cuts of an old fashioned French roll. Bottom somewhat rounded. Outer crust tough, crispy, and crunchy.

Shelf Life – 8 hours after baking.

Height – 3 rolls – 7" to 8.5"

Width – 3 rolls – 11" to 12.25"

Weight – 3 rolls minimum 9.75 oz. .

# English Muffins

**Note: The English Muffins selected for Dunkin' Donuts are produced by Bays® English Muffin Company. Bays® are the only English Muffins approved by Dunkin' Donuts.**

Shape – Not uniform. Some irregularities are normal.

Shelf Life – 24 hours after thawing and removing from original packaging.

Height – 1 muffin – approximately 1"

Width – 1 muffin – approximately 3 ¾"

Weight – 1 muffin – 2 oz.

# Coffee

Flavor – Full bodied, not bitter.

Color – Deep brown.

Shelf Life – 18 minutes from end of brewing cycle.

Dispensed Grind Weight: Check once each shift.

Regular – Full pot – 3¼ oz.

Decaf – Full pot – 2¼ oz.

⅔ pot – 1⅝ oz.

⅓ pot – 1⅛ oz.

Proper Grind Size – Compare against grind samples.

Water Brewing Temperature – Between 196° F – 200° F. Check once a day with thermometer.

Proper Coffee Yield (One brew cycle).

Regular – Full pot – 54 oz. brewed coffee

Decaf – Full pot – 56 oz.

⅔ pot – 38 oz.

⅓ pot – 18 oz.

# Cream

Must be fresh, with 18% butterfat.

Weight of Cream –

| ½ oz. | 6 oz. cup of coffee | (extra small) |
| 1 oz. | 10 oz. cup of coffee | (small) |
| 1½ oz. | 14 oz. cup of coffee | (medium) |
| 2 oz. | 20 oz. cup of coffee | (large) |

Portion pack creamers may be used to offer extra cream. Creamers must be 18% butterfat. Refer to the Customer Service Manual for specific portion pack creamer guidelines.

# Coffee By The Pound

If ground, must be ground at time of purchase.

# Souper Soup (bulk type)

Temperature of Milk Base Soups – Hold at 155° F.

Temperature of Water Base Soups – Hold at 170° F.

Consistency – Thick , hearty, no separation.

Proper Recipes – Recipes should be per the Soup Recipe Chart in the *Customer Service Manual.*

Prepared Shelf Life – 12 hours from time produced.

Refrigerated Shelf Life – 5 days after removing from freezer. Thawed concentrate must not exceed 40° F.

# Single Serve Soup

Serving Size – Pre-packaged individual serving – 8 oz.

Thawed Shelf Life – 3 days after removing from freezer.

# Bread & Butter

Use Italian/Vienna style bread baked fresh daily.

Butter – Individual pats or Land O' Lakes® butter cups.

# Iced Coffee by the pot

Flavor – Full bodied, not bitter.

Shelf Life – Make fresh every 6 to 8 hours.

Dispensed Grind Weight – 6½ oz. (double grind)

Water Temperature – Between 196°F – 200°F.

Proper Coffee Yield – One brew cycle – 50 oz. coffee.

Storage – Use iced coffee dispenser.

Proper Grind Size – Compare against grind sample.

# Bunn-O-Matic IC3 Iced Coffee Brewer

Flavor – Full bodied, not bitter.

Shelf Life – Make fresh every 8 hours.*

Dispensed Grind Weight – 26 oz. of fresh ground coffee per full batch.

Water Temperature – Between 196°F – 200°F.

Proper Coffee Yield – 3 ½ gallons.

Storage – Bunn-O-Matic TD4–T.

Proper Grind Size – Compare against grind sample.

*After 8 hours, product develops mold (may not be visible) but will be detected by giving an off-flavor.

# Iced Tea

Flavor – Not bitter.

Color – Not cloudy.

Shelf Life – 6 hours after brewing.

Grind Weight – Single batch–One level 1 oz. scoop or 1 oz. iced tea bag.

Water Brewing Temperature – between 196°F – 200°F.

Storage – Use iced tea dispenser.

Garnish – Fresh lemon wedge.

# Other Beverages

All other beverages such as milk, juice, cold drinks, hot chocolate and hot tea should be fresh, of high quality, and good taste. All must be formulated per Dunkin' Donuts specifications.

# Shop Personality

Following our proven management and training practices, procedures, and policies will motivate your employees to provide prompt and courteous service to your customers. In addition, proper management of the people who work in your donut shop is fundamental to achieving sales and profit objectives. The following are specific standards that must be met to provide superior service to your customers.

## Uniforms

These standards must be maintained by all personnel working in the shop, from porter to manager or franchisee.

**Female -** Clean, complete Dunkin' Donuts approved uniform to include:

- Jumper of moderate length, pants or shorts, with either polo or oxford cloth shirt.
- Hat or visor
- Apron when working in kitchen areas
- Name tag
- Nylons of neutral color that complement jumper uniform
- Socks are acceptable with pants
- Clean, solid color shoes or sneakers

**Male -** Clean, complete Dunkin' Donuts approved uniform to include:

- Polo or oxford cloth shirt
- Pants
- Apron when working in kitchen areas
- Hat or visor
- Name tag
- Belt and socks should complement uniform.
- Clean, solid color shoes or sneakers

# Appearance and Hygiene

## All Employees

- Thorough attention to personal hygiene, including daily bathing and hair washing.
- Clean uniforms, neat and properly fitted.
- Clean shoes.
- Long hair tied back from the shoulders.
- Jewelry limited.

## Male

- Neatly trimmed beards and mustaches are allowed. Accommodations may be made for religious and medical reasons.

# Service

## Customer Acknowledgment

- All customers should be acknowledged within 20 seconds of entering the shop or reaching the drive-thru.

## Customer Greeting

- All customers should be greeted pleasantly with, "Good morning," "Good afternoon," or "Good evening."

## Employee Attitude

- All employees should have a pleasant, eager-to-please attitude.

## Suggestive Selling

Use at counter, take-out and drive-thru. The majority of customers (at least half) should be offered the opportunity to purchase additional items at the suggestion of the counter person.

## Collect When Served

Employees should collect payment immediately after serving customers.

## Receipts

Receipts must be made available to all customers.

# Thank You and Smile

Your employees should thank each customer with a smile.

