# CHAPTER 1

# Cleaning, Sanitizing and Maintaining Production Area Equipment

Overview ........................................................................................................................ 1-2

**Major Equipment in the Kitchen** ................................................................................. 1-2

Homogenette Filler Units ......................................................................................... 1-2

Power Base .................................................................................................................. 1-2

Enrober ........................................................................................................................ 1-2

Proof Box .................................................................................................................... 1-2

Sanitary Donut Machine and Plungers ................................................................. 1-3

Filtrator ........................................................................................................................ 1-3

Mixer ........................................................................................................................... 1-3

Cutting Bench and Stand ......................................................................................... 1-3

Frialator ....................................................................................................................... 1-4

Screen Cart, Donut and Storage Racks ................................................................. 1-4

Soup Preparation Unit and Utensils ...................................................................... 1-4

Ingredient and Sugar Bins/Mobile Topping Rack ............................................. 1-4

Portion and Floor Scales .......................................................................................... 1-4

Finishing Bench .......................................................................................................... 1-5

Oven ............................................................................................................................. 1-5

Sink .............................................................................................................................. 1-5

Refrigerator/Freezer .................................................................................................. 1-5

**Smallwares in the Kitchen** ......................................................................................... 1-5

Miscellaneous Donut Production Equipment ...................................................... 1-5

Pastry Bags .................................................................................................................. 1-5

Muffin and Sheet Pans/Ice Cream Scoop/Timer .............................................. 1-5

**DUNKIN' DONUTS**®

## Overview

You have an ethical, a legal and a business obligation to maintain a clean, sanitary production area.

- Your retail locations and your customers trust you to provide them with safe, high quality products.

- Local health regulations require that you maintain certain standards of cleanliness and sanitation.

- A board of health citation, even an investigation, can severely damage or destroy the Dunkin' Donuts name and your reputation with the public.

Protecting the customer is not only the law, it is good business.

In addition to keeping a clean and sanitary production area, your production equipment should be well maintained to ensure proper performance and equipment life.

This chapter outlines the cleaning, sanitizing and equipment maintenance procedures necessary in the production area.

## Major Equipment in the Kitchen

**Note: Clean all items with an all-purpose cleaner unless otherwise indicated.**
**SANITIZE all equipment that comes in contact with food after each cleaning. Then let equipment air-dry thoroughly. Wiping it dry removes the sanitizer and can recontaminate the surface.**
**Prepare and use sanitizer according to the instructions on the container.**

# Homogenette Filler Units

## Daily

Clean spouts after use and sanitize. Wipe exterior, including lid.

## Weekly

Disassemble unit, clean and sanitize.

Air-dry, refill and reassemble. – Stock spare parts.

# Power Base

## Daily

Clean exterior – do not submerge in water.

Stock spare switch.

# Enrober

## Daily

Wipe exterior.

## Weekly

Remove pans, empty, clean, sanitize and refill.

Be sure unit is turned off, then scrape product residue from bottom of unit and around coils.

Wipe interior and exterior walls and replace pans.

# Proof Box

## Daily

Wash exterior of unit. Clean interior as it becomes dirty. Wash floor.

If a dusty build up clings to the fan blades, remove guard and brush clean.

## Weekly

Check water pan and remove any sludge or food particles that may have collected.

Occasionally oil the door hinge.

Brush off burner with a radiator brush. If there is a carbon build up, use a galvanized wire brush.

Keep holes in gas burner clear.

Use a galvanized nail to clean any clogged vents. Oil float valve in water pan weekly.

# Sanitary Donut Machine and Plungers

## Daily

Plunger - before each use, put one drop of oil on the brass gibs that slide in the grooves near the top of the plunger.

Oil shafts with one drop of SAE 30 oil in the shaft bearing holes.

Oil cams with several drops of SAE 30 oil in the 2 holes in the cam shaft. Oil trip arms using several drops of SAE 30 oil in the top arm hole near the back of the cam case.

Clean hopper - use detergent approved for aluminum to prevent pitting.

Pre-soak to remove dried-on deposits. Rinse well. Sanitize and air dry.

## Monthly

Check cam for wear.

# Filtrator

## Daily

Drain excess shortening from pump.

Shake off sediment from filter bag.

Use degreaser to clean exterior including motor casing.

# Mixer

## Daily

After each use, wipe casing completely.

## Monthly

Lubricate bowl lift, worm screw, and slideways.

## Bi-Monthly

Remove the drip cup retaining screws and wipe out the drip cup to remove any oil and moisture that may have collected.

## Yearly

Have a professional change the oil in the planetary.

## Every 2 Years

Have a professional change the oil in the transmission.

Paint when required.

# Cutting Bench and Stand

## Daily

Clean thoroughly and sanitize after each shift.

Lightly scrape away any dough and flour accumulation.

## Yearly

Seal with mineral oil.

# Frialator

## Daily

Filter daily. Wipe exterior thoroughly.

Clean inside drain valve.

Check thermostat calibration.

## Weekly

Wash painted surfaces.

Wipe piping, valves, controls, and burners inside fryer.

## Monthly

Boil out.

Scour heat tubes with 3M Scotch Pads™.

## Yearly

Have gas company thoroughly check main burners and baffles. Stock spare parts.

# Screen Cart, Donut and Storage Racks

## Monthly

Steam clean.

# Soup Preparation Unit and Utensils

## Daily

Wash pots, double boilers, covers, and utensils after each use.

Clean and sanitize soup unit and clean cart thoroughly.

Clean and sanitize bread box.

Clean and sanitize can opener after each use.

# Ingredient and Sugar Bins/Mobile Topping Rack

## Daily

Clean exterior bin and stand.

## Weekly

Empty, thoroughly clean and sanitize.

## Monthly

Lubricate wheels and replace when necessary.

# Portion and Floor Scales

## Daily

Clean and sanitize portion scale.

Do not submerge in water.

Check calibration.

## Monthly

Floor scale – lubricate interior moving parts using SAE 30 oil.

Paint when required.

# Finishing Bench

## Daily

Clean thoroughly and sanitize after use.

# Oven

## Daily

Check calibration.

Wash exterior.

## Weekly

Clean interior thoroughly using a commercial oven cleaner.

# Sink

## Daily

Clean interior and exterior thoroughly. Use an abrasive pad for interior cleaning.

# Refrigerator/Freezer

## Daily

Clean thoroughly inside and out.

## Weekly

Defrost when needed.

## Monthly

Check door alignment and gaskets.

Clean condenser coils.

# Smallwares in the Kitchen

**Note: Clean all items with an all-purpose cleaner unless otherwise indicated.**
**SANITIZE all equipment that comes in contact with food after each cleaning. Then let equipment air dry thoroughly. Wiping it dry removes the sanitizer and can recontaminate the surface.**

# Miscellaneous donut production equipment

*(bowls, bowl truck, utensils, paddles, dough hook, honey dip rods, scrapers, fry handles, stick and screen blocks, aluminum sieve)*

## Daily

Clean thoroughly and sanitize immediately after use.

# Pastry bags

## Daily

Empty, clean thoroughly and sanitize immediately after use.

# Muffin and Sheet pans/ ice cream scoop/timer

## Daily

Clean thoroughly immediately after use.