C H A P T E R **1**

# Receiving and Storing Raw Materials

**Overview**..........................................................................................**1-2**

**Receiving Guidelines**.....................................................................**1-2**

**Storing Guidelines**.........................................................................**1-2**

**Time and Temperature Rules**......................................................**1-3**

    Donut Raw Materials ...............................................................1-3

    Croissants, Bagels, Rolls, and Sandwich Ingredients ................1-4

    Muffins, Cookies, Brownies, Coffee, and Beverages...................1-6



# Overview

Dunkin' Donuts raw materials arrive at our shops from several different distributors and manufacturers. This chapter highlights the receiving and storage procedures of all major raw materials used to produce and/or provide Dunkin' Donuts menu items.

These procedures must be followed to ensure that Dunkin' Donuts finished product quality standards are maintained. Follow these procedures to ensure customer satisfaction and prevent spoilage of raw materials.

# Receiving Guidelines

• To ensure speed and accuracy, make sure a trained person is scheduled to accept and inspect deliveries.

• Make sure cartons are not opened, damaged, or wet.

• Check dates/codes for minimum of 10 days shelf-life.

• Randomly select and test frozen and refrigerated items for proper temperatures.

• Reject spoiled or questionable foods at time of delivery.

• Contact your local distributor whenever you reject foods.

**Note: Check temperature by placing a calibrated thermometer into or around frozen product. Close box, wait 1-2 minutes.**

In the case of a satellite or retail only location Donut Products and Bakery Products will be delivered to the shop. The person designated as the receiver must have knowledge of end–product specifications. Careful attention at this point will go a long way towards ensuring quality products available for sale to the customer..

# Storing Guidelines

Below are the major considerations when storing raw materials:

## First In - First Out (FIFO)

First In – First Out Rotation simply means the process of using the oldest items first. To ensure that first in first out rotation is maintained, there are several steps to follow:

• Prior to delivery, remove old stock from shelves.

• Load new stock onto shelves.

• Reposition old stock so that it will be used first.

## Refrigerators

• Pay strict attention to refrigeration guidelines for each different type of food.

• Closely monitor temperatures.

• Temperature must be 35° to 40°F.

• Clean and defrost refrigerators on a regular schedule.

## Freezers

• Pay strict attention to freezer guidelines of each food type; all foods deteriorate after a certain time in the freezer.

• Closely monitor temperatures.

• Temperature must be −10° to 0°F.

• Clean and defrost freezers on a regular schedule.

## Dry Storage

• Store 6" off the floor.

• Store all mixes on inside walls to avoid extremes of temperature and humidity.

# Time and Temperature Rules

## Donut Raw Materials

| Product | Units per Case | Packaging | Package Size | Storage | Refrig. Temp. | Shelf Life Unopened | Shelf Life Opened |
|---|---|---|---|---|---|---|---|
| Cake/Choc Buttermilk Whole Wheat | 1 | Bag | 50 lbs | * | | **90 days | |
| French Cruller | 1 | Bag | 40 lbs | * | | **90 days | |
| Yeast Raised Mix | 1 | Bag | 50 lbs | * | | **90 days | |
| Yeast | 25 | Cube | 1 lb | Refrigerate | 35-40 | **3 weeks | |
| Shortening | 1 | Cube | 50 lbs | * | | **60 days | |
| Donut Filling | 8 | Pouches | 5 lbs | * | | *60 days | 2 weeks |
| RTU Icing | 1 | Pails | 10/22 lbs | * | | **6 mos | 10 days |
| RTU Glaze | 1 | Pails | 40 lbs | * | | *120 days | 10 days |
| Made Glaze | | | | | | **1 day | |
| RTU Buttercreme | 1 | Pails | 35 lbs | * | | **6 months | |
| Made Buttercreme | | | | * | | **3 days | |
| Butternut | 1 | Box | 30lbs | * | | **90 days | |
| Toasted Coconut | 1 | Box | 30lbs | * | | **90 days | |
| Coconut | 1 | Bag | 25lbs | * | | **90 days | |
| Cinnamon Sugar Donut Sugar Baker's Special | 1 | Bag | 25lbs | * | | **60 days | |

*6" off floor, 60°-90° F., cool dry area    **From Date of Manufacture

# Time and Temperature Rules

## Croissants, Bagels, Rolls and Sandwich Ingredients

| Product | Units per Case | Portion per Unit | Portion Size | Storage |
|---|---|---|---|---|
| Croissants | 120 pieces | 1 | 1 croissant | Freezer |
| Bagels | 96 pieces | 1 | 1 bagel | Freezer |
| Rolls | 48 pieces | 1 | 1 roll | Freezer |
| Roast Beef | 12 pouches | 5 | 3 slices | Freezer |
| Ham | 24 pouches | 12 | 2 slices | Freezer |
| Bacon | 300 slices | 1 | 2 slices | * |
| Sausage | 84 | 1 | 1 pattie | Freezer |
| Seafood Salad | 30 pouches | 4 | | |
| Chicken Salad | 20 pouches | 4 | 5.5 oz | Freezer |
| Tuna Salad | 20 pouches | 4 | cup | |
| Mayonnaise | 60 pieces | | | Shelf Stable **6 months |
| Eggs | Depends On Vendor | | 1 egg | Refrigerate |
| Broccoli & Cheese | 60 pieces | 1 | 1 tray | Freezer |
| Cheese/white | 3 lbs | 54 | 2 slices | Refrigerate |
| Cheese/Yellow | 5 lbs | 120 | 1 slice | Refrigerate |
| Cream Cheese | 6 tubs (3 lbs. ea.) | 24 | 2 oz | Refrigerate |
| Cream Cheese | 12 tubs (8 oz. ea.) | 4 | 2 oz | Refrigerate |
| Cream Cheese | 48 tubs (2 oz. ea.) | 1 | 2 oz | Refrigerate |
| Egg Wash | 1 box | 16/8 | 1 oz | Refrigerate |

| Freezer Temp(°F) | Frozen Shelf Life | Refrig temp. (°F) | Refrig Shelf Life Unopened | Portioned | Comments |
|---|---|---|---|---|---|
| −10 to 0 | 60 days | | | | White crystallized appearance = thawed & refrozen |
| −10 to 0 | **1 month | | | | Frozen hard to touch. No signs of thawing or sticking |
| −10 to 0 | 90 days | | | | Frozen hard to touch. No signs of thawing or sticking |
| −10 to 0 | **6 months | 35–40 | 3 days | 1 day | Should be brown in color– thawed product will have white crystallized appearance |
| −10 to 0 | **6 months | 35–40 | 5 days | 3 days | Appearance should be pink, not crystallized |
| Do not freeze | | 35–40 | **6 months | 7 days | Refuse if opened or if it has moldy, dry look, or if flavor is rancid |
| −10 to 0 | **6 months | 35–40 | 3 days | 3 days | Refuse if dark brown or it has ice crystals |
| −10 to 0 | **6 months | 35–40 / 35–40 / 35–40 | 2 days | two (2) | Frozen hard to touch. No sign of thawing or sticking |
| | | Do not refrigerate | | | No separation of oil and eggs or off–color or odor |
| −12–0 | | | **6 months | 3 days | Heavy ice crystals= thawed & refrozen |
| −10 to 0 | **6 months | 35–40 | 2 days | 2 days | Spoilage noted by off–color and odor |
| Do not freeze | | 35–40 | **5 months | 5 days | White mold. Do not freeze |
| Do not freeze | | 35–40 | **9 months | 5 days | White mold. Do not freeze |
| Do not freeze | | 35–40 | 90 days–plain, lite; 60 days–flavored | | Separates, Do not freeze |
| Do not freeze | | 35–40 | 90 days–plain, lite; 60 days–flavored | | Separates, Do not freeze |
| Do not freeze | | 35–40 | 90 days–plain, lite;60 days–flavored | | Separates, Do not freeze |
| | | 35–40 | **8 weeks | 3 days | Refuse if open or leaking |

*6" off floor, 60°–90° F., cool dry area          **From Date of Manufacture          *** Depends on pkg.

# Time and Temperature Rules

## Muffins, Cookies, Brownies, Coffee and Beverages

| Product | Packaging | Units per Pkg. | Unit Size | Storage |
|---|---|---|---|---|
| Basic Muffin | Bag | 1 | 50 lbs | * |
| Corn & Bran | Bag | 1 | 50 lbs | * |
| Oat bran | Bag | 1 | 50 lbs | * |
| Banana Puree | #10 cans | 6 | 7 lbs. 4 oz | * |
| Orange/Cherry | Plastic Jar | 1 | 6 lbs. 7 oz | |
| Banana Flavor | Plastic Jar | 1 | 6 lbs. 7 oz | * |
| Walnuts | Box | 1 | 30 lbs | * |
| Raisins | Box | 1 | 30 lbs | * |
| Pan Grease | Tubs | 6 | 9 lbs | * |
| Blueberries | Box | 1 | 30 lbs | Freezer |
| Cranberries | Box | 1 | 20 lbs | Freezer |
| Brownie Mix | Bag | 1 | 50 lbs | * |
| Froz. Brownies | Case | 3 trays | 1 brownie | Freezer |
| Sugar Cookie | Bag | 1 | 50 lbs | * |
| Frozen Cookies | Case | 240 | 1 cookie | Freezer |
| Coffee Beans | Case Foil/Plastic Bags | 6 | 5 lbs | * |
| Decaf Coffee Beans | Case, Foil Bags | 6 | 3 ¾ lbs | * |
| Cream | Carton | 12 | ½ gallon | Refrigerate |
| Milk | Carton | 50 | ½ pint | Refrigerate |
| Butter | 3 lbs | 54 | 2 slices | Refrigerate |
| Soup | 5 lbs | 120 | | Refrigerate |
| Orange, Apple Grapefruit Juice | 100 | 100 | 1 oz | Refrigerate |

| Freezer Temp(°F) | Frozen Shelf Life | Refrig temp.(°F) | Shelf Life | | Comments |
|---|---|---|---|---|---|
| | | | Unopened | Portioned | |
| | | | **90 days | | |
| | | | **60 days | | |
| | | | **90 days | | |
| | | 35-40 | **90 days | 7 days | Must refrigerate after opening |
| | | | **90 days | | |
| | | 35-40 | 8 months | 2 yr. refrig. | Will stay fresher refrigerated |
| | | 35-40 | **1 year | | Will stay plumper if refrigerated |
| | | | **6 months | | |
| −10 to 0 | **1 year | | **1 year | | Do not thaw and refreeze |
| −10 to 0 | **18 months | | **18 months | | Do not thaw and refreeze |
| −10 to 0 | **6 months | | | | |
| | | | **60 days | | |
| −10 to 0 | **70 days | | **70 days | | Refuse if delivery temp. above 10° |
| | | | Foil **45 days | | Excessive storage time will cause beans to lose flavor and aroma |
| | | | Plastic **20 days | | |
| | | | **6 months | | Same as above |
| | | 35-40 | Check expiration | | |
| | | 35-40 | Check expiration | | |
| −10 to 0 | | 35-40 | 5 months | | If warmer than 45 degrees, becomes slimy and sour tasting |
| −10 to 0 | **12 months | 35-40 | | | Julian Calendar |
| | | | 5 days refrigerated | | Thaw in refrigerator only |
| −10 to 0 | **12 months | 35-40 | 2 days in refrigerator | | Thaw in refrigerator only |
| | | | | | Shake well before serving |

*6" off floor, 60°-90° F., cool dry area         **From Date of Manufacture         *** Depends on pkg.

C H A P T E R **3**

# Service Procedures

**Overview** .................................................................................... **3-2**

**Customer Service** ...................................................................... **3-3**

**Serving Procedures** ................................................................. **3-6**

    Express Service ........................................................................ 3-12

    Counter Service ....................................................................... 3-13

    Drive-Thru Service .................................................................. 3-14

**Cash Handling Procedures** .................................................... **3-19**



# Section 1

# Overview

Every day, we, ourselves are customers. Whether we go to the supermarket, gas station, bank or out to dinner – we are customers.

As customers, we make daily decisions as to where we spend our money. Those decisions are often based on needs, convenience, value and service. The businesses that get our hard-earned dollars are the businesses that provide a quality product in a friendly, efficient environment.

Dunkin' Donuts and franchisees do a tremendous amount of advertising every year to attract customers to our shops. It is then the responsibility of each staff member to deliver the products and services promised in our advertising. If we are successful in keeping our promise, many of those customers will become repeat visitors to our shop.

According to one government study, 96% of unhappy customers never complain about poor service and 91% of these customers will never buy again from the businesses that offend them. Equally important, most dissatisfied customers will relate their negative experiences to as many as 20 other people.

Considering these staggering statistics – how many customers can we afford to upset? Certainly you'll agree the answer is "NONE".

By following the procedures in this chapter, you will ensure a high level of customer service.

<table>
</table>

**Section 2**

# Customer Service

## Think of the Customer as a Guest

You will deal with many different types of people every day. Whether young, old, happy, cranky, every person that comes into our shop is entitled to a fresh, pleasant smile and a cheerful attitude to greet them. Think of the people you serve as **guests**. They are more than just customers. Having a mind set of "customer first" will help you maintain a positive service attitude.

Customers appreciate hospitality.

Customers are made to feel welcome.

Customers are served, not waited on.

Customers are referred to by name.

In your position as a sales person, you must constantly evaluate the product and service you deliver through the customer's eyes. Think about how your customers want to be treated and treat them that way.

## The "Moment of Truth"

Every time you greet a guest, you are faced with the challenge of a "moment of truth". Service is delivered instantaneously. You do not have the opportunity to "fix" any mistakes before you deliver service. Every time a customer visits your shop, he/she makes judgments about the products and services he/she receives. It must be right the first time. These "moments of truth" occur hundreds of times each day when you come in contact with a customer. You have been selected to join the sales staff in your store because you have the qualities it takes to make these "moments of truth" enjoyable for your customers.

# Major Areas of Responsibility

Our goal is to make every customer feel appreciated, special and pleased with our service and product. To ensure our goal is met, each sales person must perform in the following major areas of responsibility:

1. Greeting a Customer

2. Technical Ability

3. Shop Image

4. Teamwork

Here's a brief explanation of each:

## Greeting The Customers

Always use a warm, friendly approach and have a genuine concern for our customers, so they will want to return...and soon! Always make eye contact with our customers when you greet them and speak to them. "Act Customer First!" – this means, in everything you do, think of our customer's satisfaction with our service and product.

We never deny a reasonable request from our customers. If we have the product, know-how and can fulfill the request without violating our standards, we will honor all requests. If you are unsure as to whether you can fulfill a customer's request, check with you manager.

We unconditionally guarantee our product and service – 100%. If the customer has a problem or complaint, we will gladly replace the product or refund their money.

Use "quality statements" when talking to our customers. Tell them about our delicious donuts, hot muffins or our world's finest coffee. Your knowledge of our products, hours of operation, and everything we do is crucial to your ability to answer our customer's questions about our shop. We want to let our customers know that everything we do is an effort to ensure they find their visit to our shop "worth the trip".

