# RETAIL FOOD SAFETY SYSTEM

## "STEPS TO SUCCESS"

- Read and understand the Retail Food Safety System Manual

- Use the self-assessment form and the training guide to train your employees

- Implement all the procedures

- Use the forms to document your findings during temperature testing, for cleaning activities, and for training

- Order a coliform test kit

- Perform your self assessments regularly

- Strive for improvement

## RETAIL FOOD SAFETY SYSTEM

# USEFUL INFORMATION

- Locate the manual so it is
  easily accessible by everyone

- Contact the QA HELP LINE
  at 1-800-444-1890 with any questions

- A formal training program is available;
  contact your Market Team or the QA HELP LINE

- **Remember, compliance to the ADRUSA
  Retail Food Safety System is required**





# TABLE OF CONTENTS

**INTRODUCTION**                                                    1-2

**CONTACT LIST**                                                    3

**TRAINING**                                                        4

**FOOD SAFETY MANAGEMENT**                                          5-14

    **Employee Illness**                        6

    **Personal Hygiene**                        6-7

    **Time & Temperature**                      8-9

    **The Flow of Food:**
    **Receiving Through Retail Distribution**    10-14

**SANITATION AND CHEMICAL CONTROL**                                15-19

**INTEGRATED PEST MANAGEMENT**                                     20

**CRISIS MANAGEMENT**                                              21

**CONTINUOUS IMPROVEMENT**                                         22-23

**SELF ASSESSMENT**                                                24-29

    **Self Assessment Process**                 24-25

    **Coliform Testing, ATP Testing**           24-25

    **Self Assessment Form**                    26-29





# TABLE OF CONTENTS

## EMPLOYEE TRAINING GUIDE    30-34

### How to Train Employees    30

### Introduction to the Retail Food Safety System    31-32

### Food Safety Quiz    33-34

### Answers to Food Safety Quiz    35

## APPENDIX    36-49

### Thermometers, Calibration and Usage    36

### Master Temperature Log    37

### Receiving Log    38

### Refrigerated Storage Log    39

### Cooking/Reheating Log    40

### Holding Log    41

### Cooling Log    42

### Master Sanitation Schedule    43-44

### Cleaning Frequency Grid    45-46

### Food Safety and Hazard Communication Training Log    47

### Glossary    48-49

# INTRODUCTION

## WHO WE ARE

Allied Domecq Retailing USA ("ADRUSA") is comprised of three corporations: Dunkin' Donuts Incorporated, Baskin Robbins USA Co., and Togo's Eateries, Inc. For purposes of this manual and convenience, the three constituent companies shall be collectively refered to as ADRUSA throughout this manual.

## COMMITMENT TO OUR CUSTOMERS

Convenience, service and price are variables that we "negotiate" with our customers. These variables comprise what we know as "value" and define our position in the marketplace. However, the safety of our products is not negotiable. We have a sacred trust, an unwritten contract, with our customers to provide products that will not cause them harm or discomfort. Our customers trust and expect us to do whatever is necessary to serve them safe products. No customer would knowingly purchase an unsafe product - at any cost. Our customers, by the simple act of entering our stores, tell us that they believe that our products are safe. It is our responsibility to maintain the controls necessary to ensure that we serve safe products for every customer, every day.

## BUSINESS RISK

Today, customers very willingly use lawsuits to obtain compensation for injuries they feel are caused by our restaurants. Media attention heightens the level of consumer food safety awareness by reporting on issues such as the growing number of foodborne illnesses and restaurant health inspection scores. This causes customers to be apprehensive about dining out. Your business and our brand equity could suffer tremendous loss should we experience such a foodborne illness outbreak. To protect our investments and the equity of our company, we must practice good food safety – 24 hours a day. We must go beyond learning food safety and understand why we must use it. We must be able to verify our food safety system if required to do so. Verification is most often accomplished through effective documentation.

## REGULATORY TRENDS

The US Government mandates that the seafood, meat, and poultry industries implement Hazard Analysis and Critical Control Point (HACCP) programs in order to minimize food safety risks. This requirement will expand to link all steps in food production, distribution, and service.

Federal, state, and local food regulatory agencies are revising their codes as new scientifically based strategies to prevent foodborne illness emerge. The era of restaurant "floor, wall, and ceiling" inspections is over. The FDA Model Food Code, which is the guidebook for all Health Departments, clearly emphasizes the need for HACCP based food safety programs in retail food establishments. This program requires the identification of hazards throughout the flow of food in a food facility (such as during bagel, softserve, or sandwich preparation), and requires the identified hazards be monitored and controlled. In a HACCP based food safety system, hazards are identified as critical control points or control points. Critical control points (major hazards) must be monitored at all times to reduce the risk of foodborne illness. Control points are all other food safety standards.

Documentation of your findings and of the corrective actions taken when things go wrong is required to provide verification that a food safety system is in place. There are nine primary functions that must be documented:
- **The condition of food at the time of receiving.**
- **The logging of temperatures in cold storage.**
- **The logging of temperatures during cooking and reheating**
- **The logging of temperatures during cooling if the standardized cooling pocedure is not used**
- **The logging of temperatures in hot and cold holding.**
- **The logging of temperatures during catering/ distribution**
- **The documentation of self assessment**
- **Sanitation procedures (master cleaning schedule).**
- **Training Log (hazard communications).**

# INTRODUCTION

## FOOD SAFETY HAZARDS

The three types of food safety hazards are chemical, physical and microbial. Chemical hazards include such items as cleaners, pesticides, toxic metals, and allergens (nuts, eggs, dairy...). Physical hazards include such items as metal, glass, plastic, and organic (shells, pits, seeds...). Microbial hazards are organisms including bacteria (E. coli, Shigella, Salmonella...), bacterial toxins (botulism...), viruses (Hepatitis A, Norwalk...), and molds. Every day in our stores, we are challenged to control all three types of hazards.

## FOODBORNE ILLNESS

Foodborne illness is a sickness that is transferred to people through food. Organisms that cause these illnesses include E. coli, Salmonella, Shigella, and Hepatitis A, to name a few. Bacteria and viruses that cause foodborne illness are everywhere in our environment - on the surfaces we touch, on and in our bodies, on the ground, in the air and on our food. Every year in the United States, tens of millions of people become ill and thousands more die from eating contaminated food. In spite of the fact that illness-causing bacteria and viruses are everywhere, <u>foodborne illnesses can be prevented.</u>

## "AT RISK" CUSTOMERS

Certain customers are at higher risk of contracting foodborne illness, and often are more sensitive to foodborne contamination than others. These customers include elderly, very young, immunocompromized (HIV, chemotherapy / post-operative patients), pregnant women and their unborn babies, medicated (antibiotics and antacids) and people with allergies.

## THE ADRUSA RETAIL FOOD SAFETY SYSTEM

This handbook includes the standards, procedures, documentation logs, and "self-assessment" form necessary to manage and minimize the food safety risks in our retail outlets. This handbook was developed by the Quality & Food Safety Assurance department and Food Safety Team to allow simple and focused management of food safety risks in our retail outlets. The handbook covers the basics, the "ABC's" of food safety management.

**Proper control of <u>food temperatures, personal hygiene, sanitation, and cross contamination</u> will eliminate virtually all food safety risks in your store.**

## CONTACT LIST

### Shop Incident & Quality Helpline          1-800-444-1890

This number is to be used for emergency situations or issues that may put you, your employees, your customers, or your business at risk: criminal activity, natural/manmade disaster, serious injury, food safety incidents, health department issues. Also continue to use this number for your product quality/service complaints for all 3 brands including ice cream.

### Questions or Comments About the RFSS?     1-800-444-1890

Call the Shop Incident & Quality Helpline.

### QSR Consumer Care                          1-800-853-5339

This number is for consumers who call with comments or questions.

### QSR Navigator                              1-877-800-2922

This number is for questions regarding operational issues, such as how to prepare new products, where to go for equipment service and replacement, who to contact for price quotes on point-of-sale systems.

### Franchise Opportunities                    1-800-777-9983

This number is for inquiring about the opportunity to become a franchisee.

### News Media Inquiries                       1-800-444-1890

Contact the Shop Incident & Quality Helpline.

### Miscellaneous

ADQSR Corporate Offices – Randolph, MA         1-781-961-4000

# FOOD SAFETY MANAGEMENT

An organized, focused, and preventive method of managing food safety will reduce the risk of food safety problems. By identifying potential risks and how to control them before they happen, we manage the risks — the risks do not manage us. This section is comprised of:

- EMPLOYEE ILLNESS
- PERSONAL HYGIENE
- TIME AND TEMPERATURE
- THE FLOW OF FOOD

## REGULATORY AND ADRUSA REQUIREMENTS

### Critical Control Points (CCP's):

 **→ CCP**

**This symbol represents Critical Control Points (CCP's) where government requires a control measure to be applied to eliminate, prevent, or minimize food safety hazards. These CCP's require monitoring and documentation that enable regulatory agencies to verify that the hazards are under control.**

An example is monitoring and documenting that refrigerated foods are 41° F or below during cold holding (service areas).

### Hotspots

**⚡ → Hot Spot**

**This symbol represents ADRUSA requirements in our facilities where constant monitoring is necessary. Lack of compliance in these areas places unacceptable risks on our customers and must be corrected immediately.**

An example of a Hot Spot requirement is to eliminate hand contact with ready-to-eat foods.

**Requirements:**

Those standards not identified as CCP's or Hot Spots are designated as "Requirements" and are considered standard operating procedures that must be applied to minimize food safety risks. As requirements of the ADRUSA Retail Food Safety System, they must be monitored on an on-going basis, with compliance verified during the self-assessment process documented in this system.

An example of a Requirement is to check sanitizer strength to ensure it is the right concentration. All items in this document are based on minimum standards established by government food code guidelines and ADRUSA standards.

# FOOD SAFETY MANAGEMENT

## EMPLOYEE ILLNESS

Food is like a "commuter bus" for illness – transferring bacteria and viruses from person to person. Ill employees pose a significant risk to the safety of your food. Bacteria and viruses can be transferred from employees to food through body fluids (sneezing, coughing, oozing) and fecal matter (after restroom visits). For instance, Staph bacteria are commonly found in noses, mucous membranes and open cuts and sores. E. coli is common in feces. Other dangerous bacteria and viruses can be found in the blood, body fluids, and feces of infected employees. Therefore, it is critical that employees inform managers of illness and be sent home. Certain illnesses are more infectious than others and we must take exceptional care to prevent these illnesses from reaching our customers.



> **→ Hot Spot**
>
> **An employee must never work when infected with:**
> • E. coli 0157:H7, • Hepatitis A, • Shigella, • Salmonella **or has symptoms of:**
> • Diarrhea, • Nausea, • Vomiting
> • Uncontrolled Sneezing or Coughing

### Requirements:

• Open wounds must be covered completely with clean, leak-proof bandages.

• Bandages on the hands must be covered with single-use gloves.

• Regulatory agencies may have specific requirements for employees infected with E. coli, Hepatitis A, Shigella, and Salmonella. These requirements may include exams, inquiries, and return-to-work permits. Check with your agency to understand their requirements <u>before</u> your employees become ill.

## PERSONAL HYGIENE

> **→ Hot Spot**
>
> **Eliminate hand contact with food – use utensils (tongs, scoops, wax tissue, single-use gloves, etc.)**

While personal hygiene may be a sensitive area to discuss with your employees, it is vital to food safety. Bacteria and viruses are present on every part of our body, and can be easily transferred to food. Personal hygiene includes all aspects of how we maintain our bodies to how we protect food from the diseases our bodies carry. Consider that even our hair can harbor countless numbers of bacteria, and that the average person sheds 100 head hairs per day. Even healthy employees can harbor and transmit dangerous bacteria and viruses.

### Requirements:

• Shower or bathe daily.

• Wear clean, approved uniforms.

• Wear approved caps to restrain hair.

• No grooming (comb, pick, primp...) in food preparation/serving areas.

• Keep fingernails neatly trimmed, clean and free of nail polish.

• Do not wear jewelry, except a plain wedding band.

• No chewing gum in food preparation/serving areas.

• No eating or drinking in food preparation/serving areas.

• No tobacco use in food preparation/serving areas.

• No improper tasting of food – use a disposable spoon for tasting, use this spoon to taste only once.

• No spitting.

• No sitting on counters.

### Recommendation:

• After washing hands, use a single service paper towel to turn water off to the handwash sink.

• For restroom handsinks, provide waste receptacles (a covered receptacle for ladies' restroom).

# FOOD SAFETY MANAGEMENT

## HANDWASHING

**Proper and frequent handwashing is the single most effective means of reducing cross-contamination.**
Consider the number and variety of surfaces that our hands touch in any given day: counters, equipment, floors, packaging, our bodies, bathroom surfaces, garbage, food... the list is endless. Transferring dangerous bacteria and viruses from these surfaces to foods is easy if we do not "break the cycle" with proper and frequent handwashing, and the elimination of hand contact with cooked and ready-to-eat foods.

> ⚡ **→ Hot Spot**
> **Maintain and use dedicated handwash sinks to minimize the risk of cross-contamination from hands to equipment, utensils and food. Dedicated handwash sinks are required by most regulatory agencies.**

### Requirements:

• Use warm water and antibacterial hand soap.

• Lather for 20 seconds, minimum.

• Rinse and dry with single service paper towels or approved electric hand dryer.

• Employee hand wash signs must be posted at all hand sinks.

• For restroom hand sinks, provide waste receptacles (a covered receptacle for ladies room).

• When to wash hands and change gloves:
  - Before food preparation
  - After restroom or other breaks
  - After handling raw products
  - After sneezing or coughing
  - After cleaning or garbage detail
  - After handling money
  - After touching a non-food contact surface
  - Whenever hands become soiled
  - Whenever a customer requests
  - Whenever in doubt

### Recommendation:

• After washing hands, use a single service paper towel to turn water off to the handwash sink.

# FOOD SAFETY MANAGEMENT

## TIME & TEMPERATURE

Bacteria need three things to survive and grow: warmth, moisture, and food. Limiting the time that bacteria are allowed to remain in the "danger zone" (41° F to 140° F) has a major impact on their ability to grow and contaminate our food. One bacteria can become more than 1 million bacteria in 8 hours. Any food left in the danger zone for 4 hours or more must not be served.

