http://foodsafety.steritech.com/customer/reporting/xml/XsltReportOutput.html?kReportName=/customer/reporting/AuditReport.report

# Quality Assurance Food Safety & Sanitation Inspection

## Dunkin' Brands CML

| | | | |
|---|---|---|---|
| **Shop:** | 339246 | **Violations:** | 13 |
| | | **Cured in the Moment:** | 0/13 |
| **Franchisee/Manager:** | Edgar Linachi | **Auditor:** | Joseph Thomas |
| **Address:** | 1329-A Kenilworth Ave Washington, DC 20019 | **Date:** | Sep 19, 2006 |
| **Start Time:** | 04:10 PM | **Stop Time:** | 06:36 PM |

**Franchisee/Manager Signature:**

**Auditor Signature:**

*[Handwritten note:]* DAVID copy. MR DCP told mgr that he did not need splashguard for handsink

| Summary | Violations | Cured in the Moment |
|---|---|---|
| Sanitation | 3 | 0 |
| Time & Temperature | 0 | 0 |
| Hygiene | 2 | 0 |
| Operations | 4 | 0 |
| Documentation | 4 | 0 |
| Total | 13 | 0 |

## Sanitation

**S02 Violation**

**Are in-use wiping cloths stored in sanitizing solution?**
Answer: STORED OUT OF BUCKET:

http://foodsafety.steritech.com/customer/reporting/xml/XsltReportOutput.html?kReportName=/customer/reporting/AuditReport.report

- Multiple wet cloths stored at the triple sink.

Corrective Action:

S07 Violation

**Are equipment and utensils washed, rinsed and sanitized properly and at proper frequency?**
Answer: WATER CHILLER HOSE:

- Encrusted debris observed on the interior of the water chiller hose.

Corrective Action:

Answer: MIXERS: *Not Fixed*

- Excessive debris observed on the underside of the small and large mixers where the blades attach.

Corrective Action:

Answer: CARRIERS:

- Excessive debris observed on the donut racks.

Corrective Action:

Answer: OTHER:

- Excessive debris observed on the fryer grate handles.

Corrective Action:

S11 Violation

**Are rack washers operated in accordance with Data Plate specifications?**
Answer: NOT REACHING PROPER WASH, RINSE, SANITIZING TEMPERATURES:

- Final rinse temperature of rack washer observed at 175°F on the gauge. The temperature inside reached 152°F on the probe.

Corrective Action: *Wash temp gauge not working*
*Rt.nn Ospry - No min*
*No thermo label*

**Hygiene**

H02 Violation

**Do the employees and store manager understand Dunkin' Brands' standard for Employee Health and is placard posted?**
Answer: MANAGER CAN'T RECITE SYMPTOMS:

- Manager did not know any symptoms.

Corrective Action:

http://foodsafety.steritech.com/customer/reporting/xml/XsltReportOutput.html?kReportName=/customer/reporting/AuditReport.report

Answer: MANAGER CAN'T RECITE ILLNESSES:
- Manager didn't know any illnesses.

Corrective Action:

H06 Violation

**Are all employees demonstrating proper hygiene? (e.g., washing hands after any interruption of work, bandaging and covering cuts, burns, scratches, properly using single-use gloves)**

Answer: NOT WASHING HANDS AFTER ANY INTERRUPTION OF WORK:
- Employee did not wash hands after soiling gloves and getting a fresh pair.

Corrective Action:

## Operations

O01 Violation

**Is CML free of pests? (e.g. no evidence of bugs, rodents, or birds)**

Answer: NUISANCE FLIES:    *Not Fixed*
- Fruit flies observed throughout the entire facility. Contacted QA.

Corrective Action:

Answer: BIRD:
- Four birds observed in the loading dock room. This was due to the loading door being left open slightly.

Corrective Action:

O07 Violation

**Are premises clean and maintained (e.g. non-food contact surfaces in processing areas, loading docks, locker rooms, breakroom, dumpster area, restroom, toilets, sinks, floors, floor drains, walls, ceilings, storeroom and restroom supplies available.)**

Answer: SINKS:
- Excessive splatter observed on the front of the triple sink.

Corrective Action:   *Mold?*

Answer: WALLS:
- Mildew observed between the triple sink and the wall.   *Not Fixed*

Corrective Action:

- Excessive splatter observed on the wall behind the fryer.

http://foodsafety.steritech.com/customer/reporting/xml/XsltReportOutput.html?kReportName=/customer/reporting/AuditReport.report

Corrective Action:

- Excessive splatter observed on the wall next to the large mixer.

Corrective Action:

  Answer: CEILING:

- Excessive dust observed on the ceiling above the fryers.

