# DUNKIN' BRANDS, INC.
## QUALITY ASSURANCE FOOD SAFETY & SANITATION INSPECTION
## NOTICE OF DEFAULT AND NOTICE TO CURE - 24 HOURS

**HAND DELIVERED**

PC #: 339246
Address: 1329-A Kenilworth Ave Washington, DC 20019 (CML)

Your Central Manufacturing Location (CML) was inspected today for compliance with Dunkin' Brands' Food Safety and Sanitation standards. A copy of the Report is attached to this notice. Any violations of standards are identified as deficiencies in the Report. Any deficiency in any of the standards referenced in the Report is a default under the terms of your Franchise Agreement and must be cured in accordance with this notice.

The deficiencies **must be cured within *twenty-four (24) hours*** from the receipt of this notice. If you are unable to cure a deficiency or deficiencies within the cure period, you must immediately contact your Franchise Services Manager to request an extension of time. Any extension of time granted must be in writing. Receipt of this notice is effective upon delivery to the CML. If it should be determined, as a matter of law, that a longer cure period is required, then that longer period of time is applicable to this notice.

Your CML will be re-inspected without advance notice following the expiration of time provided in this notice. If all of the defaults are not cured by that time, you will be obligated to pay the costs of any re-inspection of your restaurant and, if we file a lawsuit seeking an order from the court that you cure the defaults, or for termination of your Franchise Agreement, you will be required to pay our legal fees and costs in bringing the action. Failure to timely cure the defaults may also result in loss of any franchise renewal rights that you may have, rights to develop additional restaurants, or other valuable rights.

http://foodsafety.steritech.com/customer/reporting/xml/XsltReportOutput.html?kReportName=/customer/reporting/AuditReport.report

**This notice is being hand-delivered this <u>19th</u> day of <u>September</u>, <u>2006</u> to you as Franchisee or in care of the employee in charge of the CML. The employee has been instructed to notify you of this notice immediately.**

**Dunkin' Brands Representative:**

(Signature)

<u>Joseph Thomas</u>
(Print)

This notice supplements any Notice of Default and/or Termination previously sent, relating to this CML. This notice does not supersede any prior Notice nor does it constitute a waiver of any rights pursuant to any Notice.

http://foodsafety.steritech.com/customer/reporting/xml/Xsl...ut.html?kReportName=/customer/reporting/AuditReport.report (8 of 8)9/20/2006 5:31:02 AM