UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DUNKIN' DONUTS FRANCHISED RESTAURANTS LLC, <br> a Delaware Limited Liability Company, <br> 130 Royall Street, Canton, Massachusetts 02021 <br><br> Plaintiff, <br><br> v. <br><br> CENTRAL BAKING COMPANY, INC., <br> a Virginia Corporation, <br> 1329 Kenilworth Avenue, Washington, D.C. 20019 <br><br> Defendant. | C.A. No. _____ |

## CERTIFICATION OF SCOTT KULKIN

1. My name is Scott Kulkin. I am a citizen and resident of the State of Connecticut, and I make this Certification based on personal knowledge and in support of Dunkin' Donuts' Franchised Restaurants LLC's Memorandum in Support of Its Motion for a Preliminary Injunction.

2. I am presently employed by Dunkin' Donuts Franchised Restaurants LLC as a Senior Manufacturing Specialist. I have been a Senior Manufacturing Specialist since August 2005.

3. As a Senior Manufacturing Specialist, my responsibilities include inspecting the shops of Dunkin' Donuts franchisees located within my designated geographic market to ensure that they comply with the standards of Dunkin' Donuts. My geographic market of responsibility previously included Defendant's shop located at 1329 Kenilworth Avenue, Washington, D.C. 20019 ("Defendant's Shop"). Currently, the Senior Manufacturing Specialist assigned to

Defendant's Shop is Gary Wingels. Mr. Wingels was unable to conduct the re-inspection of Defendant's Shop therefore requested that I conduct the re-inspection.

5. On October 3, 2006, I re-inspected Defendant's Shop. Numerous standards violations still existed at the shop. I noted the specific violations present on the Quality Assuarance Food Safety & Sanitation Reinspection ("QAF") form dated October 3, 2006. A true and correct copy of the QAF is attached hereto as Exhibit A. I also took photographs of many of the standards violations. True and correct copies of the photographs are attached hereto as Exhibit B.

I certify under penalty of perjury that the foregoing is true and correct. Executed on this 18 day of October, 2006.

_____
Scott Kulkin