## DUNKIN' BRANDS, INC.
## QUALITY ASSURANCE FOOD SAFETY & SANTITATION REINSPECTION

To: Damon Petrosini (Plant Manager)  
Address: 1329-A Kenilworth Ave. (CML)  
Washington, DC 20019  

Date: 10/3/06  
PC #: 339246  

From: Scott Kulkin (Dunkin' Brands, Inc. Representative)

Where there any uncured violations from the previous inspection?   Yes  
Where there any new violations noted during the inspection?   Yes

**Indicate all uncured violations from previous inspection**

| SANITATION | TIME & TEMPERATURE | HYGIENE | OPERATIONS | DOCUMENTATION |
|---|---|---|---|---|
| ☐ S01 | ☐ T01 | ☐ H01 | ☑ O01 | ☑ D01 |
| ☐ S02 | ☐ T02 | ☐ H02 | ☐ O02 | ☑ D02 |
| ☐ S03 | ☐ T03 | ☑ H03 | ☐ O03 | ☐ D03 |
| ☐ S04 | ☐ T11 | ☐ H04 | ☐ O04 | ☑ D04 |
| ☐ S05 |  | ☐ H05 | ☐ O05 | ☐ D10 |
| ☐ S06 |  | ☐ H06 | ☐ O06 | ☐ D12 |
| ☑ S07 |  |  | ☑ O07 |  |
| ☐ S08 |  |  | ☑ O08 |  |
| ☐ S09 |  |  | ☐ O09 |  |
| ☐ S10 |  |  | ☐ O10 |  |
| ☑ S11 |  |  | ☐ O11 |  |
| ☐ S12 |  |  |  |  |

**Reinspection Notes (List all new violations noted during Reinspection):**

O07: Broken walls, molding – see pictures  
O01: Yellow jacket insects nesting in dumpster area. Dumpster are located next to loading dock  
And front door. Insects flying into facility. Drain flies still in yeast mixing area.

Via fax: Kathy Lundgren (781) 737-6972    CML QA FSSI Reinspection form 1-24-06