



10/3/06

[signature: Bob Kidd]

PC 339246

S07

10/3/06

[signature: Bob Kidd]

339246

S07



10.03.2006 14:08



10.03.2006 14:16

10/3/06

*[signature]*

JJ246

S07

---

10/3/06

*[signature]*

JJ246

S11

Wall Grover and/or heating element not working
Digital Display not working (n.w)





JJ9246

*[signature]* Scott Kult
10/3/06

007

JJ9246

*[signature]* Scott Kult
10/3/06

007





339246

10/3/06

*[signature: Scott Keith]*

007

339246

10/3/06

*[signature: Scott Keith]*

007





JJ9246

007

*[signature]*
10/3/06

10/3/06                                                         001
Dead insects in plastic shield

*[signature]*





10/3/04

JJ9246

JJ9246

0∅1

JJ9246
10/3/06
[signature]

0∅1



10/3/04
339246

[signature]

001