UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DUNKIN' DONUTS FRANCHISED<br>RESTAURANTS LLC,<br>a Delaware Limited Liability Company,<br>130 Royall Street, Canton, Massachusetts 02021<br><br>Plaintiff,<br><br>v.<br><br>CENTRAL BAKING COMPANY, INC.,<br>a Virginia Corporation,<br>1329 Kenilworth Avenue, Washington, D.C. 20019<br><br>Defendant. | C.A. No.   1:06-cv-01831 |

**NOTICE OF DISMISSAL**

Pursuant to Fed. R. Civ. P. 41(a)(1), Plaintiff Dunkin' Donuts Franchised Restaurants LLC, hereby gives notice of the dismissal of this action.

               Respectfully submitted,

               /s/ Stephen J. Vaughan_____
               Stephen J. Vaughan (Bar Number 464136)
               GRAY PLANT MOOTY
               2600 Virginia Avenue, N.W.
               Suite 1111
               Washington, D.C. 20037
               Phone: (202) 295-2200
               Attorneys for Plaintiff
               Dunkin' Donuts Incorporated

Dated: January 5, 2007

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 5th day of January 2007 a copy of the foregoing Notice of Dismissal, was served via first class mail upon the following:

Central Baking Company, Inc.
1329 Kenilworth Avenue
Washington, D.C. 20019

/s/ Stephen J. Vaughan_____

GP:2047707 v1