# Loitering

Not permitted.

# Background Music

Required for all shops, pleasant, non-rock variety and played at a low volume.

No conflicting music from the back room.

# Employee Smoking

Allowed only in designated areas.

# General Policy (Shop Policy)

Post conspicuously in back room.

Distribute and review with each employee.

Keep signed copy in each employee's personnel folder.

# Personnel Folders

Keep folders for all active and inactive employees until 6 years after termination, with the following:

- Application
- Federal form I-9
- Work Permit (if applicable)
- Health Certificate (if applicable)
- Uniform Receipt
- Letter(s) of Warning (if applicable)
- Performance Appraisal(s)
- Record of Salary Increases/Promotions
- Shop Policy or General Policy(signed copy)
- Reason for Termination (inactive employees)

# Employee Work Schedule

Post at least 3 days before start of new week.

# Set-up For Counter Service

## Coffee and Donuts

Donuts served on waxed tissues.

Teaspoon placed on a napkin with printed logo facing customer.

## Muffins

Muffins may be warmed upon request. Serve on a plate with butter, a knife and napkin.

## Croissants

Croissants may be warmed upon request. Serve on a plate with a knife and napkin.

## Bagels

Bagels may be toasted on request. Serve on a plate with a knife, napkin and requested condiments.

## Rolls

Rolls may be warmed on request. Serve on a plate with a knife, napkin and butter.

## Soups

Serve bowl or cup on a plate with napkin, soup spoon, salt and pepper and a glass of water.

- Bread served with bowl.
- Crackers served with cup.

## Single-Serve Soups

Serve in plastic cup used to microwave soup, with bread, a napkin, soup spoon, salt and pepper and glass of water.

## Sandwiches

Serve on a plate with a knife, napkin, salt and pepper and customer's choice of condiments.

## English Muffins

Serve on a plate with a knife, napkin, and customer's choice of condiments.

Both halves of the English Muffin should be placed side by side open faced on the plate.

## Cookies and Brownies

Serve on waxed tissue.

# Set-up For Express Service (Eat In)

Same as Counter Service except all items must be placed on a paper lined service tray.

# Set-up For Express Service (Take Out)

See pages 12-16 and 12-17.

# Variety, Finishing, and Merchandising

# Donut Products

## Display Variety

### *Donuts*

7 AM - 10 PM

Minimum 30 varieties

Minimum 6 donuts per variety

10 PM - 7 AM

Minimum 20 varieties

Minimum 6 donuts per variety

French Crullers must be displayed at all times.

### *Fancies*

7 AM - 10 PM

Minimum 5 varieties

Minimum 4 fancies per variety

10 PM - 7 AM

Minimum 3 varieties

Minimum 4 fancies per variety

Coffee Rolls must be displayed at all times.

### *Munchkins*

7 AM - 10 PM

Minimum 5 varieties

Minimum 2 dozen per variety

10 PM - 7 AM

Minimum 3 varieties

Filled Munchkins must be displayed at all times.

## Mini Donuts (Optional)

7 AM – 10 PM

> Minimum 6 varieties

> Minimum 6 donuts per variety

10 PM – 7 AM

Minimum 4 varieties

Minimum 6 donuts per variety

# Arrangement

## Donuts – Yeast Raised

Angled to the left. See Production and Distribution Manual or Customer Service Manual for more information.

## Donuts – Cake and Chocolate

Angled to the left with smooth sides facing right. See Production and Distribution Manual or Customer Service Manual for more information.

## Crullers and Sticks

Place in basket lengthwise, no more than 2 layers.

## Filled donuts

Attractive and neat with holes facing up.

## Creme Filled Donuts

Attractive rosette from using a pastry bag with a star tip.

## Frosted Donuts

Attractive and neat. Laid flat in basket.

Icing should have a sheen and be stable enough not to drip down the sides of donut.

## Fancies

Neat and attractive in half basket or fancy trays.

## Mini Donuts (Cake Rings)

Neat and attractive in half baskets. Rings angled to the left.

## Frosted Mini Donuts

Laid flat in half baskets.

## Munchkins

Neat and attractive in half baskets or Munchkin trays.

## Newsprint/Liners

Use separate color of newsprint for each production.

Fold 1" at bottom of each basket.

*Tray Liners*

Use for fancy products.

*Eclair Liners*

Use for eclairs and bismarks.

## Donut Baskets, Fancy Trays, Munchkin Trays

Clean, sanitary and in good condition.

## Product Handling

Always use waxed tissue.

## Tape/Waxed Tissue Dispensers

Keep clean and in good condition.

## Donut & Fancy Cases

Clean, sanitary and in good condition.

*Lights*

All working. Warm white.

*Labels and Label Holders*

Clean and in good condition.
Not hand written.

*Glass*

No scratches, no marks.

*Supply storage area underneath cases.*

Clean and orderly.

# Muffins

## Display Variety

7 AM – 10 PM

Minimum 6 varieties,

must include Blueberry and Oat Bran,

minimum 6 muffins per variety.

10 PM – 7 AM

Minimum 3 varieties,

must include Blueberry and Oat Bran,

minimum 4 muffins per variety.

## Arrangement

Single layer in half baskets .

*Half Baskets*

Clean, sanitary and in good condition.

*Plastic Muffin Liners*

Use in displaying muffins in half baskets.

Do not use to cover tops of muffins.

Discard after each use.

## Basket Liners/Newsprint

Use a separate color of newsprint for each production.

## Product Handling

Always use waxed tissue.

# Cookies and Brownies

## Display Variety

*Chunk Cookies*

Minimum 3 varieties at all times.

Must include Chocolate Chunk, minimum 4 cookies per variety.

*Brownies*

Minimum 1 variety at all times.

Must include Fudge Nut Brownies. Minimum 4 brownies per variety.

## Arrangement

*Cookies*

Use half baskets or plastic space–saver trays.

Shingle cookies to left.

*Brownies*

Use half-baskets or plastic space–saver trays. Laid flat.

## Basket Liners/Newsprint

Use a separate color of newsprint for each production.

## Product Handling

Always use waxed tissue.

# Croissants

## Display Variety

7 AM – 10 PM

Minimum 3 varieties, must include  plain, chocolate and almond.

Minimum 4 croissants per variety.

10 PM – 7 AM

Minimum 2 varieties, must include plain.