# Technical Ability

Our customers expect us to deliver high quality donuts, baked goods and beverages as well as service. Technical ability is the "nuts and bolts" aspect of our business and every customer expects our technical abilities to be strong. To accomplish this we must be certain that we sell only the highest quality product and that our customers are served quickly again and again. We must consistently meet all of our standards. You will be trained and given the tools to make this happen every time.

## Image

Image is "who and what" the customers see us to be. It is the feel and look of our shops – clean, bright and well merchandised – that communicates "what" we are. You are an integral part of "who" the customers see us to be. It is the appearance and personality of our staff. A clean, neat pressed uniform complete with a hat, name tag and a smile is the perfect way to merchandise "who" we are.

## Teamwork

Teamwork is crucial to our success. It is through teamwork that we assure all our customers prompt, efficient service in a clean, well-merchandised shop. No one could accomplish all that on their own. It takes a group of energetic, concerned staff members working together to create an atmosphere where all those steps can be accomplished with ease. To provide excellent customer service in all areas of the shop – takeout, drive-thru, and eat in, a team effort will help to accomplish this. The better you and your co-workers work together, the faster the customers will be served. With faster and more efficient service, customers will be happier and more likely to give repeat business to your shop.

Teamwork is what makes Dunkin' Donuts a fun and enjoyable place to work and it allows the shop to operate smoothly and efficiently. Teamwork begins with taking a positive and unsolicited approach to helping other staff members. Teamwork includes everyone in the shop...all the time!

We will refer to these major areas of responsibility throughout the remainder of this chapter. Your consistently strong job performance in each of these areas is extremely important to your success, the smooth operation of the shop and the satisfaction of the customers.

# Section 3

# Serving Procedures

Regardless of whether you're serving take–out, eat–in, counter or drive–thru customers, there are six basic procedures which must be performed with each customer. Failing to complete the entire sequence means that our customer has not experienced full service at Dunkin' Donuts. That should never be the case.

In every one of the following steps, be sincere. Speak to each customer as an individual, and not just the next person in line. This sincerity will go a long way in making each customer feel valued. Unfortunately, in the fast food industry, we may have trained our customers to ignore the standard spiel given to them by the salesperson.

Let's explain each procedure and then we will outline a flow for each service area at Dunkin' Donuts.

## Step 1

## Acknowledge

Customers like to be recognized. Because of this, we must recognize each customer no later than 20 seconds after they have arrived. Missing a customer makes them feel unappreciated and unwelcome. We never want our customers to have that feeling. We must be sensitive to "critical customer–neglect periods". These commonly occur either during very busy times or at slow times when you may be concentrating on clean–up.

Every time a customer walks into your shop, be sure to share a smile with them and acknowledge their presence immediately. You may not be able to serve them immediately, but they know you'll be with them soon and in turn. If you know the customer's name, use it. If you're serving another customer at the time, find an opportunity and simply say hello.

For example, you may be packaging a dozen donuts for a customer when "Bill" walks in the door. While you continue to package the donuts, you can quickly smile and say, "Good morning, Bill. We'll be with you in just a moment." The customer you are presently serving is not neglected and at the same time "Bill" feels welcomed and not overlooked.

## Step 2

## Inquire

Politely ask the customer what they would like. Do not approach the customers and say, "What do you want?" Remember, courtesy is the key in salesmanship. "Good morning, Bill, what can I get for you today?" will impact the customer much more positively.

Most of the time your customer will know exactly what it is that they want. If this is the case, you should quickly move onto the next procedure and fill the order. Sometimes, however, your customer may be unsure. In this situation, we have the opportunity to further serve our customers by helping them determine what their needs are. We can assist customers in this area by asking them some questions:

- Are you looking for something to take to the office?
- Will this be for children?

Using questions like these in a sincere manner will help you to become much more than just and order-taker; you will become a valuable asset to the business. The customer you are serving is now receiving personalized attention. They won't forget the extra assistance they received the next time they have an event to plan for.

## Step 3

## Suggestive Selling and Upselling

Being a sales person means taking advantage of the opportunity to sell. It is an expected part of your job. You have not done your job properly if you do not try to sell to each customer you serve. Selling requires you to be specific. Selling does not mean saying "anything else?" but rather, "Would you like a cup of coffee with your muffin?"

None of us likes to be pressured by strong-armed salespeople. Neither do we want your customers to feel pressured. We want customers to buy because they want to buy. However, we do have an obligation to inform our customers of the goods available.

As a consumer, we often experience situations in which sales people suggest an additional item or two that we might consider. We do not become upset or rude because the sales person suggested an item. Sometimes, we like the suggestion and make and additional purchase. Sometimes, we simply say, "No, thank you". In either situation, we expect it; your customers will be no different.

You will have opportunities to suggestive sell nearly every time you serve a customer. These opportunities include, but are not limited to these examples.

### Complement an item already ordered

Suggest a donut or bakery item with a beverage ordered

Suggest a beverage with a donut ordered

Suggest a cup of soup with a sandwich ordered

Suggest a box of munchkins to take home with an eat-in order

Suggestive selling works best when a specific product is suggested. For example, if a customer orders a coffee, you may want to suggest an old fashioned donut, or a blueberry muffin. To make this easier, try picking a specific product each shift and concentrate on selling it. Be careful this method really works.

### Upsell to a larger size

When a customer does not specify beverage size, ask "Will that be a large, sir?"

Express value pricing – "These nine donuts will cost you $3.49. A dozen is $3.69. Would you like to chose three more?"

A large Pepsi is 33% more than a medium for only $.20 more in price.

### Introduce a new product or premium

"Would you like to try our new English Muffins?"

"Our travel mugs are $1.99 filled with delicious Dunkin' Donuts coffee. Would you like one?"

### Promote a particular item

"Our Dunkin' Chunk Cookies are excellent. Would you like to treat yourself?"

"The Blueberry Muffins are still hot. Can I get one for you?"

"It's like an oven out today. Would you like a cold Pepsi?"

### Assist an indecisive customer

"Boston Kreme is my favorite. Perhaps, you'd like to try it?"

"Munchkins are always a safe bet with kids. Would you like a box?"

Discuss suggestive selling and upselling in detail with your manager. Ask him or her what specific opportunities you should target.



## Fill The Order

Once you know your customer's order, you will need to determine, if it is not obvious, whether their order is for take out or eat in. This is important as packaging may differ depending on where the product will be consumed. For example, packaging for a take-out sandwich would require a croissant box and a paper bag; packaging for a eat-in sandwich would require a paper plate.

Orders for eat-in customers are generally placed on a plastic serving tray. Be sure to use only clean trays that are lined with a clean tray mat. Donuts and baked goods are generally served using only a waxed tissue to place the product on the tray. Sandwiches and other items that are warmed in the microwave will be served on a plate. Hot and cold beverages, ordered for eat-in, are served in the appropriate paper cup with a lid.

Orders for take-out and drive-thru are filled in exactly the same manner. They require more extensive packaging. All donuts and baked goods are placed into a bag or box using a waxed tissue to handle the product. All beverages are served in the appropriate paper cup with a lid. When a customer orders more than one beverage, the cups will be placed in a bag or a cardboard carry-out tray.

Always be sure to pack utensils and condiments (napkins, straws, sugar packets, etc.) in the bag for drive-thru customers. Check with you manager to determine whether it is your responsibility to dispense these items to eat-in and take-out customers. Many shops stock these items on the counter so that customers can help themselves; some shops prefer to stock these items under the counter so the sales staff must dispense them.

There are two critical points to remember when filling an order:

1. Be sure it is correct.
2. Be sure it is properly packaged.

On page 3-10 you will find a packaging guideline chart for take-out and drive-thru orders.

**Step 5**

## Ring The Order

Once the order is filled, it must be carefully rung into the cash register. Your manager will train you on proper operation of the specific register in your shop. However, the general procedures that **must** be followed are universal:

1. Ring up each item using an assigned key or PLU code.
2. Subtotal the order.
3. Politely tell the customer the total of his/her order.
4. Collect the money from the customer.
5. State out loud the amount of money received.
6. Place the money on the register shelf.
7. Ring the amount into the register as "amount tendered."
8. Count back the change to the customer.
9. If requested, provide the customer with a cash register receipt.
10. Place the amount received in the cash drawer.

# Take-Out and Drive-Thru Packaging Guidelines

**Donuts**

1 - 3 Small wax bag
4 - 6 Medium wax bag
7 - 12 Donut box

**Munchkins**

20 count box
45 count box
60 count box

**Fancies**

1 Small wax bag
2 Medium wax bag
3-6 Donut box

**Cookies and Brownies**

1 - 6 Small wax bag
7 - 12 Medium wax bag

**Muffins**

1 - 3 Small wax bag
3 - 4 Medium wax bag
5 - 6 Donut box

**Croissants**

1 Small wax bag
2-3 Medium wax bag
4 Donut box

**Bagels and English Muffins**

1 - 3 Small wax bag
4 - 6 Medium wax bag

**French Rolls**

1 - 2 Small wax bag
3 - 4 Medium wax bag

**Beverages**

Single beverages are not bagged

Multiple beverages orders should be placed in carry-out trays

Do not stack cups



**Step 6**

# Thank The Customer

The customer's last impression of our shop is just as important as the first. It is also "moment of truth". We want our customers to come back. As they prepare to leave the store, be sure to smile, wish them a great day and invite them back to visit again.

### *The Centerfield Position*

Remember: **We Think Customer First!!!** Therefore, everyone must be aware of what is occurring at the counter.

Whenever a line of two or more customers forms at the register, you must immediately stop whatever you are doing and ensure that the customers are served quickly. Do not make the customer feel as though they are an interruption to what you are doing.

If there are several customers in line, it may be best to open another register. But often service can be best be provided by using a team approach we call "centerfielding". In baseball, the centerfield position is flexible to back up the right field or left field player; in our shops, centerfielding means being flexible to back up other team members who may be serving customers.

Here are some examples of centerfielding:

- Packaging donuts while another sales person is ringing up the sale and collecting payment.
- Working the sandwich prep area for all orders.
- Restocking busy service stations with supplies.

During busy periods, your manager may assign you to be the designated centerfielder. In this role, your primary function will be to assist your team mates who are operating the service stations. As they take orders from the customers, you can begin filling them immediately. With this type of teamwork, you will be amazed at how efficient the service will be in your shop.

# Express Service Procedures

Express Service refers to the concept of serving all customers at one service counter. These customers order their product at the service counter and either take it out or eat it the shop at the remote seating.

If your shop is the Express Service Configuration, follow the following procedures for every customer that walks through the door.

## 1. Acknowledge

Acknowledge the customer within 20 seconds after entering the shop.

## 2. Inquire

Ask the customer if they will be eating in or taking out. Inquire as to what the customer wants.

> If the order is for eating in, setup a serving tray and place all product on the tray.

> If they are taking the product out, package the product following the Dunkin' Donuts packaging guidelines.

## 3. Suggestive Sell or Upsell

Always take the opportunity to sell additional products or to sell larger portions of the same product.

## 4. Fill the Order

Gather all products in an fast, efficient and organized fashion.

## 5. Ring the Order

Properly ring all products into the register.

## 6. Thank the Customer

Thank the customer with a smile.

# Counter Service Procedures

Counter Service refers to the concept of serving customers at a sit down counter. These customers order, eat and pay for their product at the sit down counter.

If your shop has a sit down counter, follow the following procedures.

## 1. Acknowledge

Acknowledge the customer within 20 seconds after entering the shop.

## 2. Inquire

Prior to or as you are inquiring, setup the counter customer with a napkin. If your shop serves product in or on china, the setup should include a spoon.

## 3. Suggestive Sell or Upsell

Always take the opportunity to sell additional products or to sell larger portions of the same product.

## 4. Fill the Order

Gather all products in an fast, efficient and organized fashion and serve to the customer.

## 5. Ring the Order

Properly ring all products into the register **at the time the order is served.**

## 6. Thank the Customer

Give the customer the change and thank him or her with a smile.

# Drive-Thru Service Procedures

Drive-Thru service is becoming a very popular method of serving our customers. There are several different types of drive-thru configurations. Some drive-thrus have remote menus and intercom communication systems. In this configuration, cars pull up to a remote menu, place orders through an intercom and pick up the order at the drive-thru window. Other drive-thru types simply have a window where orders are placed and picked up at one time.

If your shop has a drive-thru window, follow the following procedures.

## 1. Acknowledge

Acknowledge the customer within 20 seconds after reaching the external menu board.

## 2. Inquire

Ask the customer what they would like. If the request is coming over the intercom, ring the request into the register. This will keep track of multiple orders.

## 3. Suggestive Sell or Upsell

Even at the drive-thru, always take the opportunity to sell additional products or to sell larger portions of the same product.

## 4. Fill the Order

Gather all products in an fast, efficient and organized fashion and serve to the customer.

## 5. Ring the Order or Recall the order from the Register

Properly ring all products into the register at the time the order is served. If the order has already been keyed into the register, recall the order and take the customer's money.

## 6. Thank the Customer

Give the customer the change and thank him or her with a smile.

# Customer Complaints

While our goal is to completely satisfy each and every customer, there may occasionally be something that does not please someone. Generally, complaints will center around product quality or service. We need to respond to their complaints immediately and make a diligent effort to recover the customer's loyalty to our business.

Use the following procedures to recover from complaints:

## Listen! Listen! Listen!

When a customer has a complaint, we must fully understand the nature of the problem before we can remedy it. Listen intently to what the customer has to say. Show a genuine interest in the customer's problem. Share in it with them.

## Apologize

State your concern for the customer's feelings. Whether you think they're right or wrong is not the issue. You have a customer that is not happy. If you handle the situation improperly, you may likely lose the customer as a repeat visitor. Tell the customer you're sorry they have had an unpleasant experience, but you are going to make things right.

## Recovery (Making it Right!)

Ask the customer what you can do to "make things right". Generally, upset customers do not want you to give the house away. They will make reasonable requests. Most of the time you will be able to "make it right" on your own. You cannot be too courteous in these situations. Be understanding and be sure to smile.

If the complaint is about product, offer to replace it. Replace the entire product purchase, even if part of it is gone. If the customer desires their money to be refunded, call your manager.

If the complaint is about service, do everything within you authority to make them satisfied. Most of the time, upset customers simply want someone to listen to them and respond. It is seldom difficult to remedy a service complaint. Of course, it is far easier to not let them happen in the first place.

If you feel the customer's request is beyond your scope of authority, ask them to wait a moment while you get you manager or supervisor. If the manager is not in the store, ask the customer to leave their name and telephone number so that the manager can contact them. Also offer the name of your manager and the telephone number of the shop so the customer may contact the manager themselves.

## Never Argue

No matter what happens, it is critical that you keep cool. Never, under any circumstance, should a sales person get into an argument with a customer. If you can't satisfy the customer's needs, call your manager. Customers, at times, may be rude and inconsiderate of your feelings; remain calm and conduct yourself like a professional.