> ⚡ **→ Hot Spot**
>
> **Maximum amount of time that potentially hazardous foods may remain in the "danger zone" (41° F to 140° F) during preparation is 30 minutes. Work with one product at a time, do not bring out a second product until the first product is returned to refrigeration.**

 **→ CCP**

**• Check and record temperatures at every step in the flow of food. Loss of temperature control will always result in an unacceptable risk to our customers.**

✔ Receiving (off delivery vehicles) - Refrigerated food must be received at 41° F or below.

✔ Storage (product in walk-in or upright) - Refrigerate food at 41° F or below.

✔ Preparation - Thawing (only under refrigeration) - pull product from the freezer 48 to 72 hours in advance and date the product for the "pull date".

✔ Cold Holding - Cold hold food at 41° F or below.

✔ Cooking (meats, soup, chili, sauces etc.) - Cook food to 170° F for 15 seconds. Dunkin' Donuts egg patties are cooked to 145° F for at least 60 seconds.

✔ Hot Holding (meats, soup, chili, sauces, etc.) - Hot hold food at 140° F or above.

✔ Cooling (meats, soup, chili, sauces, etc.) - Cool food from 140° F to 70° F within 2 hours and from 70° F to 41° F within an additional 4 hours (total cooling time not to exceed 6 hours). **Inadequate cooling of ready-to-eat food is the #1 cause of foodborne illness.**

✔ Reheat - Reheat all cooked food to 170° F for at least 15 seconds, within a 2 hour period.

✔ Catering/Distribution-cold foods must be maintained at 41° F or below, hot food at 140° F or above throughout catering/distribution.

# FOOD SAFETY MANAGEMENT

## TIME & TEMPERATURE

| Requirements: |
| --- |

- Record temperatures on the appropriate log: Receiving, Refrigerated Storage, Hot/Cold Holding and Cooking/ Reheating.  For receiving, documentation of findings can occur on bill of lading, product invoice forms or receiver's log.
- Take corrective action if temperature is out of limits and document.

### Acceptable temperatures:

| | |
| --- | --- |
| • Refrigerated Food | 41° F or below |
| • Frozen Food | 0° F or below |
| • Ice Cream Storage | -10° F or below |
| • Ice Cream Dipping Cabinet | -5° F to +5° F |
| • Hot Holding | 140° F or above |
| • Cooking | 170° F or above for 15 seconds |
| • Reheating | 170° F or above for 15 seconds |

Accurate temperature measurement is critical to temperature management – for proper use and calibration of thermometers, refer to the Appendix, page 35.

**Note:** It is not necessary to take temperatures of <u>every</u> product during receiving, in storage, or during hot or cold holding.  Temperature checking of random products during each process will uncover deficiences.  Temperature checks during cooking and reheating must be done by checking each batch of food (e.g. each pan of pastrami).  For Dunkin' products, the first product heated in the microwave must be temperature checked against the setting for that product versus the required operational temperature to be obtained at that setting. (For example, the setting #8 for eggs should achieve 145° F or higher.) Taking <u>random</u> temperatures of product in each area will identify problems if they exist.

# FOOD SAFETY MANAGEMENT

## THE FLOW OF FOOD

The Flow of Food is the way in which food moves through our restaurants: **receiving, storage, preparation, holding, and serving.** By identifying methods to control our processes at each step in the flow of food, we minimize food safety risks.

## RECEIVING

The first line of control in a food safety system is proper receiving. If you do not receive foods safely, you assume the liability for someone else's food safety errors.

Food manufacturers' control of food safety risks vary widely. Some have comprehensive HACCP programs, others have little or no idea of the potential hazards associated with their products. ADRUSA has a comprehensive Supplier Management Program that includes food safety review of all approved suppliers. Suppliers of "high risk" products are routinely audited by our corporate Quality and Food Safety Assurance department to ensure the highest level of food safety. To further guarantee that you receive only the safest products available you must:



> **→ CCP**
> • **Receive refrigerated products at 41° F or below. Check product temperatures on each refrigerated shipment by taking temperatures of random product samples . If product is between 42° - 45° F, it may be accepted provided that a complaint is filed with the distributor. Any refrigerated product over 45° F must be rejected.**
>
> • **Record results and corrective actions on "Receiving Log", bill of lading, or invoice. Attach credit or debit slips when used.**

> **→ Hot Spot**
> • **Purchase products only from approved suppliers.**
> • **Never use raw shell eggs. Shell eggs are a high Salmonella risk - a large number of Salmonella poisonings occur from the use of shell eggs. ADRUSA egg patties and hard-boiled eggs are precooked at an inspected and approved supplier to eliminate the risk of Salmonella.**
> • **Milk, cream, and juices must be pasteurized.**

### Requirements:

• Frozen products must be received at 0° F or below (ice cream at -10° F or below), with no evidence of thawing.
• Inspect packages for:
   - Evidence of spoilage/temperature abuse: soggy cardboard, ice crystals, discoloration, swollen or dented cans,
   - Evidence of pest infestation: "gnawed" packages, leaking packages,
   - Physical abuse: dented or torn packages and adequate expiration dates
• Bananas must be fresh and in good condition; they may be locally sourced.
• Immediately move items into storage after inspection.

### Receiving Recommendations:

• Inspect trucks for:
   - evidence of pest infestation: bugs, rodents, pest feces,
   - bad odors: fish, meat, garbage, chemicals,
   - broken glass,
   - leaks - from holes in the roof or walls, and from air cooling systems.
   - evidence of cross-contamination

# FOOD SAFETY MANAGEMENT

## STORAGE

Once received properly, the safety of the product becomes your responsibility until it is served to the customer. Proper placement, temperature control and stock rotation will ensure that you manage the potential risks of storing food.

 **→ CCP**
- **Maintain potentially hazardous foods at 41 ° F or below in refrigerated storage.**
- **If product is in the danger zone (41° F to 140° F) and you cannot show/prove it has been there for less than 4 hours, the product must be discarded. "When in doubt throw it out".**
- **Monitor temperatures of products in refrigerated and frozen storage twice per day. Record results and corrective actions on Refrigerator / Freezer Log.**

### Requirements:

- Frozen products must be maintained at 0° F or below (ice cream at -10° F).
- All refrigeration units must have a properly calibrated thermometer, accurate to ± 3° F.
- If safety of food is questionable (temperature abuse, condensate contamination, pest infestation, chemical contamination, etc.) discard it.
- Practice FIFO (First In First Out) – as you receive products rotate the old products from the back of the shelves to the front of the shelves, and place the new products behind the old products. Use those products with the oldest code dates or nearest expiration date first.
- To protect food and packaging from contamination follow these guidelines:
  - do not store under leaking or sweating pipes, condensate lines, or condensate pans.
  - store in sealed, labeled containers - lids on tight, bags and boxes closed tightly.
  - do not store raw products above ready-to-eat foods (e.g., unwashed lettuce on top shelf, cold cuts on bottom shelf).
  - store high allergen risk ingredients, such as nuts, on the lowest shelves.
  - store chemicals away from food and packaging. Keep chemicals on the lowest shelf – not above or next to food or packaging.
  - store food and packaging at least 6" off of floor.
  - keep dry storage dry and free of excessive moisture.

## PREPARATION

### Temperature Control

Proper temperature control during preparation is critical – it is during this step that products enter and remain in the danger zone of 41° F to 140° F the longest. In fact, studies show that most foodborne contamination occurs during preparation.

 **→ Hot Spot**
- **Never leave product in the danger zone (41° F to 140° F) for more than 30 minutes during preparation.**

Take out of refrigeration only one item at a time. For example, TOGO'S meat slicer takes out only one package (stick) of product for slicing, completes this product, returns it to refrigeration, and only then brings out a second package of product for slicing.

 **→ Hot Spot**
- **Always thaw product (softserve mix, chicken salad, etc.) in a refrigerator at 41° F or below.**

<u>Never</u> thaw product at room temperature, in hot water, with hot air, etc. Most frozen products take 72 hours to thaw – plan ahead.

### Requirements:

- Pre-chill ingredients for processed foods (e.g., tuna salad, chicken salad, egg salad), before mixing so that the finished product will be safely out of the danger zone. An example is cooling mayonnaise and tuna to 41° F or less before mixing to make tuna salad.
- If safety of food is questionable – in the danger zone (41° F to 140° F) for more than four hours – discard it. **REMEMBER:** This 4 hours is the cumulative total time in the danger zone including all steps in the Flow of Food.

# FOOD SAFETY MANAGEMENT

## Cross-contamination

Cross-contamination is the transfer of harmful substances or microorganisms to food through contact with hands, wiping cloths, utensils, food contact surfaces, etc.

**The potential for cross-contamination is high during food preparation because:**

- Varying types of products are unpacked in the same area and contact common equipment, surfaces, and utensils.
- Utensils and surfaces used in preparation are generally at room temperature which allows quick growth of bacteria, once they are soiled.
- Products are handled frequently.

---

 **→ Hot Spot**
- **Eliminate hand contact with ready-to-eat food.**

- **Wash fresh produce in a free-standing colander under flowing cold water. Do not soak produce in standing water.**

- **Do not store utensils in empty syrup-rail crocks: condensation in the crocks is a breeding ground for bacteria.**

- **Store nut products below non-nut products.**

- **Schedule prep of items containing nuts last.**

---

- Use utensils (tongs, ladles, scoops, single-use gloves, or disposable wax tissue). Single-use gloves should be used when employees perform a single function for a period of time, e.g., sandwich making, slicing, finishing donuts.

### Requirements:

- Wash hands properly and often. If single-use gloves are used, they must be changed according to the handwash procedure.
- Clean and sanitize food contact surfaces:
  - Blender pitchers after each use – to avoid product to product allergen risk.
  - Utensils and surfaces when changing from one product to another – particularly unwashed produce to ready - to-eat food.
  - Dipper wells, scoops, spades, and basket every 4 hours – wash, rinse, sanitize.
  - In-use utensils or other food contact surfaces (that are in the "danger zone" 41° F to 140° F) every 4 hours

- Keep dipper well water running at all times. Water must be clear, not cloudy. A contaminated dipper well will quickly contaminate all of your tubs.
- Remove nut and product particles from dipper wells regularly. Some customers are extremely sensitive (allergic) to tiny amounts of nut residue.
- Use only cleaned and sanitized utensils.
- Keep in-use utensils in the product or on a clean, dry surface .
- Do not store in-use utensils in standing water, not even if the water contains sanitizer.
- If safety of food is questionable – potentially cross-contaminated – discard it.
- Schedule production of products containing nuts last and store nut products on the bottom shelves.
- Thoroughly clean food preparation area following production of high allergen risk products (for example, nut products, products containing cheese).

## COOKING

---

 **→ CCP**
- **Cook foods to 170° F for 15 seconds. (DD egg patties to 145° F ).**

- **Monitor cooking temperatures and take corrective action when required final internal product temperatures are not achieved.**

- **Document cooking temperatures and corrective actions on Cook/Reheat log for each product batch. For Dunkin' Donuts egg patties, the first egg cooked each day in the microwave is temp checked against setting on microwave and operational standards and documented.**

---

### Requirements:

- To achieve the most accurate temperatures during microwaving/cooking, it is essential that products be stirred prior to temperature testing and temperatures be checked at various locations in the product.
- Check the accuracy of your microwave ovens by testing the temperature of cooked products based on the preset function button for that product (Dunkin' Donuts). If desired temperatures are not achieved, call a service person to calibrate the ovens.

# FOOD SAFETY MANAGEMENT

## HOLDING

Products enter the Holding step once they are prepared and are waiting for service to the customer. Because most "cold holding" equipment is designed only to maintain food temperature, not lower it, it is very important that proper controls are in place to prevent potentially hazardous foods from entering cold holding above 41°F. For hot foods, keeping the temperature at or above 140°F is critical.

**The following standards must be observed during the Holding step:**

---

 **→ CCP**
- **Cold products must be maintained at 41°F or below and hot products must be maintained at 140°F or above.**
- **Document temperatures and corrective actions on the Hot/Cold Holding Log.**
- **Check product temperatures at least once every four hours for cold and hot foods in holding:**
  - Softserve or beverage mix in Taylor freezer hopper
  - Fruit in back bar crocks
  - Cream cheese
  - Cream in cream dispensers
  - Cold cuts
  - Sandwich salads (tuna, egg, chicken, etc.)
  - Beverage premixes (Smoothie, Blast, etc.)
  - Hot meats, chili, sauces, soups

---

### Requirements:

- Preheat steam tables to 140°F or above and prechill cold holding units to 41°F or below. Use only preheated water at 140°F or above to replenish water on steam tables. Ensure that water contacts the bottom of the pan inserts at all times.
- Do not fill cold or hot holding unit food inserts above the 'fill line'.
- Keep products in refrigerators — not on the counter. An example is drink premixes or light whipping cream.
- Keep covers on product bins and crocks to maintain temperature, especially during slow time (few customers).
- Arrange cold foods to maximize the refrigeration capabilities and maintain air flow, do not place in front of blower assembly in the unit.

- If safety of food is questionable — in the danger zone for more than 4 (four) hours — discard it.

## SERVICE

The final step in the flow of food is serving the food to the customer (the flow continues if food is handled as a leftover — see cooling and reheating procedures on the next page). While personal hygiene may be a sensitive area to discuss with your employees, it is the most important element of service. Diseases can be carried or transmitted to food when good personal hygiene is not practiced.

---

 **→ Hot Spot**
- **Eliminate hand contact with ready-to-eat foods (those foods that receive no further cooking).**

---

Use utensils (tongs, ladles, scoops, disposable wax tissue, or single-use gloves). If the employee is doing a single function for a period of time such as sandwich making, single-use gloves should be used.

### Requirements:

- Wash hands properly and often.
- Observe all hygiene and general practices detailed in this manual.
- Eliminate hand contact with the "food contact area" of packaging (e.g., no fingers on inside of cups or lids).
- Store packaging to eliminate contamination (cups inverted, boxes sealed, etc.)
- Knives, forks and spoons that are not pre-wrapped must be presented so that only the handles are touched by employees and customers.
- Use dedicated ice scoops with handles. Store ice scoops out of ice *making* equipment, on a clean and dry surface. Ice scoops may be stored in an ice *storage* bin with handle up.
- Know your products and label them properly. Customers may be allergic to certain ingredients (e.g., nuts, dairy, eggs...) and depend on you for accurate information. If you are unsure, tell the customer you do not know.
- Store in-use utensils in the product being dispensed, with handles up, or on a clean and dry surface provided that the utensils and food contact surfaces are washed, rinsed, and sanitized at a minimum of once every four hours.