Corrective Action:

*[handwritten: New see pic two]*

O08 Violation

**Are food and packaging protected from contamination?**

Answer: NOT 6 INCHES OFF OF FLOOR OR 12 INCHES IF WATER HOSE IS USED:

- Containers of donut filling observed stored directly on floor in storage room.

Corrective Action:

  Answer: NOT COVERED:

- Bags of donut mix observed uncovered on rack next to mixer.

Corrective Action:

- Container of sprinkles observed uncovered on finishing table.

Corrective Action:

- Donut display rack paper observed uncovered in storage room.

Corrective Action:

- Many uncovered cakes observed in the reach-in freezers.

Corrective Action:

  Answer: UNDER CONDENSATION:

- Condensation observed over many products in the walk-in freezer. The condensation is on the ceiling and the condensing units. *[handwritten: Locked No Entry]*

Corrective Action:

  Answer: BULBS NOT SHIELDED:

- Cracked light shield observed in the walk-in freezer. *[handwritten: Locked No Entry]*

Corrective Action:

O10 Violation

**Are all food products dated and within their code date?**

Answer: IMPROPERLY LABELED:

- Salt observed stored in container labeled sesame seed.

http://foodsafety.steritech.com/customer/reporting/xml/XsltReportOutput.html?kReportName=/customer/reporting/AuditReport.report

Corrective Action:

- Donut sugar observed labeled powdered sugar.

Corrective Action:

## Documentation

### D01 Violation

**Are CML Food Safety System Self-Assessments being completed accurately on a monthly basis and corrective actions taken?**

Answer: NO DOCUMENTATION:

- Last completed RFSS assessment is 6/5/06.

Corrective Action:

*Not Filled out to Standard*

*9/8/7/6*

### D02 Violation

**Were coliform tests conducted by Franchisee (minimum 2 per month and each item retested until results are within specification)?**

Answer: NO DOCUMENTATION:

- No documentation available.

Corrective Action:

*over limit, need to retake*
*yes, over limit need to retake a document*

### D03 Violation

**Are receiving temperatures, observations and corrective actions documented for each delivery received?**

Answer: NO DOCUMENTATION:

- Last receiving log filled out was on 6/21/06.

Corrective Action:

### D04 Violation

**Are temperatures documented twice a day for refrigerated products in storage units? (e.g. walk-ins)**

Answer: INCOMPLETE:

- Temperature log observed for July and August, but incomplete. No log for current month.

Corrective Action:

*Not throw out*
*may threw out docs*

http://foodsafety.steritech.com/customer/reporting/xml/XsltReportOutput.html?kReportName=/customer/reporting/AuditReport.report

**Re-inspection Notes:**

FSM Signature:   Date:

Franchisee/Manager Signature:   Date:

# DUNKIN' BRANDS, INC.
# QUALITY ASSURANCE FOOD SAFETY & SANITATION INSPECTION
# NOTICE OF DEFAULT AND NOTICE TO CURE - 24 HOURS

HAND DELIVERED

PC #: 339246
Address: 1329-A Kenilworth Ave Washington, DC 20019 (CML)

Your Central Manufacturing Location (CML) was inspected today for compliance with Dunkin' Brands' Food Safety and Sanitation standards. A copy of the Report is attached to this notice. Any violations of standards are identified as deficiencies in the Report. Any deficiency in any of the standards referenced in the Report is a default under the terms of your Franchise Agreement and must be cured in accordance with this notice.

The deficiencies **must be cured within *twenty-four (24) hours*** from the receipt of this notice. If you are unable to cure a deficiency or deficiencies within the cure period, you must immediately contact your Franchise Services Manager to request an extension of time. Any extension of time granted must be in writing. Receipt of this notice is effective upon delivery to the CML. If it should be determined, as a matter of law, that a longer cure period is required, then that longer period of time is applicable to this notice.

Your CML will be re-inspected without advance notice following the expiration of time provided in this notice. If all of the defaults are not cured by that time, you will be obligated to pay the costs of any re-inspection of your restaurant and, if we file a lawsuit seeking an order from the court that you cure the defaults, or for termination of your Franchise Agreement, you will be required to pay our legal fees and costs in bringing the action. Failure to timely cure the defaults may also result in loss of any franchise renewal rights that you may have, rights to develop additional restaurants, or other valuable rights.

This notice is being hand-delivered this <u>19th</u> day of <u>September</u>, <u>2006</u> to you as Franchisee or in care of the employee in charge of the CML. The employee has been instructed to notify you of this notice immediately.

**Dunkin' Brands Representative:**

(Signature)

<u>Joseph Thomas</u>
(Print)

This notice supplements any Notice of Default and/or Termination previously sent, relating to this CML. This notice does not supersede any prior Notice nor does it constitute a waiver of any rights pursuant to any Notice.