Minimum 4 croissants per variety.

## Arrangement

4 rows of 3, shingled left to right in paper lined half baskets.

*Half Baskets*

Clean, sanitary and in good condition.

## Product Handling

Always use waxed tissue.

# Bagels

## Display Variety

7 AM – 10 PM

Minimum 2 varieties.

Minimum 4 bagels per variety.

10 PM – 7 AM

Minimum 1 variety.

Minimum 4 bagels per variety.

## Arrangement

Display in plastic covered bins.

## Product Handling

Always handle with waxed tissue.

# French Rolls

## Display Variety

At all times

Minimum of 4 rolls

## Arrangement

Display in plastic covered bins.

## Display Bins

Clean, sanitary and in good condition.

## Product Handling

Always handle with waxed tissue.

# English Muffins

## Display Variety

Minimum of 4 English Muffins at all times.

## Arrangement

Display in plastic covered bins.

## Display Bins

Clean, sanitary and in good condition.

## Product Handling

Always handle with waxed tissue.

# Souper Soup

## Variety

Sept. 16– May 14, 11 AM – 12 midnight

Minimum 3 varieties

May 15 – Sept. 15, 11 AM – 12 midnight

Minimum 2 varieties

# Single Serve Soup

## Variety

At all times

Minimum 3 varieties

# Coffee

## Variety

Regular and Dunkin' Decaf must be available at all times.

# Display Variety Standards in Non-Traditional Distribution Units

If your retail product display area holds less than 64 half baskets, Munchkin trays and fancy trays combined, it is considered a non–traditional unit. The minimum variety standard for all products is calculated using these percentages of available display capacity:

| | |
|---|---|
| 50% Donuts | 8% Munchkins |
| 10% Muffins | 8% Mini Donuts (Optional) |
| 4% Croissants | 8% Fancies |
| 4% Bagels | 2% Brownies |
| 4% Cookies (Combined) | 2% English Muffin & French Roll |

These percentages must be maintained at all times between 7 AM and 10 PM. From 10 PM to 7 AM, all minimum varieties may be reduced by 20%.

## Packaging

# Steps for Calculating Required Varieties

1. Determine the half basket capacity of the display area.

2. Using the percentages given above, calculate the number of required varieties for each product type.

3. If the number of required varieties is below three, this product type may be eliminated.*

**Example:** In a small, full service cart unit, with available display capacity of 24 half baskets, the minimum variety standards from 7 AM to 10 PM would be:

| | |
|---|---|
| 12 varieties Donuts | 2 varieties Munchkins |
| 2 varieties Muffins | 2 varieties Mini Donuts (Optional) |
| 1 variety Croissant | 2 varieties Fancies |
| 1 variety Bagel | 1 variety Brownie |
| 1 variety Cookie | 1 variety English Muffin |
| 1 variety French Roll | |

(Some varieties will have to be combined on a single display basket.)

* The franchisee must provide accurate sales data to the Business Consultant proving that this product type does not enhance sales and profitability.

# Miscellaneous

## Decals

Window decals must be approved, not torn or faded.

## Window and Counter POP (Point of Purchase)

Current, clean and in good condition.

No more than two programs.

## Menu Pricing

All numbers on menu system should match in color and style.

## Menu System Photos

Clean, no streaks or fading.

## Menu System

Clean and in good condition.

## Roof & Pole Banners

Installed and located per Marketing recommendations. Good condition.

## Signage & Flyers

Must be professionally prepared (no hand written signs) and in good condition.

## Orange Juice Display

Clean, sanitary and in good condition.

## Soup Menu

Current with proper use of check mark indicators.

## Premium Display

Must meet Marketing recommendations.

When packaging any product, line the box with a waxed tissue first. Waxed tissue used to handle the product should be discarded. Then cover the product in the box with a clean waxed tissue before closing. With the flap folded over the front edge, tape the box closed.

> **Note: While the following procedures are fairly specific as to the amount of product to be packaged, please use common sense and discretion when packing product. Be sure not to damage any donut or bakery products when placing them into a waxed bag or box.**

**Example:** If 12 donuts will not fit in a box, use 2 donut boxes or a combination of a box and a small waxed bag.

## Donuts

*All varieties, except frosted, sticks and crullers:*

1 to 3 donuts – 4# small waxed bag

4 to 6 donuts – 8# large waxed bag

7 to 12 donuts – donut box

12 donuts boxed, standing straight up, 3 rows, 4 donuts per row.

## Frosted Donuts

5 or 6 donuts – donut box – lay flat.*

12 donuts – 2 donut boxes – lay flat.

## Mixed Frosted and Unfrosted

Place all donuts flat in donut box. Place unfrosted varieties on bottom, cover with waxed tissue, lay frosted varieties flat, forming top layer.

## Cake Sticks and Crullers

4 cake sticks or crullers –
Make 2 stacks of 2.

12 cake sticks or crullers –

> Place first 6 flat in donut box. Place remaining 6 on top flat, forming a second layer.

* Fewer than 5 - use good judgment in packaging in a waxed bag to prevent damaging frosting.

## Cake Sticks and Crullers mixed with other varieties

Place sticks and crullers flat in donut box. Place remaining varieties flat on top, forming a second layer.

## Munchkins

10 Munchkins - 10 count bag ( pre-packed for carts)

20 Munchkins - 20 count Munchkin box

45 Munchkins - 45 count Munchkin box

60 Munchkins - 60 count Munchkin box

Line boxes with waxed tissue before filling.

Cover Munchkins with clean waxed tissue before closing box.

## Mini Donuts

2 mini donuts - 4# small waxed bag
5 mini donuts - 8# large waxed bag
10 or 12 mini donuts  - Mini Donut box.

## Muffins

1 or 2 muffins - 4# small waxed bag
3 or 4 muffins - 8# large waxed bag
5 or 6 muffins - donut box with a clean plastic muffin liner.

## Cookies

1 to 6 cookies - 4# small waxed bag
7 to 12 cookies - 8# large waxed bag

## Brownies, Blondies, and Peanut Butter Brownies

1 to 4 brownies - 4# small waxed bag
5 to 8 brownies - 8# large waxed bag
9 or more brownies - Donut Box
Line with waxed tissue, cover first layer of 6 with waxed tissue, add second layer, cover with waxed tissue, seal box with tape.