## End on a Positive Note

Always end the conversation positively. Try saying something like...

"Thank you for bringing this problem to our attention. I'm glad we could make things right for you. Please come back and visit us again." or

"I'm sorry we couldn't totally satisfy your needs today. Come back again and give us another opportunity."

Remember, the last impression is critical.

## "It's Worth the Trip"

Certainly, we desire every customer leaving our shops to think "it's worth the trip". Many places sell donuts and coffee. Our customers chose to visit our shops of their own free will. We want them to feel as though they made the right choice – and we want them to make the same choice again and again and again.

# Dunkin' Donuts Customer Service Standards

## Customers Want To Return  Because:

- Team members use smiles, eye contact, and a sincere personal approach to greet customers.
- We think and act "Customer first!"
- We treat customers as individuals.
- We make customers feel appreciated.
- We gladly fulfill all special requests.
- We make ourselves available and accessible to serve.
- We use descriptive words in describing our products.
- We demonstrate strong technical knowledge about our products.
- We unconditionally guarantee our products and service.
- We thank our customers for visiting and invite them back.

# Dunkin' Donuts Teamwork Standards

## Goal:

To ensure that every customer receives service that meets or exceeds Dunkin' Donuts standards in the areas of greeting the customers, technical ability, shop image and team work through a positive, supportive and unsolicited approach to teamwork.

- Team members understand that teamwork begins with performing their own job responsibilities up to standard.
- Team members take an unsolicited approach to helping other team members.
- Team members and managers have a positive rapport.
- Team members know and use the names of other team members.
- Teamwork is acknowledged through the use of "please" and "thank-you".
- Team members are on time for work.
- Team members practice "clean as you go".
- Team members understand the importance of flexibility and availability.
- Team members make use of "free time" by helping other team members.
- Team members consistently perform centerfield duties.
- Team members care about each other.
- Team members have fun at work.



# Section 4

# Cash Handling Procedures

Handling cash and ringing up sales are important responsibilities. Accuracy is very important to ensure a profitable business and satisfied customers. Every employee who handles cash must understand and follow these procedures.

Ringing up sales – 8 simple steps

**1.** After filling an order, key items into register following the procedures in the register manual and shop policy. Most of the items people purchase have their own special key on the keyboard.

> **Example:**
>
> Customer orders a Dozen Donuts and an Orange Juice.
>
> Find the key labeled "Dozen Donuts" and then the key labeled "Orange Juice."
>
> Depress each key once.

**2.** Depress key labeled "Subtotal".

**3.** State the subtotal amount to the customer  and take their money.

**4.** State the amount of the subtotal again by saying it **" out loud."**

**5.** Key the amount received into the register and place the money on the sill.

**6.** Make the appropriate change and count it back to the customer.

**7.** Take the money received from the sill, place it into the register and close the drawer.

**8.** Print the customer's receipt upon request.

> For special types of sales, check your register manual or manager. These sales include:
>
> Coupons, Wholesale, Branded Products, Discounts (Employees,  Police, Senior Citizens), new products and special promotions.

# Making Change

Most cash registers can calculate the amount of change to be given back to the customer. However, every employee must learn this method in case the cash register cannot perform the calculation.

**Example:**

You ring the wrong "amount received" into the register.

Simple Change Calculation Method:

When giving the customer change, always count the money out loud, starting with the amount of the sale.

Example 1

You say:

| | |
|---|---|
| Amount of Sale | = $2.69 |
| Amount received | = $5.00 |
| $2.69 + .01 (1 penny) | = $2.70 |
| + .05 (1 nickel) | = $2.75 |
| + .25 (1 quarter) | = $3.00 |
| +2 (1.00) (2 dollars) | = $5.00 |

**$2.31  Total change given**

Example 2

You say:

| | |
|---|---|
| Amount of Sale | = $2.35 |
| Amount received | = $10.00 |
| $2.35+ .05 (1 nickel) | = $2.40 |
| + .10 (1 dime) | = $2.50 |
| + 2 (.25) (2 quarters) | = $3.00 |
| + 2 (1.00) (2 dollars) | = $5.00 |
| +2 (5.00) (5 dollars) | = $10.00 |

**$7.65  Total change given**

**Note: Always start with smallest coins, work up to larger coins, then dollar bills of increasing size.**

# Shortchange schemes

Flim-flam or shortchange artists are con people who have worked out schemes for cheating employees making change.

To avoid being tricked, follow these procedures:

- Always complete one transaction before beginning another.
- Count change back aloud and keep focused on the transaction. Adhere to store rules or policies about accepting large denomination currency.
- Make sure employees know to call the manager if he or she becomes confused during a transaction.
- If a customer seeks a change to be made from his or her change, complete the first transaction. Then start a second transaction, carefully counting what the customer gives before giving the customer any bills or coins as change.

Typical flim-flam artist schemes:

### Example

Mr. Y pays with a large denomination note, usually $20 or $50 for a small ticket price, such as a cup of coffee or a donut and receives change back.

He then "finds" a smaller bill inside his or her wallet and asks to pay again with the smaller bill instead.

The cashier returns the large bill, takes the new bill, and gives Mr. Y his change.

Mr Y. walks away with the change from the first bill, which he confused the cashier into forgetting, plus change from the second bill. His net theft can be over $40, depending on the denomination of the first bill.


### Example 2

Mrs. X buys something small and pays with a $20.

She receives change of $19 and loose change.

She now asks if the cashier would please exchange a $10 bill for a $5 and five $1's.

The cashier hands Mrs. X. a $10 bill, but discovers that Mrs. X gave her only four $1 dollar bills and a $5 bill.

The cashier asks for one more dollar, but Mrs. X acts upset or rude at this inconvenience and demands the original $20 bill back.

Mrs. X will hand over another $1 to make up the missing $1 for the $10.

The cashier ends up $10 short.

# Overrings

From time to time employees make errors ringing up sales in the register. If a sale is mis-rung , whether it was over or under the correct amount, it is called an **Overring**, because there is no cash in the register to match it. The sales register will be "short" that amount when the cash is reconciled.

In handling an overring,

- Do not adjust the overring in later sales.
- Save the incorrect receipt and write "OR" on it.
- Re–ring the correct amount, keep the receipt and write "C" on it.
- Turn the Audit Tape forward until there is a blank space beneath the amount incor-rectly entered.
- Circle the incorrect amount and mark "OR" with your initials beside it.
- Fill out pink Overring Slip.
- Have shift leader or manager sign it and put it in the cash drawer.

**See Example Below**

## Overring

| | |
|---|---|
| Incorrect Registration | $ 2.93 |
| Correct Amount of Sale | $ 2.40 |
| Employee's Sign. | _____ |
| Mgr. or Ass't Mgr. Sign. | |

_____

Date 03/09/XX       Reg. No. _____

---

### Green Castle Dunkin Donuts

| | |
|---|---|
| s#700647 | 000000 |
| RB/CHZ | 2.79 |
| Subttl | 2.79 |
| Tax | 0.14 |
| Total | 2.93 |
| Cash | 3.00 |
| Change | 0.07 |
| 0070 | |
| 03/09/XX | 11:17 |

---

### Green Castle Dunkin Donuts

| | |
|---|---|
| s#700647 | 000000 |
| Egg/Ham | 2.29 |
| Subttl | 2.29 |
| Tax | 0.11 |
| Total | 2.40 |
| Cash | 2.50 |
| Change | 0.10 |
| 0071 | |
| 03/09/XX | 11:47 |

# Counterfeit Currency

All employees who operate the cash register need to be able to recognize counterfeit currency. They may have been printed or photocopied. There are several differences between genuine and counterfeit bills.

Quality of paper. Genuine paper feels very strong and fibrous, and has visible red and blue fibers. Counterfeit bills are usually copied on parchment paper and put through a washing machine to look "aged".

Portraits and Illustrations. Each genuine bill has a portrait on the front and an illustration on the back. Genuine portraits are composed of tiny dots. Check the face and around the eyes, since genuine bills seem three-dimensional. Check that the portrait and illustration are correct for the denomination (see below). The Arabic numbers in the corners should match the spelled out version. A common trick is to paste a one–dollar bill with "20" in each corner. A distracted counterperson could easily mistake this for a twenty–dollar bill when making change.

## Monetary Portraits and Illustrations

| Denomination | Front | Back |
|:---:|:---:|:---:|
| $1 | George Washington | U.S. Seal |
| $5 | Abraham Lincoln | Lincoln Memorial |
| $10 | Alexander Hamilton | U.S. Treasury |
| $20 | Andrew Jackson | White House |
| $50 | Ulysses S. Grant | U.S. Capitol |

Treasury Seal. The denomination of the bill (ONE, FIVE, and so on) is superimposed on a green U.S. Treasury seal. The seal should be easily readable beneath the superimposition, and the points on the edge of the seal should be uniform, evenly spaced, and sharp.

Serial Numbers. The digits should be clear, evenly spaced, and green bordered. Engraved lines and repeating patterns will be sharp.

What to do. If you recognize a counterfeit bill while a customer is passing it, do not return it. Try to delay the customer while you call the manager and the police. Note the customer's description, vehicle type, license plate number, and companions if any. Handle the bill as little as possible, initial it, date it, and keep it secure until the police arrive.

# Checking For Counterfeit Money

| Real Paper | Serial Number | Portrait | Treasury Seal | Illustrations |
|---|---|---|---|---|
| Strong | Clear | Clear, tiny dots | Easy to read under printing | Sharp details |
| Cloth–like | Evenly spaced | Eyes and face life–like and sharp | Points even and sharp | Clear shading lines |
| Red and Blue threads | Green | | | |

C H A P T E R **4**

# Coffee

**Overview** ....................................................................................**4-2**

**Regular Coffee** .........................................................................**4-2**

   "Fresh Brewed Coffee" Brewing Procedure .................................................4-3

   Grinder Adjustments ....................................................................................4-4

   Brewer Adjustments .....................................................................................4-5

   Fresh Brewed Dunkin' Donuts Decaf Coffee ..............................................4-6

   Dunkin' Decaf Brewing Procedure ..............................................................4-7

   Particle Size Adjustment ..............................................................................4-8

   Water Volume Adjustment Procedure for Dunkin' Decaf ...........................4-9

   Water Temperature Adjustments ..............................................................4-10

   Cleaning .....................................................................................................4-10

   Troubleshooting Coffee .............................................................................4-11

**Cream** .........................................................................................**4-13**

**Coffee By the Pound** ..............................................................**4-16**

**Dunkin' Donuts Iced Coffee** ................................................**4-22**



**DUNKIN' DONUTS**®

# Overview

Dunkin' Donuts serves the world's finest coffees. Maintaining this leadership position is vital to your shop's sales and profits. This chapter describes how to prepare the world's finest coffees for every customer. It also details all formulas, equipment procedures, general maintenance, cleaning, and troubleshooting for coffee.

# Regular Coffee

Dunkin' Donuts Special Blend Coffee is a combination of the world's finest arabica beans to produce the best coffee available anywhere.

## Packaging and Storage

Coffee beans are packed in 5 lb. bags. Excessive temperatures and time in storage will cause the beans to lose flavor and aroma. Store Dunkin' Donuts coffee at least 6 inches off the floor in clean, dry areas, free from foreign odors and at moderate room temperatures.

## Shelf-life

The shelf-life of the coffee beans will vary depending on the type of packaging. In the clear plastic bag, the shelf-life is up to 20 days from the roasting date stamped on the bag. In the foil bag, the shelf-life is up to 45 days from the roasting date stamped on the bag.

## Grind

The proper grind profile (fineness or coarseness) should be determined by comparison to an ideal grind sample once a week. Keep the grind sample in a tightly-closed container. The weight of ground coffee (**3.25 oz.**) is equally important and should be checked at least once per shift.

## Brewing

The coffee machine is designed to be able to deliver 60 fluid ozs. of water at a temperature of 196° – 200°F. This water volume and this temperature are absolutely essential to produce quality coffee.

## Formula

3.25 oz. of ground coffee

60 fluid oz. water (196° – 200°F)

Yield = 54 fluid oz. of brewed coffee

## Equipment

| Grindmaster Automatic Coffee Grinder Model GCG-100 |
| --- |
| Bunn-O-Matic Coffee Brewer Model OL35/OT3S |
| Brew basket |

# "Fresh Brewed Coffee" Brewing Procedure

To make a proper pot of fresh-brewed coffee, follow these 8 steps exactly.



Place a single filter evenly into a clean brew basket.



Insert the brew basket into the grinder.



Press the start button on the grinder. The correct amount of coffee will be automatically dispensed.

**Do not pre-grind coffee.** Grind only as needed. This ensures consistently fresh aroma and taste.



Place the brew basket onto the brewer. Place a clean pot underneath.



Press the start switch only once. The correct amount of water (60 fl. oz.) dispenses automatically. Throw away grinds immediately after brewing to prevent coffee from becoming acidic. Rinse the brew basket after each pot of coffee brewed, and wipe down the spray head area.




**Always discard** after 18 minutes. Dunkin' Donuts coffee has a shelf-life of 18 minutes after brewing.

Coffee over 18 minutes old must be discarded.

By following these last 8 steps precisely, you will ensure that every customer will receive a cup of the world's finest coffee.

Coffee

# Grinder Adjustments

## Particle Size Adjustment

Take a ¼ oz. sample of actual grind from grinder and place in a pile on a coffee filter.

Take a ¼ oz. sample of the control grind and place in a pile next to actual sample.

Compare the two samples visually and by touch.

If there is a difference between the two samples, follow these steps:

Remove face plate from grinder.



Slightly loosen the retainer nut.

Turn the adjustment screw ¼ of a turn clockwise (right) for finer grind, counter–clockwise (left) for coarser grind.

Continue this step until new grind from grinder matches control grind.

# Weight Adjustment

To adjust the weight for most grinders, follow this procedure:

Weigh a single filter and reset the scale to zero.

Place a single filter evenly into the brew basket and grind the coffee.



Place the filter/coffee onto the scale.

**Proper grind weight for Fresh-Brewed Regular Coffee is 3¼ oz.**

If the grind weight is more or less, adjust the timing mechanism as follows:

To adjust the grind weight, turn the timing knob. Turn the timing knob clockwise to increase the grind weight. Turn it counter–clockwise to decrease the grind weight.

After making any adjustment, re-tighten the timing post or knob and recheck the weight following steps 1, 2, and 3.

**Check weight at least once per shift.**

# Brewer Adjustments

## Water Temperature Adjustments

Remove spray head.

Place a clean pot on center burner.

Press brew switch once.

Holding a thermometer by the dial, place the stem downward into the stream of water for 30 seconds to check temperature.

Water temperature must be 196° –200° F.

If adjustment to the temperature is necessary:

Remove front service panel.

The knob to regulate temperature is located on the left side.



Turn the knob clockwise (**right**) **to increase** water temperature. Turn the knob counter–clockwise (**left**) **to decrease** water temperature.

Wait 10–15 minutes for the heater to correct the temperature, then retest.

## Water Volume Adjustments

The water volume level is easily checked on any full pot of brewed coffee.