# FOOD SAFETY MANAGEMENT

## COOLING

Improper cooling is the leading cause of foodborne illness as reported to the Centers for Disease Control (CDC), the investigative branch of the Federal government responsible for tracking foodborne illness. Hot foods that are cooled through the danger zone (140°F to 41°F) must reach 41°F in a maximum time of 6 hours to prevent unsafe levels of bacterial growth. In our operations there are hot foods that if leftover, must be properly cooled.



**→ CCP**

- **Cool cooked food from 140°F to 70°F or below within two hours and from 70°F to 41°F or below within an additional four hours for a total cooling time not to exceed six hours.**
- **If the standardized procedure below is not used, temperature monitoring and documentation must occur throughout the cooling process.**

### Requirements:

Standardized Cooling Procedure:

- Cool leftovers uncovered in shallow metal or lexan pans. Product depth must not exceed two inches. Metal pans are recommended as they conduct cold temperatures better than plastic does, thus facilitating a faster, safer, cooling process. For TOGO'S, transfer leftovers from quarter pan to half pan, and refrigerate uncovered on top shelves or on the movable cart in the walk-in cooler. Product must be protected from over-head contamination at all times (cool on top shelf).
- Ensure that walk-in cooler maintains 41°F or below.
- Take temperatures of leftover foods that were cooled, first thing next morning and document findings on a cooling chart. Discard food if it is not 41° F or below (check cooling procedures to determine why the product did not properly cool).
- If the cooling standard cannot be achieved for any reason, leftovers must be discarded.
- Use leftovers only once.

## REHEATING



**→ CCP**

- **Potentially hazardous foods that are cooked and cooled must be rapidly reheated to 170°F for 15 seconds, within two hours.**
- **Document temperatures and corrective actions on the Cook/Reheat log. Temperatures of each batch of reheated product must be checked.**

### Requirements:

- Monitor reheating temperatures and take corrective action when required final internal temperatures are not achieved.
- As most of our stores use microwaves for reheating it is essential that products be stirred prior to temperature testing and temperatures be checked at various locations in the product.

## RETAIL DISTRIBUTION SYSTEMS

Catering or distribution of our foods can become an unacceptable food safety risk if not done properly. We are responsible for protecting our foods until they reach the customer.



**→ CCP**

- **Potentially hazardous foods must be transported at 41°F or below, if cold, or 140°F or above, if hot.**
- **Catering trays are temperature checked at the time of customer pickup or upon delivery of catered products. The temperatures must be documented on the order form that is signed by the customer.**

### Requirements:

- BR, DD, and TOGO'S outside sales programs must have appropriate approval and meet all food safety requirements.
- Products are protected from contamination throughout transportation, must be refrigerated, and all foods covered and delivered in approved, clean and sanitary containers.
- Delivery vehicles are maintained in a clean and sanitary condition.
- Do not store racks or carriers outside, uncovered.
- Frozen products must be delivered at 0° F or below.

# SANITATION AND CHEMICAL CONTROL

## GENERAL PROCEDURES

Although equipment may look sparkling clean, there may be harmful bacteria, viruses and chemicals on their surfaces. Clean is defined as "free of visible soil". Sanitary is defined as "free of harmful levels of disease-causing microorganisms and other harmful contaminants". Your equipment, utensils, and other food contact surfaces must be clean and sanitary.

---

⚡ **→ Hot Spot**
   • **The water supply must be approved and meet all Federal, State and local standards.**
• **Hot and cold running water must be available at all sinks.**

---

**Requirements:**

_Two compartment sinks:_ **(Do not use for handwashing)**

• Pre-rinse/soak utensils and equipment in the first compartment prior to filling with hot soapy water for wash cycle.

• Wash in hot soapy water (120° F).

• After draining detergent solution thoroughly rinse utensils or equipment free of detergents or abrasives with clear hot water using a spray hose or faucet.

• Sanitize in the second compartment using an approved sanitizer in room temperature (75° F) water.

• Air dry completely – do not "nest" (stack) wet utensils (example – malt cups).

_Three compartment sinks:_ **(Do not use for handwashing)**

• **Do Not** fill the center compartment of the sink. Leave this compartment open for rinsing soiled equipment and utensils prior to washing them in the first compartment.

• In the first compartment, wash in hot soapy water (120°F).

• Return washed equipment and utensils to the empty center compartment and thoroughly rinse with clear hot water, being careful not to resoil washed equipment and utensils (120°F).

• Sanitize in the third compartment using an approved sanitizer in room temperature (75°F) water.

• Air dry completely – do not "nest" (stack) wet utensils (example – malt cups).

_Clean-in-Place Equipment (dipper well, tub cutter)_

• Remove food particles.

• Scrub with hot, soapy water.

• Rinse with clear hot water (120°F).

• Sanitize with approved sanitizer in room temperature water.

_Sanitizing buckets/wiping cloths_

• In use wiping cloths must be stored in a sanitizing solution.

• As sanitizing solutions are changed, wiping cloths must be replaced with clean cloths.

• In lieu of storing wiping cloths in sanitizing solution in front food preparation areas, single service paper towels may be used to clean spills or wipe surfaces dry as long as all food contact surfaces are washed, rinsed, and sanitized at least once every four hours.

• Do not store sanitizing solution above or adjacent to food or food preparation areas.

• Do not store in-use wiping cloths in the sanitizing compartment of the two or three-compartment sink. Doing so will break down the sanitizer.

_Proper sanitizer use:_

• Sanitizer strengths must be monitored using Sanitizer test strips. The strengths are determined by the color of the test paper and compared with a color chart provided with each test kit. (Two kits provided, one for measuring chlorine, the other for measuring quaternary ammonium sanitizer). Test kits are available through your DCP's or chemical suppliers.

• Prepare fresh sanitizing solution at least twice a shift. Replace when sanitizer strength diminishes below specification or when solution becomes soiled.

   - 100 ppm for chlorine
   - 200 ppm for quaternary ammonia.

---

# SANITATION AND CHEMICAL CONTROL

## PROBLEM AREAS



→ **Hot Spot**
• **All problematic equipment must be
washed, rinsed, and sanitized according
to specification.**

Certain equipment requires specialized cleaning and
sanitizing procedures. The following equipment tends
to be problematic. This list will be updated as necessary.

## Soft Serve/Coolatta Freezers

The softserve/Coolatta freezers are complicated pieces
of equipment that require employees to have complete
familiarity with their cleaning and maintenance. Industry
data shows that many of these units in service are not
properly maintained, cleaned and sanitized. Complete
operational and cleaning/sanitizing instructions are detailed
in the Softserve Guide, Soft Serve Operations Video, manu-
facturer's equipment manuals, and Coolatta Process Manual.
If you need one of these, contact your Business Consultant.

**Requirements:**

• **Clean and sanitize the freezer according to
specification:**

  - Softserve: disassembly and cleaning daily

  - Coolatta: disassembly and cleaning every 4 days
    minimum

  - Use dedicated brushes (available from Taylor)
    and bucket for cleaning

  - Completely disassemble all parts prior to washing
    and sanitizing in sink:

    ◆ O-rings

    ◆ Hopper Gaskets

    ◆ Hopper Covers

    ◆ Prime Plug

    ◆ Scraper Blades

    ◆ Dispensing Valves

    ◆ Stand Pipes

    ◆ Shaft Seals

• Sanitize assembled machine and drain completely
  prior to filling hopper with product (using only approved
  K-5 sanitizer or sterasheen. Other sanitizers may be
  corrosive to the machine).

• Never use rework or rerun softserve. Product emptied
  from the freezer prior to cleaning must be discarded.
  Coolata may be rerun only once.

• Verify proper sanitizer strength with sanitizer test strips.

• Hopper covers must be in place at all times.

• Properly thaw softserve in refrigerator – hoppers hold
  temperature only; they cannot chill product out of the
  danger zone.

• Establish a preventive maintenance program that ensures
  the use of tune-up kits at a minimum of once each
  quarter and routinely inspect parts. Replace scraper
  blades when they become "chewed" or worn (cannot
  be cleaned).

• Perform "stretch test" on o-rings by stretching the o-ring
  between fingers at each cleaning. If o-ring is cracked
  (even tiny cracks) or split, it cannot be cleaned and must
  be replaced.

## Blender Pitchers

Blender pitchers pose risks of bacteria and allergen contami-
nation. Pitchers are used at room temperature (in the danger
zone) and for different flavored beverages.

**Requirements:**

• Use only ADRUSA approved units.

• Wash, rinse and sanitize after each use.

• Do not move pitcher in back and forth motion
  or side to side when in operation.

• Inspect pitchers for leaks daily – leaking pitchers
  cannot be cleaned.

• Inspect pitcher bearing daily – it should spin smoothly.

# SANITATION AND CHEMICAL CONTROL

## Dairy Dispenser

The pump-type dairy dispenser is a potential bacteria risk because the neck is not refrigerated and it contains many small parts that must be disassembled to clean/sanitize properly. Certain types of bacteria (Staph, Bacillus cereus...) produce dangerous toxins (poisons) that are not destroyed by temperature. Hot coffee may kill the bacteria, but their toxins will remain in the coffee and create the potential to make customers very sick.

### Requirements:

• Completely disassemble, wash, rinse and sanitize every 4 hours:
  - O-Rings
  - Restrictor Insert
  - Check Balls
  - Neck
  - Valve
  - Piston O-Ring
  - Piston Cylinder
• Use dedicated brush (available through DCP) for cleaning the neck. Clean neck thoroughly; the highest risk of contamination is inside the neck.
• Perform "stretch test" daily on o-rings by stretching the o-ring between fingers at each cleaning. If o-ring is cracked (even tiny cracks) or split it cannot be cleaned and must be replaced.
• Change eutectic ice packs every three hours
• Ensure that product is kept at 41° F or below.

## Dipping Cabinet

The dipping cabinet poses allergen risks in the form of "flavor buddies" (product transferred from one tub to another) and mislabeled product.

### Requirements:

• Remove "flavor buddies". They are really not your buddies. Clean up spills and overflow as you go.
• Label all tubs properly so that customers get what they order. It is critical that employees know that sher-berts contain milk, while sorbets do not contain milk.

## Malt Mixers / Coolatta Spindle Mixers

Spindle-type mixers pose a bacteria risk because product hardens on the shaft and in the agitator, making cleaning difficult if not done after each drink is prepared. Additionally, the spindle mixer agitators are a potential foreign material risk because they wear out over time and the "butterfly wings" can come loose. The splash area on the motor housing above the spindle often accumulates product waste if not routinely maintained.

### Requirements:

• Rinse moving spindle in cleaner/sanitizer after each use and air dry.
• Use the 4-step method (wash, rinse, sanitize, and air dry) at least once per day.
• Never allow "butterfly" agitator to contact metal malt cup — doing so increases the amount of wear on the agitator and greatly increases the risk of foreign material.
• Inspect agitator daily and replace at first sign of wear. Replacement agitators are available through your equipment dealer. Unless damaged, the spindle itself does not have to be replaced.
• Wash splash area above the spindle (on the mixer) daily.

## Dipper Wells

Dipper wells pose a high risk of both bacteria and allergen (nut) contamination. Because the utensils are stored in water and in the temperature danger zone, bacterial growth can be rapid. Additionally, small particles of nuts can accumulate in the bottom of the well; even invisible residue of these nuts can cause some customers to have a severe allergic reaction.

### Requirements:

• Keep water at full flow at all times to keep water clear.
• Remove nut particles from the bottom of the well regularly.
• If dipper well becomes heavily "soiled," wipe out solids with wiping cloth as they may go into the drain and cause a clog. Pull standpipe and drain soiled water.
• Wash, rinse, sanitize, with a cleaner/sanitizer every 4 hours.
• Use only approved plastic tapping pads. Never use sponges or green scrub pads to 'tap off' scoopers.

# SANITATION AND CHEMICAL CONTROL

## Meat Slicer

The blade and food contact surfaces of the meat slicer pose a bacteria risk because potentially hazardous products remain on surfaces for extended periods of time at room temperature. Additionally, an allergen risk exists if one product is cross-contaminated with another product, especially dairy products (cheeses) with non-dairy products (meats).

### Requirements:

- Unplug the meat slicer.
- Wash, rinse, and sanitize all food contact surfaces between different products and at a minimum of once every four hours (when in use).
- Completely disassemble the meat slicer at the end of use each day and properly wash, rinse, and sanitize all movable parts and clean in place parts.
- Reassemble the clean and sanitized parts using single-use gloves.

## Iced Tea Dispenser/Iced Coffee Dispenser

Recently iced tea dispensers gained national attention as a result of the findings of microbiological tests performed by regulatory agencies and independent laboratories. High levels of Coliform bacteria were found in many iced tea dispensers. Completely dissassemble the spigot daily, removing the plunger from the spigot body and the rubber seal from the plunger shaft. Wash, rinse, sanitize, and air dry.

### Requirements:

- Store tea leaves in a dark, cool and dry place, away from strong odors and moisture. <u>Do not</u> refrigerate.
- Never hold finished brewed iced tea or iced coffee for more than eight hours at room temperature. Discard any unused product after eight hours.
- Brew only enough iced tea and iced coffee that you reasonably expect to sell within a few hours.
- To protect iced tea and iced coffee flavor and to avoid bacterial contamination and growth, wash, rinse, and sanitize tea and coffee brewing, storage, and dispensing equipment at least once a day.

## MASTER SANITATION SCHEDULE

A Master Sanitation Schedule must be used to schedule and document cleaning tasks both inside and outside of the store. A Master Sanitation Schedule can be found in the Appendix of this handbook. Any items or areas that are not on the schedule can be added by you. A Cleaning Frequency Grid can also be found in the Appendix.

### Requirements:

- Use the Master Sanitation Schedule to plan and keep track of cleaning tasks. The schedule should be used for tasks that are other than daily. For example, tasks that are completed once every four days, weekly, or monthly should be documented on the Master Sanitation Schedule. It is not practical to document cleaning tasks that occur after each use, or at an hourly frequency (e.g., malt cups or blender cups).