## Macaroon Cookies

*Large*

1 or 2 macaroons - 4# small waxed bag
3 or 4 macaroons - 8# large waxed bag
5 to 12 macaroons - donut box
Line box with waxed tissue, cover first layer with a waxed tissue, add second layer, cover with a waxed tissue, seal.

*Small*

1 to 6 macaroons - 4# small waxed bag
7 to 12 macaroons - 8# large waxed bag

## Croissants

1 or 2 croissants - 4# small waxed bag
3 or 4 croissants - 8# large waxed bag
5 or 6 croissants - donut box.

## Bagels and Rolls

1 bagel or roll - 4# small waxed bag
2 to 4 bagels or rolls - 8# large waxed bag
5 or 6 bagels or rolls - donut box
If bagels are sold with cream cheese include a plastic knife for each bagel.

## English Muffins

1 English Muffin- 4# small waxed bag
2 to 4 English Muffins- 8# large waxed bag
5 or 6 English Muffins - donut box
If sold toasted with butter, jam or jelly, include a plastic knife for each English Muffin.

# Beverages/Soups/Sandwiches

All sandwiches made on Croissants, Bagels, French Rolls, or English Muffins should be packed in a sandwich box lined with waxed tissue.

If sold with condiments, include a plastic knife for each sandwich.

## Carrying Capacity

### *4 # Flat Bottomed Bag*

- One or two 6 oz. hot cups
- One 10 oz. hot cup
- One 14 oz. hot cup
- One 20 oz. hot cup
- One 14/16 oz. cold cup
- One soup cup or bowl

### *8 # Flat Bottomed Bag*

- Three or four 6 oz. hot cups
- Two to four 10 oz. hot cups
- Two 14 oz. hot cups
- Two 14/16 oz. cold cups
- One 24 oz. cold cup
- One 32 oz. cold cup
- Two soup cups

### *12 # Flat Bottomed Bag*

- Two sandwiches
- Two soup bowls

## *Carry-out Tray*

- Six 6 oz. hot cups
- Five 10 oz. hot cups
- Three to five 14 oz. hot cups
- Two to four 20 oz. hot cups
- Three to five 14/16 oz. cold cups
- Two to five 24 oz. cold cups
- Two soup bowls and one beverage
- Two soup cups and two beverages
- Two drinks (except 32 oz. cold drink) and one sandwich

# Maintenance and Cleanliness

In today's highly competitive retail marketplace, consumers patronize only those businesses with attractive landscaping, appetizing merchandising and a well-maintained appearance. The following are specific standards of maintenance and cleanliness that must be met to operate a clean, well maintained shop that will attract and retain customers.

## Landscaping

### Interior

Water sales area plants as often as needed, remove dead growth, turn pots occasionally to promote even growth.

### Exterior

Grass, shrubs, and flower beds must be free of litter, healthy, and well-groomed.

*Variety and Color*

Replace dead shrubs if necessary. Plant annual and perennial flowers for color.

*Cultivation*

Replenish mulch, remove weeds and trim shrubs as needed.

*Cleanliness*

Keep landscaped areas free of trash and leaves.

## Exterior of Shop

### Parking Lot

Keep clean of trash and sweep daily. Repair pot holes and large cracks.

*Parking Lines*

Stripe as needed but at least annually with highly visible white paint (2 coats).

*Parking Lot Sealing*

Seal annually.

*Curb Bumpers*

Keep anchored, free of stains and in good condition.

*Sidewalks*

Keep clean of trash and stains and well swept daily.

### Pylon and Roof Signs

Should have clean faces and be fully lit.
Repaint pole and frames as needed, no less than every 3 years.

### Roof System

Aluminum roof system should be undamaged and repainted as needed but no less than every 3 years.

### Canopy/Canopy Lighting

Fully lit and clean, and in good condition.

### Parking Lighting

Keep in good working order.

Poles repainted as needed but not less than every 3 years.

### Windows

Wash at least twice per week, inside and outside.
Replace any cracked or damaged glass.

### Exterior Aluminum

Keep clean and in good condition.

### Exterior Walls

Keep clean, free of graffiti and in good repair.

Repaint as needed but no less than every 3 years.

## *Exterior Trash Receptacles*

Empty as often as needed. Keep clean and in good condition.

## *Dumpster*

Keep closed.

Repaint as needed, but not less than every year.

Surrounding area should be clean and free of trash.

## *Newspaper Dispenser*

Keep clean and painted a neutral color to match the framing of exterior walls against which the dispenser is placed. No more than two dispensers allowed.

## *Drive Thru/Walk Up Window Signage*

Clean and fully lit.

Frames should be repainted as needed but no less than every 3 years.

Speakers working.

Plexiglass clean and free of scratches.

# Sales Area and Equipment

## Vestibule

Keep glass, framing and panels clean and in good condition.

## Vestibule Floor and Corners

Clean, free of trash.

## Sales Area Temperature

Not below 68° F during heating season.

Not above 78° F during cooling season.

## Floors and Baseboards

Clean, free of trash and in good repair.

Sweep floors as often as needed and wash at least twice daily.

## Walls

Clean and in good repair.

Replace or repair missing bricks, scratched paint, torn or defaced wallpaper.

## Ceiling

Keep clean and in good repair.

Repaint annually, if necessary.

## Lighting

All warm white, clean and working.

Replace bulbs and/or ballasts as needed.

## Windows and Blinds

Clean windows twice weekly.

Keep blinds in good repair. Clean as often as needed.

Blinds must be Dunkin' Donuts approved.

## Sales Area Aluminum and Chair Rails

Keep clean and in good condition.

## Counter Top, Facing

Clean, sanitary and in good condition.

## Counter Pedestals

Clean and in good condition.

## Stools, Bases, Footrests and Seats

Clean and in good condition.

Polish bases daily with lemon oil or an effective metal polish.

## Booths, Tables, Stand-up Counters

Clean and in good condition.

## Heat Registers

Keep clean and repaint as needed.

## Clock and Emergency Lights

Keep clean and working.

## Cigarette Machine

Keep clean.

Must not obstruct visibility to donut and fancy cases.

Only one cigarette machine is allowed.

Do not use as display area for brochures.

## Public Phone Area

Keep clean, in good condition, free of decals and graffiti.

No more than two phones are permitted.

## Kitchen and Rest Room Doors

Keep clean and repaint as needed.