After brewing cycle is complete, the fluid level should reach the 54 fluid oz. indicator line on the coffee pot. If the brewed coffee level falls above or below this line, then adjustment is necessary.

Notify your manager to make any adjustment.

**Note: Be sure the grind weight and grind particle size are proper 3$^1$/$_4$ oz. Improper grind weight and/or size will affect the volume of water.**

# Fresh Brewed Dunkin' Donuts Decaf Coffee

The brewer-grinder combination for Dunkin' Decaf Coffee has the flexibility to brew 1/3 of a pot, 2/3 of a pot and a full pot. This allows you to brew less when you need less during off-peak hours of the day.

## General Information

Dunkin Decaf coffee is naturally decaffeinated by a patented process. The beans are soaked in a natural solvent, which removes caffeine and minimizes the loss of good coffee flavor. It also prevents off-flavors associated with chemical decaffeination process.

## Packaging and Storage

Dunkin' Decaf beans are packaged in 3¾ lb. flavor-guard pouches, which preserve the flavor and freshness. A special mechanism is installed in the pack, which allows the $CO_2$ present in the coffee bean to escape the package without letting any oxygen back in. This special package ensures fresh coffee even though inventory turns over more slowly than our regular coffee.

Excessive temperatures and time in storage will cause the beans to lose their flavor and aroma. Store Dunkin Decaf coffee at least 6 inches off the floor in clean, dry areas, free from foreign odors and at moderate room temperatures.

## Shelf Life

Decaffeinated coffee beans have a shelf life of **6 months.**

## Grind

The proper grind profile (fineness or coarseness) should be determined by comparison to an ideal grind sample once a week. (Same grind sample as fresh-brewed regular coffee.) Keep the grind sample in a tightly-closed container. The weight of ground decaffeinated coffee (**2¼ oz. full pot**) is equally important and should be checked **at least once each shift.**

## Brewing

The coffee machine is designed to preheat water to a temperature of 196° to 200° F. This water temperature is absolutely essential to produce a quality pot of coffee.

## Yield of Dunkin' Decaf Coffee:

Full pot yields 56 ounces

⅔ pot yields 38 ounces

⅓ pot yields 18 ounces

## Formulas

A full pot of Dunkin' Decaf coffee needs:

60 fluid oz. water

2¼ oz. ground coffee

Yield approximately 56 fluid ounces of finished coffee in approximately 6 minutes.

A **⅔ pot** of Dunkin' Decaf coffee needs:

40 fluid oz. water

1⅝ oz. ground coffee

Yield approximately 38 fluid ounces of finished coffee in approximately 3 minutes.

A **⅓ pot** of Dunkin' Decaf coffee needs

20 fluid oz. water

1⅛ oz. ground coffee

Yield approximately 18 fluid ounces of finished coffee in approximately 2½ minutes.

## Equipment

Bunn-O-Matic Decaf Automatic Coffee Grinder Model G-9 or G92 with interface

Bunn-O-Matic Coffee Brewer Model OT 35 DD with ⅓, ⅔, full pot brewing capability

Orange handle brew basket

Orange handle coffee pot

Connecting interface cable

# Dunkin' Decaf Brewing Procedure

To brew a proper pot of Dunkin' Decaf coffee, follow these steps exactly. These steps apply to any size/amount selected.



Make the brew size selection by pressing the proper indicator button on the front panel:

| Full pot red indicator light |
| --- |
| ⅔ pot yellow indicator light |
| ⅓ pot green indicator light. |

Place a single filter evenly into a **clean** orange-handled basket.

Insert the brew basket into the grinder.



Press the start button on the grinder. The correct amount of ground coffee will automatically be dispensed according to the brew size selected.

**Do not pre-grind coffee**. Grind coffee only as needed. This will ensure that the coffee's aroma and taste is consistently fresh.

Place the brew basket into the brewer.



Put a clean pot underneath. Make sure the pot is an orange decaffeinated coffee pot, to distinguish it from regular coffee.

Press the start switch only ONCE. The correct amount of water will be automatically dispensed.

Throw away the coffee grinds immediately after brewing to prevent acidic coffee. Rinse the brew basket after each pot of coffee is brewed and wipe down the spray head area.

**Always discard** after 18 minutes. Dunkin' Decaf coffee has a shelf-life of 18 minutes after brewing. Coffee over 18 minutes old must be discarded.

By following these steps exactly each time you make a pot of Dunkin' Donuts decaffeinated coffee, you will insure that every customer will receive a cup of the world's finest decaffeinated coffee.

Coffee

# Weight Adjustment for Dunkin' Decaf

Weigh a single filter and reset the scale to zero.

Place a single filter evenly into the brew basket.

Press the F (red) selector button and grind the coffee.



Place the filter/coffee onto the scale.

**Proper grind weight for Dunkin Decaf Coffee is 2¼ oz.**

If the grind weight is more or less, adjust the timing mechanism as follows:

Remove the lower face plate, located behind the spot where you place the brew basket when grinding coffee.



Turn the knob clockwise (right) to increase weight or counter-clockwise (left) to decrease the weight.

Grind and weigh a new sample. Repeat this process until you have the proper weight.

Replace face plate.

Check weight **at least once per shift.**

Remember that the ⅔ and ⅓ settings will adjust automatically but should be checked after any adjustment.

The ⅔ setting weighs 1⅝ oz.

The ⅓ setting weighs 1⅛ oz.

If either the ⅔ or ⅓ weight setting is within ¼– ⅛ oz., it is acceptable. If after setting the full pot weight, the ⅔ or ⅓ weights are incorrect (not within a ⅛ oz. tolerance) then contact your service representative.

# Particle Size Adjustment

Take a ¼ oz. sample of actual grind from grinder and place in a pile on a coffee filter.

Take a ¼ oz. sample of the same control grind used for regular coffee and place in a pile next to actual sample.

Compare the two samples visually and by touch.

If there is a difference between the two samples, follow these steps:



Remove face plate from grinder.

Slightly loosen the retainer nut.

Turn the adjustment screw ¼ of a turn clockwise (right), finer grind.

counter-clockwise (left), coarser grind.

Continue this step until new grind from grinder matches control grind.

# Water Volume Adjustment Procedure for Dunkin' Decaf

The water volume level is checked by running through the brewing cycle without coffee in the brew basket. Sixty fluid oz. of water will reach to the collar of the coffee pot.

The volume for a full pot of fresh brewed decaf coffee will be proper at 56 fluid oz., if the grind weight ($2\frac{1}{4}$ oz.) and grind particle size are proper.

Notify your Manager to make any adjustments to the coffee brewer.

# Water Temperature Adjustments

Remove spray head.

Place a clean pot on center burner.

Press brew switch once.

Holding a thermometer by the dial, place the stem downward into the stream of water for 30 seconds to check temperature.

Water temperature must be 196°-200°F.

If adjustment to the temperature is necessary:

Remove front service panel.

The knob to regulate temperature is located on the left side.

Turn the knob clockwise (right) to increase water temperature. Turn the knob counter-clockwise (left) to decrease water temperature.

Wait 10-15 minutes for the heater to correct the temperature, then repeat General Procedures steps 1 through 5.



# Cleaning

## Brew basket

Rinse after each brewing cycle.

Soak in bleach (or other cleaner) and thoroughly rinse once a week. To avoid scratching avoid any abrasive cleaners.

## Coffee Pots

Clean once each shift. Use 1 teaspoon of salt, 1 cup of ice, and a bowl brush.

Scrub pot to rid of coffee stains.

Rinse thoroughly with hot water.

Clean outside with any abrasive cleaner.

Wash and rinse.

## Grinders (all types)

### Daily

Wipe the exterior clean.

Clean off the bottom of grinder head with

a soft brush and wipe clean. (Make sure the machine is unplugged.)

### Weekly

Remove plastic face plate.

Throw out old beans.

Clean face plate with a soft cloth and a

mild detergent solution.

Rinse and dry.

Replace plastic face plate.

Refill with fresh beans.

# Troubleshooting Coffee

If you identify a symptom with your brewed coffee, this section will help you identify the possible problem and sup-
ply the remedy. This troubleshooting section applies to both Fresh–Brewed Dunkin' Donuts Regular Coffee and
Fresh–Brewed Dunkin' Decaf Coffee.

### Symptom: Weak Coffee

| Problem | Remedy |
|---|---|
| Water temperature too low | Should be 196° to 200°. Reset temperature control. |
| Grind too coarse for proper grind. | Compare to sample grind. Adjust grinder. |
| Coffee underweight | Fresh–Brewed regular should be 3$\frac{1}{4}$ oz. Reset weight. |
| Too much water | Should be 60 fluid oz. Decrease water amount. |
| Too many filters | Separate filters carefully. |
| Water condition | Check water type. Obtain corrective procedures from Quality Control Department. |
| Spray head clogged | Remove from coffee machine and clean. |
| Brew cycle incomplete | Complete water cycle for each pot. Do not change pots during brewing process. |

### Symptom: Strong Coffee

| Problem | Remedy |
|---|---|
| Water temperature too high | Should be 196° to 200°. Reset temperature control. |
| Grind too fine | Compare to sample grind. Adjust grinder for proper grind. |
| Coffee overweight | Fresh brewed regular should be 3$\frac{1}{4}$ oz. Reset weight. |
| Too little water | Should be 60 fluid oz. water. Reset water cycle. |
| Water condition | Check water type. Obtain corrective procedures from Quality Control Department. |
| Over 18 minutes old | Throw away old coffee. Do not combine coffee from one pot with another. |

**Symptom: Acid Flavored Coffee**

| Problem | Remedy |
|---|---|
| Improperly cleaned equipment | Clean after each coffee brew. |
| Sour coffee beans | Sour beans are inherent in manufacture. No control at store level. Contact Quality Control Department. |
| Old beans | Fresh–Brewed Regular should not be stored over **20 days for clear plastic bags, or 45 days in foil bags**. Check storage conditions for time and temperature.<br><br>Decaf should not be stored over **6 months**. Check storage conditions for time and temperature. |
| Over 18 minutes | Should not be made ahead of customer demand. |
| Slow water flow | Strainer or flow valve clogged. Do not advance timer beyond 3.2 minutes. Call coffee company to correct.<br><br>Too many filters; use single filter only. |

# Brewers (all types)

## Daily (every shift)

Wipe down all exterior parts as they become soiled.

Wipe down spray head area after each use.

Scour burners with nylon scouring pad.

## Daily

Remove spray head.

Insert spring (probe) into tank and air vent openings and push in and out.

Insert a brew basket.

Run a pot of water through.

Put spray head back on.

## Weekly

Check water temperature (196°–200° F) at spray head.

Check proper water flow (60 oz. without coffee).

Remove spray head and soak in solution of bleach and water for 10 minutes. Rinse thoroughly.

## Twice a Year

Replace water filters.

# Cream

Dunkin' Donuts standards require the use of 18% butterfat cream. Although cream and milk are not part of the actual brewing process, they are important ingredients in a quality cup of coffee. Using 18% butterfat cream provides a better flavor cup of Fresh-Brewed Regular or Dunkin' Decaf Coffee. To insure the quality of cream or milk, adhere to the following:

Weight : $\frac{1}{2}$ oz. Check at least once per shift.

Storage: 38° - 45°F. Maintain storage temperature and rotate stock daily.

**Note: Milks (whole, 2%, 1%, skim) or other coffee lighteners may be substituted at the customer's request. All other lighteners must be served from dedicated dispensers. Pouring lightener, including 18% cream, into coffee directly from the container is not approved.**

## Dispenser

There are currently two suppliers of cream dispensers approved for use by Dunkin Donuts. They are the Wyott and Server Products dispensers.



## Operation (Wyott)

The Wyott cream dispenser is supplied with two iceless coolers. Freeze the coolers for about four hours. Use the second cooler whenever the cream temperature rises above 45°F. Refreeze the first cooler.

Fill the dispenser with cream or milk.



Place one cooler on the top of the dispenser to keep the cream cool. Place cover on top of cooler.



Adjust the portion adjustment nuts for 1/2 oz. cream per lift of the handle.



To dispense cream, lift the handle and release it.

# Operation
## (Server Products Inc. Dispenser)



The Server Products Inc. cream dispenser is supplied with two iceless coolers. Freeze the coolers for about four hours. Use the second cooler whenever the cream temperature starts to rise above 45° F. Refreeze the first cooler.

To adjust the dispenser for 1/2 oz. of cream per pump:

Loosen the locking collar and pull the entire pump plunger assembly from pump body assembly.

Hold piston and stem assembly at the piston end and turn knob counter-clockwise until it can be removed. If necessary, raise spring and use a pair of pliers to grip the stem.



Remove locking collar from head tube.

Slip the desired number of gauging collars, up to three, on head tube; then place the locking collar on the head tube. Reassemble pump. Check the weight of cream dispensed.



Place ice cooler in base assembly.

Fill stainless steel jar of dispenser with cream, then place jar in base on top of ice pack.

To dispense cream, press down on pump and release.

# Cleaning
## (Server Products Inc. Dispenser)

Should be done at the end of each shift.

Disassemble the dispenser and wash all parts in detergent and water. Be sure the O rings are replaced in the grooves of the seal assembly so the dispenser does not leak.

Rinse well and place in sanitizing solution.

Allow parts to air dry before reassembly.

# Cream on the side

There are two approved methods of delivering cream on the side.

• Portion pack creamers
• Served in a small cup

**Cream on the side is the only approved use for portion pack creamers. The creamers are not intended to replace the standard procedure of adding cream with the cream dispenser.**

Small cups should be used for serving extra lighteners other than 18% cream

**Note: The Dunkin' Donuts standard for 18% cream has not changed. Half and Half and other dairy blends are specifically prohibited because they do not bring out the true flavor of Dunkin' Donuts premium blends of coffee.**

## Description of Different 18% cream products

### *Pasteurized 18% cream*

This type has a 7–10 day maximum shelf life when stored unopened at a maximum 38 degree constant temp. Once opened, cream must be used within 4 days but in no circumstances past the shelf life.

### *Ultra Pasteurized 18% cream*

This usually has a 30 day maximum shelf life when stored unopened at a maximum 38 degree constant temp. and unopened. Once opened cream must be used within 4 days but in no circumstances past the shelf life.

**Note: Shelf stable portion pack creamers are NOT approved for use. This type of cream leaves a strong chemical after taste.**

## Safe Handling Procedures- Key Points

It is important for the individual Franchisee to know that all 18% creams are not equal, whether they are pasteurized or ultra pasteurized. This is especially true in the portion packs. During the manufacturing process, every dairy uses different blends of creams and minor ingredients that can cause feathering of the cream in our premium blends of coffee. Please note that in addition, your local dairy may use different blends of cream for the fresh 1/2 gallon 18% cream and the portion packs. Many dairies actually purchase their portion packs from other dairy manufacturers. **It is imperative that each shop test a sample of the 18% portion pack cream at shop level to assure that they do not feather in the coffee before ordering into the shop**.