# SANITATION AND CHEMICAL CONTROL

## CHEMICAL CONTROL

> ⚡ **→ Hot Spot**
> **Chemicals must be approved, used and stored in a way not to contaminate food and used only according to manufacturers' instructed use.**

Proper chemical storage and use are critical to minimize the risk of contaminating food products or injuring employees. Contamination can be caused by items such as pesticides, cleaners, sanitizers, and lubricants used on equipment. Mixing of incompatible chemicals can result in poison gases, boilovers, or explosions. Do not let employees practice chemistry in your store.

## Requirements:

- Purchase, store, and use only approved cleaning chemicals.
- Use cleaning chemicals strictly according to manufacturers' and ADRUSA procedures.
- *Never mix chemicals* — results could be disastrous.
- Always use equipment manufacturers' recommended <u>food grade</u> lubricants, even on non-food contact areas.
- Store chemicals below and separately from food, food-contact surfaces, and packaging.
- Hazard Communication Manual must be available for employees at all times. All employees must be HAZCOM trained. Failure to train employees or comply with OSHA regulations is a disservice to employees, and could result in substantial fines by government.
- Material Safety Data Sheets (MSDS) must be available and current for all chemicals.
- Label chemical containers properly, including spray bottles and buckets. Never use a chemical container for food storage.
- Chemicals used in food facilities must be labeled by the manufacturer for use in commercial food establishments. For example, instructions must be on the label of a container of sanitizer specifically directing a user on how to obtain the required strength for use to sanitize food contact surfaces.
- If malt cups are used for holding sanitizer solution for cleaning the spindle/malt mixer, label clearly **<u>SANITIZER.</u>**

# INTEGRATED PEST MANAGEMENT

Insects, rodents, and birds love the goodies your stores offer, and will enter at any opportunity. They all carry diseases that can be transferred to your food. Rats need only a hole the size of a quarter to get in; mice a hole the size of a dime; flies a hole the size of a pinhead. Once inside they will be able to spread diseases like Salmonella to food and food contact surfaces.

Consider rodents – their simple digestive system causes them to urinate and defecate constantly, wherever they go. Consider the fly – it has no teeth, just a sponge-like mouth through which it vomits its stomach contents onto its food. The vomit helps digest the food so it can be sopped up, then vomits again on the next surface it lands on. It's disgusting, it's true and it's a real foodborne illness risk that must be managed on an on-going basis.

Integrated Pest Management is a multi-faceted means of eliminating pests from your store. Rather than traditional "fog 'em till they drop" methods of pest control, IPM incorporates both chemical and non-chemical methods. Any pest control service that does not provide non-chemical means of monitoring and controlling pest activity is probably wasting pesticide, putting your food at risk and not eliminating the pests.

Pests like food, warmth and shelter and your store offers all three. **A tightly sealed, clean facility is your best defense against pests – minimize the food and restrict access.**

 **→ Hot Spot**
**Your store must be pest free – no bugs, rodents, birds, or other pests.**

## Requirements:

- Routinely inspect the premises for evidence of pests (feces, gnawed food or packaging, oily smells...). If you see live roaches, mice, rats etc., you may have a major problem. Use of glueboards is recommended to track activity.
- Eliminate harborage conditions to reduce the reasons pests want to be in your store – open ingredient containers, food spills, storage on floors, etc.
- Keep your store sealed to reduce the ways that pests get into and out of your store – doors should close and seal tightly, screens must be used on open windows or doors, pipes running through walls must be sealed, etc.

**If pest control methods are needed:**

- Use a licensed PCO (pest control officer) only – never apply any pesticide yourself - including pesticides you can purchase at the grocery store. **It is against federal law for unlicensed personnel to apply pesticides.**
- Never store any pesticide in your store – they are huge food and employee safety liabilities that you do not want to assume.
- Perform pre-application preparation and post-application cleaning procedures as required by law.
- The pest control service should provide you a manual with:
  - A written contract listing target pests, visitation frequency, etc. You should get a pest elimination guarantee, with follow-up visits included in the price of the service. Follow-up visits are imperative to eliminate an ongoing pest problem.
  - A list of pesticides they may use and what they will be used for. Be sure to include the EPA registration numbers for the pesticides. Keep the list as short as possible.
  - Copy of current liability insurance certificate
  - Current Material Safety Data Sheets (MSDS )and product labels for each pesticide on the pesticide list.
  - Detailed visitation report citing findings, corrective actions, and recommendations.
- Emergency phone numbers and contacts.
- Bait stations: never use inside, lock and bolt station to wall, always use bait blocks (pellets fall or get kicked out of bait stations), inspect monthly, never place bait anywhere except in a secured bait station!
- Glueboards: use to monitor rodent and insect activity inside the store, inspect weekly.
- Rodent traps: use inside, check weekly.
- Bug lights (insectocutors): do not place near product prep or storage area, get the type that "shocks" – doesn't explode – bugs, inspect weekly, change bulbs yearly.

# CRISIS MANAGEMENT

## WHAT IS A CRISIS SITUATION?

A crisis situation occurs when something happens in or around your store that poses potential harm to you, your employees, your customers, or your ability to operate the business. Examples include, but are not limited to: robbery, violence of any nature, fire, earthquake, flood, product contamination, foodborne illness, and employee or customer injury. A flood that impacts food preparation areas, sewage backups in food preparation areas, report of an alleged foodborne illness outbreak, power outages that impact refrigeration for long periods of time, and fires are but a few instances where the franchisee must make a decision to operate or not operate. In all crisis situations, the crisis management center must be contacted.

A crisis situation is NOT an occurrence that, while inconvenient, does not pose a major threat to your employees, your customers, or your immediate business needs. Examples of this type of occurrence include, but are not limited to:

- Late arrival of distributor truck.
- Product outages.
- Customer complaints that can be managed/remedied at the store level.
- Temporary interruption of utility services.

## HANDLING A CRISIS SITUATION

Be certain to gather all important information about the incident so that it can be reported to the appropriate source. The following information should be gathered for any food safety crisis situation:

1. **Determine the type of food safety incident:**
   - Illness
   - Allergic reaction
   - Mislabeled product
   - Foreign material (e.g. plastic, metal, glass, nut shell, etc.)

2. **Gather consumer and store information:**
   - Name of customer
   - Address
   - Phone number
   - Person reporting the incident
   - Store number, location

3. **Gather complaint information:**
   - What happened?
   - Who was involved?
   - How many people were involved?
   - Onset of symptoms?
   - Medical attention sought/received?

4. **Gather product information**
   - Stock Keeping Unit (SKU), product name, size
   - Manufacturing code
   - Place product of that SKU and code date on HOLD, labeling the items with RED Hotline HOLD stickers.

5. **Obtain any foreign material from consumer**
   - Place foreign material into envelope and label with HOTLINE report number.
   - Place product and/or foreign material together for plant / distributor pick-up.

# CONTINUOUS IMPROVEMENT

Allied Domecq Retailing USA is a food service corporation of the future, progressively developing new products and concepts to meet customer needs and the needs of the franchisee community. In this era of continual improvement we must often adapt to new standards or adjust to changes that infer additional work for many employees in our system. Changes are often necessary to continue to hold and increase our share of the retail market in each of our brands. Through teamwork, training, and a lot of hard work we will continue to improve the delivery of our products thus keeping our devoted customers and at the same time adding to our customer base.

The Quality and Food Safety Assurance Department of Allied Domecq is committed to continuous improvement, ready to support changes needed to meet our company objectives at any point in the flow of our products from suppliers to the customer. Regulatory requirements frequently change and technology often brings changes that require adjustments within our system. Q & FSA will gather information and support material on an ongoing basis in order that the retail community better understand changes, and can more effectively implement new procedures or adjust existing procedures. Q & FSA will develop new training tools and continually update existing tools to assist the retail community to meet all of our objectives. We are all dedicated to the success of our brands and know that we must do everything possible to provide the safest, best quality products to our customers. With these ambitions and with the help of everyone we can and will achieve these goals.

Q & FSA will continue to provide training and will upgrade the retail food safety system as needed. It is imperative that all employees respect the need for a food safety system and that everyone put forth their best effort with this initiative. We cannot fail in this effort to develop and implement a system of food safety that will provide protection to our customers and brand names! Food safety systems do require additional work, however, the rewards are immeasurable.

# CONTINUOUS IMPROVEMENT

## Q & FSA - FRANCHISEES

As we are all interested in upholding the great reputations our brands enjoy, it is important that we keep communication lines open.  The ADRUSA Quality and Food Safety Assurance department is dedicated to helping design food safety and quality systems that help you manage your business and protect our brands.  You can help us to stay in touch with your needs by letting us know:

• If you have any questions about the Retail Food
   Safety System.

• If you are having difficulty working with your
   regulatory agency.

• If you see unusual media or regulatory activity
   in your area pertaining to our brands.

• If you have any suggestions that will help us
   to serve you better!

## FRANCHISEES - INDUSTRY

You can keep current on food safety and regulatory trends by:

• Reaching out to your local regulatory agency.  Most
   agencies would much rather answer questions from
   an interested store owner than do inspections and
   write violations.

• What to do during inspection:

  - Cooperate/ask for identification and answer questions

  - Take notes

  - Keep professional - don't offer food/meals

  - Provide records

  - Discuss inspection report

  - Follow-up with corrective actions.  If a critical violation
     such as temperature abuse is discovered during inspec-
     tion, corrective action must be taken immediately

  - Determine why a violation occurred and how to correct

  - Contacting the National Restaurant Association (NRA).
     The NRA works closely with regulatory agencies and
     is always current on the latest trends.  Additionally,
     the NRA produces the ServSafe Food Safety certifi-
     cation course and materials.

## FRANCHISEE - FRANCHISEE

A great way to 'benchmark' your operation and get help in creative problem solving is to communicate with other franchisees.  Chances are that there is another franchisee in your area that can give you insight into how to make the most of your operation.  Maybe you are the franchisee with the answers - share them with others!

**TOGETHER** we make these great brands what they are.
**TOGETHER** we can do just about anything!

# SELF-ASSESSMENT

Monitoring food safety on a regular basis is essential to ensuring control of food safety risks. It is not acceptable to wait for regulatory agencies, corporate employees or customers to identify food safety deficiencies in our stores. Regular self-assessments ensure that you always know the status of food safety in your store. Many regulatory agencies already require routine self-assessments, and it is likely that most agencies will require this in the future.

> ⚡ **→ Hot Spot**
> **The self-assessment process must be completed at a minimum of once monthly using the form in this manual.**

## Recommendation

- Self-assessments be completed weekly until employees become familiar with the form. The form includes critical control points Hot Spots, and additional requirements that need to be monitored on a regular basis.

- This form is a great training tool for your employees as it outlines the contents of the Retail Food Safety System. Train your managers and staff to be food safety inspectors – the more proficient your employees are in food safety, the better you can manage food safety risks.

# COLIFORM TESTING

Coliform is a type of bacteria that will grow easily on equipment or food contact surfaces when they are improperly cleaned and sanitized. Coliforms are used as indicators because they are found practically everywhere in our environment, grow fast, are easily detected and grow under the same conditions as pathogens.

Not all coliforms are dangerous, in fact most are harmless, but their presence indicates that conditions are right for

pathogens such as E. coli, Salmonella, Shigella and Listeria to survive and grow. Any time you find too many coliforms (for product, more than 10 colonies in one milliliter; for product contact surfaces, more than 10 colonies per square inch) you must take immediate action to correct the problem, then do a retest on the product or the piece of equipment until your results are good. Be sure to document the test results and corrective action on the Self Assessment Form.

The coliform test can be done on any liquid sample or even on equipment surfaces if you use the sterile cotton swabs. The RFSS Self Assessment requires that each store perform at least 2 coliform tests per month. Items that should be routinely tested are:

- Softserve from Taylor machines
- Dipper well water
- Iced tea or iced coffee from dispensers
- Cream from dairy dispensers
- Malt mixer or Coolatta/JavaFreeze spindle rinse water
- Cake decorator's spatula water
- Ice from ice machines or ice bins
- Any other liquid product or water sample that you suspect is not sanitary
- Any food contact surface including: mixer spindles, blender pitchers, dispenser spigots, ice bins, etc.

ADRUSA and 3M have developed the "ADRUSA Coliform Test Kit" to provide you with a vital tool for managing food safety in your store. The kit includes everything that you need to perform 50 coliform tests: 50 coliform plates, 50 vials of sterile water, 100 sterile pipettes, 25 sterile cotton swabs, a sample spreader, full-color instructions and a "how to" video. The test is easy to perform, accurate and very cost effective. You can order the kit directly from 3M at (800) 328-1671 (part # 6478) or from your DCP if available.

# SELF-ASSESSMENT

## Testing Tips

- Store unopened foil plate packets and unopened water vials at 41° F or less.
- Keep opened foil packets tightly sealed with tape when not in use to prevent moisture from getting on them.
- User aseptic technique - do not allow fingers or anything else  except  product to come in contact with the tip of the sterile pipettes, inside of the water vials, inside of the plates, or the cotton swabs.  Look carefully at plates - TNTC plates may appear clean at first glance!
- Dispose of plates in sealed ziploc bag - do not open used plates, they may contain living bacteria.
- Wash hands thoroughly before starting the test.
- Count the coliform colonies (red dots with gas bubbles attached).  Do not count red dots that do not have gas bubbles - they are not coliforms.
- Multiply the number of coliform colonies by 10 to calculate result in "colonies/milliliter" (for product samples) or colonies/square inch (equipment surface samples). For instance, 5 colonies on a plate equals 50 colonies/milliliter.
- Any result over 10 colonies/ml (more than 1 colony on a plate) is out of specification.

## Testing Procedure

Refer to  the ADRUSA Coliform Kit Testing Procedure sheet included in this book (also included in each kit) for detailed instructions.

Refer to the ADRUSA Coliform Testing Procedure video (included in each kit) for more information.

Call your Business Consultant or a member of the Food Safety Team if you have any questions or issues with the testing or your results.

## ATP TESTING

Over the past several years, ATP (Adenosine Triphosphate) testing has become an increasingly popular way for manufacturers and retail operators to measure the cleanliness of equipment and other product contact surfaces.  The ATP test is fast and gives accurate numbers with which you can determine how clean a surface is.