## Service Area and Equipment

## Counter Storage Areas

Neat, clean, sanitary and in good condition.

## End Panels and Plexiglass

Clean, and in good condition.

No discolorations or scratches.

## Coffee Take-out Section

Clean and in good condition.

## Cash Registers

Clean and in good condition.

## Napkin Dispensers

Keep full, clean and in good condition.

## Ashtrays

Clean and in good condition.

## Sugar Pourers

Keep full, clean and in good condition.

## Waste Containers

Clean inside and out after emptying.

Keep in good condition.

## Soffits, Signs and Menu System

Clean and in good condition.

Lights must be cool white.

## All lights and ballasts must be working.

## Silverware

Use only Dunkin' Donuts approved.

Clean, no tarnish, sanitary and in good condition.

## China Coffee Cups

Use only Dunkin' Donuts approved.

Clean, no tarnish, sanitary and in good condition.

## Soup China

Use only Dunkin' Donuts approved.

Clean, no tarnish, sanitary and in good condition.

## Glassware

Use only Dunkin' Donuts approved.

Keep clean, sanitary and in good condition.

## Muffin China

Use only Dunkin' Donuts approved.

Keep clean, sanitary, free of stains and in good condition.

## Creamers and Cupwells

Disassemble, clean and sanitize creamers each shift.

Replace ice packs each shift.

Keep cupwells and trays clean and sanitary.

## Coffee Grinders

Clean grinders, including plastic faces, weekly.

Keep in good condition.

Discard and replace coffee beans behind plastic faces weekly.

## Coffee Makers

Keep clean and in good condition.

## Soda Dispensers

Keep carbonated and non-carbonated drink dispensers clean and sanitary.

Clean filters weekly.

Check water to syrup ratio daily. Calibrate if necessary.

## Hot Chocolate Dispenser

Keep clean, sanitary and in good condition.

Check calibration daily.

## Juice Dispenser

Keep clean, sanitary and in good condition.

## Iced Tea and Coffee Dispensers

Keep clean, sanitary, free of stains and in good condition.

## Microwave Ovens

Keep clean inside and outside, sanitary and in good condition.

## Warming Ovens

Keep clean, sanitary and in good condition.

## Toasters

Keep clean, sanitary and in good condition.

## Sandwich Station

Keep clean, sanitary, well organized and in good condition.

## Soup Serving Unit

Keep clean, sanitary and in good condition.

## Bread and Butter Servers

Keep clean, sanitary and in good condition.

## Salt and Pepper Shakers

Keep full, clean, sanitary and in good condition.

## Sales Area Sink

Keep clean, sanitary and free of stains.

## Back Bar

Keep back bar, including area under equipment, clean and sanitary.

## Back Bar Shelving

Keep shelving and storage areas clean, sanitary and orderly.

## Back Bar Refrigerator

Keep clean and sanitary.

Temperature must be between 35°F and 40°F.

## Ice Machine

Keep clean inside and outside, sanitary and in good condition.

## Dishwasher

Keep clean, sanitary, free of stains and in good condition.

## Coffee by the Pound Equipment

Keep case, grinder and scale clean, sanitary and in good condition.

## Serving Trays

Keep clean and sanitary.

## Paper Cup Dispensers

Keep clean and sanitary.

## Sanitizing Agent

(only use Dunkin' Donuts approved brand)

Use on all items and surfaces that contact food products.

Keep clearly labeled spray bottles containing sanitizer available in sales area, stored away from food.

Prepare sanitizing agent fresh daily (bath and spray bottles) following manufacturer's instructions.

# Rest Rooms

Rest rooms should be checked at least once per shift.

## Floors

Clean, in good condition. Wash at least twice daily.

## Walls

Clean, in good condition.
Repaint as needed.

## Doors

Clean, in good condition.
Refinish as needed.

## Ceilings

Clean, in good condition.
Repaint annually.

## Lights

Clean and working.

## Sinks

Clean, sanitary and in good condition.

## Bowls /Urinals

Clean and in good condition.

## Hand Soap, Towels and Tissues

Available at all times.

## Exhaust Fans

Clean and working.

## Mirrors

Clean and in good condition.

## Trash Containers

Must have a lid.
Empty as needed.
Clean inside and outside after emptying.
Keep in good condition.

# Production Area and Equipment

## Floors

Keep clean and in good condition.

Sweep as often as needed and wash twice daily.

Re-grout as needed.

## Floor Drain

Keep clean and in good condition.

## Walls and Doors

Keep clean and in good condition.

Repaint or refinish as needed.

## Ceiling

Keep clean and in good condition.

## Lights

Clean and working.

Replace bulbs and/or ballasts as needed.

Lights must have protective shields.

## Plenum and Heat Registers

Keep make-up-air plenum and heat registers clean.

Repaint as needed.

## Windows and Framing

Keep windows clean and in good condition.

Wash twice weekly.

Repaint frames as needed.

## Trash Receptacles

Keep clean and in good condition.

Wash inside and outside after each emptying.

## Scales

Keep floor, portion and bench scales clean, sanitary and in good condition. Repaint as needed.

## Pot Sink

Keep stainless steel sink clean, and in good condition.

## Grease Trap

Should be working properly.

Clean out weekly.

## Hand Sink, Sanitizer and Towel Dispenser

Keep clean and in good condition.

Towels, hand soap and sanitizer must be available.

## Mixers, Bowls and Utensils

Keep mixing bowls, hook and paddles clean, sanitary and in good condition. Repaint mixer as needed.

Bowls should be professionally retinned as needed.

Wash bowls immediately following each use.

## Cutting Bench

Keep clean, sanitary and in good condition.

Repaint legs as needed.

Canvas, if permitted, should be replaced as needed.

## Bakery Preparation Bench

Keep clean, sanitary and in good condition.

Repaint legs as needed.

## Donut Sheeters, Dough Press, and Cutters

Keep clean, sanitary and in good condition.

## Donut Cutters and Rolling Pins

Keep clean, sanitary and in good condition.

## Friolators

Keep clean and in good condition.

Boil out properly at least monthly.

Check thermostat calibration daily and adjust as needed.

## Filtrator

Keep clean and in good condition.

## Sanitary Donut Machine, Hopper and Plungers

Keep clean, sanitary and in good condition.