It is also very important that you always follow the Safe Handling Dairy Manufacturers Recommendations and Guidelines for the safe handling of 18% cream and all dairy products. In general all 18% cream must be shipped, received and stored at 38° F. It is suggested for proper code identification that the 18% portion pack cream be stored in the original container. The reason for storing the portion packs in their original container is to assure that you never mix up different codes of 18% cream portion packs. The individual creamer is usually not coded.

**The portion packs are to be served to customers upon request only. Never put 18% portion pack creamers out on the counter for self-service in an ice Bucket, etc.** There is no cold pack vehicle that is acceptable or approved for maintaining a constant temperature of 38° F. Not only is self-service unsanitary, it is also very expensive.

Check the quality of the portion pack cream during its shelf life storage at your shop. Only in this manner will you be assured that the quality of the cream is acceptable for your customers.

The 18% portion pack creams usually are delivered in 1/2 oz. portions, the same portion that is supposed to be set in your cream dispenser. (Please note that there are also 5/8 oz. portions on the market). Therefore the guidelines for handing out these portion packs is the same as your regular coffee. It is suggested that when a customer requests "cream on the side", follow the same guidelines for dispensing creams that you would for the cream dispenser.

For example:

| | |
|---|---|
| 6 oz. (extra small) | 1 portion pack per cup |
| 10 oz. (small) | 2 portions pack per cup |
| 14 oz. (medium) | 3 portions pack per cup |
| 20 oz. (large) | 4 portions pack per cup |

It is suggested that the portion packs, sugars and stir sticks, etc, be put in a separate bag.

For example:

If a customer asks for **6 medium coffees** with cream on the side, the order would be accompanied by **18 individual portion packs**.

# Coffee By The Pound

## Specifications

Dunkin' Donuts standard blend of coffee bean is to be used in preparing Coffee-by-the Pound. This coffee is to conform to all freshness and in-shop handling criteria specified for standard Dunkin' Donuts coffee beans.

## Packaging

Dunkin' Donuts Coffee-by-the Pound is offered in a 1 lb. package. Packages are foil lined and are of a design specified by Dunkin' Donuts. Dunkin' Decaf Coffee-by-the-Pound is also offered in a 1 lb. package. Use the same foil lined package but make sure to check off Decaf on the bag.

## Grinding

Dunkin' Donuts Coffee-by-the-Pound must be custom ground to each customers order. Never grind coffee beans before they are ordered and purchased by a customer. Different grind sizes are available for home coffee makers, including percolator, drip, automatic drip, and finer grinds.

> **Note: If requested by a retail customer (not for resale), coffee may be sold in bean form, unground.**

Weigh one pound of whole coffee beans using the special coffee-by-the-pound scale.



Pour the coffee beans into the top of the grinder.

Select the correct grind size according to the type of coffee maker the customer will be using.



Place coffee-by-the-pound bag under the spout and turn the machine on.

 

After grinding is completed, seal the bag and mark the appropriate box (regular or decaf).

## Equipment.

Bunn G-1T DD

# Fresh Brewed Dunkin' Donuts Iced Coffee

The Bunn-O-Matic IC-3 iced coffee brewer offers the ease of making 3½ gallons of consistently fresh iced coffee at one time.

Dunkin' Donuts serves the world's finest coffees. Maintaining the leadership position is vital to your shop's sales and profits. Dunkin' Donuts high volume iced coffee program will increase your coffee business by offering fresh iced coffee daily.

# General Information

Dunkin' Donuts Special Blend Coffee is a combination of the finest Arabica beans from Central and South America which are blended to produce the finest coffee available anywhere.

## Packaging and Storage

Regular coffee beans are packaged in 5 lb. bags; decaf coffee beans are packed in 3.75 lb. bags and dark roast coffee beans are packed in 4 lb. bags. Excessive temperatures and time in storage will cause the beans to lose their flavor and aroma. Store Dunkin' Donuts coffee at least 6 inches off the floor in clean, dry areas, free from foreign odors and at moderate room temperatures.

## Shelf Life

The shelf-life of Dunkin' Donuts coffee beans will vary depending on the type of packaging. In the clear plastic bag, the shelf-life is up to 20 days from the roasting date stamped on the bag. In the foil bag, the shelf-life is up to 45 days from the roast date stamped on the bag. Decaf and dark roast coffees shelf-life is up to 6 months from the roast date stamped on the bag.

## Grind

The proper grind (fineness or coarseness) should be determined by comparison to an ideal grind sample once a week. Keep the grind sample in a tightly-closed container. The grind weight of Dunkin' Donuts iced coffee is equally important and should be checked at least once per shift.

# Brewing

The iced coffee brewer is designed to deliver 240 ounces of water at a temperature of 196° - 200° F over the coffee grounds. One gallon (128 oz.) of tap water is also delivered from the dilution valve that bypasses the coffee grounds. One gallon (128 ounces) of ice **needs to be added** before brewing for proper dilution and cooling. This water temperature and volume is absolutely essential to produce a quality pot of iced coffee.

# Yield of Dunkin' Donuts Iced Coffee

Full dispenser yields 470 ounces (approximately 3½ gallons)

## Formulas -

One dispenser of Dunkin' Donuts iced coffee needs:

| 240 oz. hot water & 128 oz. tap water |
|---|
| 128 oz. ice |
| 26 oz. fresh ground coffee to yield approximately 3½ gallons of finished iced coffee in approximately 8½ minutes. |
| Equipment — Bunn-O-Matic Iced Coffee Brewer Model IC-3 |
| Bunn-O-Matic Iced Coffee Dispenser |
| Two quart Cambro plastic container |
| Bunn-O-Matic Automatic Coffee Grinder Model G-9 or G92-HD |
| Rubbermaid transportation vehicle (optional) |

**Note: The above items are the only approved pieces of equipment for making iced coffee with the high volume iced coffee brewer. Equipment not approved and which should not be used include Cambro, Rubbermaid or any other manufacturers' dispensers or any type plastic pails.**

# Dunkin' Donuts High Volume Iced Coffee Brewing Procedures

To brew proper Dunkin' Donuts iced coffee, follow these steps exactly.

**1.** You will have to schedule the night before to measure out 128 ounces of water into the one gallon containers and place into the freezer overnight. You will need to freeze one container of water for each batch of iced coffee you plan on making for the next day. Please note, if you do not have enough ice prepared in advance, cubed or crushed ice can be measured and used.

**2.** Take frozen container of ice out of the freezer and let sit while preparing to make iced coffee. This will allow the ice to start to melt and will make it easier to dispense from the plastic container.

**3.** Place a single urn filter evenly into a clean urn brew basket.

**4.** Insert the coffee scoop under the grinder.

**5.** Press the start button on the grinder.

The correct amount of ground coffee (3 1/4 oz.) will automatically be dispensed. So that you will not have to designate a grinder for iced coffee, press the grinder a total of 8 times to grind 26 ounces of coffee. You will have to stop and pour the coffee into the urn brew basket after at least 6 grinds so that the scoop does not overflow with ground coffee.

Do not pre-grind coffee. Grind coffee as needed. This will ensure that the coffee's fresh aroma and taste is consistent.

**6.** Place the urn brew basket into the brewer.

**7.** Put a clean iced coffee dispenser underneath.

**8.** Place ice into the iced coffee dispenser before brewing.

128 ounces of cubed ice or crushed ice is approximately two full 4 quart pitcher measurements.

**9.** Press the "start" switch only ONCE. The correct amount of both hot and tap water will be automatically dispensed.

**10.** Throw away the coffee grinds immediately after brewing being careful when removing the urn brew basket as it will weigh approximately 5 lbs. Rinse the urn brew basket after each dispenser of iced coffee brewed and wipe down the spray head area.

**11.** Being careful not to spill the iced coffee, lift dispenser from under the brewer and move onto the transport vehicle to move the dispenser either into the refrigerator or to where the iced coffee will be served. This will allow you to brew the next dispenser of iced coffee.

**12.** The iced coffee is ready to be served. The shelf-life of iced coffee after brewing is 8 hours. Never serve after 8 hours, as the iced coffee will begin to develop off flavors.

By following these steps exactly each time you make fresh brewed Dunkin' Donuts iced coffee, you will ensure that every customer will receive a cup of the world's finest iced coffee.

## Brewer Adjustments

The Bunn-O-Matic IC-3 iced coffee brewer will arrive pre-set from the factory.

If water temperature and volume adjustments are necessary, please notify your Bunn-O-Matic representative.

## Ice Requirements

### Yield per 3 1/2 gallon dispenser:

29 – 16 oz. cups and approximately
149 oz. cubed ice or 178 oz. crushed ice

22 – 21 oz. cups and approximately
147 oz. cubed ice or 190 oz. crushed ice

14 – 32 oz. cups and approximately
160 oz. cubed ice or 188 oz. crushed ice

## *Your ice requirements if you currently make:*

**50 gallons per day will be for 14 dispensers totaling:**

411 – 16 oz. cups and approximately 2089 oz. (131 lbs.) cubed ice or 2493 oz. (156 lbs.) crushed ice

313 – 21 oz. cups and approximately 2051 oz. (128 lbs.) cubed ice or 2659 oz. (166 lbs.) crushed ice

206 – 32 oz. cups and approximately 2238 oz. (140 lbs.) cubed ice or 2635 oz. (165 lbs.) crushed ice

**100 gallons per day will be for 28 dispensers totaling:**

823 – 16 oz. cups and approximately 4178 oz. (261 lbs.) cubed ice or 4986 oz. (312 lbs.) crushed ice

627 – 21 oz. cups and approximately 4101 oz. (256 lbs.) cubed ice or 5317 oz. (332 lbs.) crushed ice

411 – 32 oz. cups and approximately 4476 oz. (280 lbs.) cubed ice or 5269 oz. (329 lbs.) crushed ice

**150 gallons per day will be for 41 dispensers totaling:**

1204 – 16 oz. cups and approximately 6,118 oz. (382 lbs.) cubed ice or 7,300 oz. (456 lbs.) crushed ice

918 – 21 oz. cups and approximately 6,006 oz. (375 lbs.) cubed ice or 7,786 oz. (487 lbs.) crushed ice

602 – 32 oz. cups and approximately 6,554 oz. (410 lbs.) cubed ice or 7,716 oz. (482 lbs.) crushed ice

**Please note: If you are using cubed or crushed ice as part of the brewing procedures, an additional 128 oz. or 8 lbs. will be needed per dispenser.**

# Cleaning

## Brew basket

Rinse after each brewing cycle.

Soak in bleach (or other cleaner) and thoroughly rinse once a week.

To avoid scratching, do not use abrasive cleaners.

## Coffee dispensers

Clean and sanitize after each use. Since the iced coffee is held for 8 hours in the dispenser, it is imperative that the dispensers be cleaned and sanitized after each use so mold will not develop and cause off flavors to the iced coffee.

## Grinder (all types)

### *Daily:*

Wipe the exterior clean.

Clean off the bottom of grinder head with a soft brush and wipe clean. (Make sure the machine is unplugged.)

### *Weekly:*

Remove plastic face plate.

Throw out old beans.

Clean face plate with a soft cloth and a mild detergent solution.

Rinse and dry.

Replace plastic face plate.

Refill with fresh beans.

## Brewer

### *Every shift:*

Wipe down all exterior parts as they become soiled.

Wipe down spray head area after each use.

### *Daily:*

Remove spray head.

Insert spring (probe) into tank and air vent openings and push in and out.

Put spray head on. Insert a brew basket.

Run a dispenser of water through spray head before making iced coffee.

Replace spray head.

### Weekly:

Check water temperature 196° – 200°F. at spray head.

Check proper water flow (368 oz. without coffee or ice).

Remove spray head and soak in solution of bleach and water for 10 minutes. Rinse thoroughly.

### Twice a Year:

Replace water filters.

# Fresh Brewed Dunkin' Donuts Iced Coffee

# By The Pot Procedures

Dunkin' Donuts serves the world's finest coffees. Maintaining the leadership position is vital to your shop's sales and profits. Dunkin' Donuts iced coffee program will increase your coffee business by offering fresh iced coffee daily.

# General Information

Dunkin' Donuts Special Blend Coffee is a combination of the finest Arabica beans from Central and South America which are blended to produce the finest coffee available anywhere.

## Packaging and Storage

Regular coffee beans are packaged in 5 lb. bags; decaf coffee beans are packaged in 3.75 lb. bags and dark roast coffee beans are packaged in 4 lb. bags. Excessive temperatures and time in storage will cause the beans to lose their flavor and aroma. Store Dunkin' Donuts coffee at least 6 inches off the floor in clean, dry areas, free from foreign odors and at moderate room temperatures.

## Shelf Life

The shelf-life of Dunkin' Donuts regular coffee beans will vary depending on the type of packaging. In the clear plastic bag, the shelf-life is up to 20 days from the roasting date stamped on the bag. In the foil bag, the shelf-life is up to 45 days from the roast date stamped on the bag. Decaf and dark roast coffees' shelf-life is up to 6 months from the roast date stamped on the bag.

## Grind

The proper grind (fineness or coarseness) should be determined by comparison to an ideal grind sample once a week. Keep the grind sample in a tightly–closed container. The grind weight of Dunkin' Donuts iced coffee is equally important and should be checked at least once per shift.

## Brewing

The coffee brewer is designed to deliver 60 ounces of water at a temperature of ?? F over the coffee grounds. One quart (32 ounces ) of ice needs to be added to the iced coffee container before brewing for proper dilution and cooling. This water temperature and volume is absolutely essential to produce a quality pot of iced coffee.

# Yield of Dunkin' Donuts Iced Coffee

One pot will yield 80 ounces

## Formulas

| |
|---|
| 60 oz. hot water |
| 32 oz. ice |
| 6 1/2 oz. fresh ground coffee to yield approximately 80 ounces of finished iced coffee. |

## Equipment

| |
|---|
| Bunn–O–Matic coffee brewer model OL35 or OT3S or equivalent |
| Bunn–O–Matic Automatic Coffee Grinder Model G–9 or G92-HD or Grindmaster Automatic coffee grinder model GCG – 100 or equivalent |
| Four quart aluminum measure |
| Intedge #1554 |
| Bunn–O–Matic Iced Coffee Dispenser (optional) |
| Two quart Cambro plastic container (optional) |

**Note: The above items are the only approved pieces of equipment for making iced coffee by the pot. Equipment not approved and which should not be used include Cambro, Rubbermaid or any other manufacturers dispensers or any type plastic pails.**

# Dunkin' Donuts Iced Coffee Brewing Procedures

To brew proper Dunkin' Donuts iced coffee, follow these steps exactly.

1. You will have to schedule the night before if you are using the Cambro two quart containers to measure out water into the containers to be placed into the freezer overnight. You will need to freeze one quart of water in each container for each batch of iced coffee you plan on making for the next day. If two batches will be made at the same time, then two quarts of water can be frozen for use. Please note, if you do not have enough ice prepared in advance or choose not to use the Cambro containers, cubed or crushed ice can be measured and used.