ATP is the "energy molecule" found in all living cells.  Food residues also grow rich in ATP and can provide nutrients for microorganisms to grow.  ATP testers use a cotton swab, a chemical "binder" that sticks to ATP, and a digital reader to measure how much bacteria, yeast, mold and/or food residue is on a surface.  For you scientists out there here's how it works: ATP from the equipment is picked up on the cotton swab, the swab is inserted into a tube containing luciferin luciferase (the stuff that makes fireflies glow), the ATP binds with the luciferin luciferase, producing light (too faint for the human eye to see) which is measured by the reader. The more soil and microorganisms, the more light and hence a higher number.

The current approved model for ATP testing is Biotrace's Uni-lite.  Because manufacturer's equipment, reagents and methods differ, we have focused our efforts on one unit to ensure that results are consistent (different equipment = different results).  Our standard for ATP using the Uni-Lite system is 400 RLU (relative light units) per square inch maximum.  So a count of 5,000 RLU/square inch would be very bad, a count of 25 RLU/square inch would be well within specification.

Our Food Safety Team and the Baskin-Robbins Ice Cream Plant QA Managers have been working with these testers for over 2 years and found them to be very good for quick, accurate readings of food residue and micro-organisms on equipment and other product contact surfaces.  They are also great training tools because the results are ready in 30 seconds.  You have time to rewash and sanitize equipment and retest before serving customers.  While not a RFSS requirement, ATP testing is a very good tool for franchisees and field staff to utilize as part of the Self-Assessment process. The QA Team will be using these testers as part of routine market assessments and in our food safety training sessions.

If you are interested in more details about how you can utilize ATP testing in you store or your market, contact a member of the Food Safety Team to help you get started!

DD/TOGO'S/BR

⬤

PC # / Store # _____    Store Location: _____

# Food Safety Self Assessment Form

This form is to be used by franchisees and their designated employees to perform self-assessments of their shops at a minimum of once per month. Quality & Food Safety Assurance and Operations will assess against the same standards. *CCP's and Hotspots appear in Boldface type and Italicized represent those standards most critical to food safety.*

| Date |
| --- |
|  |

## Food-Receiving

| | Yes | No | N/A |
| --- | --- | --- | --- |
| *Is refrigerated product received at 41° F maximum?* | | | |
| Is Receiving Log documented for temperatures and observations in each shipment? | | | |
| *Are all food products approved by the respective brand and from an approved source (e.g., no raw shell eggs)?* | | | |
| Are frozen foods received at 0° F (-10° F ice cream)? | | | |
| Are products received within code dates? | | | |

## Food-Storage

| | Yes | No | N/A |
| --- | --- | --- | --- |
| *Is refrigerated product stored at 41° F maximum?* | | | |
| Are temperatures documented twice a day? | | | |
| Are frozen foods at 0° F (-10° F ice cream)? | | | |
| Are all products rotated on a First-In First-Out basis? | | | |
| Are all food products dated and within their code date? | | | |
| Are foods protected from contamination in storage (e.g., off floor, covered, not under leaking pipes)? | | | |
| *Are nut products stored below non-nut ingredients and non-nut products (e.g., nut muffins are stored on the bottom rack of the bakers rack)?* | | | |

## Food-Preparation

| | Yes | No | N/A |
| --- | --- | --- | --- |
| *Is there NO direct hand contact with ready-to-eat food?* | | | |
| *Are ill employees NOT working?* | | | |
| *Is all produce washed in a colander with running (not standing) water?* | | | |
| *Is all frozen food product thawed refrigerated at 41° F maximum?* | | | |
| Are employees' cuts, burns, scratches properly bandaged and covered? | | | |
| *Are potentially hazardous foods kept at room temperature for 30 minutes maximum (e.g., tuna salad during portioning, meats during slicing, dairy products)?* | | | |
| Are processed salad ingredients (e.g., tuna, chicken), made from ingredients pre-chilled to 41° F? | | | |
| Are hands washed after any interruption of work? | | | |
| Are single-service gloves available and properly used (changed after any interruption of work)? | | | |
| Are equipment and utensils that come in contact with food and stored at room temperature washed, rinsed and sanitized every 4 hours (e.g., cutting boards, meat slicer)? | | | |
| Are foods protected from contamination in preparation? (e.g., not next to splash zone of handwash sink, not on the floor)? | | | |
| Are all employees demonstrating proper hygiene techniques (wearing proper hair restraints, clean uniforms)? | | | |
| Are government training requirements met (food safety training)? | | | |
| *Are food allergen risks addressed during preparation (e.g., batters containing nuts are scheduled for preparation last, food equipment and food contact surfaces are thoroughly washed after the preparation of products containing nuts)?* | | | |

PC # / STORE #: _____

## Food - Cooking

| | Yes | No | N/A |
|---|---|---|---|
| *Are Bulk Cooked Food Items (soup, meat, chili) cooked to 170° F for 15 seconds (eggs to 145° F for 15 seconds)? Foods that can be stirred, should be stirred prior to temperature checking.* | | | |
| Is each batch of cooked food temperature checked and documented? | | | |
| *Are microwave calibrations checked daily against operations manual temperatures (cooked egg checked against final required cooking temperature and microwave setting)?* | | | |

## Food - Hot Holding

| | Yes | No | N/A |
|---|---|---|---|
| *Are potentially hazardous foods kept at 140° F minimum?* | | | |
| Do hot holding temperature checks occur every 4 hours and are they documented? | | | |
| Are hot holding units pre-heated to 140° F or above? | | | |
| Are steam tables replenished with hot water at 140° F or above and does the water touch the bottom of the food insert pan? | | | |
| Are leftovers used only once and not combined with fresh product? | | | |

## Food - Cold Holding

| | Yes | No | N/A |
|---|---|---|---|
| *Are refrigerated goods stored at 41° F maximum?* | | | |
| Do cold holding temperature checks occur every 4 hours and are they documented? | | | |
| Are frozen foods held at 0° F (-5° F to +5° F for ice cream in dipping cabinets)? | | | |
| Are food inserts in prep refrigerators not overfilled? | | | |
| Are food products protected from contamination (e.g., lids in place, covered)? | | | |

## Food - Service and Display

| | Yes | No | N/A |
|---|---|---|---|
| *Is there no direct hand contact with ready-to-eat food?* | | | |
| Are food products protected from contamination (e.g., not on floor in display area, away from handwashing sink)? | | | |
| Are in-use equipment and utensils that come in contact with food properly stored, and if stored at room temperature, are they washed, rinsed, sanitized and air dried every 4 hours (e.g., cutting boards, TOGO'S meat tongs)? | | | |
| Are plastic knives, forks and spoons for customers presented so that only the handles are touched by employees or customers? | | | |
| Are dipperwells clean with clear running water, and have plastic tappers used for scoops? | | | |
| Are all employees demonstrating proper hygiene technique? | | | |
| Are nut products stored below non-nut products (e.g., nut muffins are stored on bottom shelves of display case)? | | | |

## Food - Cooling Leftovers

| | Yes | No | N/A |
|---|---|---|---|
| *Are leftovers cooled from 140° F to 70° F in 2 hours and then 70° F to 41° F within 4 additional hours (total time not to exceed 6 hours)?* | | | |
| Are cooling temperature logs or a standardized cooling procedure used? | | | |

## Food - Reheating

| | Yes | No | N/A |
|---|---|---|---|
| *Are leftovers rapidly reheated to 170° F for 15 seconds within two hours, and product stirred?* | | | |
| Is each batch of leftovers temperature-logged when reheated? | | | |
| Does reheating occur only in a microwave (not on a steam table or soup crock)? | | | |

PC # / STORE #:  _____

# Food - Catering/Distribution

| | Yes | No | N/A |
|---|---|---|---|
| **Are products temperature controlled throughout delivery (hot at 140° F or above and cold at 41° F or below)?** | | | |
| Are temperatures documented for each order? | | | |
| Are frozen food products delivered at 0° F or below? | | | |
| Are food products protected from contamination throughout delivery (e.g., covered, off the vehicle floor)? | | | |
| Are all vehicles approved and clean inside and out? | | | |
| Are all racks and carriers approved, clean, and sanitary? | | | |

# Food - Thermometers

| | Yes | No | N/A |
|---|---|---|---|
| Are food probe thermometers available and in use? | | | |
| Are thermometers provided to refrigerators and freezers? | | | |
| Are thermometers calibrated (±2° F for food probe thermometer and ±3° F for refrigeration thermometers)? | | | |
| Are food probe thermometers sanitized after each use? | | | |

# Chemical Controls

| | Yes | No | N/A |
|---|---|---|---|
| **Are chemicals properly stored below and away from food products?** | | | |
| Are all chemical containers properly labeled and sealed? | | | |
| **Are chemicals approved and used in accordance with manufacturer's instructed use?** | | | |
| Are material safety data sheets available and current for all chemicals? | | | |
| Is government required HAZCOM training documented for each employee annually? | | | |

# Pest Control

| | Yes | No | N/A |
|---|---|---|---|
| **Is store free of pests (e.g., rodents, insects, birds)?** | | | |
| Are licensed pest control officers used for servicing? | | | |
| Are traps and pesticides used in a way that will not contaminate food? | | | |
| Are service manuals available that include map of traps, pesticide lists, visitation reports, emergency contacts and labels? | | | |
| Is the building pest-proof (e.g., outer doors and windows effectively screened and sealed, door sweeps provided)? | | | |

# Sinks

| | Yes | No | N/A |
|---|---|---|---|
| **Are handwashing sinks provided and used for handwashing only?** | | | |
| Are hot and cold water available? | | | |
| Are handwashing signs posted? | | | |
| Is liquid anti-bacterial soap available? | | | |
| Are paper towels or air dryer available? | | | |
| Is handwashing sink shielded from food? | | | |

# Plumbing

| | Yes | No | N/A |
|---|---|---|---|
| **Is water provided from an approved source (meets federal, state and local standards)?** | | | |
| **Are hot and cold water provided to the store?** | | | |
| Is store free of leaking pipes, slow drains, leaking faucets? | | | |

## Restrooms

| | Yes | No | N/A |
|---|---|---|---|
| Are all toilets and sinks working properly? | | | |
| Are all toilets and sinks properly cleaned and maintained? | | | |
| Are hot and cold water available in restroom sinks? | | | |
| Is liquid anti-bacterial soap available in restrooms? | | | |
| Are single-use paper towels or air dryers available in restrooms? | | | |
| Are trash cans provided (with lids in ladies restroom)? | | | |

## Physical Premises

| | Yes | No | N/A |
|---|---|---|---|
| *Are there no imminent health hazards (e.g., sewer backup, alleged illness outbreaks, adulterated products)?* | | | |
| Are premises maintained (e.g., dumpster area, garbage stored and disposed of properly, no evidence of rodent harborage areas)? | | | |
| Are premises free of trash and dirt both inside and out? | | | |

## Sanitation

| | Yes | No | N/A |
|---|---|---|---|
| *Is equipment washed, rinsed, sanitized at proper frequency (e.g., softserve freezer, dipperwells, iced tea dispensers, dairy dispensers, meat slicer, blender pitchers, spindle-type mixers, dipping cabinet, jelly dispenser, iced coffee dispenser)?* | | | |
| Are non-food contact surfaces of equipment including counters, walls, windows, floors, ceilings maintained, kept clean and free of visible dirt and mold? | | | |
| Are two or three-compartment sink sanitation system set-ups proper and in use (wash, rinse, sanitize, air dry)? | | | |
| Are sanitizer solutions fresh, clean, and of adequate concentration? | | | |
| Are sanitizer test strips available and used? | | | |
| Are in-use wiping cloths stored in a sanitizing solution? | | | |
| Are necessary brushes and cleaning utensils provided for cleaning of the equipment? | | | |
| Is a Master Sanitation Schedule maintained? | | | |

## Micro-ATP (Adenosine Triphosphate)

| | Yes | No | N/A |
|---|---|---|---|
| *Are counts acceptable (<400 RLU/square inch) for cleaned and sanitized equipment (softserve freezer, dipperwells, iced tea dispensers, dairy dispensers, meat slicer, blender pitchers, spindle-type mixers, ice machine/ice bin, spindle mixer rinse cup)?* | | | |
| Are counts acceptable for all other tests of equipment not listed above? | | | |

## Micro-Coliforms

| | Yes | No | N/A |
|---|---|---|---|
| *Are coliform counts acceptable (<20 CFU/ml) for product and water samples (softserve, dipperwell water, iced tea, spindle mixer rinse water)?* | | | |
| Are counts acceptable for all other tests of equipment not listed above? | | | |

Participants: _____

Date: _____

For additional information for the standards on this form please refer to the Retail Food Safety System Manual

## Sanitation Instructions

It is essential to the accuracy of the results to use clean and careful (aseptic) sample collection, handling, preparation, and plating techniques. Clear and clean a small area to set up your samples. Wash hands thoroughly before you begin sample collection. Avoid touching anything that will come into direct contact with the sample. Do not allow samples to sit before testing. Add sample to a dilution tube and plate as soon as possible. Do not share spoons, cups, pipettes, etc. between samples. Refer to the Coliform Testing Section of the Retail Food Safety Handbook for additional details and instructions. For complete plating and storage instructions, please refer to product's package insert.

## Sampling Procedures

### Liquid & Frozen Samples






**1** Collect sample in a fresh paper cup. If sample is frozen, allow to melt (not more than 30 minutes). Melting can be accelerated by stirring with a clean plastic spoon. Refer to Retail Food Safety Handbook (RFSH) for additional details on sample collection and preparation.

**2** With a sterile disposable plastic pipette, thoroughly mix sample. Remove 1 mL of sample by drawing sample up to the line indicated above.

**3** Dispense the 1 mL of sample into a fresh tube of dilution water. Replace cap. Discard pipette.

**4** Liquid sample should be mixed by inverting tube 8-10 times to limit the formation of air bubbles. **Go on to step 5 Plating Procedure.**

### Swab Samples






**1** Open swab package and grasp the swab near the center. Wet swab head by dipping it into a fresh dilution tube. Press out excess water by pressing swab against the inside wall of the tube.

**2** Rub the swab head thoroughly and firmly over a one inch square surface. **Note:** do not touch any portion of the swab stick which will go into the tube.

**3** After swabbing the area, return the swab to the dilution tube. Break the swab off below your fingers and into the dilution tube. Replace cap.