## Thermometers

Keep calibrated shortening, dough, soup, refrigerator, freezer and oven thermometers available in good working condition.

## Donut and Finished Product Racks

Keep clean and in good condition.

Donut screens and dolly should be clean and in good condition.

## Proof Box

Keep clean and in good condition.

Sensors and controls must be in effective operating condition.

## Exhaust System

Keep clean and in good condition.

Wash filters weekly.

Steam clean hood updraft and exhaust fan twice annually.

## Fire Suppression System and Fire Extinguishers

Keep clean and in good condition.

Have inspected and certified twice annually or as directed by local authorities.

## Finishing Bench and Shelving

Keep clean, sanitary, orderly and in good condition.

Repaint bench legs as needed.

## Power Base and Filling Hoppers

Keep clean, sanitary and in good condition.

Break down, clean and sanitize individual parts weekly.

## Finishing and Ingredient Bins

Keep clean, sanitary and in good condition.

## Enrober and Pans

Keep clean, sanitary and in good condition.

Check thermostatic calibration daily.

## Stainless Steel Bowls

Keep clean, sanitary and in good condition.

## Glaze Bin, Rack and Rods

Keep clean, sanitary and in good condition.

## Ovens

Keep in good condition.

Check calibration daily.

Clean thoroughly with oven cleaner at least weekly.

## Muffin and Sheet Pans

Keep clean, sanitary and in good condition.

## Portion Scoops, Bowls and Utensils

Keep clean, sanitary and in good condition.

## Bakery Timer

Keep clean and in good condition.

## Soup Preparation Unit, Containers and Double Boilers

Keep clean, sanitary and in good condition.

## Can Opener

Keep clean, sanitary and in good condition.
Replace blade as needed.

## Production Area Small Wares

Keep spatulas, knives, spoons, pastry bags, spouts, measurers, handles, sieves, etc., clean, sanitary and in good condition.

## Pest Control

Keep kitchen area free of all pests.

## Sanitizing Agent

Use on all items and surfaces that contact food products.

Keep clearly labeled sanitizing bath and spray bottles containing sanitizer available in the production area, stored away from food.

Prepare sanitizing agent fresh daily (bath and spray bottles) according to manufacturer's instructions.

# Raw Material Storage

# Stockroom and Equipment

## Walls and Doors

Clean and in good condition.
Repaint or refinish as needed.

## Shelves and Pallets

Clean, orderly and in good condition.
Repaint as needed.

## Ceiling

Clean and in good condition.
Repaint annually.

## Lights

Clean, must be shielded and working.
Replace bulbs, and/or ballasts and shields as needed.

## Floor

Clean and in good condition.

## Organization

Store all items at least 6 inches off the floor.
Store all ingredients and paper goods in an orderly fashion.

## Storage Refrigerator

Keep clean, sanitary, and in good condition.
Temperature must be between 35° F and 40° F.
Thermometers in good working condition.

## Freezer

Keep clean, sanitary and in good condition.
Temperature should be between –10° F and 0° F.
Thermometers in good working condition.

## Closet and Porter Rooms

Clean and orderly.

## Mop Bucket and Wringer

Clean and in good condition.

Replace mop heads at least weekly.

## Return Air Grill

Clean and in good condition.

Wash filters weekly.

## Hallway

Walls, ceiling, floor and lights and/or ballasts clean and in good condition.

Repaint ceiling annually.

## Cleaning Materials

Keep clearly labeled and store separately from all food products.

## Quality Control

**To ensure freshness, always use ingredients on a first in-first out basis (FIFO).**

Shelf life for major products is outlined below.

## Coffee Beans, Mixes, Sugars, and Toppings

### Coffee Beans

Must be rotated on delivery.

Regular coffee – Polyethylene (clear) bag, 20 day shelf life from date of roasting.

Regular coffee – Foil bag, 45 day shelf life from date of roasting.

Decaf coffee – 6 months from the date of roasting.

### Donut Mixes

| | |
|---|---|
| Cake | 90 days from mill date |
| Chocolate | 90 days from mill date |
| Yeast | 90 days from mill date |
| French Crullers | 90 days from mill date |
| Whole Wheat | 90 days from mill date |
| Buttermilk | 90 days from mill date |
| Blueberry | 90 days from mill date |
| Cherry | 90 days from mill date |
| Sour Cream | 90 days from mill date |
| Oat Bran | 90 days from mill date |

#### Muffin Mixes

| | |
|---|---|
| Basic Mix | 90 days from mill date |
| Corn & Bran Mix | 60 days from mill date |
| Oat Bran Mix | 90 days from mill date |

## Sugars

| | |
|---|---|
| Bakers Special | 60 days from stamped date |
| Cinnamon Sugar | 60 days from stamped date |
| Coffee Sugar | 60 days from stamped date |
| Donut Sugar | 60 days from stamped date |
| Standing Sugar | 60 days from stamped date |

# Toppings/Fillings/Icings

| | |
|---|---|
| RTU Glaze | 90 days from stamped date 10 day shelf life after opening |
| RTU Icings | 90 days from stamped date 10 day shelf life after opening |
| Fillings | 60 days from stamped date |
| Toppings | 90 days from stamped date |
| RTU Butterkreme | 6 months from stamped date |

# Cookies and Brownies

| | |
|---|---|
| **Macaroon Mix** | 90 days from stamped date. |
| **All Frozen Cookies and Frozen Brownies** | Use by "Pull Date" stamped on package. |

# Sandwich Items

| | |
|---|---|
| **Frozen Croissant Dough** | Use by "Pull Date" stamped on package. |
| **Frozen Bagels** | Use by "Pull Date" stamped on package. |
| **Frozen Rolls** | 90 days from date of manufacture |
| **Frozen English Muffins** | 6 months from date of manufacture (unopened in original packaging). |

*Thawed and stored at room temperature:*

7 days (unopened original packaging). 1 day in plastic display bin after removing from original package.