2. Take frozen container of ice out of the freezer and let sit while preparing to make iced coffee. This will allow the ice to start to melt and will make it easier to dispense from the plastic container.

3. Place a single coffee filter evenly into a clean brew basket.

4. Insert the brew basket with filter under the grinder.

5. Press the start button on the grinder.

   The correct amount of ground coffee (3 1/4 oz.) will automatically be dispensed. Press the grinder once again to brew with 6 1/2 oz. coffee.

   Do not pre-grind coffee. Grind coffee as needed. This will ensure that the coffee's fresh aroma and taste is consistent.

6. Brew in standard manner.

7. Place ice into cleaned and sanitized 4 quart container (or optional iced coffee dispenser) before brewing.

   32 ounces of cubed ice or crushed ice is approximately one half of a 4 quart pitcher measurement.

8. Throw away the coffee grinds immediately after brewing. Rinse the brew basket after each pot of iced coffee brewed and wipe down the spray head area.

9. Pour the hot coffee concentrate over the container with ice. If using the frozen block of ice it will take approximately 10 minutes to melt before serving.

10. The iced coffee is ready to be served. The shelf-life of iced coffee after brewing is 8 hours. Never serve after 8 hours, as the iced coffee will begin to develop off flavors.

By following these steps exactly each time you make fresh brewed Dunkin' Donuts iced coffee, you will ensure that every customer will receive a cup of the world's finest iced coffee.

## Formulas

One dispenser will hold up to 6 by the pot brews of iced coffee.

Ice requirements and yields are below :

### *One pot*

1 quart ice

Yields approximately 80 ounces of finished iced coffee.

### *Two pots*

2 quarts ice

Yields approximately 160 ounces

(1 1/4 gallons) of finished iced coffee.

### *Four pots*

4 quarts ice

Yields approximately 320 ounces

(2 1/2 gallons) of finished iced coffee.

### *Six pots*

6 quarts ice

Yields approximately 480 ounces

(3 3/4 gallons) of finished iced coffee.

# Ice Requirements

## Yield per pot:

10 - 16 oz. cups and approximately
50 oz. cubed ice or 62 oz. crushed ice

or–

6 - 21 oz. cups and approximately
40 oz. cubed ice or 52 oz. crushed ice

or–

4 - 32 oz. cups and approximately
46 oz. cubed ice or 54 oz. crushed ice

## Yield per full dispenser:

48 - 16 oz. cups and approximately
240 oz. cubed ice or 295 oz. crushed ice

or–

40 - 21 oz. cups and approximately
267 oz. cubed ice or 345 oz. crushed ice

or–

24 - 32 oz. cups and approximately
274 oz. cubed ice or 322 oz. crushed ice

**Note: If you are using cubed or crushed ice as part of the brewing procedures, an additional 32 oz. or 2 lbs. will be needed per pot or an additional 192 oz. or 12 lbs. will be needed per dispenser.**

# Cleaning

## Brew basket

Rinse after each brewing cycle.

Soak in bleach (or other cleaner) and thoroughly rinse once a week.

To avoid scratching, do not use abrasive cleaners.

## Coffee pots or dispensers

Clean and sanitize after each use. Since the iced coffee can be held for 8 hours in the pot or dispenser, it is imperative that they be cleaned and sanitized after each use so mold will not develop and cause off flavors to the iced coffee.

# Grinder (all types)

## Daily:

Wipe the exterior clean.

Clean off the bottom of grinder head with a soft brush and wipe clean. (Make sure the machine is unplugged.)

## Weekly:

Remove plastic face plate.

Throw out old beans.

Clean face plate with a soft cloth and a mild detergent solution.

Rinse and dry.

Replace plastic face plate.

Refill with fresh beans.

# Brewer

Every shift:

Wipe down all exterior parts as they become soiled.

Wipe down spray head area after each use.

## Daily:

Remove spray head.

Insert spring (probe) into tank and air vent openings and push in and out.

Put spray head on. Insert a brew basket.

Run a pot of water through spray head before making iced coffee.

Replace spray head.

## Weekly:

Check water temperature 196° - 200°F at spray head.

Check proper water flow (60 oz. without coffee or ice).

Remove spray head and soak in solution of bleach and water for 10 minutes. Rinse thoroughly.

## Twice a Year:

Replace water filters.

C H A P T E R **6**

# Heating and Serving Bakery Products

**Overview** .................................................................................................................**6-2**

**Equipment** ...........................................................................................................**6-2**

    Microwave.................................................................................................................6-2

    Holman® Rotary Toaster .......................................................................................6-2

    Holman® Oven........................................................................................................6-4

    Wells® Pop-up Toaster...........................................................................................6-5

**Quick Reference**.............................................................................................**6-6**



# Overview

This chapter details the methods used to heat and serve bakery products.

# Equipment

**Standard equipment used for heating bakery products:**

- the Holman® Rotary Toaster model T-710H (120 or 208 volts)
- the Holman® Oven
- the Wells® Pop Up Toaster
- the Sharp® R23BT 1400 Watt microwave oven
- the Sharp® R23ET 1400 Watt microwave oven
- the Sharp® R23FT 1400 Watt microwave oven

**The types of bakery products that may be heated are:**

- Muffins
- Croissants
- Bagels
- French Rolls
- English Muffins

# Microwave Ovens

The **only** bakery product heated in a microwave oven is a muffin.

Place the muffin on a plate.

Place the plate and muffin with a refrigerated butter pat in the microwave.

Select the button or number pad designated for muffins.

Serve to customer with a knife.

# Holman® Rotary Toaster model T-710H (120 or 208 volts)



## Operation

### *Pre-heating*

Turn to Full Power setting.

Set top and bottom heat dials to **High.**

Allow 5 – 10 minutes pre-heating for 120 volt model.

3 – 5 minutes pre-heating for 208 volt model.

### *Off-Peak Operation (used to conserve heat and energy)*

Turn power control to Standby Power Saver.

When ready to use, switch to Full Power.

Allow 2 minutes pre-heating for 120 volt model.

30 seconds pre-heating for 208 volt model.

### Heating croissants

Place sliced plain croissant halves, face down, on conveyor belt. When heating chocolate or almond croissants, **do not slice**, place on conveyor belt whole.



On 120 volt model – keep heat dials on Hi. Set conveyor belt speed to 100.

On 208 volt model – turn heat dials to 4. Set conveyor belt speed to 100.

**Note: Do not attempt to toast croissants. Use the rotary toaster only to warm croissants.**

Place croissant on plate.

Serve with pat of butter and knife.

### Toasting Bagels

Place sliced bagel halves, face down, on conveyor belt.



Set conveyor belt speed to 30 for a darker toast, 40 for a lighter toast.

Bagels will toast to golden brown in about 75 seconds with the 120 volt model or 45 seconds using

the 208 volt model

Serve on a plate with choice of butter, jelly, or cream cheese and a knife.

### Crisping French Rolls

Place sliced french roll halves, face down, on conveyor belt.



Set conveyor belt speed to 70.

French rolls will crisp in about 40 seconds with the 120 volt model or 30 seconds using the 208 volt model.

Serve on a plate with butter pat and knife.

### Toasting English Muffins

**Note: English Muffins must always be toasted before serving to the customer.**

Place sliced English muffin halves, face down, on conveyor belt.



Set conveyor belt speed to 30 for a darker toast, 40 for a lighter toast.

English muffins will toast in about 75 seconds with

the 120 volt model or 45 seconds using the 208 volt model.

Serve on a plate with choice of butter and/or jelly and a knife.

# Holman® Oven



## Operation

### Pre-heating

Turn on/off switch to the **ON** position.

Set timer to 3 minutes. (This warms the metal surfaces in the oven.)

When timer signals the oven automatically returns to 1/4 power and is now ready for use.

**Note: The Holman® oven will only warm baked products, it will not toast them.**

### Warming croissants for sandwiches

Place sliced plain croissant halves, sliced face down, into the oven.

Set timer to 60 seconds.

Remove croissant when timer signals and assemble sandwich.

Serve sandwich on plate with requested condiments, a knife and a fork.

### Warming croissants as baked goods

Place unsliced croissant into the oven.

Set timer to 90 seconds.

Remove croissant when timer signals.

Serve croissant on a plate. (When serving plain croissants, offer the customer a pat of butter and a knife.)

### Warming bagels

Place sliced bagel halves, face down, into the oven.



Set timer to 60 seconds.

Remove bagel when timer signals.

Serve bagel on a plate, sliced faces up, with Kraft® cream cheese, or butter and/or jelly, and a knife.

### Warming French rolls

Place sliced French roll, sliced face down, into the oven.



Set timer to 60 seconds.

Remove French roll when timer signals.

Serve French roll on a plate, face up, with a pat of butter and a knife.

# Wells® Pop Up Toaster



## Operation

### Toasting bagels

Placed sliced bagel in toaster.



Set toasting dial to customer's preferred toasting selection (i.e. light to dark).

Remove bagel when it pops up.

Serve on a plate, sliced faces up, with choice of butter and/or jelly and a knife.

### Toasting English muffins

Place sliced English muffin in toaster.



Set toasting dial to customer's preferred toasting selection (i.e. light to dark).

Remove English muffin when it pops up.

Serve on a plate, sliced faces up, with choice of butter and/or jelly and a knife.

Due to the rapid cooling of all baked goods once they have been re-heated, warming these items for take out is not recommended. However, customer preference will always dictate whether or not any baked product is warmed. The one exception to this rule is English muffins. English muffins must always be toasted before being served to the customer.

Heating and Serving Bakery Products

Case 1:06-cv-01831-RBW    Document 3-9    Filed 10/25/2006    Page 64 of 94

# Quick Reference

Muffins may be warmed in the microwave oven.

Muffins are the only baked product that can be warmed using the microwave oven.

Croissants may be warmed in the Holman® Rotary toaster, or the Holman® Oven.

Bagels may be warmed in the the Holman® Oven.

Bagels may be toasted in the Holman® Rotary Toaster or the Wells® Pop Up Toaster.French rolls may be warmed in the Holman® Rotary toaster, or the Holman® Oven.

English muffins must be toasted in the Holman® Rotary toaster, or the Wells® Pop Up Toaster.

French rolls may be warmed in the Holman® Rotary toaster, or the Holman® Oven.

6-6  Customer Service Manual

CHAPTER **7**

# Making and Serving Sandwiches

**Overview** ............................................................................. 7-2

**Cutting Croissants, Bagels and Rolls for Sandwiches** .............. 7-2

**Meat and Cheese Sandwiches** ............................................. 7-2

**Egg Sandwiches** ................................................................. 7-3

**Salad Sandwiches** .............................................................. 7-5

**Broccoli and Cheese Vegetarian Sandwiches** ....................... 7-6

**Packaging Take Out Sandwiches** ......................................... 7-7

**Food Container Planagram** .................................................. 7-8

**Heating Times and Adjustments** ......................................... 7-9

**Quick Reference** ................................................................ 7-11



# Overview

The Dunkin' Donuts sandwich program consists of sev-
eral different sandwiches. The types of sandwiches
range from those considered "breakfast" varieties to
those considered "lunch/dinner" varieties. It is impor-
tant to note however, that all varieties of sandwiches
should be available for sale at all times of the business
day. The standard varieties of Dunkin' donuts sand-
wiches include:

## Breakfast Sandwiches

Egg & cheese

Ham, egg & cheese

Bacon, egg & cheese

Sausage, egg & cheese

## Lunch and Dinner Sandwiches

Ham & cheese

Roast Beef & cheese

Tuna salad

Chicken salad

Broccoli & cheese

All of the sandwich varieties may be offered on a crois-
sant, bagel, French roll, or English muffin.

This chapter details the processes for making and
serving Dunkin' Donuts sandwiches.

# Cutting Croissants, Bagels and Rolls for Sandwiches



Place croissant, bagel or roll into cutting guide
and cut in half.

Place in oven, face down.

Set timer. (See Chapter 6 for times.)

Remove sandwich fillings from plastic food container
in back bar refrigerator.

Return container to refrigerator immediately.

# Meat and Cheese Sandwiches

Follow steps above.

Remove portion plates with meat and cheese
from refrigerator.

**Note: Use 3 portions (6 slices of ham) for ham
& cheese sandwich.**



Turn cheese portion plate over onto meat portion
plate so cheese is on meat.



Use cheese plate as a lid.

Place in microwave and press proper button.

When timer sounds remove croissant from finishing oven.



Serve on plate with condiment of customer's choice: mustard, mayonnaise or horseradish.

# Egg Sandwiches

## 4 Types Of Egg Sandwiches

Bacon, Egg and Cheese

Sausage, Egg and Cheese

Ham, Egg and Cheese

Egg and Cheese

Follow steps for slicing and heating croissants.



Set bottom half of on plate.

Take portion plates from microwave. Discard top plate.

Use plate to put meat and cheese onto the bread.

**Note: Do not touch fillers with hands.**

Remove egg and filler from refrigerator.



Use tongs or tissue to put top onto sandwich



Lightly spray disposable bowl with butter flavor liquid cooking oil.



Cover egg.



Crack egg on clean china or steel bowl



Place egg in microwave #1.
Press appropriate button.



Drop egg into disposable bowl.



Put meat in microwave #2..
Press appropriate button..
Remove cheese from refrigerator.
When egg is cooked remove from microwave.

 

Use cheese plate to put cheese on egg. Replace cover and heat from egg will melt cheese.

Remove meat from microwave #2.

Prepare box for take out or plate for counter service.

Place bottom half of carrier on plate or in box.



Place egg or egg and cheese on bottom half of carrier.



Put meat on top of egg and cheese.

Put top half of carrier on sandwich.



Provide napkin, salt and pepper.

Serve to customer.

# Salad Sandwiches



Remove one portion salad from back bar refrigerator.

Prepare sandwich carrier.

Remove lid from sandwich cup.



Spread salad evenly on bottom half of carrier.

**Note: Always use a clean stainless steel or plastic fork for every salad sandwich.**

Throw away portion cup.

Put top half on sandwich.



Serve in box for take out or on plate for counter.

# Broccoli and Cheese Vegetarian Sandwiches



Take thawed broccoli and cheese portion from refrigerator.

Place portion into microwave.

Press appropriate button.

When timer rings, remove portion from microwave.



Use clean fork to spread portion on bottom half of carrier.

**Note: Always use clean fork for each sandwich.**



Throw away portion cup.

Put top on sandwich and serve.

# Packaging Take Out Sandwiches



Fold down locking edge in front of box.



Line box with wax tissue.



Handle sandwich with wax tissue and put in correct box.



Use a wax tissue to place the sandwich in the box with the condiment.



Close box and lock tab.



For croissant sandwich use large donut bag and napkin.