**4** Swab samples should be vigorously shaken to free bacteria from swab tip. **Go on to step 5 Plating Procedure.**

## Plating Procedure






**5** Label Petrifilm Coliform Count plates with pertinent sample information. With a new disposable pipette, remove 1 mL of sample. Lift the top film of a Petrifilm Coliform Count plate and dispense the sample onto the red circle of the bottom film.

**6** Roll top film down over the sample (to help prevent air bubbles from being trapped). With the **flat side down**, gently press on center of the spreader to distribute sample. Allow 5 minutes for plate to solidify.

**7** Place plates in a labeled, resealable bag. Store plates in a warm, flat place, (88 - 100°F), and always use a thermometer to verify temperature). Possible storage areas are on top of a VCR, TV, refrigerator, shirt pocket, etc.

**8** Examine the Petrifilm Coliform Count plate after 22-26 hours. **Do not open the plates by lifting the top film.** Each red dot surrounded by gas bubbles represents a coliform colony. Do not count red colonies without gas. Refer to color photos on the other side of this sheet for additional counting instructions.

**9** Multiply number of coliform colonies by 10. A coliform count of 10 or zero is considered acceptable. A count of 20 or more is considered unacceptable. Refer to the Retail Food Safety Handbook for additional details. Dispose of the plates away from the food establishment.

For additional information on the use of the kit or the results, call your local Business Consultant, or a Food Safety Team Member.

Coliforms produce red colonies with gas bubbles. Non-coliforms produce red colonies without gas bubbles. Multiply number of coliform colonies by 10.

A coliform count of 10 or zero is considered acceptable. A count of 20 or more is unacceptable. Refer to the Retail Food Safety Handbook for additional details.



**Coliform count = 0 (Acceptable)**

Notice the change in gel color in figures 1 through 4. As the coliform count increases, the color of the gel deepens from a yellow-pink to a purple-red.



**Coliform count = 7 x 10 = 70 (Unacceptable)**

Artifact bubbles may result from improper inoculation of the Petrifilm Coliform Count plate. They are irregularly shaped and not associated with a red colony, so they should not be counted.

Circle 1 = non-coliform
Circle 2 = artifact
Circle 3 = coliform



**Coliform count = 69 x 10 = 690 (Unacceptable)**

Circles 1, 2 and 3 in figure 3 also show how bubble patterns can vary. Sometimes gas disrupts the colony so that the colony "outlines" the bubble as in circle 3.

Do not count colonies which appear on the foam barrier because they are removed from the selective influence of the medium.



**Coliform count = TNTC (Unacceptable)**

Petrifilm Coliform Count plates with colonies that are too numerous to count (TNTC) have **one or more** of the following features: (1) a deepening of the gel color to purple-red; (2) many gas bubbles; and (3) many small colonies.

The count may be so high that individual colonies and gas bubbles may or may not be detected.

For additional information on the use of the kit or the results, call your local Business Consultant or a Food Safety Team Member.

## EMPLOYEE TRAINING GUIDE

# HOW TO TRAIN EMPLOYEES

- If a TV/VCR is available, present the Retail Food Safety System Introductory Video, "What Am I Really Eating?"

- Present Introduction to Food Safety (pages 31,32), to all new and existing employees (approximately 30 minutes)

- Have the employees carefully read the following sections of the Retail Food Safety System Manual:

    - Hygiene (pages 6,7)

    - Cross-contamination (page 12)

    - Time and Temperature (pages 8,9)

    - Cleaning and Sanitizing (page 15)

    - Equipment Problem Areas (pages 16-19)

- Review those sections of the self assessment form (pages 26-29), that are applicable to the employees job description (e.g., a meat slicer at TOGO'S must review and know the standards for the following sections: Food Receiving, Food Storage, Food Preparation, Food Thermometers, Chemical Controls, Sinks, and Sanitation).

- Provide the following demonstrations to the employee:

    - Thermometer use (page 36)

    - Thermometer calibration (page 36)

    - Temperature documentation, and what to do if the employee finds improper temperatures, taking corrective actions (pages 37-42)

    - How to set up and use three compartment or two compartment sinks (page 15)

    - How to use sanitizer test papers to measure the strength of sanitizer (page 15)

    - How to wash hands (page 7)

- Administer the Food Safety Quiz (pages 33,34- answers page 35). Use this tool to identify further food safety training needs of your employees.

# EMPLOYEE TRAINING GUIDE

## INTRODUCTION TO THE RETAIL FOOD SAFETY SYSTEM

- **Retail Food Safety System**
  - **- Why do we need it?**
    - ◆ Protects you, our customers, and your co-workers — Each year there are an estimated 33 people sickened by foodborne illness, with approximately 9,000 deaths. The cost to the food industry is in the billions of dollars.
    - ◆ It is good business
    - ◆ It is required by law
  - **- What is it?**
    - ◆ **Standards, procedures, and documentation for minimizing risk**
    - ◆ **Monitoring of critical control points — the ABC's of Food Safety**
      - - Ill employees and improper hygiene
      - - Temperature controls
      - - Sanitation — proper frequencies for cleaning and sanitizing, trouble shooting problematic equipment, proper sanitizer strengths, etc.
      - - Cross-contamination
  - **- How do we keep foods safe?**
    - ◆ **Build food safety into everything we do (into all jobs)**
      - - Through good personal hygiene
      - - Taking temperatures and documenting findings on logs
      - - Receiving and storing food safely
      - - Preparing and serving food safely
      - - Preventing cross-contamination
      - - Cleaning and sanitizing properly
      - - Self-assessment
    - ◆ **Only minutes a day**

- **What is foodborne illness?** — A disease that is carried or transmitted to people by food.
- **Foodborne illness can be caused by:**
  - - Infected employees
  - - Poor hygiene
  - - Cross-contamination (both by microbial or allergen transfer)
  - - Improper temperature controls
  - - Improper sanitation
- **Foods that must be handled more carefully:**
  - - Milk or milk products
  - - Eggs
  - - Meats
  - - Fish
  - - Produce(such as lettuce and alfalfa sprouts)
  - - Cooked vegetables
- **The three types of foodborne hazards:**
  - **- Microbial**
    - ◆ **Bacteria — E coli 0157:H7, Salmonella, Shigella**
      - - Any of these can be easily transferred to food by an employee with symptoms of nausea, vomiting or diarrhea that are caused by these organisms
      - - Flies and people can transfer Shigella organisms
      - - Touching food or food contact surfaces after using the restroom can be a very dangerous practice when the foodhandler fails to wash hands and wear single-use gloves, or fails to use utensils (tongs, spatulas, etc.) to eliminate hand contact.
    - ◆ **Bacterial toxins — are wastes from bacteria that cannot be cooked out of food.**
      - - Staph bacteria are the most common bacteria to people and are easily transferred through direct contact with ready-to-eat food
    - ◆ **Viruses — Hepatitis A, Norwalk**
      - - Viruses are usually transferred by the sick employee and through direct hand contact with ready-to-eat food.
    - ◆ **Mold toxins — Mold can grow on any food, and food with mold should never be served.**

## EMPLOYEE TRAINING GUIDE

- <u>Chemical</u>

  ◆ Man-made — cleaners, sanitizers, pesticides — the risks begin with unlabeled chemical bottles, and include using chemicals at improper strengths, storing chemicals above or adjacent to food, and careless use of chemicals

  ◆ Allergens — Many people have allergies to different foods or food ingredients. Major allergens include nuts and dairy products, making it necessary for us to thoroughly clean our work areas following preparation of those products (e.g., following the slicing of cheese on a meat slicer, or following the preparation of nut muffins.)

  ◆ Toxic metals — For example, food containers made of lead or copper zinc

- <u>Physical</u>

  ◆ **Metal — shavings, equipment parts**

  ◆ **Glass — bulbs, bottles**

  ◆ **Plastic** — packaging, equipment, pieces of single-use gloves

• **The ill food handler**

  - Reporting illness to immediate supervisor

  - Never work when ill (nausea, vomiting, diarrhea)

  - Never work if infected with:

    ◆ **E coli 0157:H7**

    ◆ **Salmonellosis**

    ◆ **Shigellosis**

    ◆ **Hepatitis A**

  - **Never work with symptoms of uncontrolled coughing or sneezing**

  - **Properly wash, bandage and cover cuts or burns**

# EMPLOYEE TRAINING GUIDE

## FOOD SAFETY QUIZ:

1. A foodhandler should not work if they have symptoms of:

   A. Vomiting

   B. Diarrhea

   C. Uncontrolled coughing or sneezing

   D. If confirmed with Salmonellosis, Hepatitis A, Shigellosis, or E coli 0157:H7

   E. All of the above

2. Foodborne illness can be caused by all of the following except:

   A. Improper hygiene

   8. 111 foodhandlers

   C. Wearing single-use gloves

   D. Cross-contamination

   E. Foods out at room temperature

3. When is it necessary to wash hands?

   A. After using the toilet

   B. Before preparing food

   C. After handling money

   D. After eating

   E. All of the above

4. What is foodborne illness?

   A. Dented cans or damaged food containers

   B. Spoiled food

   C. A disease that is carried to people through food

   D. A runny nose or cough

   E. Herpes

5. Which temperature is acceptable for refrigerated food?

   A. 46° F or above

   B. 54° F or above

   C. 41° F or below

   D. 65° F or below

   E. 50° F or below

6. At what frequency should cold foods be temperature checked and documented during cold holding in the service areas (counter areas) of our stores?

   A. Never

   B. Once an hour

   C. Once a day

   D. Once every four hours

   E. Once every eight hours

7. What is the proper method for checking our food probe thermometers to see if they are accurate?

   A. Leave it at room temperature and see if it reads approximately 70° F

   B. Place it in a cup with 50% water and 50% ice and see if it reads approximately 32° F

   C. Check it against a thermometer from a refrigerator

   D. Place it under your armpit and see if it reads approximately 98.6° F

   E. Place it in the freezer and see if it reads approximately O° F

8. The most important consideration when handling ready-to-eat foods (those that will not receive cooking), is that the foodhandler:

   A. Eliminate hand contact with these foods (never touch the food directly with bare hands)

   B. Date the foods before storing them

   C. Keep the foods covered at all times

   D. Never place them directly on a cutting board

   E. Make sure that long, bulky jewelry is tucked neatly under your single-use gloves

9. Placing food directly on an unclean cutting board is an example of:

   A. A cross-connection

   B. Improper temperature controls of food

   C. A chemical hazard

   D. A physical hazard

   E. Cross-contamination

## EMPLOYEE TRAINING GUIDE

10. The temperature danger zone where organisms grow best is:

A. Less than 41° F

B. Greater than 150° F

C. 50° F to 160° F

D. 41° F to 140° F

E. 170° F or below

11. When using a food probe thermometer to take temperatures, you must do all of the following except:

A. Be sure the thermometer is cleaned and sanitized before use

B. Pierce sealed food packages to get an accurate internal food temperature

C. Stir food before taking temperatures

D. Take temperatures in the thickest portion of the product

E. Document temperatures

12. In-use wiping cloths must be stored:

A. In a bucket containing a sanitizer solution at adequate strength

B. In clear hot water

C. On a food preparation surface

D. In a clean and dry container

E. In the handwash sink

13. The proper method for cleaning utensils in a two or three compartment sink is to:

A. Pre-rinse in cold water, wash in hot soapy water, and sanitize

B. Wash in hot soapy water, sanitize, and air dry

C. Pre-rinse with clear hot water, wash in soapy water, and rinse in clear hot water

D. Rinse in clear hot water, wash in hot soapy water, sanitize, and air dry

E. Pre-rinse with clear hot water, wash in hot soapy water, rinse with clear hot water, sanitize, and air dry

14. The proper strength for our Quaternary Ammonia sanitizer is:

A. 50 ppm

B. 200 ppm

C. 500 ppm

D. less than 100 ppm

E. 50% water with 50% sanitizer

15. How do we test the strength of sanitizer in our sinks and wiping cloth buckets?

A. Smell it

B. Taste it

C. Use it on a food contact surface and check to see if the surface appears to be clean

D. Use sanitizer test paper

E. Place a dirty wiping cloth in the solution and wait to see if it changes color

## EMPLOYEE TRAINING GUIDE

### ANSWERS TO FOOD SAFETY QUIZ

| Question # | | Answer |
|------------|---|--------|
| 1 | E | All of the above |
| 2. | C | Wearing single service gloves |
| 3. | E | All of the above |
| 4. | C | A disease that is carried to people through food |
| 5. | C | 41° F or below |
| 6. | D | Once every four hours |
| 7. | B | Place it in a cup with 50% water and 50% ice and see if it reads approximately 32° F |
| 8. | A | Eliminate hand contact with these foods (never touch the food directly with bare hands) |
| 9. | E | Cross-contamination |
| 10. | D | 41° F to 140° F |
| 11. | B | Pierce sealed food packages to get an accurate internal food temperature |
| 12. | A | In a bucket containing sanitizer solution at adequate strength |
| 13. | E | Pre-rinse with clear hot water, wash in hot soapy water, rinse with clear hot water, sanitize, and air dry |
| 14. | B | 200 ppm |
| 15. | D | Use sanitizer test paper |

## APPENDIX

# THERMOMETERS CALIBRATION AND USAGE

Proper use and calibration of thermometers are essential to obtain accurate readings. Most bi-metallic (dial) and some digital pocket thermometers can be calibrated (adjusted to accurately measure a known temperature). Additionally, most chart type storage recording thermometers can be calibrated. Thermometers are available at your distribution centers.

**To ensure accurate temperature measurements:**

## Pocket thermometers

• Must be accurate to +/- 2°F
• Check calibration daily and adjust if necessary:
• Use 50/50 ice & water solution.
  - Let sit 1 minute and check dial
  - If dial reads 32°F, it is calibrated properly.
  - If dial does not read 32°F, it must be calibrated.
  - After calibrating, wait 1 minute and check again.
• Bi-Metallic (dial) unit: submerge stem 1/2" past the "dimple"
• Digital unit: submerge at least 1/2" past the tip
• When taking the temperature of vacuum packaged products or frozen products, place ("sandwich") the thermometer between two packages – do not pierce the package.
• Sanitize thermometer before and after using – use wash, rinse and sanitize method, or use an alcohol wipe.
• Never use glass thermometers.