## Roast Beef

**PLACE IN FREEZER IMMEDIATELY**

| | |
|---|---|
| Freezer Shelf Life | 6 months |
| Refrigerator | 3 days in sealed pouch |
| Shelf Life | 1 day in food container on portion tray. |

## Ham

**PLACE IN FREEZER IMMEDIATELY**

| | |
|---|---|
| Freezer Shelf Life | 6 months. |
| Refrigerator Shelf Life | 5 days in sealed pouch. 3 days in food container on portion tray. |

## Bacon

**DO NOT FREEZE.**

| | |
|---|---|
| Shelf Life (unopened) | 6 months at room temperature. |
| Shelf Life (opened) | 7 days in package in refrigerator. 3 days in portion tray in refrigerator. |

## Sausage

**PLACE IN FREEZER IMMEDIATELY**

| | |
|---|---|
| Freezer Shelf Life | 6 months. |
| Refrigerator Shelf Life | 3 days on portion tray. |

## Swiss Cheese (White)

**DO NOT FREEZE. Refrigerate immediately.**

| | |
|---|---|
| Shelf Life (Unopened) | 9 months from date of manufacture. |
| Shelf Life (Opened) | 5 days on portion tray. |

## American Cheese (Yellow)

**DO NOT FREEZE. Refrigerate immediately.**

| | |
|---|---|
| Shelf Life (Unopened) | 5 months from date of manufacture. |
| Shelf Life (Opened) | 5 days on portion tray. |

**Broccoli & Cheese**

**PLACE IN FREEZER IMMEDIATELY.**

| | |
|---|---|
| Freezer Shelf Life (Unopened) 6 months from date of manufacture. | |
| | 2 days in refrigerator. |

**Salad Prep Mayonnaise**

**DO NOT FREEZE.**

Place in dry, clean storage at room temperature.

| Shelf Life | 6 months from date of manufacture. |
|---|---|

**Eggs**

**REFRIGERATE IMMEDIATELY.**

| Refrigerator Shelf Life | 2 weeks from code date. |
|---|---|

**Chicken, Seafood and Tuna Salad**

**PLACE IN FREEZER IMMEDIATELY.**

| Freezer Shelf Life | 6 months from date of manufacture. |
|---|---|
| Refrigerator Shelf Life | 2 days unopened. |
| Prepared Shelf Life | 2 days in portion cups. |

**DO NOT FREEZE. Refrigerate immediately.**

| Refrigerator Shelf Life | 150 days from date of manufacture. |
|---|---|

# Miscellaneous

| **Orange Juice** | 12 months at -10°F to 0°F. 2 days in refrigerator. |
|---|---|
| **Shortening** | 60 days from stamped date. |
| **Soup** (Water Based) | 12 months at -10°F to 0°F |
| **Soup** (Milk Based) | 12 months at -10°F to 0°F |
| **Single Serve Soup** | 12 months at -10°F to 0°F 3 days in refrigerator. |
| **Non-carbonated syrup** | 90 days from stamped date. |
| **Milk** | Use by "Pull Date." |
| **Cream** | Use by "Pull Date." |

# Packaging Requirements

Do not accept ingredients or products in damaged packages.

# Quality Control Problem Notification

Dunkin' Donuts customers come to us for products of the highest quality and freshness. All Dunkin' Donuts labeled products must conform to rigorous manufacturing, processing, and finished product specifications. In the event a Dunkin' Donuts labeled product is not performing properly or does not meet Dunkin' Donuts product specifications, the following steps must be followed in order to properly identify, record, and be reimbursed for products which are not within specifications.

1. The Franchisee or manager should inspect the product in question to ensure that all steps of Dunkin' Donuts process are observed.

2. When the Franchisee or manager has confirmed the problem, the complete product identification code (date produced, batch number, etc.) and manufacturer's name should be noted. If the product is one that comes to the shop frozen, the temperature and condition of the product should be recorded in addition to the code and manufacturer. Without code information, the problem will be difficult to solve via production records, and therefore reimbursements may or may not be issued.

3. Contact your local Quality Control Hotline Number to record your information. The numbers are:

| Northeast: | 800-225-2066 |
|---|---|
| Mid-Atlantic: | 800-873-6231 |
| Southeast: | 800-547-5410 |
| Midwest: | 800-444-1890 |
| West: | 800-444-1890 |
| Canada: | 800-361-5584 |

The Customer Service representative will take all the information: PC#, address, product, codes, and specific problems.

**Do not give these numbers out to customers.**

# Logo Use, Advertising, Signage, Wholesale and Branded Sales, Pricing

## Logo Use

The Dunkin' Donuts logo or trademark is recognized and accepted by millions of customers throughout the world. Company-approved uniform use of our logo helps reinforce customer acceptance of our products and service. Only Company-approved logos displaying the Dunkin' Donuts registered trademark may be used and only in the manner authorized by the Franchise Agreement.

## Advertising

As stated in the Franchise Agreement, the content of all advertising, as well as the media in which the advertising is to be placed and the advertising area shall be at the discretion of Dunkin' Donuts, Inc.

The Marketing Department has total discretion as to design and layout of any print advertisement (newspaper, mailer coupon, etc.) and content of any print or broadcast advertisement (with the exception of prices, dates of offer, quantity limitations, and addresses).

Before placing any local advertising, contact either the Business Consultant or Marketing Representative for assistance and approval. Marketing Representatives will provide you with a broad selection of print and broadcast advertisements.

## Premiums

Only premium items approved by the Company can be offered for sale in Dunkin' Donuts shops.



# Signage

Only approved Dunkin' Donuts pylon, roof, directional and temporary signs are to be used. Any changes to signs must be made professionally and be consistent with the style, type and format of approved signage. Handwritten signs or revisions to approved interior or exterior signage should not be made and are not permitted.

# Wholesale and Branded Sales

All Wholesale and Branded accounts must be approved in writing by the Company.

# Pricing



Franchisees are responsible for determining prices for their products and are encouraged to make pricing decisions based on a thorough analysis of specific market conditions.

# Equipment, Alterations, Unapproved Equipment, Materials, and Products

## Equipment

All equipment used in a Dunkin' Donuts shop must be approved by Dunkin' Donuts.

## Alterations

Before any alteration to your Dunkin' Donuts shop, its equipment, furnishings or signs, you must secure written approval of the plans and specifications from the Company and the Company's Construction Department.

In some cases you may also need to receive prior approval from the Landlord.

You must retain the services of a private architect to prepare plans and supervise the work.

## Unapproved Equipment, Materials, and Products

### Unapproved Equipment

Unapproved equipment items include, but are not limited to the following:

- Juke boxes
- Video game machines
- Candy and gumball machines
- Milk dispensers
- Game machines

### Unapproved Materials

Unapproved materials include, but are not limited to the following:

- Plastic cups and plastic glasses
- Promotional or advertising materials, such as auto buying guides, real estate guides etc.
- Promotional signs for fund-raisers, fairs, schools, etc.