# Plastic Food Container Planagram for Lunch & Breakfast Sandwiches

# Planagram for Delfield Refrigerator









# Heating Times and Adjustments

## 1400 Watt Nine Button Microwave
## Heating Times For Sandwich Varieties

| Program Times | Program | Button |
|---|---|---|
| 1 Egg (Disposable Bowl) | 22 seconds | 1 |
| 2 Eggs (Disposable Bowl) | 44 seconds | 2 |
| 1 Cheese (Add after egg is cooked) | 3 seconds | 3 |
| 1 Meat Breakfast | 15 seconds | 4 |
| 2 Meat Breakfast 1 Vegetarian | 30 seconds | 5 |
| 1 Lunch Meats | 20 seconds | 6 |
| 2 Lunch Meats | 40 seconds | 7 |
| 1 Muffin or Coffee Roll/2 Cheese | 7 seconds | 8 |
| 2 Muffins/or 2 Coffee Rolls | 14 seconds | 9 |

Buttons #6 or #7 are set to cook both meat and meat/cheese items. The time settings remain the same for both.

# Heating Times and Adjustments

## Sharp R23BT, 1400 Watt, Ten Button Microwave Oven
## Heating Times for Sandwich Varieties

| Program Times | Program | Button |
|---|---|---|
| 1 Egg (Disposable Bowl) | 22 seconds | 1 |
| 2 Eggs (Disposable Bowl) | 44 seconds | 2 |
| 1 Cheese (Add after egg is cooked) | 3 seconds | 3 |
| 1 Meat Breakfast | 15 seconds | 4 |
| 2 Meat Breakfast 1 Vegetarian | 30 seconds | 5 |
| 2 Vegetarian | 58 seconds | 6 |
| 1 Lunch Meats | 20 seconds | 7 |
| 2 Lunch Meats | 40 seconds | 8 |
| 1 Muffin or Coffee Roll/2 Cheese | 7 seconds | 9 |
| 2 Muffins/or 2 Coffee Rolls | 14 seconds | 0 |

Buttons #7 or #8 are set to cook both meat and meat/cheese items. The time settings remain the same for both.

# Heating Times and Adjustments

## Sharp R23ET, 1400 Watt, Ten Button Microwave Oven
## Heating Times for Sandwich Varieties

| Program Times | Program | Button |
|---|---|---|
| 1 Egg (Disposable Bowl) | 22 seconds | 1 |
| *2 Eggs (Disposable Bowl) | 39 seconds (use double button) | 2 |
| 1 Cheese (Add after egg is cooked) | 3 seconds | 3 |
| *2 Cheese | 5 seconds (use double button) | 2 |
| 1 Meat Breakfast | 15 seconds | 3 |
| *2 Meat Breakfast | 27 seconds (use double button) | 3 |
| 1 Vegetarian | 30 seconds | 4 |
| *2 Vegetarian | 54 seconds (use double button) | 6 |
| 1 Lunch Meats | 20 seconds | 7 |
| *2 Lunch Meats | 36 seconds (use double button) | 8 |
| 1 Muffin or Coffee Roll/2 Cheese | 7 seconds | 9 |
| *2 Muffins/or 2 Coffee Rolls | 12 seconds (use double button) | 0 |

Program 5 is set to cook both meat and meat/cheese items. The time settings remain the same.

*Push Double Button after Program Button – computer automatically recalculates correct time for double quanti-ties, which is not double the single time.

# Quick Reference

## Sandwich Ingredient Portions:

| | |
|---|---|
| Egg | 1 Egg |
| American Cheese | 1 slice |
| Ham | 2 slices |
| Bacon | 2 strips |
| Sausage | 1 patty |
| Roast Beef | 3 slices |
| Swiss Cheese | 2 slices |
| Tuna Salad | 1 pre-portioned cup |
| Chicken Salad | 1 pre-portioned cup |
| Broccoli & Cheese | 1 pre-portioned cup |

## "Breakfast" Sandwich Portion Chart

|  | Egg | American Cheese | Ham | Bacon | Sausage |
|---|---|---|---|---|---|
| Egg & Cheese | X | X |  |  |  |
| Egg, Ham, & Cheese | X | X | X |  |  |
| Egg, Bacon, & Cheese | X | X |  | X |  |
| Egg, Sausage, & Cheese | X | X |  |  | X |

## "Lunch/Dinner" Sandwich Portion Chart

|  | Swiss Cheese | Ham | Roast Beef | Tuna Salad | Chicken Salad | Broccoli & Cheese |
|---|---|---|---|---|---|---|
| Ham & Cheese | X | 3X |  |  |  |  |
| Roast Beef & Cheese | X |  | X |  |  |  |
| Tuna Salad |  |  |  | X |  |  |
| Chicken Salad |  |  |  |  | X |  |
| Broccoli & Cheese |  |  |  |  |  | X |

CHAPTER 8

# Soup

Overview ................................................................................ 8-2

Receiving and Storing Soup ............................................ 8-2

    Receiving ...................................................................... 8-2

    Storage ......................................................................... 8-2

    Julian Calendar ............................................................ 8-3

Soup Preparation .............................................................. 8-4

    Soup Recipe Chart ...................................................... 8-4

    Thawing ....................................................................... 8-4

    Preparing ..................................................................... 8-4

Preparing Soup from Frozen State ............................... 8-6

Holding Soups .................................................................... 8-6

Heating Single Serve Soup ............................................ 8-7

Serving Soup ...................................................................... 8-7

Serving Soup at the Sit-Down Counter ..................... 8-8

    Express Service Shops ................................................. 8-8

    Take-Out ...................................................................... 8-8

    Quick Reference .......................................................... 8-9



# Overview

Dunkin' Donuts soup is delivered to the shop in several different forms. One way it may arrive is in bulk tubs, which come in two sizes, a 4 pound size and a 2 pound size. Another way that Dunkin' Donuts soup is packaged is in an individual single serving.

This chapter describes the necessary procedures for preparing and serving Dunkin' Donuts soup.

# Receiving and Storing Soup

*Soup will be delivered to your shop in a frozen state.*

1. Inspect the cases upon delivery to the shop; product should be completely frozen. Ice crystals may be present inside frozen soups and are not an indication of thawing and refreezing.

2. Cartons should be dry and free of dirt. Reject cases which have been damaged, crushed or perforated.

3. Check the code dates of all cases. The shelf life of frozen soup is 12 months from the manufacturing date. Each case is stamped with a code date which identifies the day and year the product was made.

   For example: 01 7221 05; The manufacturing date is the middle numbers (7221).The first number (7) is the last digit of the year (1987).

The remaining numbers (221) indicate the day of the year. This is set up using a Julian Calendar. Most appointment books and desk calendars number the days of the year in this way. There is also a Julian Calendar included in this chapter.

You should have at least 10 days left on the shelf life at the time of delivery. If you have less than 10 days left, do not accept the soup.

4. Check soup product temperature at delivery. Do not insert the thermometer directly into the frozen product. To check product temperature:

   • Remove two tubs/cups from one case.

   • Place the thermometer between the tubs/cups, making sure the thermometer stem is in complete contact with frozen surface.

   • Allow two minutes to record an accurate product temperature.

The temperature of soup at delivery should be approximately 0° F.

# Storage

Frozen soup should be stored in the freezer at -10° F – 0° F.

Rotate frozen product when storing in the freezer. Remember FIFO, First In – First Out.

Soup

# Julian Calendar

| JANUARY | | FEBRUARY | | MARCH | | APRIL | | MAY | | JUNE | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 1 | 1 | 32 | 1 | 60 | 1 | 91 | 1 | 121 | 1 | 152 |
| 2 | 2 | 2 | 33 | 2 | 61 | 2 | 92 | 2 | 122 | 2 | 153 |
| 3 | 3 | 3 | 34 | 3 | 62 | 3 | 93 | 3 | 123 | 3 | 154 |
| 4 | 4 | 4 | 35 | 4 | 63 | 4 | 94 | 4 | 124 | 4 | 155 |
| 5 | 5 | 5 | 36 | 5 | 64 | 5 | 95 | 5 | 125 | 5 | 156 |
| 6 | 6 | 6 | 37 | 6 | 65 | 6 | 96 | 6 | 126 | 6 | 157 |
| 7 | 7 | 7 | 38 | 7 | 66 | 7 | 97 | 7 | 127 | 7 | 158 |
| 8 | 8 | 8 | 39 | 8 | 67 | 8 | 98 | 8 | 128 | 8 | 159 |
| 9 | 9 | 9 | 40 | 9 | 68 | 9 | 99 | 9 | 129 | 9 | 160 |
| 10 | 10 | 10 | 41 | 10 | 69 | 10 | 100 | 10 | 130 | 10 | 161 |
| 11 | 11 | 11 | 42 | 11 | 70 | 11 | 101 | 11 | 131 | 11 | 162 |
| 12 | 12 | 12 | 43 | 12 | 71 | 12 | 102 | 12 | 132 | 12 | 163 |
| 13 | 13 | 13 | 44 | 13 | 72 | 13 | 103 | 13 | 133 | 13 | 164 |
| 14 | 14 | 14 | 45 | 14 | 73 | 14 | 104 | 14 | 134 | 14 | 165 |
| 15 | 15 | 15 | 46 | 15 | 74 | 15 | 105 | 15 | 135 | 15 | 166 |
| 16 | 16 | 16 | 47 | 16 | 75 | 16 | 106 | 16 | 136 | 16 | 167 |
| 17 | 17 | 17 | 48 | 17 | 76 | 17 | 107 | 17 | 137 | 17 | 168 |
| 18 | 18 | 18 | 49 | 18 | 77 | 18 | 108 | 18 | 138 | 18 | 169 |
| 19 | 19 | 19 | 50 | 19 | 78 | 19 | 109 | 19 | 139 | 19 | 170 |
| 20 | 20 | 20 | 51 | 20 | 79 | 20 | 110 | 20 | 140 | 20 | 171 |
| 21 | 21 | 21 | 52 | 21 | 80 | 21 | 111 | 21 | 141 | 21 | 172 |
| 22 | 22 | 22 | 53 | 22 | 81 | 22 | 112 | 22 | 142 | 22 | 173 |
| 23 | 23 | 23 | 54 | 23 | 82 | 23 | 113 | 23 | 143 | 23 | 174 |
| 24 | 24 | 24 | 55 | 24 | 83 | 24 | 114 | 24 | 144 | 24 | 175 |
| 25 | 25 | 25 | 56 | 25 | 84 | 25 | 115 | 25 | 145 | 25 | 176 |
| 26 | 26 | 26 | 57 | 26 | 85 | 26 | 116 | 26 | 146 | 26 | 177 |
| 27 | 27 | 27 | 58 | 27 | 86 | 27 | 117 | 27 | 147 | 27 | 178 |
| 28 | 28 | 28 | 59 | 28 | 87 | 28 | 118 | 28 | 148 | 28 | 179 |
| 29 | 29 | | | 29 | 88 | 29 | 119 | 29 | 149 | 29 | 180 |
| 30 | 30 | | | 30 | 89 | 30 | 120 | 30 | 150 | 30 | 181 |
| 31 | 31 | | | 31 | 90 | | | 31 | 151 | | |

| JULY | | AUGUST | | SEPTEMBER | | OCTOBER | | NOVEMBER | | DECEMBER | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 182 | 1 | 213 | 1 | 244 | 1 | 274 | 1 | 305 | 1 | 335 |
| 2 | 183 | 2 | 214 | 2 | 245 | 2 | 275 | 2 | 306 | 2 | 336 |
| 3 | 184 | 3 | 215 | 3 | 246 | 3 | 276 | 3 | 307 | 3 | 337 |
| 4 | 185 | 4 | 216 | 4 | 247 | 4 | 277 | 4 | 308 | 4 | 338 |
| 5 | 186 | 5 | 217 | 5 | 248 | 5 | 278 | 5 | 309 | 5 | 339 |
| 6 | 187 | 6 | 218 | 6 | 249 | 6 | 279 | 6 | 310 | 6 | 340 |
| 7 | 188 | 7 | 219 | 7 | 250 | 7 | 280 | 7 | 311 | 7 | 341 |
| 8 | 189 | 8 | 220 | 8 | 251 | 8 | 281 | 8 | 312 | 8 | 342 |
| 9 | 190 | 9 | 221 | 9 | 252 | 9 | 282 | 9 | 313 | 9 | 343 |
| 10 | 191 | 10 | 222 | 10 | 253 | 10 | 283 | 10 | 314 | 10 | 344 |
| 11 | 192 | 11 | 223 | 11 | 254 | 11 | 284 | 11 | 315 | 11 | 345 |
| 12 | 193 | 12 | 224 | 12 | 255 | 12 | 285 | 12 | 316 | 12 | 346 |
| 13 | 194 | 13 | 225 | 13 | 256 | 13 | 286 | 13 | 317 | 13 | 347 |
| 14 | 195 | 14 | 226 | 14 | 257 | 14 | 287 | 14 | 318 | 14 | 348 |
| 15 | 196 | 15 | 227 | 15 | 258 | 15 | 288 | 15 | 319 | 15 | 349 |
| 16 | 197 | 16 | 228 | 16 | 259 | 16 | 289 | 16 | 320 | 16 | 350 |
| 17 | 198 | 17 | 229 | 17 | 260 | 17 | 290 | 17 | 321 | 17 | 351 |
| 18 | 199 | 18 | 230 | 18 | 261 | 18 | 291 | 18 | 322 | 18 | 352 |
| 19 | 200 | 19 | 231 | 19 | 262 | 19 | 292 | 19 | 323 | 19 | 353 |
| 20 | 201 | 20 | 232 | 20 | 263 | 20 | 293 | 20 | 324 | 20 | 354 |
| 21 | 202 | 21 | 233 | 21 | 264 | 21 | 294 | 21 | 325 | 21 | 355 |
| 22 | 203 | 22 | 234 | 22 | 265 | 22 | 295 | 22 | 326 | 22 | 356 |
| 23 | 204 | 23 | 235 | 23 | 266 | 23 | 296 | 23 | 327 | 23 | 357 |
| 24 | 205 | 24 | 236 | 24 | 267 | 24 | 297 | 24 | 328 | 24 | 358 |
| 25 | 206 | 25 | 237 | 25 | 268 | 25 | 298 | 25 | 329 | 25 | 359 |
| 26 | 207 | 26 | 238 | 26 | 269 | 26 | 299 | 26 | 330 | 26 | 360 |
| 27 | 208 | 27 | 239 | 27 | 270 | 27 | 300 | 27 | 331 | 27 | 361 |
| 28 | 209 | 28 | 240 | 28 | 271 | 28 | 301 | 28 | 332 | 28 | 362 |
| 29 | 210 | 29 | 241 | 29 | 272 | 29 | 302 | 29 | 333 | 29 | 363 |
| 30 | 211 | 30 | 242 | 30 | 273 | 30 | 303 | 30 | 334 | 30 | 364 |
| 31 | 212 | 31 | 243 | | | 31 | 304 | | | 31 | 365 |

# Soup Preparation

# Soup Recipe Chart

## 2 lb. Tubs

### Water Based Varieties (except Chili Soup)

1  2 lb. Concentrate of Soup

1 quart of cold water

*Yield: 64 fluid ounces*

### Chili Soup

1 2 lb. Chili Concentrate

1/2 quart cold water

*Yield: 48 fluid ounces*

### Milk Based Varieties

1  2 lb. Concentrate of Soup

1 quart of cold milk

*Yield: 64 fluid ounces*

## 4 lb. Tubs

### Water Based Varieties (except Chili Soup)

1  4 lb. Concentrate of Soup

2 quarts of cold water

*Yield: 128 fluid ounces*

### Chili Soup

1 4 lb. Chili Concentrate

1 quart cold water

*Yield: 96 fluid ounces*

### Chili Con Carne

1 4 lb. Chili Con Carne Concentrate

Do not add any water

*Yield: 64 fluid ounces*

### Milk Based Varieties

1  4 lb. Concentrate of Soup

2 quarts of cold milk

*Yield: 128 fluid ounces*

# Thawing

**Notes: Do not thaw frozen soup at room tempera-
ture.Do not thaw in a water bath. To
ensure safe food products, thawed soup
should not exceed 40°F. Thaw in refrigera-
tor.**

## 2 lb. and 4 lb. Tubs

1. Remove frozen tubs from freezer.

2. Use marking pen to code tubs with proper
shelf life.

3. Place tubs on a sheet pan

4. Thaw in refrigerator for 24 hours.

**Note: Shelf life of tub soup is 5 days after placing
in the refrigerator.**

## Single Serve

1. Remove cups from freezer.

2. Use a marking pen to code cups with shelf life.

3. Place cups on a sheet pan about 1 inch apart

4. Thaw in refrigerator for 24 hours.

**Note: Shelf life of single serve soup is 3 days after
placing in the refrigerator.**

# Preparing

## 2 lb. and 4 lb. Tubs

### Double Boiler Method

1. Check Recipe Chart to determine  correct amount
of water or milk to add.

2. Bring the necessary ingredients and supplies to
preparation area in kitchen.

3. Use 7 1/4 or 11 quart stainless steel stock pot and
cleaned and sanitized lid, rubber spatula, slotted
mixing spoon,  ladle, and measuring pitcher.