## Refrigerator / Freezer thermometers

• Must be accurate to +/- 3°F
• Check calibration weekly and adjust if possible. Most refrigerator thermometers cannot be calibrated and must be discarded when no longer accurate.
  - Use pocket thermometer as a reference.
• Never use glass thermometers.
• Place thermometer in the warmest area in the refrigerator / freezer.

# FORMS

The following forms are suggested for you to document product temperature testing, cleaning activity, and training. Stores may use other temperature logs (self-created, government issued or National Restaurant Association publication) to achieve the same standard.

# ALLIED DOMECQ RETAILING USA
## MASTER TEMPERATURE LOG

DATE: _____

| Product | Temperature | Observations/Actions | Initial |
|---|---|---|---|
| Vendor: | | | |
| 1) | | | |
| 2) | | | |
| 3) | | | |
| Vendor: | | | |
| 1) | | | |
| 2) | | | |
| 3) | | | |
| Vendor: | | | |
| 1) | | | |
| 2) | | | |
| 3) | | | |

## Refrigeration Temperatures

| Recommended Time / Actual Time | Morning | | | Evening | | |
|---|---|---|---|---|---|---|
| | Temp. | Action | Initial | Temp. | Action | Initial |
| Walk-in | | | | | | |
| Refrigerator 1: | | | | | | |
| Refrigerator 2: | | | | | | |
| Refrigerator 3: | | | | | | |
| Refrigerator 4: | | | | | | |

NOTES:
- **Hot foods must be maintained at at a temperature of 140°F or above.**
- **Cold foods must be held at a temperature of 41°F or below.**
- Rotate the items you check on a daily basis.
- For cold foods, check one item from a top insert and one item from a lower shelf.

## Holding Temperatures for Hot & Cold Food

| Recommended Time / Actual Time | 6:00 AM | | | 10:00 AM | | | 2:00 PM | | | 6:00 PM | | | 10:00 PM | | | 2:00 AM | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Temp. | Action | Initial | Temp. | Action | Initial | Temp. | Action | Initial | Temp. | Action | Initial | Temp. | Action | Initial | Temp. | Action | Initial |
| **Hot Product** | | | | | | | | | | | | | | | | | | |
| 1) | | | | | | | | | | | | | | | | | | |
| 2) | | | | | | | | | | | | | | | | | | |
| 3) | | | | | | | | | | | | | | | | | | |
| **Cold Product** | | | | | | | | | | | | | | | | | | |
| Refrigerator 1: | | | | | | | | | | | | | | | | | | |
| 1) | | | | | | | | | | | | | | | | | | |
| 2) | | | | | | | | | | | | | | | | | | |
| Refrigerator 2: | | | | | | | | | | | | | | | | | | |
| 1) | | | | | | | | | | | | | | | | | | |
| 2) | | | | | | | | | | | | | | | | | | |
| Refrigerator 3: | | | | | | | | | | | | | | | | | | |
| 1) | | | | | | | | | | | | | | | | | | |
| 2) | | | | | | | | | | | | | | | | | | |
| Refrigerator 4: | | | | | | | | | | | | | | | | | | |
| 1) | | | | | | | | | | | | | | | | | | |
| 2) | | | | | | | | | | | | | | | | | | |

# ALLIED DOMECQ RETAILING USA
## RECEIVING LOG

ALLIED DOMECQ

| Date | Time | Vendor | Products | Temp. | Observations | Action | Initial |
|------|------|--------|----------|-------|--------------|--------|---------|
|      |      |        |          |       |              |        |         |
|      |      |        |          |       |              |        |         |
|      |      |        |          |       |              |        |         |
|      |      |        |          |       |              |        |         |
|      |      |        |          |       |              |        |         |
|      |      |        |          |       |              |        |         |
|      |      |        |          |       |              |        |         |
|      |      |        |          |       |              |        |         |
|      |      |        |          |       |              |        |         |
|      |      |        |          |       |              |        |         |
|      |      |        |          |       |              |        |         |
|      |      |        |          |       |              |        |         |

- **Refrigerated products = 41°F or below**
- Frozen products = 0°F max, -10°F max ice cream
- Inspect product for shelf life, package condition, approved source
- Complete log entry for each delivery, document actions taken for each delivery

0898

ALLIED DOMECQ

## ALLIED DOMECQ RETAILING USA
## REFRIGERATED STORAGE LOG

Week Starting: _____

| Unit name | Mon. am temp/init | Mon. pm temp/init | Tue. am temp/init | Tue. pm temp/init | Wed. am temp/init | Wed. pm temp/init | Thur. am temp/init | Thur. pm temp/init | Fri. am temp/init | Fri. pm temp/init | Sat. am temp/init | Sat. pm temp/init | Sun. am temp/init | Sun. pm temp/init |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | |

Document and initial corrective actions here...

_____

_____

_____

_____

- **Refrigerated products = 41°F or below**
- Frozen products = 0°F max, -10°F max ice cream
- This log should be used to document temperatures of refrigeration units used for storage, such as walk-in coolers, walk-in freezers, and upright refrigerators.

0898

ALLIED DOMECQ

## ALLIED DOMECQ RETAILING USA
## COOKING AND REHEATING LOG

| Product | Date | Time | Temperature | Action | Initial |
|---------|------|------|-------------|--------|---------|
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |

• Cook or reheat all food items to a minimum internal temperature of 170°F for 15 seconds (except egg patties which are cooked to minimum internal temperature of 145°F).
• Before temperature checking, stir products, and take temperatures at various locations in the product.
• Document temperatures for each batch of food cooked (soups, meats, chili).
• For Dunkin' Donuts the first product cooked in the microwave each day is temperature checked against the setting on the microwave and against the operational standard for that product, and then document the temperature (e.g., egg patties are setting #8 on the microwave, set for 18 seconds to achieve the operational cooking standard of 145°F for the finished egg).
• If required minimum temperatures are not achieved, take corrective actions (e.g., continue cooking product, recalibrate the microwave).

0898

ALLIED DOMECQ

# ALLIED DOMECQ RETAILING USA
# HOLDING LOG

Date: _____

| Product/Location | 6 A.M. Temp./Init | 10 A.M. Temp./Init | 2 P.M. Temp./Init | 6 P.M. Temp./Init | 10 P.M. Temp./Init | 2 A.M. Temp./Init |
|---|---|---|---|---|---|---|
| Recommended Time | | | | | | |
| Actual Time | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |

Document and initial corrective actions here...

- **Cold Holding = 41°F maximum. Only thaw frozen product under refrigeration (41°F maximum)**
- **Hot Holding = 140°F minimum**
- Record actual product temperatures (don't round off numbers)
- Complete log entry at least every 4 hours for each product in cold or hot holding - including crocks, softserve hoppers, dairy dispensers, etc. Hot ice cream toppings are exempt.

0898

# ALLIED DOMECQ RETAILING USA
## COOLING LOG

ALLIED DOMECQ

DATE: _____

| PRODUCT TYPE | TIME AT 140°F (START) | | TEMP AFTER 1 HOUR | | TEMP AFTER 2 HOURS (must be 70°F or below) | | TEMP AFTER 3 HOURS | | TEMP AFTER 4 HOURS | | TEMP AFTER 5 HOURS | | TEMP AFTER 6 HOURS (must be 41°F or below) | | CORRECTIVE ACTION | EMPLOYEE INITIAL |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | TIME | | TIME | | TIME | | TIME | | TIME | | TIME | | TIME | | |
| 1. | | | | | | | | | | | | | | | | |
| 2. | | | | | | | | | | | | | | | | |
| 3. | | | | | | | | | | | | | | | | |
| 4. | | | | | | | | | | | | | | | | |
| 5. | | | | | | | | | | | | | | | | |

• If product temperature does not reach 70° F after 2 hours, take appropriate corrective action to speed the cooling process (e.g., break product into smaller batches or use ice bath).
• If product does not cool to 41° F by the 6th hour, the product must be discarded.

0898

## ALLIED DOMECQ RETAILING USA
## MASTER SANITATION SCHEDULE

ALLIED DOMECQ

Tasks other than daily

| ITEM | WHEN | HOW | WHO | BRAND/S | DATE | INITIAL |
|---|---|---|---|---|---|---|
| Air Conditioner Filters | quarterly | replace | | BR-DD-TE | | |
| Condenser Coils | monthly | vacuum | | DD-BR-TE | | |
| Coolatta Machine | every 4 days | coolatta procedure | | DD | | |
| Dessert Case | monthly | defrost & wash | | BR | | |
| Dipping Cabinet | biweekly | defrost & wash | | BR | | |
| Exterior Signs | quarterly | clean | | DD-BR-TE | | |
| Fan guards in refrigerators | weekly | brush and wipe with damp cloth (fan off) | | DD-BR-TE | | |
| Fountain refrigerator | weekly/monthly | clean/defrost & clean | | BR | | |
| Fryer | monthly | boil out | | DD | | |
| Grease trap | monthly | remove grease | | DD | | |
| Hot fudge/caramel warmers | weekly | wash-rinse-sanitize | | BR | | |
| Ice machines | weekly | wash-rinse sanitize | | DD-BR-TE | | |
| Jelly pumps | weekly | wash-rinse-sanitize | | DD | | |
| MCT | monthly | defrost & clean | | BR | | |
| Refrigerators | weekly | wash-rinse-sanitize | | DD-BR-TE | | |
| Soda syrup lines | monthly | wash-rinse-sanitize | | DD-BR-TE | | |
| Syrup pumps | weekly | wash-rinse-sanitize | | DD-BR | | |
| Syrup rail | weekly/monthly | defrost & clean | | BR | | |
| Upright freezer | monthly | defrost & clean | | BR-DD | | |
| Walk-in-cooler | weekly | sweep & spot clean | | DD-BR-TE | | |
| Walk-in-freezer | weekly | sweep & spot clean | | DD-BR-TE | | |
| Walls and ceilings | monthly | wash | | DD-BR-TE | | |
| Windows | bimonthly | approved window cleaner | | DD-BR-TE | | |

0898

Frequencies noted in this chart are minimum standards. Any surface, equipment or area that appears to be in need of cleaning to your customers needs to be cleaned!

APPENDIX

ALLIED DOMECQ

# ALLIED DOMECQ RETAILING USA
## MASTER SANITATION SCHEDULE

### Tasks other than daily

| ITEM | WHEN | HOW | WHO | BRAND/S | DATE | INITIAL |
|------|------|-----|-----|---------|------|---------|
|      |      |     |     |         |      |         |
|      |      |     |     |         |      |         |
|      |      |     |     |         |      |         |
|      |      |     |     |         |      |         |
|      |      |     |     |         |      |         |
|      |      |     |     |         |      |         |
|      |      |     |     |         |      |         |
|      |      |     |     |         |      |         |
|      |      |     |     |         |      |         |
|      |      |     |     |         |      |         |
|      |      |     |     |         |      |         |
|      |      |     |     |         |      |         |

NOTE: As new equipment is added to our programs or if you would like to add a task that is not included above, please update as needed

0898

**APPENDIX**

## ALLIED DOMECQ RETAILING USA
## CLEANING FREQUENCY GRID

ALLIED DOMECQ

| Item | When | How | Brands |
|------|------|-----|--------|
| Bagel Oven | daily | Brush Out | DD |
| Blender Pitchers | each use | Wash-Rinse-Sanitize | BR |
| Coffee Machine | daily | Wash-Rinse-Sanitize | DD |
| Coffee Pots | each use | Wash-Rinse-Sanitize | DD |
| Coolatta Spindle Mixer | each use | Wash-Rinse-Sanitize | DD |
| Coolatta Mixing Cups | each use | Wash-Rinse-Sanitize | DD |
| Condiments Area | hourly or as needed | Wash | BR-DD-TE |
| Counter Areas | every 4 hours | Wash-Rinse-Sanitize | BR-DD-TG |
| Cream Pumps | every 4 hours | Wash-Rinse-Sanitize | DD |
| Cutting Boards | every 4 hrs or between different products | Wash-Rinse-Sanitize | BR-DD-TE |
| Dining Areas | Daily or more frequently as needed | Wash | BR-DD-TE |
| Dipper Well Spades & Scoops | every 4 hours | Wash-Rinse-Sanitize | BR |
| Dipper Wells | every 4 hours | Wash-Rinse-Sanitize | BR |
| Dry Storage Areas | daily | Sweep/mop | DD-BR-TE |
| Exterior | daily as or needed | Clean & maintain exterior premises ,trim shrubs & bushes, cut grass, and maintain garbage area (lids closed) | DD-BR-TE |
| Floors | daily | Mop | DD-BR-TE |
| Food Insert Pans | daily or as they become empty | Wash-Rinse-Sanitize | BR-DD-TE |
| Food Preparation Sink | each use | Wash-Rinse-Sanitize | DD-TE |
| Handles on Handsink | every 4 hours | Wash-Rinse-Sanitize | BR-DD-TE |
| Ice Bins | daily | Wash-Rinse-Sanitize | DD-BR-TE |
| Iced Coffee Dispenser | daily | Wash-Rinse-Sanitize | DD |
| Iced Tea Dispenser | daily | Wash-Rinse-Sanitize | TE |

0898

**APPENDIX**

## ALLIED DOMECQ RETAILING USA
## CLEANING FREQUENCY GRID (CONTINUED)

ALLIED DOMECQ

| Item | When | How | Brands |
|---|---|---|---|
| In use Utensils stored at room temperature (tongs, spoons, scoops, etc.) | every 4 hours or between different products | Wash-Rinse-Sanitize | DD-BR-TE |
| In use Utensils stored in product at 41° F and below or 140° F and above | daily or between different products | Wash-Rinse-Sanitize | DD-BR-TE |
| Jelly Pump Nozzles | daily | Wash-Rinse-Sanitize | DD |
| Malt Mixer | each use | Wash-Rinse-Sanitize | BR |
| Malt Mixer Splash Zone (bottom of motors) | daily | Wash-Rinse-Sanitize | BR |
| Malt Mixer Cups | each use | Wash-Rinse-Sanitize | BR-DD |
| Meat Slicer | every 4 hours or between different products | Wash-Rinse-Sanitize (CIP) | TE |
| Mops/Brushes | daily | Wash-Rinse-Sanitize | DD-BR-TE |
| Produce Cutter | every 4 hours | Wash-Rinse-Sanitize | DD-TE |
| Proof Box | daily | Clean in place (CIP) | DD |
| Restrooms | once each shift | Wash | DD-BR-TE |
| Sandwich Prep. Refrigerators | daily | Wash-Rinse-Sanitize | DD-TE |
| Soda Machine Nozzles | daily | Wash-Rinse-Sanitize | DD-BR-TE |
| Softserve Machine | daily | Softserve Manual | BR |
| Soup/Chili Crocks | daily/as they become empty | Wash-Rinse-Sanitize | DD-TE |
| Steam Table | daily | Wash | TE |
| Three Compartment Sink | daily or between each use | Wash-Rinse-Sanitize | DD-BR-TE |
| Trash receptacles | daily | Wash-Rinse-Sanitize | DD-BR-TE |
| Tub Cutter | every 4 hours | Wash-Rinse-Sanitize | BR |
| Waffle Cone Machine | daily | Wire Brush | BR |
| Wiping Cloths | every 4 hours | Launder Soiled Cloths | DD-BR-TE |

Frequencies noted in this chart are minimum standards. Any surface, equipment or area that appears to be in need of cleaning to your customers needs to be cleaned!