## Unapproved Products

Unapproved products include, but are not limited to the following:

- Packaged bread or rolls for home consumption
- Day-old products of any type, donuts, Munchkins, muffins, cookies and brownies (refer to shelf life standards)
- Plastic filling pails or other containers
- Prepackaged cookies or seasonal items manufactured elsewhere
- Any item not authorized by the Franchise Agreement, this Standards documentation, or by the Company in writing.

Contact your Business Consultant for a list of approved equipment, materials and products.

# Record Keeping

## Required Records and Accounting Reports

As you know, it makes good business sense to have complete and accurate records of your business. Additionally, your Franchise Agreement and/or Lease (if applicable) require you to prepare, in accordance with generally accepted accounting principles, and preserve full, complete and accurate accounting records and supporting documents relating to the operation of your shop.

## 3 Year Record Requirements

Under the terms of the Franchise Agreement and/or Lease (if applicable) you are required, among other things, to preserve for a period of not less than three (3) years, during the term of the Franchise Agreement and for not less than three (3) years following the term of the Franchise Agreement, in the English language, all accounting records and supporting documents relating to your operation under the Franchise Agreement, or any lease, including but not limited to:

- Daily cash reports
- Cash receipts journal and general ledger
- Cash disbursements journal and payroll register
- Monthly bank statements, and daily deposit slips and canceled checks
- All tax returns (federal and state) including sales tax returns

- Suppliers' invoices (paid and unpaid)
- Dated cash register tapes (detail and summary)
- Semi-annual balance sheets and monthly profit and loss statements
- Daily production, throwaway and finishing records and weekly inventories including:
- Yields and throwaways on donuts, Munchkins, muffins, cookies, rolls, bagels, mini donuts, croissants, English muffins, brownies, macaroons, soup, coffee and any other new product.
- Records on the ratio of the type of customer business, i.e., take-out, over the counter, and drive-thru business by product line.
- Records of all wholesale accounts and Branded Products accounts. All wholesale and branded business is to be recorded and rung into the register when delivered.
- Records of promotion and coupon redemptions. In addition to retaining copies of all coupons, each promotion should be summarized and shown in your records.

**Note: If a Franchisee is selected for an audit, it is his or her responsibility to sort and band the coupons by type and in packages of 100 and provide a summary of the coupons.**

- Such other records as Dunkin' Donuts may from time-to-time request.

# Gross Sales

All sales must be recorded on a cash register with the make, model seal, and serial number individually approved in writing by Dunkin' Donuts. Such cash register shall contain a device that will record accumulated sales and cannot be turned back or reset, and a back-up power system for memory storage in the event of power loss. You are not relieved of the obligation to make all payments to Dunkin' Donuts based on Gross Sales even in the case of employee theft.

# Compliance

Compliance with these requirements is particularly important during an audit, when you will have to demonstrate to Dunkin' Donuts the full and accurate reporting of Gross Sales.

Any failure by Dunkin' Donuts to object in a timely fashion to your failure to comply with any of the foregoing requirements shall not be deemed a waiver of these requirements. Failure to comply may constitute a breach of your Franchise or Lease Agreements.

# Cash Register Standards

All sales are to be recorded on Company-approved cash registers which contain a device that records accumulated sales and cannot be turned back or reset.

## Approved Cash Registers

Contact your Business Consultant for a current list of approved equipment and registers.

## Required Characteristics

The cash register should be capable of providing the following:

1. A non-resettable grand total accumulating to a minimum of 8 digits: 999,999.99.

2. A non-resettable overrun counter (1 digit) that keeps track of the number of times that sales exceed the grand total accumulation. (This is required only if the grand total capacity is at the stated minimum of 8 digits.)

3. A minimum of 2 department totals – cash and tax.

4. The ability either to calculate tax automatically or to produce a subtotal for tax computation purposes. (Provision should be made for over-riding the tax on non-taxable transactions.)

5. A customer receipt illustrating the dollar amount of each item rung up, the tax (if applicable) and the transaction total.

6.  A date-setting mechanism (day/month/year) which prints on each customer receipt and at specified intervals on the detail audit tape.

7.  A visible transaction indicator displaying each sale from both the front (customer view) and the rear (employee view) of the register.

8.  A permanent record of every transaction printed on a detailed audit tape for backup, control and sales analysis purposes.

9.  A means of reading the accumulated totals at any time during the daily cycle without resetting the register totals to zero.

10. A counter for keeping track of customer/transaction counts that can be reset on a daily basis. The purchase sequence number generated by this counter should also print on the customer receipt. No Sale transactions should not be included in the daily customer/transaction count totals.

11. Keys to lock the drawer, amount rows (if required), printing mechanism cover and read switches (X, Z, program, etc.) to protect against tampering or cash drawer manipulation. (The drawer key should be different from all other keys.)

12. The flexibility for correcting errors (misrings) at any stage prior to the ringing out (totaling) of the transaction and without opening the cash drawer.

13. An extra cash drawer insert shall be provided for each register.

14. A manufacturer's support network that includes installation, training and service.

# Additional Requirements for Electro-Mechanical and Electronic Cash Registers

## *Electro-mechanical register (EMR)*

15. A hand crank should be supplied for each register so that it may be manually operated during a power failure.

## *Electronic-cash register (ECR)*

16. The non-resettable grand total should be protected by a non-volatile storage medium such as core memory; or, if semi-conductor or micro circuitry (volatile) memory is utilized, it should be protected by a nickel-cadmium or similar type battery which should be soldered to the unit in such a manner as to be non-removable. This battery should contain a rechargeable circuit with an affixed seal and, when trickle-charged, be capable of lasting the life of the register system (5 years) under normal use. Routine replacement should not be required.

The name Dunkin' Donuts should also appear under the non-resettable grand totals. The three required grand totals are:

  • Positive   • Negative   • Net

# Dunkin' Donuts Standards

If there is any question regarding the Dunkin' Donuts Standards, request clarification in writing from your Business Consultant. No changes can be made to these Standards.

Dunkin' Donuts, Inc. reserves the right to change these Standards as needed to meet current conditions.