4. Fill  bottom of  double boiler 1/4 full of water
(about 2 inches) and place on  preparation unit.
Turn control to **HIGH.**  While water is heating, pre-
pare the soup.

5. Remove plastic seal from the tub and empty concentrate into stock pot.

6. Follow the Dunkin' Donuts Frozen Soup Recipe exactly. Blend in added liquid thoroughly.

7. Place slotted spoon in pot, cover, and place into double boiler on preparation unit.

8. While first variety of soup is heating, start preparing second variety. Give soup a few healthy stirs from the bottom every 10 minutes.

9. Approximately 15 minutes after starting soup, take temperature with soup thermometer.

   • Heat water–based soups to 170°F.

   • Heat milk-based soups to 165°F reduce to a holding temperature of 155°F.

10. Approximate heating times

   • 2 lb. tub – 30 minutes

   • 4 lb. tub– 45 minutes

**Note: Check soup temperature frequently, especially milk-based varieties, to prevent overheating. Wash and sanitize thermometer before and after each use. Return thermometer to case after using.**

## Heat and Hold Unit

Follow the same steps as above, with the following exceptions:

1. Fill soup well 1/4 full with water. Heating element and thermostat sensing bulb should be completely covered. Turn thermostat control to highest setting.

2. When soup and water or milk are completely blended, place stock pot into heated soup well.

3. Approximate heating times:

   • 2 lb. tub – 20 minutes

   • 4 lb. tub.– 30-35 minutes

4. When soup reaches required temperature, turn thermostat control down so proper serving temperature is maintained.

**Note: Check water level in well and refill if necessary. Heating element and thermostat must be completely covered at all times.**
**Failure to maintain the proper water level in soup well will damage heating element and thermostat.**

# Preparing Soup from Frozen State (Not Thawed)

1. Leave plastic seal intact. Place frozen tub flat side down on stainless steel table.

2. Press down on bottom of tub to release frozen soup block, or hold under running water until soup separates from the tub.

3. Once frozen soup is detached from tub, remove plastic seal and place frozen block into stock pot.

4. Follow heating steps for double-boiler or heat and hold unit.

5. Heating time:

   Approximately 45 to 60 minutes - depending on tub size.

**Note: Do not break up the frozen soup block with slotted spoon. Vegetables and noodles will be damaged and give soup an undesirable appearance. Stir every 10 minutes to prevent concentrate from overcooking on walls of stock pot.**

# Holding Soups

## Tubs:

1. As each soup reaches correct serving temperature, pour **1 inch** of hot water into a well in the front serving unit and turn control to LOW.

2. When all varieties are placed in serving unit, indicate varieties available on the menu board.

3. Wash used utensils in hot water immediately and sanitize. Air-dry thoroughly then return to storage area.

4. At least once a shift, check water levels in front serving unit wells. If any are less than 1 inch, refill with hot water.

**Note: The shelf life of soup (2 and 4 lb. tubs) after preparation is 12 hours.**

To conserve energy and maintain health standards, keep covers on soups at all times.

# Heating Single Serve Soup

Use a Dunkin' Donuts approved 1400 watt microwave.

Heat maximum of 2 cups at the same time. More will result in inconsistent soup temperature.

**Note: Do not heat soup from frozen state.**

Program proper heat time in the appropriate microwave model.

| Model | Time | % Power |
|-------|------|---------|
| Sharp R-23BT | 75 seconds | 90% |
| Sharp R-23ET | 80 seconds | 90% |

**Note: 90% power helps prevent soup broth from boiling out of cup during heating.**

1. Remove 1 soup cup from refrigerator.

2. Peel off label from lid to expose vent holes. Discard label.

3. Remove lid and place it on sandwich cutting board. Do not heat soup with lid on cup.

4. Place soup cup in microwave.

5. Press button programmed for single-serve soup. To heat 2 cups at the same time, press button twice or use double quantity button on the Sharp Model R-23ET.

6. After heating, remove cup by holding handle.

**CAUTION:  Soup is very hot.**

7. Stir soup with clean plastic spoon.  Discard spoon.

8. Place lid back on the cup.  Vent holes on lid will allow steam to escape.

## Serving Temperature:

Desired serving temperature is 145° F. It is not necessary to heat soups to 165° F since the product is not held at hot temperatures for serving.

Check serving temperature once daily.  Serving temperatures will vary according to varieties and thaw conditions.

Inferior soup quality will result from overcooking at edges of the cup and service time will be longer.

# Serving Soup

## Menu Board

Menu board must be changed immediately when a different variety is ready.

Change the check marks to show all varieties ready to serve.

For single serve soups, make sure menu board lists all varieties available.

## Service

The 4 types of soup service:

    Soup Cup or Single Serve – with 2 packages of crackers

    Soup Bowl – with 2 packages of crackers

    Soup Special – bowl of soup or single serve, coffee or soft drink, and donut or pastry

    Soup N' Sandwich Special – cup of soup or single serve, croissant sandwich and coffee or soft drink

Bread and butter may be substituted for crackers.  Use only **Italian or Vienna** bread sliced 1 inch thick.  You will have to make arrangements to purchase bread or have it delivered daily to your shop.

**Note: It is not recommended to substitute bread with a bagel, croissant, English muffin or roll, due to the cost of producing these products.**

# Serving Soup at the Sit-Down Counter

1. Place the following on counter on right hand side of customer:

   • Napkin

   • Plastic soup spoon, knife and coffee spoon

   • Salt and pepper

2. If serving soup from front serving unit, stir several times with ladle to make sure ingredients are evenly distributed.

3. Fill :

   • Cup – 5 ounces

   • Bowl – 10 ounces

**Note: Do not over-fill the container.**

3. Place cup, bowl or single serve soup directly in front of the customer.

4. Place 2 packages of crackers next to soup.  If you serve bread, use waxed tissue and place bread and butter next to  soup.

5. For "Soup Special" or "Soup N' Sandwich Special", present whole package to customer so soup is on customer's right.

# Express Service shops

   Place customer order on a plastic tray.

   Use clean tray and tray liner.

# Take-Out

1. If serving soup from front serving unit, stir  several times with ladle to make sure ingredients are evenly distributed.

2. Fill :

   • Cup – 5 ounces

   • Bowl – 10 ounces

**Note: Do not over-fill the container.**

3. Put lid on every cup or bowl.

4. Place cup, bowl or single serve soup in large bag.

5. Place wax or plastic bag with salt and pepper packets, plastic soup spoon and napkin in the large bag. Include 2 packages of crackers or bread and butter.

6. For "Soup Special" or "Sandwich Special", put bev–erage and donut or beverage and sandwich in separate bag.

**Note:Do not stack soup containers on top of one another.**

Use separate bags for multiple orders.

# Quick Reference

Store soup in freezer at **–10˚ F to 0˚ F.**

Prepare bulk type soups according to proven Dunkin' Donuts recipes.

Prepare single serve soups only when customers place an order.

Use soup production reports to track usage and spot sales trends.

When serving soup, always include a napkin, soup spoon, salt and pepper, and the customers choice of bread and butter, or crackers.

C H A P T E R **9**

# Cleaning, Sanitizing and Maintaining Sales Area Equipment

**Major Equipment in the Sales Area**................................................**9-2**

**Small Wares in the Sales Area**................................................**9-6**



# Overview

This section describes the ways to clean and maintain all of the operational equipment in your Dunkin' Donuts sales area. Only by cleaning and maintaining your shop's equipment properly can you produce quality products and display them appetizingly.

The section has two parts:

> Major equipment in the sales area
>
> Smallwares in the sales area

# Major Equipment in the Sales Area

## Donut Case

### Daily

Clean walls, poles, runners, labels and label holders (Glass – use window cleaner only).

Replace lights and ballasts.

## Fancy Case

### Daily

Clean walls, runners and poles (Glass – use window cleaner only).

## Counter

### Daily

Clean top, edging, kick panel, and pedestal.

## Stools

### Daily

Clean seats, base and pedestal (base and pedestals also will require S.S. polish to maintain proper luster).

## Cigarette machine

### Daily

Clean exterior (Glass – use window cleaner only).

### Yearly

Replace picture panel.

# Bunn Coffee Maker

## Daily

Wipe down exterior parts as they become soiled.

Remove spray head and insert probe (spring) into tank and air vent.

Scour burners with 3M Scotch Pads.

Spray head; wipe it clean after each use.

## Monthly

Back flush water filter.

Stock spare parts: timer, thermostat, switches, tank heater, coil, solenoid, and water filter.

# Coffee grinder

## Daily

Clean exterior 

Clean off bottom of grinder head with soft brush and buff dry.

## Weekly

Clean plastic face.

## Monthly

Remove beans and clean interior with all – purpose cleaner.

Replace chipped, broken and faded beans with fresh ones.

Replace plastic face when required.

Stock spare timer and thrust plug.

# Brew basket

## Daily

Rinse after every brewing cycle.

## Weekly

Soak in a solution of urn cleaner until coffee oils are removed.

# Coffee Pots

## Daily

Rinse thoroughly after each use.

## Weekly

Soak in a solution of urn cleaner.

# Creamer

Every 4 hours – Replace ice pack.

Every 6 hours – Disassemble, clean thoroughly, and sanitize.

Stock rubber O-ring gaskets.

# Iced Coffee/Iced Tea Dispenser (Dripcup Storline Model)

## Daily

Disassemble and clean container faucet and related parts.

# Iced Tea Dispenser

## Daily

Clean exterior of unit including drip tray and grill.

## Monthly

Remove and clean plastic sleeve and funnel – air dry only.

# Hot Chocolate Dispenser

## Daily

Thoroughly clean exterior including drip tray.

## Weekly

Remove and clean all interior parts including funnel, whipper chamber, impeller blade, and hopper tube (use warm water only).

## Monthly

Backflush inlet water line strainer.

## Yearly

Replace decal.

# Carbonated Dispenser

## Daily

Clean exterior including drip tray, spray heads, filter, and handles.

## Monthly

Backflush lines.

# Jet Spray (Model TJ3)

## Daily

Rinse filter and clean grill. Clean exterior sides, valve, handle, and switches.

## Weekly

Clean entire bowl including cover, gaskets, pump, impeller assemblies, and spray tubes (use warm water and a mild soap solution).

Stock spare O-ring gaskets.

# Ice Machine

## Daily

Clean and polish exterior with S.S. polish. Clean air vent.

## Weekly

Clean condenser coils with a radiator brush and remove dust around aerator.

## Monthly (Crystal Tips machine only)

Remove plastic tube from float chamber and drain.

Replace tube and add 2 oz. of Crystal Tip ice machine cleaning solution into float chamber.

Fill freezing chamber, turn on switch and allow machine to make ice for 15 minutes.

Turn switch off and drain assembly (to rinse – refill freezing chamber and drain).

**Note: Discard all ice and water accumulated in cleaning operation. Semi-annually have a professional check and clean condenser motor, fan, refrigerant, and water system.**

# Back Bar Refrigerator

## Daily

Wipe up drops and spills before they become caked on unit. Clean and use S.S. polish on exterior.

Keep water drain clear of paper and other debris.

## Weekly

Turn off unit and thoroughly wash.

Wipe interior completely dry.

## Monthly

Turn off refrigerator, then clean condensing unit with vacuum.

Wash removable grill. Check door alignment and gaskets.

# Microwave Oven

## Daily

Use a damp cloth to wipe up all spills as they occur. Wash fan cover, filter and glass tray.

## Monthly

Check door gasket.

# Holman Oven

## Daily

Wipe down exterior surfaces with a damp cloth.

Remove warming rack and crumb tray, immerse in hot soapy water, rinse, sanitize, air dry, and return to unit.

## Weekly

Remove fan cover and filter, clean thoroughly and return to unit.

## Monthly

Check heating tubes for breaks and burnouts.

# Holman T-710-H Rotary Toaster

## Daily

Wipe down exterior surfaces with a damp cloth.

Remove crumb tray and exit chute, immerse in hot soapy water, rinse, sanitize, air dry, and return to unit.

## Monthly

Check heating coils for proper heating.

Check conveyer belt for proper tension and operation.

# Cash Register

## Daily

Clean keyboard with soft brush. Wash exterior including change drawer and receipt compartment.

Paint when required.

# Butter-Keeper (Therm-a-Pat)

## Daily

Clean interior and exterior with warm water and a soft cloth.

# Cup Well

## Daily

Clean interior including trays and underside of outer rim.

# Coffee-by-the-Pound Grinder

## Daily

Clean exterior and interior including lid, spout, handle, tray, and control knob.

# Coffee-by-the-Pound Scale

## Daily

Clean exterior, being careful not to upset balance.

# Menu System

## Weekly

Clean exterior wood grain panels.

## Semi-Annually

Clean the shiny side of transparencies with Kodak film cleaner (per instructions) and cheese cloth only.

Contact cement any peeling Formica.

# Small Wares in the Sales Area

**Note:** Clean all items with an all-purpose cleaner unless otherwise indicated.

**SANITIZE** all equipment that comes in contact with food after each cleaning. Then let equipment air dry thoroughly. Wiping it dry removes the sanitizer and may recontaminate the surface.