0898

ALLIED DOMECQ

ALLIED DOMECQ RETAILING USA
FOOD SAFETY AND HAZARD COMMUNICATION TRAINING LOG

| Name | Type of Training | Date | Signature | Manager's Signature |
|------|------------------|------|-----------|---------------------|
|      |                  |      |           |                     |
|      |                  |      |           |                     |
|      |                  |      |           |                     |
|      |                  |      |           |                     |
|      |                  |      |           |                     |
|      |                  |      |           |                     |
|      |                  |      |           |                     |
|      |                  |      |           |                     |
|      |                  |      |           |                     |
|      |                  |      |           |                     |
|      |                  |      |           |                     |
|      |                  |      |           |                     |
|      |                  |      |           |                     |
|      |                  |      |           |                     |
|      |                  |      |           |                     |
|      |                  |      |           |                     |

0898



ALLIED DOMECQ
QSR

## ADQSR APPROVED SANITATION CHEMICAL LIST
### 9/7/2000

| Product Application | Kay Chemical | Proctor & Gamble | National Brand |
|---|---|---|---|
| Dish Soap | Kay Multipurpose or Capital Supreme or Yellow Dishsoap | Dawn | Ultra Joy |
| Dish Soap (for Dishwashers) | Supra | Cascade | |
| Fryer Boil-out | Titan | Cascade or Tide | |
| Degreaser | Titan | Spic & Span Heavy Duty Degreaser | |
| Floor Cleaner | Kadet AF or Kadet Quarry Tile | Spic & Span Floor Cleaner or Tide | Mr. Clean or Jobmaster |
| Multisurface Cleaner | Matchup Multisurface | Spic and Span 3 in1 All Purpose | Clorox Professional System 'formula 409' |
| Restroom Cleaner (liquid) | Spirit Restroom Cleaner | Comet Cleaner with Bleach (liquid) | |
| Restroom Cleaner (creme) | Spirit Liquid Cleanser | Comet Crème Cleanser | Soft Scrub |
| Antimicrobial Hand Soap | Conquest Gold Liquid | Safeguard Liquid | Dial Antibacterial Liquid |
| Sanitizer | Kayquat Sanitizer (quat) or Kay Sink Sanitizer (chlorine) | Clean Quick Liquid Quaternary Sanitizer | Clorox 'Institutional' Bleach'*, A1 Bleach |
| Freezer Cleaner | Ice-Off NoThaw Freezer Cleaner | DCT Freezer Cleaner | |
| Glass Cleaner | Blue Glass Cleaner Concentrate | | Windex Glass & Surface Cleaner |
| Softsersve Cleaner/Sanitizer | Kay-5 Sanitizer/Cleaner | | Sterasheen |
| Dish Soap (for Powersoak sinks) | Storm Multipurpose | | |
| Dish Soap (pre-soak) | Supersoak | | |
| Oven Pre-treatment | Kote Soil Shield | | |
| Cutting Board Cleaner | Block Whitener | | |
| Restroom Deodorizer | Champion or Aroguard | | |
| Wood Cleaner/Polish | Dazzle | | |
| Scale Remover | DeLimer | | |
| Graffiti Remover | WriteAway | | |



ALLIED DOMECQ
QSR

# Retail Food Safety System Supplies List - October 2001 Update

| ITEM | DISTRIBUTOR | | | MANUFACTURER | MODEL # |
|---|---|---|---|---|---|
| | Dunkin' | Baskin | Togo's | | |
| Alcohol Swabs | DCP | Wasserstrom | Multi-Foods | N/A | |
| Brush - iced tea / iced coffee dispenser | DCP | N/A | K. Doving | Bunn | #00674-000 |
| Brush - meat / tomato slicer | N/A | N/A | K. Doving | Rubbermaid or Carlisle | #6481<br>N/A |
| Brush - multi-purpose pot/pan | DCP | Wasserstrom | K. Doving | Rubbermaid or Carlisle | #6463<br>#40534 |
| Brush - Server Products pumps (two different sizes) | DCP | Wasserstrom | N/A | Server Products | #82009<br>#82049 |
| Brush - Taylor freezer | Taylor | Taylor | Taylor | Taylor | Various #'s depending on model |
| Chemical - HAZCOM book, Sink decals, Chemical manuals | Chemical Supplier | Chemical Supplier | Chemical Supplier | Kay / P&G | |
| Chemical - labeled spray bottles | DCP | DGD | Multi-Foods | Kay / P&G | |
| Chemicals | DCP | DGD | Multi-Foods | Kay / P&G | |
| Chemical - Material Safety Data Sheets (MSDSs) | Chemical Supplier | Chemical Supplier | Chemical Supplier | Kay / P&G | |
| Colander - pedestal type | N/A | N/A | K. Doving | N/A | #2213 |
| Coliform test kit | DCP | 3M | 3M | 3M | 3M #6478 |
| Cold crocks for Server Products pumps | DCP | N/A | N/A | Carlisle | Round: 94057<br>Square: 82634 |
| Dipper well pads | N/A | Wasserstrom | N/A | Build-It Engineering | |
| Dishwasher temperature test strips | DCP | N/A | N/A | Paper Thermometer Co. PO Box 129, Greenfield, NH 03047 p:603-547-2034, f:603-547-2073 | "Thermolabel" 160F, 71C |
| Glove - disposable plastic (poly) | DCP | N/A | N/A | N/A | |
| Glove - disposable vinyl | DCP | Wasserstrom | Multi-Foods | N/A | GVD R with Comstarch Wasserstrom #122412 |
| Handwash Signs | Local | Wasserstrom | Local | N/A | |
| Ice Scoops | DCP | Wasserstrom | K. Doving | N/A | |
| Insulated Tote Bag | N/A | Wasserstrom | N/A | N/A | #307800 |
| Lubricant - Belshaw | Local | N/A | N/A | N/A | Food Grade Mineral Oil |
| Lubricant - meat slicer | N/A | N/A | K. Doving | N/A | Food Grade Mineral Oil |
| Lubricant - Taylor freezer | DCP | Wasserstrom | N/A | Haynes or Taylor | |
| Nut/Cherry dispenser | N/A | Wasserstrom | N/A | Build-It Engineering | # 481328 "Almond & Cherry Tower" |
| O-rings for Server Products pump | DCP | Wasserstrom | N/A | Server Products | |
| Pastry Bags - disposable | N/A | Kopycake | N/A | KopyKake | |
| Insulated Stainless Steel Pitcher | DCP | N/A | N/A | Nissan | #TGM1000SD |
| Seat-Cup replacement for iced coffee & iced tea spigots | DCP | N/A | N/A | Tomlinson | #1901977 |
| Sanitizer bucket | DCP | Wasserstrom | K. Doving | Rubbermaid | #2963 |
| Sanitizer cup for spindle mixers | DCP | Wasserstrom | K. Doving | Carlisle | #51203883 |
| Sanitizer test strips (chlorine) | DCP | DGD | K. Doving | N/A | |
| Sanitizer test strips (quat) | DCP | DGD | K. Doving | N/A | |
| Scrub pads (green and white) | DCP | Wasserstrom | K. Doving | 3M or Century (Kay) | White For Soft Plastics |
| Taylor tune-up kit | Taylor | Taylor | N/A | Taylor | Various #'s depending on model |
| Thermometer - food probe digital | DCP | N/A | N/A | Cooper | #DFP 450 (-40 to +450F) |
| Thermometer - food probe digital | N/A | Wasserstrom | K. Doving | Cooper | #DFP 300 (-40 to +300F) |
| Thermometer - food probe thermocouple | DCP | Wasserstrom | K. Doving | Atkins | Thermocouple #31308 Probe #NSP1083 |
| Thermometer - refrigerator / freezer | DCP | Wasserstrom | K. Doving | Taylor | |
| Retail Food Safety System manual | Pitney Bowes | Pitney Bowes | Pitney Bowes | Pitney Bowes | |
| Retail Food Safety System Self-Assessment Form | Choice Printing | Choice Printing | Choice Printing | Choice Printing | |

Please keep this List in the "Appendix" section of your Retail Food Safety System Manual for future reference.

"Local" means the item is not currently carried by our distributors and must be sourced locally.

"DGD" = Baskin-Robbins Dry Goods Distributor

## APPENDIX

# GLOSSARY

**+/- "plus or minus" –** symbol used to indicate a specification range. For instance, 0°F +/- 5°F means that the range is -5°F to +5°F, with a target of 0°F.

**Calibrate -** To adjust measuring equipment to "match" a known sample. An example is adjusting a pocket thermometer to "read" 32°F in a 50/50 ice & water solution (which is always 32°F).

**Chemical Test Kit -** An approved test kit to measure the level of sanitizer. Examples include quaternary ammonia and chlorine "test strips".

**CIP -** Clean in place equipment such as large mixing bowls, tub cutters, counter tops, etc., that must be cleaned in place with the use of hot soapy water, a clear hot rinse and a final application of sanitizer at an approved strength.

**Clean -** Free of visible soil.

**Corrective Action -** What is done to correct a violation of food safety specification. For instance, adjusting a thermostat on a refrigerator to lower product temperature to 41° F. Corrective actions must be documented.

**Critical Control Point (CCP) -** A point in the flow of food where a control measure **must** be applied that would eliminate, prevent or minimize the risk of major hazards. Loss of control at a critical control point of preparation will result in unacceptable health risks. These are points in the food flow that have federal government monitoring and documentation requirements.

**Cross-Contamination -** The transfer of harmful substances or micro organisms to food through contact with hands, wiping cloths, utensils, food contact surfaces, etc.

**Danger Zone -** The range in which bacteria grow and multiply quickly (41° F to 140° F).

**Easily Cleanable -** The characteristic of a surface that allows effective removal of soil by normal cleaning methods, and that routine cleaning is not effected by the material, design, construction, disrepair, or finish of the equipment.

**Flow of Food -** The way in which food moves through our restaurants: receiving, storage, preparation, holding and serving. By identifying methods to control our processes at each step in the flow of food, we minimize food safety risk.

**Food -** Any raw, cooked, or processed edible substance; ice; beverage; or any ingredient used or intended for use for human consumption.

**Food Contact Surface -** A surface of equipment or a utensil with which food normally comes in contact; or a surface of equipment or a utensil from which food may drip, drop, be drawn or diffuse.

**Foodborne Illness -** A disease that is carried or transmitted to human beings through food.

**Foodborne Illness Outbreak -** An incident involving two or more people experiencing a similar illness after ingestion of a common food, and epidemiological data implicates the food as the source of the illness.

**Foreign Material -** Any substance found in food that is not supposed to be there. Examples include: plastic pieces, metal shavings, nut shells, hair, jewelry, etc.

**Handwash Sink -** A sink that is used for the washing of hands only (dedicated) and is properly supplied with hot and cold running water, soap, and single service paper towels or an approved electric hand dryer.

**Hazard -** A biological, chemical, or physical property that may cause an unacceptable consumer health risk.

**Hazard Analysis and Critical Control Point (HACCP) -** A food safety system that identifies foods and processes that are most likely to cause foodborne illness. This system builds in procedures to reduce the risks of foodborne outbreaks.

**HAZCOM -** OSHA (Occupational Safety and Health Administration) requires training on "Right to Know" for all employees. Franchisees and managers are required to train their employees on the hazards as defined by Material Safety Data Sheets on hand for each chemical in the store.

**Hot Spot -** A point or procedure in the flow of food that without standardized procedures, standard operating practices, or policies, would result in unacceptable health risks to our customers.

**In-use Wiping Cloth -** A wiping cloth or sponge that while in use is always stored in a sanitizing solution at an adequate strength.

**Imminent Health Hazard -** A significant threat or danger to health that is considered to exist when there is evidence sufficient to show that a product, practice, circumstance, or event creates a situation that require immediate correction or cessation to prevent injury based on the number of potential injuries, and the nature, severity, and duration of the anticipated injury.

# APPENDIX

**Mislabeled Product -** Any product whose packaging does not accurately describe its contents. An example is Butter Pecan ice cream marked with a World Class Chocolate stamp. This is a potential allergen risk for customers who unknowingly consume an ingredient that they are allergic to.

**Pathogenic Bacteria -** Disease causing microorganisms.

**Potentially Hazardous Foods -** Food that is natural or synthetic and is in a form capable of supporting the rapid and progressive growth of infectious or toxigenic microorganisms. Potentially hazardous food (food of animal origin) that is raw or heat-treated; a food of plant origin that is heat-treated or consists of raw seed sprouts; cut melons; and garlic and oil mixtures. Examples of potentially hazardous foods in our establishments include: coffee cream, softserve, vacuum packaged produce, ice cream, sandwich meats and cheeses, etc.

**ppm -** parts per million - a measure of the strength of a sanitizing solution. Chlorine must be 100ppm, quaternary ammonia must be 200ppm.

**Ready-to-eat Food** - means food that is in a form that is edible without washing, cooking, or additional preparation by the food establishment or the consumer and that is reasonably expected to be consumed in that form.

**Requirements** - ADRUSA standard operating procedures necessary to deliver quality, safe food products.

**Sanitary -** Free of harmful levels of disease-causing microorganisms and other harmful contaminants.

**Warewashing sink -** An approved sink for the washing, rinsing, sanitizing, and air drying of equipment and utensils. This sink is never used for handwashing.